IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT Plaintiff, | ) | No. 98-488 C |
| v. | ) | (Judge Braden) |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**SACRAMENTO MUNICIPAL UTILITY DISTRICT'S WITHDRAWAL OF COUNSEL OF RECORD AND NOTICE OF CHANGE OF COUNSEL OF RECORD**

Plaintiff, Sacramento Municipal Utility District ("SMUD"), respectfully files this Withdrawal of Counsel of Record and Notice of Change of Counsel of Record. To facilitate SMUD's filing and receipt of pleadings from the Court's case management/electronic case filing system, Melvin Garbow of Arnold & Porter LLP is withdrawing as Counsel of Record in this case. Howard Cayne of Arnold & Porter LLP, who has appeared "Of Counsel" on SMUD's motions and briefs for the past five years, will now be designated as the Counsel of Record in this case. Mssrs. Garbow, Neslin, and Macdonald will continue to participate in the preparation and trial of the case.

WHEREFORE, SMUD respectfully requests that the Court change the designation of counsel of record as specified above.

DATED this 4th day of May, 2004.

Respectfully submitted,

s/ Howard Cayne by s/ Timothy R. Macdonald
Howard Cayne
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5899

Counsel of Record for
Plaintiff Sacramento Municipal Utility District

Of Counsel:
Melvin Garbow
David Neslin
Timothy Macdonald
ARNOLD & PORTER LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
(303) 863-1000

CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing Sacramento Municipal Utility District's Notice of Change of Counsel of Record, to be served electronically through the Court of Federal Claims Case Management / Electronic Case Filing System on May 4, 2004, upon the following:

Harold D. Lester, Jr.
Russell A. Shultis
Commercial Litigation Branch, Civil Division
Attention: Classification Unit, 8th Floor
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

s/ Timothy R. Macdonald