# EXHIBIT 1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-101-C

(Filed: April 26, 2004)

| | |
|---|---|
| SOUTH CAROLINA ELECTRIC & GAS CO., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant, | ) |

ORDER

Pending before the Court is defendant's Motion to Stay All Proceedings or, in the Alternative, for Coordinated Discovery Regarding Rate and Schedule Issues, filed on March 29, 2004. Plaintiff filed its response to this Motion on April 14, 2004.

Upon consideration of the Motion and response, defendant's Motion for a Stay of Proceedings is denied. Defendant shall file its answer or other response to the complaint on or before May 28, 2004. A Joint Preliminary Status Report ("JPSR") shall be due thereafter when and as prescribed by the Rules of the Court of Federal Claims, Appendix A, ¶ 4.

Defendant's alternative motion for coordinated discovery is also denied without prejudice to renewal of the motion. This request may be premature and not ripe for consideration by the Court. The parties are encouraged to draw upon discovery already had in the earlier filed spent-nuclear-fuel cases and to join in efforts by this Court to promote coordination of discovery through the joint efforts of counsel in the numerous such cases. Discovery issues that are specific and particular to this case shall be addressed by the parties in their JPSR.

It is so ORDERED.

s/Charles F. Lettow
Charles F. Lettow
Judge