# EXHIBIT 2

ARNOLD & PORTER LLP

**Timothy R. Macdonald**
Timothy_Macdonald@aporter.com

303.863.2334
303.832.0428 Fax

Suite 4500
370 Seventeenth Street
Denver, CO 80202-1370

April 23, 2004

*VIA U.S. MAIL & FACSIMILE*

Russell Shultis, Esq.
Harold Lester, Esq.
Victoria Strohmeyer, Esq.
Commercial Litigation Branch - Civil Division
United States Department of Justice
Eighth Floor Mailroom
1100 L Street, N.W.
Washington, D.C. 20530
FAX: 202-307-2503

Re: *Sacramento Municipal Utility District v. United States*, No. 98-488

Dear Counsel:

For the convenience of government witnesses, and in an effort to reduce duplicative work for all counsel and promote judicial efficiency, Sacramento Municipal Utility District ("SMUD") seeks the government's agreement that the depositions and trial testimony of government witnesses and contractors that have occurred in the other spent nuclear fuel ("SNF") cases be treated as if they were taken in this case. As an evidentiary matter, SMUD believes that those depositions should be treated as if taken in this case because the other SNF cases involve the same subject matter as this case, the government was represented at the depositions and trial, and the government had a similar motive and opportunity to conduct redirect or cross examination. Thus, under RCFC 32(a) and Federal Rules of Evidence ("FRE") 801(d) and 804(b)(1), the fact that the depositions occurred in other SNF cases should have no bearing on their use in this case.

For avoidance of doubt, we intend to ask the Court to enter an Order to this effect so that we are not required to re-depose the many government witnesses or contractors who were previously deposed in other SNF cases. We would like to represent that the government consents to the motion. Obviously, we are not suggesting that the government waive any objection it would otherwise have to the admission of the depositions or trial testimony at trial in the SMUD case; we are simply seeking to clarify that the fact that the depositions were taken in another SNF case will not affect their use in this case. This position is consistent with the RCFC and FRE, would serve judicial efficiency, and promote the just, speedy, and inexpensive determination of this case.

ARNOLD & PORTER LLP



Accordingly, so that we can streamline this case and limit the additional depositions of government witnesses, we request your agreement as above. Please let us know the government's position at your earliest convenience.

Please call if you have any questions.

Sincerely,

David S. Neslin
Timothy R. Macdonald