IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 98-488 C<br><br>(Judge Braden) |

**SACRAMENTO MUNICIPAL UTILITY DISTRICT'S**
**MOTION FOR LEAVE TO CHANGE COUNSEL OF RECORD**

Pursuant to Court of Federal Claims Rule 83.1(c)(4), plaintiff, Sacramento Municipal Utility District ("SMUD"), respectfully moves for leave to change its counsel of record in this case.

To facilitate SMUD's filing and receipt of pleadings from the Court's case management/electronic case filing system, Melvin Garbow of Arnold & Porter LLP is withdrawing as counsel of record. Howard Cayne of Arnold & Porter LLP, who has appeared "of counsel" on SMUD's motions and briefs for the past five years, will be substituted as counsel of record. Messrs. Garbow, Neslin, and Macdonald will continue to participate in the preparation and trial of the case. Mr. Garbow consents to this change as indicated by his signature below. An affidavit by Mr. Cayne is attached.

WHEREFORE, SMUD respectfully requests that the Court grant it leave to change its counsel of record from Melvin Garbow to Howard Cayne, both of Arnold & Porter LLP.

Dated this 3rd day of June, 2004.

Respectfully submitted,

s/Howard Cayne
Howard Cayne
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5899

Counsel of Record for Plaintiff
Sacramento Municipal Utility District

Of Counsel:
Melvin Garbow
David Neslin
Timothy Macdonald
ARNOLD & PORTER LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
(303) 863-1000

I hereby consent to my replacement by Howard Cayne as counsel of record for plaintiff Sacramento Municipal Utility District in this case.

s/Melvin Garbow
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5899

Former Counsel of Record for Plaintiff
Sacramento Municipal Utility District

CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing Sacramento Municipal Utility District's Motion for Leave to Change Counsel of Record, to be served electronically through the Court of Federal Claims Case Management/Electronic Case Filing System on June 3, 2004, upon the following:

Harold D. Lester, Jr.
Russell A. Shultis
Commercial Litigation Branch, Civil Division
Attention: Classification Unit, 8th Floor
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

s/Howard N. Cayne

AFFIDAVIT OF HOWARD CAYNE

I, Howard Cayne, do swear that I have personal knowledge of the following matters and that the information set forth is true and correct:

1. I am a member in good standing of the Bar of the United States Court of Federal Claims.
2. I am a partner in the law firm of Arnold & Porter LLP.
3. Plaintiff Sacramento Municipal Utility District ("SMUD") desires that I replace Melvin Garbow, of Arnold & Porter LLP, as counsel of record in this case. Mr. Garbow has no objection to my replacing him as counsel of record for SMUD.
4. The correct address for all correspondence and service of papers appears below under my name.
5. I submit this Affidavit in support of SMUD's Motion for Leave to Change Counsel of Record.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 3rd day of June, 2004.

s/Howard Cayne

Howard Cayne
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5899