# In the United States Court of Federal Claims

**98-488C**

**Filed: June 7, 2004**

**SACRAMENTO MUNICIPAL UTILITY DIST,**

**v.**

**THE UNITED STATES**

**Appendix to Dft's Proposed Findings of Uncontroverted Fact**
**in Support of its Motion for Partial Summary Judgment Regarding**
**Pltf's Recovery of Future or Porspective Damages**

The above document has been filed with the Clerk’s Office UNDER SEAL in hard copy and is not available electronically.