**U.S. Department of Justice**

Civil Division

154-98-488
PDK:DMC:HDL:VLS

*Washington, D.C. 20530*

June 28, 2004

**VIA FACSIMILE AND FIRST CLASS MAIL**

Tim Macdonald
Arnold & Porter, LLC
370 17th Street
Suite 4500
Denver, CO 80202-1370

Re: ***Sacramento Municipal Utility District v. United States*, No. 98-488C (Fed. Cl.)**

Dear Mr. Macdonald:

This letter addresses the upcoming depositions in this case. At this point, we have Robert Burgoyne (tentative) and Leroy Stewart scheduled to have their depositions on June 30 and July 1, 2004, respectively. Please let me know if you would like to take Kenneth Picha's deposition during this week.

We would like to arrange depositions for the following individuals on the following dates. Please let me know for which of these individuals you will not accept service.

- Dan Keuter — July 13, 2004 (tentative)
- Tom LaGuardia — July 15, 2004 (tentative)
- James Shetler — July 20, 2004
- Ed Smeloff — July 21, 2004
- Ron Colombo — July 21, 2004
- Steve Redeker — July 22, 2004
- Luana Holst — July 27, 2004
- Leslie England — July 28, 2004

- James Field July 29, 2004

Additionally, we would like to schedule RCFC 30(b)(6) depositions on July 30 and August 2, 2004.

As a final point, please indicate whether any of the above-mentioned individuals would have safeguards information so that we may plan accordingly.

If you have any questions, please contact me at 202-305-7573 or at my email address, victoria.strohmeyer@usdoj.gov.

Sincerely,

VICTORIA L. STROHMEYER
Trial Attorney
Commercial Litigation Branch