Up to and including 1999, invoices filed by vendor number.

From January 1, 2000 up to and including March of 2002 invoices were filed by vendor name alphabetically.

From April 1, 2002 to present invoices are scanned into IXOS and are available on SAP.

By PO number: Logistics>Material Management> Purchasing> Purchase Order> Display> Enter Purchase Order number and press enter> At far left click on box and hi-light entire line, then control+F12>At "Order History" screen double click on a line>At "Invoice/Credit Memo" screen go to System then Object Services then Archived Document. Invoice will eventually appear.