# ACCOUNTING BOXES BY VENDOR

7/1/2004

97 = Orange 98 = Brown 99 = Blue 00 = Red 01 = Green

| VENDOR | SAP VNDR # | SAP # | REF # | FMIS VNDR # | RIC BOX/SLOT | 97 | 98 | 99 | 00 | 01 | 02 | 03 | ACCNTG BOX # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| a & a gross | 106356 | 4500010441 | | | MISSING | | | | | X | | | 2708 |
| aaf international | 100284 | 4500006116 | | 02238-002 | 9670/2169 | | | | X | | | | 558 |
| aaf international | 100284 | 4500006299 | | 02238-002 | 9669/3846 | | | | X | | | | 558 |
| aaf international | 100284 | 4500007118 | | | 9586/0938 | | | | | X | | | 2708 |
| aaf international | 100284 | 4500006116 | | 02238-002 | 9670/2169 | | | X | | | | | 4526 |
| aaf international | 100284 | 4500006299 | | 02238-002 | 9669/3846 | | | X | | | | | 4526 |
| aar cargo systems | 103688 | 4500002345 | | | 9572/3545 | | | **X** | XX | | | | 558 |
| aar cargo systems | 103688 | 4500004984 | | | 9586/0938 | | | | X | | | | 558 |
| aar cargo systems | 103688 | 4500002345 | | | 9572/3545 | | | X | | | | | 4457 |
| aar cargo systems | 103688 | 4500004984 | | | 9586/0938 | | | X | | | | | 4457 |
| abatix environmental corp | 104059 | 4500003828 | | | 9586/0938 | | | | X | | | | 558 |
| abb impell | | | E0995 | 01124-230 | 9481/3389 | | X | | | | | | 5228 |
| abc supply inc | 100229 | | RN40299 | 02471-001 | 9541/1195 | | | **X** | X | | | | 558 |
| abc supply inc | 100229 | 4500003425 | | 02471-001 | 9386/1054 | | | | X | | | | 558 |
| abc supply inc | 100229 | 4500004219 | | 02471-001 | 9586/0938 | | | | X | | | | 558 |
| abc supply inc | 100229 | 4500006672 | | 02471-001 | 9586/0938 | | | | X | | | | 558 |
| abc supply inc | 100229 | | RN40299 | 02471-001 | 9541/1195 | | | X | | | | | 4526 |
| abc supply inc | 100229 | 4500003425 | | 02471-001 | 9386/1054 | | | X | | | | | 4526 |
| abc supply inc | 100229 | 4500004219 | | 02471-001 | 9586/0938 | | | X | | | | | 4526 |
| abc supply inc | 100229 | 4500006672 | | 02471-001 | 9586/0938 | | | X | | | | | 4526 |
| acex technologies inc | 103950 | 4500003376 | | | Main | | | | | X | | | 2708 |
| adapto storage | | | RN40161 | 02153-001 | 9515/0360 | | | **X** | X | | | | 558 |
| adapto storage | | | RN40161 | 02153-001 | 9515/0360 | | | X | | | | | 4526 |
| air filter sales & service co | 100050 | 4500007309 | | | 9617/1670 | | | | | X | | | 2710 |
| air products & chemicals inc | 104408 | 4500005164 | | | 9735/1393 | | | | X | X | X/* | | 560 |
| air products & chemicals inc | 104408 | 4500005164 | | | 9735/1393 | | | | X | X | X/* | | 2710 |
| airgas | 100090 | 4500001281 | | 00283-001 | 9736/1397 | | | | X | X | | | 560 |
| airgas | 100090 | 4500001281 | | | 9736/1397 | | | | X | X | | | 2710 |
| airgas | 100090 | 4500008106 | | | 9617/1670 | | | | | X | | | 2710 |
| airgas | 100090 | 4500008276 | | | 9617/1670 | | | | | X | | | 2710 |
| airgas | 100090 | 4500001281 | | 00283-001 | 9736/1397 | | | X | | X | | | 4518 |
| ajax custom plastics | 105779 | 4500009165 | | | 9672/1918 | | | | | X | | | 2710 |
| allied technology group | 103099 | 4500005385 | | 03790-002 | 9670/2169 | | | | X | | | | 560 |
| allied technology group | 103099 | 4500005385 | | 03790-002 | 9670/2169 | | | X | | | | | 5543 |
| all-phase electric supplyco | 103224 | 4500007200 | | | 9586/0938 | | | | | X | | | 2710 |
| altec industries | 100247 | 4500008775 | | | 9672/1918 | | | | | X | | | 2711 |
| am castle metals & co | 104276 | 4500004642 | | | 9586/0938 | | | | X | | | | 563 |
| american metals corp | 100140 | 4500004007 | | 00497-001 | 9586/0938 | | | | X | | | | 563 |
| american metals corp | 100140 | 4500004007 | | 00497-001 | 9586/0938 | | | X | | | | | 4519 |
| american seal inc | 105220 | 4500007376 | | | 9586/0938 | | | | | X | | | 2712 |

# ACCOUNTING BOXES BY VENDOR

7/1/2004

97 = Orange 98 = Brown 99 = Blue 00 = Red 01 = Green

| VENDOR | SAP VNDR # | SAP # | REF # | FMIS VNDR # | RIC BOX/SLOT | 97 | 98 | 99 | 00 | 01 | 02 | 03 | ACCNTG BOX # | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| american seal inc | 105220 | 4500008638 | | | 9672/1918 | | | | | X | | | 2712 | |
| anderson co | 106280 | 4500005032 | | | 9670/2169 | | | | | X | | | 2712 | |
| anderson co | 106280 | 4500010199 | | | 9670/2169 | | | | | X | | | 2712 | |
| anderson co | 106280 | 4500010523 | | | 9670/2169 | | | | | X | | | 2712 | |
| aon risk services inc | | R4P | | | | | | | X | X | | | 563 | |
| aon risk services inc | | R4P | | | | | | | X | X | | | 2712 | |
| aon risk services inc | | R4P | | | | | | X | | X | | | 4457 | |
| att metrology services | 104560 | 4500005790 | | | 9670/2169 | | | | X | XX | | | 2717 | |
| att metrology services | 104560 | 4500005790 | | | 9670/2169 | | | | X | XX | | | 8128 | |
| att metrology services | 104560 | 4500005790 | | | 9670/2169 | | | | X | XX | | | 8129 | |
| atv video center | 103247 | 4500010089 | | | Main | | | | | X | | | 2720 | |
| barrett robotics welding services | 104731 | 4500007315 | | | 9669/3846 | | | | X | X | | | 2720 | |
| barrett robotics welding services | 104730 | 4500007315 | | | 9669/3846 | | | | X | X | | | 8131 | |
| barrett robotics welding services | 104730 | 4500006522 | | | 9586/0938 | | | | X | | | | 8131 | |
| bartlett nuclear inc | | | | 08575-001 | | X | | | | | | | 3615 | **Destroyed** |
| belilove co engineers | 100126 | 4500003570 | | 00455-001 | 9386/1054 | | | X | | | | | 4519 | |
| belilove co engineers | 100126 | 4500003570 | | 00455-001 | 9386/1054 | | | | X | | | | 8132 | |
| berkeley | 102848 | 4500007674 | ~ | | 9617/1670 | | | | | X | | | 2722 | |
| berkeley process control inc | 102848 | 4500002498 | ~ | 21461-001 | | | | X | | | | | 4533 | |
| berkeley process control inc | 102848 | 4500002498 | ~ | 21461-001 | | | | | * | | | | 8133 | |
| berkeley process controls | 102848 | 4500000810 | H914 | | 9469/3378 | | | X | X | X | X | | 2722 | |
| berkeley process controls | 102848 | 4500000810 | I097 | | 9731/3873 | | | | X | X | X | | 2722 | |
| berkeley process controls | 102848 | 4500000810 | H914 | 21461-001 | 9469/3378 | | | X | | X | X | | 4533 | |
| berkeley process controls | 102848 | 4500000810 | I097 | 21461-001 | 9731/3873 | | | X | | X | X | | 4533 | |
| berkeley process controls | 102848 | 4500000810 | H914 | 21461-001 | 9469/3378 | | | **X** | X | X | X | | 8133 | |
| berkeley process controls | 102848 | 4500000810 | I097 | 21461-001 | 9731/3873 | | | | X | X | X | | 8133 | |
| berliner, candon & jimison attorne | 101635 | 4500000423 | G044 | 17526-201 | Main/Legal | | | X | | | | | 4473 | |
| berliner, candon & jimison attorne | 101635 | 4500000423 | G044 | 17526-201 | Main/Legal | | | | X | | | | 8133 | |
| bigge crane & rigging co | 102748 | 4500005947 | | | 9586/0938 | | | | X | X | | | 2724 | |
| bigge crane & rigging co | 102751 | 4500000750 | H987 | | 9737/3103 | | | X | X | X | X | | 2724 | |
| bigge crane & rigging co | 102748 | 4500000750 | H987 | 21312-002 | 9737/3103 | | | X | | X | X | | 4532 | |
| bigge crane & rigging co | 102748 | 4500005947 | | 21312-002 | 9586/0938 | | | X | | X | | | 4532 | |
| bigge crane & rigging co | 102748 | 4500005433 | | 21312-002 | 9586/0938 | | | X | | | | | 4532 | |
| bigge crane & rigging co | 102748 | 4500000750 | H987 | 21312-002 | 9737/3103 | | | **X** | X | X | X | | 8134 | |
| bigge crane & rigging co | 102748 | 4500005947 | | 21312-002 | 9586/0938 | | | | X | X | | | 8134 | |
| bigge crane & rigging co | 102748 | 4500005433 | | 21312-002 | 9586/0938 | | | | X | | | | 8134 | |
| branom instruments co | | | | 20559-001 | | | X | | | | | | 5048 | |
| brco construction | | | F0465 | 16164-001 | 9469/3378 | X | X | X | | | | | 3154 | |
| brco construction | | | F0465 | 16164-001 | 9469/3378 | X | X | X | | | | | 4108 | |
| bright & brown | 101957 | 4500000464 | G485 | 19436-201 | Main/Legal | | | X | | | | | 4478 | |

# ACCOUNTING BOXES BY VENDOR

7/1/2004

97 = Orange 98 = Brown 99 = Blue 00 = Red 01 = Green

| VENDOR | SAP VNDR # | SAP # | REF # | FMIS VNDR # | RIC BOX/SLOT | 97 | 98 | 99 | 00 | 01 | 02 | 03 | ACCNTG BOX # | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| bright & brown | 101957 | 4500000464 | G485 | 19436-201 | Main/Legal | | | | X | | | | 8135 | |
| california spacecon inc | 104091 | 4500006119 | | | 9670/2169 | | | | X | XX | | | 4052 | |
| california spacecon inc | 104091 | 4500006119 | | | 9670/2169 | | | | X | XX | | | 8137 | |
| capital rubber co | 103101 | 4500004772 | | | 9735/1393 | | | | X | X | X | | 4052 | |
| capital rubber co | 103101 | 4500004772 | | 03903-001 | 9735/1393 | | | X | | X | X | | 5543 | |
| capital rubber co | 103101 | 4500003426 | | 03903-001 | 9386/1054 | | | X | | | | | 5543 | |
| capital rubber co | 103101 | 4500003427 | | 03903-001 | 9386/1054 | | | X | | | | | 5543 | |
| capital rubber co | 103101 | 4500004772 | | 03903-001 | 9735/1393 | | | | X | X | X | | 8137 | |
| capital rubber co | 103101 | 4500003426 | | 03903-001 | 9386/1054 | | | | X | | | | 8137 | |
| capital rubber co | 103101 | 4500003427 | | 03903-001 | 9386/1054 | | | | X | | | | 8137 | |
| capital rubber co ltd | 103101 | 4500003684 | | 03903-001 | 9586/0938 | | | X | | | | | 5543 | |
| capital rubber co ltd | 103101 | 4500003684 | | 03903-001 | 9586/0938 | | | | X | | | | 8138 | |
| cohu inc | 106320 | 4500010326 | | | Main | | | | | X | | | 4058 | |
| cohu inc | 106321 | 4500010337 | | | Main | | | | | X | | | 4058 | |
| coker pump | 103755 | 4500003680 | | | 9586/0938 | | | X | | | | | 4457 | |
| coker pump | 103755 | 4500003680 | | | 9586/0938 | | | | X | | | | 8141 | |
| conam inspection inc | | | G295 | 19169-201 | | X | | | | | | | 2701 | **Destroyed** |
| concrete products co | 107030 | 4500011261 | | | 9670/2169 | | | | | X | | | 4059 | |
| control chief corp | 101869 | | RN38258 | 119006-001 | 9541/1195 | X | X | | | | | | 2239 | |
| control chief corp | 101869 | | SN39001 | 119006-001 | 9515/0360 | | X | | | | | | 2239 | |
| control chief corp | 101869 | | RN37728 | 119006-001 | 9400/1966 | | X | | | | | | 2239 | |
| control chief corp | 101869 | | SN37431 | 119006-001 | 9401/1967 | | X | | | | | | 2239 | |
| control chief corp | 101869 | | RN38258 | 119006-001 | 9541/1195 | X | X | | | | | | 2658 | |
| control chief corp | 101869 | | SN39012 | 119006-001 | 9515/360 | X | | | | | | | 2658 | |
| control chief corp | 101869 | 4500007987 | | 119006-001 | 9617/1670 | | | | | X | | | 4059 | |
| control chief corp | 101869 | 4500008096 | | 119006-001 | 9617/1670 | | | | | X | | | 4059 | |
| control chief corp | 101869 | 4500008676 | | 119006-001 | 9672/1918 | | | | | X | | | 4059 | |
| control chief corp | 101869 | | RN40152 | 119006-001 | 9542/1196 | | | X | | | | | 4514 | |
| control chief corp | 101869 | | RN40152 | 119006-001 | 9542/1196 | | | **X** | X | | | | 8142 | |
| crane certification | 101551 | 4500000553 | | | 9740/3108 | | | | X | X | | | 4060 | |
| crane certification | 101551 | 4500000553 | | 16829-001 | 9740/3108 | | | X | | X | | | 4472 | |
| crane certification | 101551 | 4500004529 | | 16829-001 | MYRNA | | | X | | | | | 4472 | |
| crane certification | 101551 | 4500005431 | | 16829-001 | 9720/3048 | | | X | | | | | 4472 | |
| crane certification | 101551 | 4500000553 | | 16829-001 | 9740/3108 | | | | X | X | | | 8144 | |
| crane certification | 101551 | 4500004529 | | 16829-001 | MYRNA | | | | X | | | | 8144 | |
| crane certification | 101551 | 4500005431 | | 16829-001 | 9720/3048 | | | | X | | | | 8144 | |
| ctr technical services | | | H672 | 17303-001 | 9476/3359 | | X | | | | | | 5241 | |
| ctr technical services | | | G779 | 17303-001 | 9471/3369 | X | | | | | | | 5802 | |
| d l james & co | 104150 | 4500007083 | | | 9669/3846 | | | | | X | | | 4064 | |
| d.l. james | 104150 | 4500004226 | | | 9620/3211 | | | | X | | | | 8145 | |

# ACCOUNTING BOXES BY VENDOR



97 = Orange 98 = Brown 99 = Blue 00 = Red 01 = Green

| VENDOR | SAP VNDR # | SAP # | REF # | FMIS VNDR # | RIC BOX/SLOT | 97 | 98 | 99 | 00 | 01 | 02 | 03 | ACCNTG BOX # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| data chem laboratories | 101087 | 4500001538 | | | Main | | | | | X* | | | 4062 |
| david engineering construction | 101947 | 4500014241 | G0437 | 19375-001 | 9471/3369 | | X | | | | | | 3210 |
| dc welding | 102329 | 4500003468 | | 20621-201 | 9386/1054 | | | X | | | | | 4465 |
| dc welding | 102329 | 4500003468 | | 20621-201 | 9386/1054 | | | | X | | | | 8145 |
| diamond ground products | 105728 | 4500009083 | | | 9672/1918 | | | | | X | | | 4063 |
| diverdified technologies services | 102667 | 4500000758 | | | 9730/3870 | | | | | X | | | 4063 |
| diverdified technologies services | 102667 | 4500008594 | | | 9672/1918 | | | | | X | | | 4063 |
| doug veerkamp | 101115 | 4500005830 | | | 9670/2169 | | | | | X | | | 4064 |
| duke engineering & services | 100406 | 4500000554 | H573 | 04267-202 | 9740/3108 | X | X | X | X | X | XX | | 1474 |
| duke engineering & services | 100406 | 4500000554 | H573 | 04267-202 | 9740/3108 | X | X | X | X | X | XX | | 3225 |
| duke engineering & services | 100406 | 4500000554 | H573 | 04267-202 | 9740/3108 | X | X | X | X | X | XX | | 4065 |
| duke engineering & services | 100406 | 4500000554 | H573 | 04267-202 | 9740/3108 | X | X | X | | X | XX | | 5543 |
| duke engineering & services | 100406 | 4500000554 | H573 | 04267-202 | 9740/3108 | X | X | **X** | X | X | XX | | 8148 |
| dura fence | 105508 | 4500008540 | | | 9731/3873 | | | | | X | | | 4065 |
| ederer inc | 100285 | | RN39002 | 02291-001 | 9386/1054 | X | X | | | | | | 4109 |
| ederer inc | 100285 | | SN37432 | 02291-001 | 9401/1967 | X | X | | | | | | 4109 |
| ederer inc | 100285 | | RN39002 | 02291-001 | 9386/1054 | X | X | | | | | | 5147 |
| ederer inc | 100285 | | SN37432 | 02291-001 | 9401/1967 | X | X | | | | | | 5147 |
| ederer inc | 100285 | | RQ37406 | 02291-001 | 9402/1969 | | X | | | | | | 5147 |
| ederer inc | 100285 | 4500004177 | | 02291-001 | 9620/3211 | | | | X | XX | | | 4066 |
| ederer inc | 100285 | 4500009032 | ~ | 02291-001 | 9731/3873 | | | | | X | | | 4066 |
| ederer inc | 100285 | 4500010551 | ~ | 02291-001 | 9670/2169 | | | | | X | | | 4066 |
| ederer inc | 100285 | 4500004177 | | 02291-001 | 9620/3211 | | | X | | XX | | | 4526 |
| ederer inc | 100285 | 4500004176 | ~ | 02291-001 | 9594/V4S1 | | | X | | | | | 4526 |
| ederer inc | 100285 | 4500004177 | | 02291-001 | 9620/3211 | | | | X | XX | | | 8148 |
| ederer inc | 100285 | 4500004176 | ~ | 02291-001 | 9594/V4S1 | | | | X | | | | 8148 |
| edison esi radiological service | 103996 | 4500005884 | | | 9586/0938 | | | | X | XX | | | 4066 |
| edison esi radiological service | 103996 | 4500007729 | | | 9735/1393 | | | | | X | | | 4066 |
| edison esi radiological service | 103996 | 4500005884 | | | 9586/0938 | | | | X | XX | | | 8148 |
| edison esi radiological service | 103996 | 4500005238 | | | 9586/0938 | | | | X | | | | 8148 |
| edison esi radiological service | 103996 | 4500004833 | | | 9735/1393 | | | | */X | | | | 8148 |
| edmund scientific co | | | | 10766-001 | | X | | | | | | | 3584 |
| elk grove lumber | 102446 | 4500011372 | | | 9670/2169 | | | | | X | | | 4066 |
| elk grove lumber | 102446 | 4500011850 | | | 9670/2169 | | | | | X | | | 4066 |
| empire safety & supply | 103290 | 4500007758 | | | 9617/1670 | | | | | X | | | 4067 |
| empire safety & supply | 103290 | 4500008287 | | | 9617/1670 | | | | | X | | | 4067 |
| empire safety & supply | 103290 | 4500003282 | | 15183-001 | 9386/1054 | | | X | | | | | 4496 |
| empire safety & supply | 103290 | 4500003811 | | 15183-001 | 9586/0938 | | | X | | | | | 4496 |
| empire safety & supply | 103290 | 4500003282 | | 15183-001 | 9386/1054 | | | | X | | | | 8149 |
| empire safety & supply | 103290 | 4500003811 | | 15183-001 | 9586/0938 | | | | X | | | | 8149 |

# ACCOUNTING BOXES BY VENDOR

7/1/2004

97 = Orange 98 = Brown 99 = Blue 00 = Red 01 = Green

| VENDOR | SAP VNDR # | SAP # | REF # | FMIS VNDR # | RIC BOX/SLOT | 97 | 98 | 99 | 00 | 01 | 02 | 03 | ACCNTG BOX # | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| enerdyne technologies inc | 106192 | 4500010110 | | | Main | | | | | X | | | 4067 | |
| energy systems | 103231 | 4500008497 | | | 9670/2169 | | | | | X | | | 4067 | |
| eqe international inc | | | H529 | 20890-201 | | | X | | | | | | 4264 | |
| fibertron | | | RQ87010536 | 19861-001 | 01925-0401 | X | | | | | | | 5102 | |
| fin-tech | 104721 | 4500006467 | | | 9594/V4S1 | | | | X | XX | | | 127 | |
| fin-tech | 104721 | 4500006467 | | | 9594/V4S1 | | | | X | XX | | | 3505 | |
| forth inc | 100920 | 4500000579 | | 10864-001 | 9285/3855 | | | **X** | XX | | | | 3507 | |
| forth inc | 100920 | 4500000579 | | 010864-001 | 9285/3855 | | | X | | | | | 4511 | |
| gc industries | 102545 | 4500007787 | | | 9672/1918 | | | | | X | | | 132 | |
| gcr truck center | 106282 | 4500010213 | | | 9672/1918 | | | | | X | | | 132 | |
| gilbert-morad engineering | 105202 | 4500007342 | | | 9669/3846 | | | | | X | | | 133 | |
| granite construction | | | RN37652 | 00188-001 | 9541/1195 | | X | | | | | | 1050 | |
| graybar electric | | | | 00148-202 | | | X | | | | | | 5455 | |
| graybar electric | 105578 | 4500005783 | | 00148-202 | Main | | | | | X | | | 135 | |
| greiner gmbh fahreugtechnik | 103777 | 4500002723 | | | 9386/1054 | | | | X | | | | 3510 | |
| greiner gmbh fahreugtechnik | 103777 | 4500002723 | | | 9386/1054 | | | X | | | | | 4457 | |
| harriet anderson painting inc | 101813 | 4500008763 | SN37672 | 18721-001 | 9731/3873 | X | | | | X | | | 136 | |
| harriet anderson painting inc | 101813 | 4500008763 | | 18721-001 | 9731/3873 | | | | | X | | | 136 | |
| harriet anderson painting inc | 101813 | 4500008763 | SN37672 | 18721-001 | 9731/3873 | X | | | | X | | | 5063 | **Destroyed** |
| harris industrial gases | 105113 | 4500007317 | | | 9586/0938 | | | | | X | | | 136 | |
| harris industrial gases | 105113 | 4500009501 | | | 9672/1918 | | | | | X | | | 136 | |
| hartford steam boiler | 102822 | 4500000705 | H917 | | 9740/3108 | | | X | X | X | X | | 136 | |
| hartford steam boiler | 102822 | 4500000705 | H917 | 21421-001 | 9740/3108 | | | **X** | X | X | X | | 3512 | |
| hartford steam boiler | 102822 | 4500000705 | H917 | 21421-001 | 9740/3108 | | | X | | X | X | | 4533 | |
| holt of california | 100350 | 4500008229 | | | 9731/3873 | | | | | X | X | | 138 | |
| hose & fittings etc. | 100623 | 4500006029 | | 07178-001 | 9670/2169 | | | | X | | | | 3513 | |
| hose & fittings etc. | 100623 | 4500006029 | | 07178-001 | 9670/2169 | | | X | | | | | 4505 | |
| hydraulic controls inc | 100181 | 4500005566 | | 00829-002 | 9672/1918 | | | | X | | | | 3513 | |
| hydraulic controls inc | 100181 | 4500005566 | | 00829-002 | 9672/1918 | | | X | | | | | 4525 | |
| hydraulic power sales inc | 100859 | 4500003400 | | 09794-001 | 9386/1054 | | | **X** | X | | | | 3513 | |
| hydraulic power sales inc | 100859 | 4500003400 | | 09794-001 | 9386/1054 | | | X | | | | | 4510 | |
| ideal machine & manufacturing | 105072 | 4500006834 | | | 9620/3211 | | | | X | X | | | 138 | |
| ideal machine & manufacturing | 105072 | 4500006834 | | | 9620/3211 | | | | X | X | | | 3514 | |
| industrial safety supply | 105575 | 4500008767 | | | 9672/1918 | | | | | X | | | 138 | |
| inspection technology | 104633 | 4500006156 | | | 9670/2169 | | | | X | | | | 3514 | |
| interface | 105271 | 4500007591 | | | 9617/1669 | | | | | X | | | 139 | |
| international fibercom inc | 103340 | 4500003308 | | | Main | | | | X | X | | | 139 | |
| international fibercom inc | 103340 | 4500003308 | | 16988-001 | Main | | | | X | X | | | 3514 | |
| international fibercom inc | 103340 | 4500003308 | | 16988-001 | Main | | | X | | X | | | 4472 | |
| interstate plastics inc | 103731 | 4500002876 | | | 9386/1054 | | | | X | | | | 3514 | |

# ACCOUNTING BOXES BY VENDOR



97 = Orange 98 = Brown 99 = Blue 00 = Red 01 = Green

| VENDOR | SAP VNDR # | SAP # | REF # | FMIS VNDR # | RIC BOX/SLOT | 97 | 98 | 99 | 00 | 01 | 02 | 03 | ACCNTG BOX # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| interstate plastics inc | 103731 | 4500002876 | | | 9386/1054 | | | X | | | | | 4457 |
| interstate safety & supply | 100370 | 4500006319 | | | 9672/1918 | | | | X | X | | | 139 |
| interstate safety & supply | 100370 | 4500006319 | | 03673-001 | 9672/1918 | | | | X | X | | | 3514 |
| interstate safety & supply | 100370 | 4500006319 | | 03673-001 | 9672/1918 | | | X | | X | | | 5543 |
| j m sealcoat | 102363 | 4500009073 | | | 9731/3873 | | | | | X | | | 142 |
| j.a. jones | 102318 | 4500003822 | | | OPEN | | | | X | X | X | | 140 |
| j.a. jones | 102318 | 4500003822 | | | OPEN | | | | X | X | X | | 141 |
| j.a. jones | 102318 | 4500003822 | | 20600-001 | OPEN | | | | X | X | X | | 3515 |
| j.a. jones | 102318 | 4500003822 | | 20600-001 | OPEN | | | | X | X | X | | 3516 |
| j.a. jones | 102318 | 4500003822 | | 20600-001 | OPEN | | | X | | X | X | | 4465 |
| jc nelson supply | 104057 | 4500003818 | | | 9586/0938 | | | | X | | | | 3516 |
| kenefick granite | | | RN37652 | 15569-001 | 9541/1195 | | X | | | | | | 2707 |
| key technologies inc | | | H353 | 20708-001 | | | X | | | | | | 6741 |
| lab saftey supply co | | | | 04078-201 | | | X | | | | | | 1474 |
| lehigh labortary inc | 103391 | | RQ37014 | 18648-201 | 9498/1348 | | | | X | | | | 3520 |
| lehigh labortary inc | 103391 | | RQ37014 | 18648-201 | 9498/1348 | | | X | | | | | 4476 |
| lehigh labortary inc | 103391 | 4500001342 | | 18648-201 | 9541/1195 | | | X | | X | X | | 9905 |
| lubrite technologies | 102955 | 4500000167 | | 20588-001 | 9541/1195 | | | | X | | | | 3520 |
| lubrite technologies | 102955 | 4500000167 | | 20588-001 | 9541/1195 | | | X | | | | | 4465 |
| mahattan industrial supply co | 100848 | 4500005151 | | 09588-001 | 9672/1918 | | | | X | | | | 3521 |
| mahattan industrial supply co | 100848 | 4500005151 | | 09588-001 | 9672/1918 | | | X | | | | | 4510 |
| mahattan industrial supply co | 100848 | 4500011135 | | | 9670/2169 | | | | | X | | | 9907 |
| maxim crane works (sac valley) | 100547 | 4500000687 | | | Main | | | | | X | | | 9907 |
| mcdonough, holland & allen | | | | 05698-001 | | X | | | | | | | 2702 |
| mcmaster-carr supply | 103032 | 4500001291 | | 00474-201 | 9541/1195 | | | **X** | X | X* | | | 3525 |
| mcmaster-carr supply | 103032 | 4500000192 | | 00474-201 | 9541/1195 | | | **X** | X | | | | 3525 |
| mcmaster-carr supply | 103032 | 4500003226 | | 00474-201 | 9386/1054 | | | | X | | | | 3525 |
| mcmaster-carr supply | 103032 | 4500003348 | | 00474-201 | 9386/1054 | | | | X | | | | 3525 |
| mcmaster-carr supply | 103032 | 4500003803 | | 00474-201 | 9586/0938 | | | | X | | | | 3525 |
| mcmaster-carr supply | 103032 | 4500003895 | | 00474-201 | 9586/0938 | | | | X | | | | 3525 |
| mcmaster-carr supply | 103032 | 4500004815 | | 00474-201 | 9672/1918 | | | | X | | | | 3525 |
| mcmaster-carr supply | 103032 | 4500004979 | | 00474-201 | 9672/1918 | | | | X | | | | 3525 |
| mcmaster-carr supply | 103032 | 4500006976 | | 00474-201 | 9586/0938 | | | | X | | | | 3525 |
| mcmaster-carr supply | 103032 | 4500001291 | | 00474-201 | 9541/1195 | | | X | | X* | | | 4519 |
| mcmaster-carr supply | 103032 | 4500000192 | | 00474-201 | 9541/1195 | | | X | | | | | 4519 |
| mcmaster-carr supply | 103032 | 4500003226 | | 00474-201 | 9386/1054 | | | X | | | | | 4519 |
| mcmaster-carr supply | 103032 | 4500003348 | | 00474-201 | 9386/1054 | | | X | | | | | 4519 |
| mcmaster-carr supply | 103032 | 4500003803 | | 00474-201 | 9586/0938 | | | X | | | | | 4519 |
| mcmaster-carr supply | 103032 | 4500003895 | | 00474-201 | 9586/0938 | | | X | | | | | 4519 |
| mcmaster-carr supply | 103032 | 4500004815 | | 00474-201 | 9672/1918 | | | X | | | | | 4519 |

# ACCOUNTING BOXES BY VENDOR

7/1/2004

97 = Orange 98 = Brown 99 = Blue 00 = Red 01 = Green

| VENDOR | SAP VNDR # | SAP # | REF # | FMIS VNDR # | RIC BOX/SLOT | 97 | 98 | 99 | 00 | 01 | 02 | 03 | ACCNTG BOX # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| mcmaster-carr supply | 103032 | 4500004979 | | 00474-201 | 9672/1918 | | | X | | | | | 4519 |
| mcmaster-carr supply | 103032 | 4500006976 | | 00474-201 | 9586/0938 | | | X | | | | | 4519 |
| mcmaster-carr supply | 103032 | 4500001291 | | 00474-201 | 9541/1195 | | | X | X | X* | | | 9911 |
| mcmaster-carr supply | 103032 | 4500009588 | | 00474-201 | OPEN | | | | | X | X | | 9911 |
| metro video systems | | | | 19865-001 | | X | | | | | | | 5102 |
| miller transfer rigging | | R4P | | | | | | | X | | | | 3527 |
| miller transfer rigging | | R4P | | | | | | X | | | | | 4457 |
| miracle ear | 105506 | 4500008526 | | | 9617/1670 | | | | | X | | | 9911 |
| mks instruments | 105319 | 4500007366 | | 19367-201 | 9586/0938 | X | | | | X | | | 2657 |
| mks instruments | 105319 | 4500007366 | | 19367-201 | 9586/0938 | X | | | | X | | | 9913 |
| mks instruments | 105319 | 4500007871 | | 19367-201 | 9586/0938 | | | | | X | | | 9913 |
| mks instruments | 105319 | 4500007923 | | 19367-201 | 9672/1918 | | | | | X | | | 9913 |
| morris material handling | 104000 | 4500006165 | | | 9670/2169 | | | | X | | | | 3529 |
| motion industries | 102994 | 4500003701 | | 00155-001 | 9586/0938 | | | | X | | | | 3529 |
| motion industries | 102994 | 4500003701 | | 00155-001 | 9586/0938 | | | X | | | | | 4517 |
| msc insustrial supply co | 100849 | 4500010755 | | | 9670/2169 | | | | | X | | | 9914 |
| neu-tech | 105409 | 4500008368 | | | 9617/1670 | | | | | X | | | 9915 |
| new world technologies | 104051 | 4500003835 | | | 9586/0938 | | | | X | | | | 3532 |
| northern video systems | 100928 | 4500010087 | | | Main | | | | | X | X | | 9917 |
| numanco llc | 102227 | 4500000642 | H785 | 20372-001 | 9739/3107 | | | | X | X | X | | 3533 |
| numanco llc | 102227 | 4500000642 | H785 | 20372-001 | 9739/3107 | | | | X | X | X | | 3534 |
| numanco llc | 102227 | 4500000642 | H785 | 20372-001 | 9739/3107 | | | X | | X | X | | 4463 |
| numanco llc | 102227 | 4500000642 | H785 | | 9739/3107 | | | | X | X | X | | 9918 |
| nwt corp | 104035 | 4500003752 | | | 9594/V4S1 | | | | X | | | | 3534 |
| oakland valve & fitting | 100256 | 4500003441 | | 01541-001 | 9386/1054 | | | | X | | | | 3534 |
| oakland valve & fitting | 100256 | 4500004195 | | 01541-001 | 9586/0938 | | | | X | | | | 3534 |
| oakland valve & fitting | 100256 | 4500003441 | | 01541-001 | 9386/1054 | | | X | | | | | 4526 |
| oakland valve & fitting | 100256 | 4500004195 | | 01541-001 | 9586/0938 | | | X | | | | | 4526 |
| oakland valve & fitting | 100256 | 4500008757 | | | 9672/1918 | | | | | X | | | 9918 |
| omega engineering inc | 100308 | 4500005018 | | | 9672/1918 | | | | | X | | | 9921 |
| orrick herrington & sutcliff | 100519 | 4500000919 | D265 | | Main/Legal | | | | | X | X | X | 9921 |
| orrick herrington & sutcliff | 100519 | 4500000919 | G975 | | Main/Legal | | | | | X | X | X | 9921 |
| packaging technology inc | 102058 | 4500000481 | G703 | 19829-001 | 9571/3538 | X | X | X | XX | | | | 3352 |
| packaging technology inc | 102058 | 4500000481 | G703 | 19829-001 | 9571/3538 | X | X | **X** | XX | | | | 3537 |
| packaging technology inc | 102058 | 4500000481 | G703 | 19829-001 | 9571/3538 | X | X | X | | | | | 4481 |
| packaging technology inc | 102058 | 4500000481 | G703 | 19829-001 | 9571/3538 | X | X | X | XX | | | | 5102 |
| packaging technology inc | 102058 | 4500003121 | | 19829-001 | 9731/3873 | | | | X | X | | | 145 |
| packaging technology inc | 102058 | 4500003121 | | 19829-001 | 9731/3873 | | | | X | X | | | 3537 |
| packaging technology inc | 102058 | 4500003121 | | 19829-001 | 9731/3873 | | | X | | X | | | 4481 |
| pall corp | 103872 | 4500003084 | | | 9386/1054 | | | | X | | | | 3546 |

# ACCOUNTING BOXES BY VENDOR

7/1/2004

97 = Orange 98 = Brown 99 = Blue 00 = Red 01 = Green

| VENDOR | SAP VNDR # | SAP # | REF # | FMIS VNDR # | RIC BOX/SLOT | 97 | 98 | 99 | 00 | 01 | 02 | 03 | ACCNTG BOX # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| panametrics inc | 101030 | 4500008383 | | | 9670/2169 | | | | | X | | | 145 |
| patient construction systems | 104576 | 4500005898 | | | 9586/0938 | | | | | X | | | 146 |
| peabody & ass. | 104426 | 4500005363 | | | 9738/3104 | | | | | X | X | | 146 |
| portaking division | 104549 | 4500005747 | | | 9672/1918 | | | | X | | | | 3550 |
| portland general electric co | 100938 | 4500006067 | | | 9586/0938 | | | | | X | | | 148 |
| praxiar distribution inc | 101033 | 4500007055 | | 12571-202 | 9586/0938 | | X | | | X | | | 148 |
| praxiar distribution inc | 101033 | 4500007055 | | 12571-202 | 9586/0938 | | X | | | X | | | 2239 |
| precision components corp | 105754 | 4500009024 | ~ | | 9731/3873 | | | | | X | X | | 148 |
| prespray corporation | 106350 | 4500010385 | | | 9670/2169 | | | | | X | | | 148 |
| prime/rsc | 100797 | 4500000725 | | | 9730/3870 | | | | * | X | X | | 148 |
| prime/rsc | 100797 | 4500000725 | | 09027-002 | 9730/3870 | | | | * | X | X | | 3551 |
| prime/rsc | 100797 | 4500000725 | | 09027-002 | 9730/3870 | | | X | | X | X | | 4509 |
| ptc instruments | 105114 | 4500006973 | | | 9586/0938 | | | | X | | | | 3551 |
| purity systems | 105298 | 4500007680 | | | 9731/3873 | | | | | X | | | 149 |
| ramos | 100278 | 4500000970 | | 02187-001 | Main | | | | X | | * | | 3552 |
| ramos | 100278 | 4500000970 | | 02187-001 | Main | | | X | | | * | | 4526 |
| raney geotechnical | | | SN37657 | 18690-001 | 9401/1967 | | X | | | | | | 5152 |
| ranor inc | 102917 | 4500002005 | | 21548-001 | DESTROY | | | **X** | XX | | | | 3552 |
| ranor inc | 102917 | | SO76861 | 21548-001 | | | | **X** | X | | | | 3552 |
| ranor inc | 102917 | 4500003922 | ~ | 21548-001 | 9586/0938 | | | | X | | | | 3552 |
| ranor inc | 102917 | 4500002005 | | 21548-001 | DESTROY | | | X | | | | | 4534 |
| ranor inc | 102917 | | SO76861 | 21548-001 | | | | X | | | | | 4534 |
| ranor inc | 102917 | 4500003922 | ~ | 21548-001 | 9586/0938 | | | X | | | | | 4534 |
| regents of uc | 104436 | 4500007131 | | | 9670/2169 | | | | | X | | | 150 |
| remote ocean systems | 101835 | 4500008570 | | | 9672/1918 | | | | | X | | | 150 |
| remote ocean systems | 101835 | 4500005145 | | 01885-001 | 9672/1918 | | | | X | | | | 3553 |
| remote ocean systems | 101835 | 4500005145 | | 01885-001 | 9672/1918 | | | X | | | | | 4526 |
| ricker machinery | | | | 18807-001 | | X | | | | | | | 1856 |
| rio technical services,inc | 104567 | 4500005836 | | | 9594/V4S1 | | | | X | | | | 3553 |
| rio technical services,inc | 104567 | 4500007084 | | | 9594/V4S1 | | | | X | | | | 3553 |
| rocklin windustrial co | 101098 | 4500004773 | | 13530-001 | 9735/1393 | | | | X | X | X | | 3554 |
| rocklin windustrial co | 101098 | 4500002669 | | 13530-001 | 9386/1054 | | | **X** | X | | | | 3554 |
| rocklin windustrial co | 101098 | 4500002823 | | 13530-001 | 9386/1054 | | | | X | | | | 3554 |
| rocklin windustrial co | 101098 | 4500002859 | | 13530-001 | 9386/1054 | | | | X | | | | 3554 |
| rocklin windustrial co | 101098 | 4500003578 | | 13530-001 | 9386/1054 | | | | X | | | | 3554 |
| rocklin windustrial co | 101098 | 4500003580 | | 13530-001 | 9386/1054 | | | | X | | | | 3554 |
| rocklin windustrial co | 101098 | 4500003647 | | 13530-001 | 9586/0938 | | | | X | | | | 3554 |
| rocklin windustrial co | 101098 | 4500004192 | | 13530-001 | 9586/0938 | | | | X | | | | 3554 |
| rocklin windustrial co | 101098 | 4500004773 | | 13530-001 | 9735/1393 | | | X | | X | X | | 4488 |
| rocklin windustrial co | 101098 | 4500002669 | | 13530-001 | 9386/1054 | | | X | | | | | 4488 |

# ACCOUNTING BOXES BY VENDOR

7/1/2004

97 = Orange 98 = Brown 99 = Blue 00 = Red 01 = Green

| VENDOR | SAP VNDR # | SAP # | REF # | FMIS VNDR # | RIC BOX/SLOT | 97 | 98 | 99 | 00 | 01 | 02 | 03 | ACCNTG BOX # | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| rocklin windustrial co | 101098 | 4500002823 | | 13530-001 | 9386/1054 | | | X | | | | | 4488 | |
| rocklin windustrial co | 101098 | 4500002859 | | 13530-001 | 9386/1054 | | | X | | | | | 4488 | |
| rocklin windustrial co | 101098 | 4500003578 | | 13530-001 | 9386/1054 | | | X | | | | | 4488 | |
| rocklin windustrial co | 101098 | 4500003580 | | 13530-001 | 9386/1054 | | | X | | | | | 4488 | |
| rocklin windustrial co | 101098 | 4500003647 | | 13530-001 | 9586/0938 | | | X | | | | | 4488 | |
| rocklin windustrial co | 101098 | 4500004192 | | 13530-001 | 9586/0938 | | | X | | | | | 4488 | |
| rocklin windustrial co | 101098 | 4500004773 | | 13530-001 | 9735/1393 | | | | X | X | X | | 9926 | |
| rocklin windustrial co | 101098 | 4500006984 | | 13530-001 | 9586/0938 | | | | | X | | | 9926 | |
| rocky mountain/u s bank | | | | 20070-001 | | | X | | | | | | 3379 | |
| sac local conservation corps | 101477 | 4500000580 | | 16307-001 | Melinda | | | | X | | | | 3559 | |
| sac local conservation corps | 101477 | 4500000580 | | 16307-001 | Melinda | | | X | | | | | 4471 | |
| sac windustrial co | 100355 | 4500003901 | | 03229-001 | 9586/0938 | | | | X | | | | 3560 | |
| sac windustrial co | 100355 | 4500003909 | | 03229-001 | 9586/0938 | | | | X | | | | 3560 | |
| sac windustrial co | 100355 | 4500003910 | | 03229-001 | 9586/0938 | | | | X | | | | 3560 | |
| sac windustrial co | 100355 | 4500004035 | | 03229-001 | 9586/0938 | | | | X | | | | 3560 | |
| sac windustrial co | 100355 | 4500004618 | | 03229-001 | 9586/0938 | | | | X | | | | 3560 | |
| sac windustrial co | 100355 | 4500004680 | | 03229-001 | 9586/0938 | | | | X | | | | 3560 | |
| sac windustrial co | 100355 | 4500003901 | | 03229-001 | 9586/0938 | | | X | | | | | 4458 | |
| sac windustrial co | 100355 | 4500003909 | | 03229-001 | 9586/0938 | | | X | | | | | 4458 | |
| sac windustrial co | 100355 | 4500003910 | | 03229-001 | 9586/0938 | | | X | | | | | 4458 | |
| sac windustrial co | 100355 | 4500004035 | | 03229-001 | 9586/0938 | | | X | | | | | 4458 | |
| sac windustrial co | 100355 | 4500004618 | | 03229-001 | 9586/0938 | | | X | | | | | 4458 | |
| sac windustrial co | 100355 | 4500004680 | | 03229-001 | 9586/0938 | | | X | | | | | 4458 | |
| sac wire rope & supply | 100823 | 4500006540 | | | 9672/1918 | | | | | X | X | | 9930 | |
| sacramento auto truck co | 100649 | R4P | | 07767-001 | | | | | X | | | | 3555 | |
| sacramento auto truck co | 100649 | R4P | | 07767-001 | | | | X | | | | | 4506 | |
| sacramento auto truck co | 100649 | 4500008214 | | | 9617/1670 | | | | | X | | | 9927 | |
| scott forge co | 103905 | 4500003210 | | | 9386/1054 | | | | X | | | | 3558 | |
| security system supply | 102626 | 4500006025 | | 21126-001 | 9670/2169 | | | | X | | | | 3557 | |
| security system supply | 102626 | 4500006025 | | 21126-001 | 9670/2169 | | | X | | | | | 4530 | |
| security system supply | 102626 | 4500009576 | | | 9672/1918 | | | | | X | | | 9931 | |
| security system supply | 102626 | 4500010019 | | | 9672/1918 | | | | | X | | | 9931 | |
| shimotsu architecture inc | 104251 | 4500004542 | | | 9668/3843 | | | | X | | | | 3561 | |
| sierra chemical co | 100812 | 4500009058 | | | 9672/1918 | | | | | X | | | 9932 | |
| sierra technology corp | | | G212 | 06126-001 | | X | | | | | | | 5364 | |
| simplex inc | 105521 | 4500008626 | | | 9672/1918 | | | | | X | | | 9933 | |
| southern cal edison | 105290 | 4500007637 | | | 9670/2169 | | | | | X | | | 9934 | |
| southern tool & equipment | 104398 | 4500005118 | | | 9672/1918 | | | | X | | | | 3563 | |
| sth bay bronze aluminum foundry | 104490 | 4500005471 | | | 9672/1918 | | | | X | | | | 3563 | |
| sullins international | 105147 | 4500007106 | | | 9670/2169 | | | | X | | | | 3568 | |

# ACCOUNTING BOXES BY VENDOR

7/1/2004

97 = Orange 98 = Brown 99 = Blue 00 = Red 01 = Green

| VENDOR | SAP VNDR # | SAP # | REF # | FMIS VNDR # | RIC BOX/SLOT | 97 | 98 | 99 | 00 | 01 | 02 | 03 | ACCNTG BOX # | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| summit industrial equip | 103114 | 4500004981 | | 04664-001 | 9672/1918 | | | | X | | | | 3568 | |
| summit industrial equip | 103114 | 4500004981 | | 04664-001 | 9672/1918 | | | X | | | | | 5544 | |
| superior tool | 105291 | 4500007643 | | | 9670/2169 | | | | | X | | | 9938 | |
| tap plastics inc | 100264 | 4500007161 | | | 9586/0938 | | | | | X | | | 9939 | |
| tec security systems | | | | 19823-001 | | X | | | | | | | 5102 | |
| teresa sandman dba | 102854 | 4500000763 | | 21469-001 | 9731/3873 | | | **X** | X | | | | 3569 | |
| teresa sandman dba | 102854 | 4500000763 | | 21469-001 | 9731/3873 | | | X | | | | | 4533 | |
| tiger-vac inc | 105401 | 4500008290 | | | 9617/1670 | | | | | X | | | 9940 | |
| tnw | 103524 | 4500000386 | E776A | 21023-201 | various | X | X | **X** | X | X | X | X | 3571 | |
| tnw | 103524 | 4500000386 | E776A | 21023-201 | various | X | X | **X** | X | X | X | X | 3572 | |
| tnw | 103524 | 4500000386 | E776A | 21023-201 | various | X | X | X | X | X | X | X | 4291 | |
| tnw | 103524 | 4500000386 | E776A | 21023-201 | various | X | X | X | | X | X | X | 4469 | |
| tnw | 103524 | 4500000386 | E776A | 21023-201 | various | X | X | X | | X | X | X | 4527 | |
| tnw | 103524 | 4500000386 | E776A | 21023-201 | various | X | X | X | X | X | X | X | 6060 | |
| tnw | 103524 | 4500000386 | E776A | 21023-201 | various | X | X | X | X | X | X | X | 9941 | |
| trans-america truck | 105978 | 4500009579 | | | 9670/2169 | | | | | X | | | 9940 | |
| trans-america truck | 105978 | 4500010195 | | | 9735/1393 | | | | | X | | | 9940 | |
| tri-tool inc | 100138 | 4500002692 | ~ | 00485-001 | 9594/V4S1 | | | | X | | | | 3572 | |
| tri-tool inc | 100138 | 4500002692 | ~ | 00485-001 | 9594/V4S1 | | | X | | | | | 4519 | |
| tucker company | 102918 | 4500003926 | | 21549-001 | 9586/0938 | | | | X | | | | 3572 | |
| tucker company | | | SO76842 | 21549-001 | | | | **X** | X | | | | 3572 | |
| tucker company | 102918 | 4500003926 | | 21549-001 | 9586/0938 | | | X | | | | | 4534 | |
| tucker company | | | SO76842 | 21549-001 | | | | X | | | | | 4534 | |
| united textile inc | 100788 | 4500006095 | | 08981-001 | 9670/2169 | | | | X | | | | 3573 | |
| united textile inc | 100788 | 4500006095 | | 08981-001 | 9670/2169 | | | X | | | | | 4509 | |
| united textile inc | 100788 | 4500008286 | | | 9617/1670 | | | | | X | | | 9942 | |
| united textile inc | 100788 | 4500008286 | | | 9617/1670 | | | | | X | | | 9943 | |
| us nuclear regulatory | | R4P | | 8880267-204 | | X | X | X | X | X | X | X | 776 | |
| us nuclear regulatory | | R4P | | 8880267-204 | | X | X | **X** | X | X | X | X | 3880 | |
| us nuclear regulatory | | R4P | | 8880267-204 | | X | X | X | | X | X | X | 4542 | |
| us nuclear regulatory | | R4P | | 8880267-204 | | X | X | X | X | X | X | X | 5716 | |
| us nuclear regulatory | | R4P | | 8880267-204 | | X | X | X | X | X | X | X | 9988 | |
| us post office express pr mail | 100779 | 4500001820 | | 08887-002 | Main | | | | X | X | X | | 3880 | |
| us post office express pr mail | 100779 | 4500001820 | | 08887-002 | Main | | | X | | X | X | | 4509 | |
| us post office express pr mail | 100779 | 4500001820 | | | Main | | | | X | X | X | | 9988 | |
| utitlity vault company | | | SN38012 | 00406-001 | | X | | | | | | | 5058 | **Destroyed** |
| vacuum technology | 102180 | 4500006049 | | 20258-001 | 9670/2169 | X | | | | X | | | 5362 | |
| vacuum technology | 102180 | 4500006049 | | 20258-001 | 9670/2169 | X | | | | X | | | 9988 | |
| varian vacuum technologies | 103739 | | RN39229 | 00279-002 | 9402/1969 | X | | | | | | | 2661 | |
| varian vacuum technologies | 103739 | 4500005476 | | 00279-002 | 9735/1393 | | | | X | X | | | 3880 | |

# ACCOUNTING BOXES BY VENDOR

7/1/2004

97 = Orange 98 = Brown 99 = Blue 00 = Red 01 = Green

| VENDOR | SAP VNDR # | SAP # | REF # | FMIS VNDR # | RIC BOX/SLOT | 97 | 98 | 99 | 00 | 01 | 02 | 03 | ACCNTG BOX # | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| varian vacuum technologies | 103739 | 4500005476 | | 00279-002 | 9735/1393 | | | X | | X | | | 4518 | |
| varian vacuum technologies | 103739 | 4500008565 | | | 9672/1918 | | | | | X | | | 9989 | |
| varian vacuum technologies | 103739 | 4500005476 | | | 9735/1393 | | | | X | X | | | 9989 | |
| vectra | 101085 | | H265 | 13259-002 | 9534/3867 | X | X | | | | | | 5060 | **Destroyed** |
| vectra | 101085 | | H265 | 13259-002 | 9534/3867 | X | X | | | | | | 6753 | |
| walker & associates inc | | | | 12155-201 | | X | | | | | | | 2658 | |
| waste containment systems | | | | 20369-001 | | X | | | | | | | 3517 | |
| westec welding equipment repair | | | | 18694-001 | | | X | | | | | | 5152 | |
| white cap industries | 103132 | 4500003614 | | 06545-001 | 9586/0938 | | | | X | | | | 3886 | |
| white cap industries | 103132 | 4500003614 | | 06545-001 | 9586/0938 | | | X | | | | | 4504 | |
| ww grainger inc | 100019 | 4500001290 | | 00039-203 | 9541/1195 | | | **X** | X* | X | | | 3886 | |
| ww grainger inc | 100019 | 4500004771 | | 00039-203 | 9735/1393 | | | | X | X | | | 3886 | |
| ww grainger inc | 100019 | 4500005597 | | 00039-203 | 9672/1918 | | | | X | | | | 3886 | |
| ww grainger inc | 100019 | 4500006030 | | 00039-203 | 9670/2169 | | | | X | | | | 3886 | |
| ww grainger inc | 100019 | 4500006517 | | 00039-203 | 9670/2169 | | | | X | | | | 3886 | |
| ww grainger inc | 100019 | 4500001290 | | 00039-203 | 9541/1195 | | | X | | X | | | 4515 | |
| ww grainger inc | 100019 | 4500004771 | | 00039-203 | 9735/1393 | | | X | | X | | | 4515 | |
| ww grainger inc | 100019 | 4500005597 | | 00039-203 | 9672/1918 | | | X | | | | | 4515 | |
| ww grainger inc | 100019 | 4500006030 | | 00039-203 | 9670/2169 | | | X | | | | | 4515 | |
| ww grainger inc | 100019 | 4500006517 | | 00039-203 | 9670/2169 | | | X | | | | | 4515 | |
| ww grainger inc | 100019 | 4500001290 | | 00039-203 | 9541/1195 | | | X | X* | X | | | 9990 | |
| ww grainger inc | 100019 | 4500004771 | | 00039-203 | 9735/1393 | | | | X | X | | | 9993 | |
| ww grainger inc | 100019 | 4500009592 | | 00039-203 | 9735/1393 | | | | | X | X* | | 9993 | |
| yellow freight systems inc | 100616 | 4500007144 | | 06943-002 | 9586/0938 | | | | X | X | | | 3887 | |
| yellow freight systems inc | 100616 | 4500007144 | | 06943-002 | 9586/0938 | | | X | | X | | | 4506 | |
| yellow freight systems inc | 100616 | 4500007144 | | | 9586/0938 | | | | X | X | | | 9993 | |