**U.S. Department of Justice**

Civil Division

154-98-488
PDK:DMC:HDL:VLS

*Washington, D.C. 20530*

June 28, 2004

**VIA FACSIMILE AND FIRST CLASS MAIL**

Tim Macdonald
Arnold & Porter, LLC
370 17th Street
Suite 4500
Denver, CO 80202-1370

**Re: *Sacramento Municipal Utility District v. United States*, No. 98-488C (Fed. Cl.)**

Dear Mr. Macdonald:

This letter addresses the upcoming depositions in this case. At this point, we have Robert Burgoyne (tentative) and Leroy Stewart scheduled to have their depositions on June 30 and July 1, 2004, respectively. Please let me know if you would like to take Kenneth Picha's deposition during this week.

We would like to arrange depositions for the following individuals on the following dates. Please let me know for which of these individuals you will not accept service.

- Dan Keuter — July 13, 2004 (tentative)
- Tom LaGuardia — July 15, 2004 (tentative)
- James Shetler — July 20, 2004
- Ed Smeloff — July 21, 2004
- Ron Colombo — July 21, 2004
- Steve Redeker — July 22, 2004
- Luana Holst — July 27, 2004
- Leslie England — July 28, 2004

- James Field July 29, 2004

Additionally, we would like to schedule RCFC 30(b)(6) depositions on July 30 and August 2, 2004.

As a final point, please indicate whether any of the above-mentioned individuals would have safeguards information so that we may plan accordingly.

If you have any questions, please contact me at 202-305-7573 or at my email address, victoria.strohmeyer@usdoj.gov.

Sincerely,

VICTORIA L. STROHMEYER
Trial Attorney
Commercial Litigation Branch

ARNOLD & PORTER LLP

Timothy R. Macdonald
Timothy_Macdonald@aporter.com

303.863.2334
303.832.0428 Fax

Suite 4500
370 Seventeenth Street
Denver, CO 80202-1370

June 9, 2004

*VIA FEDERAL EXPRESS &*
*FACSIMILE (w/o encl)*

Victoria Strohmeyer, Esq.
Russell Shultis, Esq.
Commercial Litigation Branch - Civil Division
United States Department of Justice
Eighth Floor Mailroom
1100 L Street, N.W.
Washington, D.C. 20530
FAX: 202-307-2503

Re: *Sacramento Municipal Utility District v. United States*, No. 98-488

Dear Ms. Strohmeyer:

Please find the enclosed copies of one partial box of SMUD documents, Bates No. SMUD 61077 - SMUD 63519. Many of these documents are duplicates of previously produced documents, but, out of an abundance of caution, we are producing them again because we are not certain that they are all identical copies.

Please call if you have any questions.

Sincerely,

Timothy R. Macdonald

ARNOLD & PORTER LLP

**Timothy R. Macdonald**
Timothy_Macdonald@aporter.com

303.863.2334
303.832.0428 Fax

Suite 4500
370 Seventeenth Street
Denver, CO 80202-1370

June 29, 2004

*VIA FEDERAL EXPRESS &*
*FACSIMILE (w/o encl)*

Victoria Strohmeyer, Esq.
Russell Shultis, Esq.
Commercial Litigation Branch - Civil Division
United States Department of Justice
Eighth Floor Mailroom
1100 L Street, N.W.
Washington, D.C. 20530
FAX: 202-307-2503

Re: *Sacramento Municipal Utility District v. United States*, No. 98-488

Dear Ms. Strohmeyer:

Please find the enclosed copies of additional documents potentially responsive to the government's document requests. These documents appear to be mostly duplicates of documents SMUD previously produced, but because they were contained in separate boxes in Jim Field's department (mostly cc'd copies), we are producing them out of an abundance of caution for your review. The documents have been labeled Bates No. RS 000001 - RS 006236

Please call if you have any questions.

Sincerely,

Timothy R. Macdonald