ORIGINAL

# In the United States Court of Federal Claims

No. 98-488C
Filed July 28, 2004

FILED
JUL 28 2004
U.S. COURT OF FEDERAL CLAIMS

**********************************

SACRAMENTO MUNICIPAL UTILITY DISTRICT,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**********************************

## AMENDED SCHEDULING ORDER

Pursuant to the status conference held on July 15, 2004, the Government's June 14, 2004 Motion for Extension of Time to Complete Discovery, Plaintiff's July 1, 2004 Response, and the Government's July 7, 2004 Reply, the court amends the scheduling order:

1. Fact Discovery. Except as provided in paragraph 4 below, all fact discovery, including all depositions, shall conclude **on or before September 27, 2004.** In order to achieve this deadline, the parties will make witnesses available at reasonably convenient locations and times. The parties are reminded that the rules of the court contemplate the use of depositions at trial for testimonial purposes in certain circumstances "as though the witnesses were then present and testifying[.]" *See* RCFC 32(a).

2. Expert Discovery. All expert discovery, including the exchange of expert reports and the completion of expert depositions, will be completed **on or before December 20, 2004.** The identity of the experts will be disclosed **on or before August 27, 2004.** Plaintiff's expert report(s) will be submitted **on or before September 7, 2004** and defendant's responsive expert report(s) will be submitted **on or before October 18, 2004.** Plaintiff's rebuttal expert report(s) will be submitted **on or before November 9, 2004.**

3. Supplemental Discovery Motions. Any motions regarding supplemental fact or expert discovery will be filed **on or before August 9, 2004.** Responses, if any, will be filed **on or before August 16, 2004** and replies, if any, will be filed **on or before August 23, 2004.** Motions for supplemental discovery will be allowed only if justice shall so require and because the discovery sought is of a nature that could not reasonably have been obtained prior to the close of discovery.

4. Meeting of Counsel. The parties will meet to satisfy the requirements of RCFC Appendix A ¶ 13, including the exchange of exhibit and witness lists, **on or before January 7, 2005.**

5. Memorandum of Contentions of Fact and Law. In accordance with RCFC Appendix A ¶ 14, plaintiff will file its Memorandum of Contentions of Law and Fact ("Memorandum") **on or before January 24, 2005.** Defendant will file its responsive Memorandum **on or before February 17, 2005.** Each Memorandum will be accompanied by witness lists, exhibit lists, and any motions contemplated by Appendix A ¶¶ 14-16. Any objection to a witness or exhibit not made in the Memorandum or a separate motion filed on the same date will, if the objection is of a type that could reasonably have been identified at the time of such filing, be deemed waived absent a showing of a compelling reason for the failure. Defendant will file its responses to any motions filed by plaintiff with its Memorandum **on or before February 17, 2005.** Plaintiff will file its responses to any motions filed by defendant **on or before March 7, 2005.**

6. Pretrial Conference. The pretrial conference will be held **on March 11, 2005 at 10:00 a.m.** at the National Courts Building, 717 Madison Place N.W., Washington, D.C. 20005. The parties will bring to the pretrial conference at least three copies of any exhibit as to which an objection remains outstanding. The parties will prepare and deliver at the pretrial conference a joint preliminary trial schedule or, if they cannot agree, separate trial schedules.

7. Trial. Trial will be held **beginning March 21, 2005 through April 1, 2005.** Trial will begin at 10:00 a.m. on each day. Trial will be held at the National Courts Building, 717 Madison Place N.W., Washington, D.C. 20005.

**IT IS SO ORDERED.**

**SUSAN G. BRADEN**
**Judge**