IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | ) | No.98-488 C<br>(Judge Braden) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court grant an enlargement of one day, to and including September 1, 2004, within which to file its reply to "Plaintiff's Response to the Government's Motion For Partial Summary Judgment Regarding Plaintiff's Recovery Of Future Or Prospective Damages." Defendant's reply is was originally due on August 30, 2004. Defendant previously requested a one-day enlargement of time for this purpose to and including August 31, 2004. Counsel for plaintiff has represented that plaintiff does not oppose this motion.

The Government and plaintiff are currently engaged in discussions with the hopes of reaching a stipulation regarding the scope of future damages in this case. The parties have exchanged draft stipulations, and are in the process of working out a mutually acceptable final draft for filing with the Court. The parties are hopeful that we can have this issue resolved prior to the Court's status conference on September 2, 2004. Because a stipulation regarding the scope of future damages to be addressed in this case would greatly conserve the Court's resources and would obviate the need to continue to litigate regarding this issue, we would request a one-

day enlargement of time in which to file our reply brief.

For the foregoing reasons, we respectfully request that the Court grant our unopposed motion for an enlargement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr
HAROLD D. LESTER, JR.
Assistant Director

s/ Russell A. Shultis
RUSSELL A. SHULTIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585
Washington, D.C. 20585

August 31, 2004

CERTIFICATE OF FILING

I hereby certify that on this 31st day of August 2004, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Alan J. Lo Re