No. 98-488C
(Judge Braden)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SACRAMENTO MUNICIPAL UTILITY DISTRICT,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

# DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING PLAINTIFF'S RECOVERY OF FUTURE OR PROSPECTIVE DAMAGES

---

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

HAROLD D. LESTER, JR.
Assistant Director

RUSSELL A. SHULTIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, NW, 8th Floor
Washington, D.C. 20530
Telephone: (202) 305-7571
Facsimile: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, DC 20585

September 1, 2004

# TABLE OF CONTENTS

TABLE OF CONTENTS .......... i

TABLE OF AUTHORITIES .......... ii

DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING PLAINTIFF'S RECOVERY OF FUTURE OR PROSPECTIVE DAMAGES .......... 1

ARGUMENT .......... 1

I. ALL APPLICABLE COURT DECISIONS SUPPORT THE CONCLUSION THAT FUTURE DAMAGES CANNOT BE AWARDED UPON A PARTIAL BREACH OF CONTRACT CLAIM .......... 1

A. SMUD Has Not Identified A Single Case In Which A Court Awarded A_Plaintiff Future Damages In Response To A Partial Breach Claim .......... 1

B. Courts Have Precluded An Award Of Future Damages In Response To A Partial Breach Claim .......... 8

II. IN SEEKING FUTURE DAMAGES, SMUD IS ASKING THIS COURT TO CONFLICT WITH THE *RESTATEMENT*, DESPITE THE ABSENCE OF ANY AUTHORITY IN SUPPORT OF ITS DAMAGES REQUEST .......... 9

III. SMUD'S SUGGESTION THAT IT SHOULD RECOVER FUTURE DAMAGES WOULD CREATE A NEW LEGAL DOCTRINE OF "ANTICIPATORY PARTIAL BREACH," WHICH OTHERWISE DOES NOT EXIST .......... 12

CONCLUSION .......... 16

## TABLE OF AUTHORITIES

### CASES

Ammex, Inc. v. United States,
334 F.3d 1052 (Fed. Cir. 2003) .......... 9

Christopher Village, L.P. v. United States,
360 F.3d 1319 (Fed. Cir. 2004) .......... 9

City of Fairfax, Va. v. Washington Metro. Area Transit Auth.,
582 F.2d 1321 (4th Cir. 1978) .......... 12, 13

Coughlin v. Blair,
41 Cal. 2d 587, 262 P.2d 305 (1953) .......... 9

First Nat'l State Bank of N.J. v. Commonwealth Fed. Sav. & Loan Ass'n,
610 F.2d 164 (3d Cir. 1979) .......... 2, 6, 7

Guntert v. City of Stockton,
55 Cal. App. 3d 131, 126 Cal. Rptr. 690 (1976) .......... passim

Hall v. Allstate Ins. Co.,
880 F.2d 394 (11th Cir. 1989) .......... 13

Hansen Bancorp, Inc. v. United States,
367 F.3d 1297 (Fed. Cir. 2004) .......... 10

Indiana Michigan Power Co. v. United States,
60 Fed. Cl. 639 (2004) (Fed. Cir.) .......... passim

Northern States Power Co. v. United States Dep't of Energy,
128 F.3d 754 (D.C. Cir. 1997), cert. denied, 525 U.S. 1015 (1998) .......... 6

Tennessee Valley Authority v. United States,
60 Fed. Cl. 665 (2004) .......... 9, 11

Yankee Atomic Electric Co. v. United States,
No. 98-126C, 2004 WL 1535688 (Fed. Cl. June 28, 2004) .......... 2, 3, 4

Young Engineers, Inc. v. United States Int'l Trade Comm'n,
721 F.2d 1305 (Fed. Cir. 1983) .......... 9