# In the United States Court of Federal Claims

**98-488C**

**Filed: September 2, 2004**

**SACRAMENTO MUNICIPAL UTILITY DIST,**

**v.**

**THE UNITED STATES**

**Pltf's Notice of Documents**
**[Example of the April 16 Supporting Material That Was Not**
**Provided to the Court]**

The above document has been filed with the Clerk's Office UNDER SEAL in hard copy and is not available electronically.