# In the United States Court of Federal Claims

No. 98-488C
Filed: September 23, 2004

| | |
|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT, Plaintiff, | |
| v. | |
| THE UNITED STATES, Defendant. | |

## SUPPLEMENTAL SCHEDULING ORDER

Pursuant to the status conference held on September 17, 2004, the court hereby modifies and supplements the Amended Scheduling Order entered on July 28, 2004, as follows:

1. The trial scheduled to begin March 21, 2005 through April 1, 2005 will concern solely the contract claims asserted by the Plaintiff in Counts I and II of the Amended Complaint.

2. The deadline for fact discovery is extended until October 1, 2004, with an additional extension likely after the parties' October 1, 2004 telephone status conference.

3. The Government will file an Answer to the Amended Complaint by October 15, 2004, however, no answer is required regarding the allegations in the takings claim set forth in Counts IV and V of the Amended Complaint.

4. The Government will file a supplemental brief, as requested, regarding the issue of contract liability by October 15, 2004. Plaintiff will file any response to the Government's brief by October 29, 2004.

5. All dispositive motions regarding the contract claims will be filed by November 23, 2004.

6. The Court will issue a scheduling order for resolving the takings claims asserted by the Plaintiff in Counts IV and V of the Amended Complaint after the trial of the contract claims, if necessary.

A telephone status conference will be held on October 1, 2004 at 1:30 p.m. EST. All other deadlines in the Amended Scheduling Order entered July 28, 2004 remain unchanged at this time.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**