# In the United States Court of Federal Claims

No. 98-488C

Filed: October 1, 2004

***********************************

SACRAMENTO MUNICIPAL UTILITY DISTRICT,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

***********************************

**ORDER**

Telephone status conferences will be held on October 5, 2004 at 3:15 p.m. EST and on December 7, 2004 at 4:00 p.m. EST.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**