# In the United States Court of Federal Claims

No. 98-488C

Filed: October 5, 2004

| | |
|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT, | |
| Plaintiff, | |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

**ORDER**

A telephone status conference will be held on November 4, 2004 at 3:00 p.m. EST.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**