ORIGINAL

# In the United States Court of Federal Claims

No. 98-488C

Filed: October 8, 2004

FILED
OCT 8 2004
U.S. COURT OF FEDERAL CLAIMS

SACRAMENTO MUNICIPAL UTILITY DISTRICT,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## SECOND AMENDED SCHEDULING ORDER

Pursuant to the status conference held on October 5, 2004, the court amends the scheduling order entered on July 28, 2004 and the Supplemental Scheduling Order entered on September 23, 2004:

1. Answer to Amended Complaint. The Government will file an Answer to the Amended Complaint **on or before October 15, 2004**, however, no answer is required regarding the allegations in the takings claim set forth in Counts IV and V of the Amended Complaint.

2. Supplemental Brief. The Government will file a supplemental brief, as requested, regarding the issue of contract liability **on or before October 15, 2004**. Plaintiff will file any response to the Government's brief **on or before October 29, 2004**.

3. Fact Discovery. All fact discovery, including all depositions, shall conclude **on or before November 10, 2004.** In order to achieve this deadline, the parties will make witnesses available at reasonably convenient locations and times. The parties are reminded that the rules of the court contemplate the use of depositions at trial for testimonial purposes in certain circumstances "as though the witnesses were then present and testifying[.]" *See* RCFC 32(a).

4. Dispositive Motions. Any other motion for summary judgment or any supplemental briefing on the pending motions for summary judgment regarding the contract claims shall be filed **on or before November 30, 2004**. A status conference will be held at **4:00 p.m. EST on December 7, 2004** to discuss the need and schedule for further briefing on such motions.

5. Expert Discovery. All expert discovery will conclude **on or before January 18, 2005.** For each of its experts, defendant will provide plaintiff with a written description of the areas on which the expert will opine and a synopsis of the expert's opinions **on or before November 12, 2004.** Defendant's expert report(s) will be submitted on or before November 22, 2004, and plaintiff's rebuttal expert report(s) will be submitted on or before December 23, 2004. To facilitate expert discovery, each expert report will be accompanied by all data and other information considered by the expert in forming his or her opinion.

6. Meeting of Counsel. The parties shall meet to satisfy the requirements of RCFC Appendix A ¶ 13, including the exchange of exhibit and witness lists, **on or before January 25, 2005.**

7. Memorandum of Contentions of Fact and Law. In accordance with RCFC Appendix A ¶ 14, plaintiff will file its Memorandum of Contentions of Law and Fact ("Memorandum") **on or before February 15, 2005.** Defendant will file its responsive Memorandum **on or before February 25, 2005.** Each Memorandum will be accompanied by witness lists, exhibit lists, and any motions contemplated by Appendix A ¶¶ 14-16. Any objection to a witness or exhibit not made in the Memorandum or a separate motion filed on the same date will, if the objection is of a type that could reasonably have been identified at the time of such filing, be deemed waived absent a showing of a compelling reason for the failure. Defendant will file its responses to any motions filed by plaintiff with its Memorandum **on or before February 25, 2005.** Plaintiff will file its responses to any motions filed by defendant **on or before March 7, 2005.**

8. Pretrial Conference. The pretrial conference will be held **on March 11, 2005 at 10:00 a.m.** at the National Courts Building, 717 Madison Place N.W., Washington, D.C. 20005. The parties will bring to the pretrial conference at least three copies of any exhibit as to which an objection remains outstanding. The parties will prepare and deliver at the pretrial conference a joint preliminary trial schedule or, if they cannot agree, separate trial schedules.

9. Trial. Trial will be held **beginning March 21, 2005 through April 1, 2005.** Trial will begin at 10:00 a.m. on each day. Trial will be held at the National Courts Building, 717 Madison Place N.W., Washington, D.C. 20005. The trial will concern solely the contract claims asserted by the Plaintiff in Counts I and II of the Amended Complaint.

10. The court will issue a scheduling order for resolving the takings claims asserted by the Plaintiff in Counts IV and V of the Amended Complaint after the trial of the contract claims, if necessary.

**IT IS SO ORDERED.**

**SUSAN G. BRADEN**
**Judge**