**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 98-488C<br>(Judge Braden) |

**DEFENDANT'S MOTION FOR LEAVE TO FILE**
**OFFICIAL TRANSCRIPTS OF STATUS CONFERENCES**

Defendant, the United States, respectfully requests that the Court grant leave for the Government to file the official transcripts from the status conferences in this case, held on September 10, 2004; September 17, 2004; October 1, 2004; and October 5, 2004, with the Clerk of the Court for inclusion in the record of this case. Additionally, the United States respectfully requests that the Court issue a standing order permitting the Government to file the official transcripts of future status conferences in this case with the Clerk of the Court for inclusion in the record of this case without being required to seek leave to file each individual transcript.

As the Court is aware, because of budget issues at the Court, we have incurred the expense of having a court reporter from Heritage Reporting Corporation ("Heritage") available at the parties' recent status conferences to transcribe those conferences. Heritage has provided us with the original transcripts of those status conferences that typically would have been submitted to the Court for inclusion in the record of this case. The purpose of having these status conferences recorded was to ensure that the discussions at the conferences become part of the record of the case. Heritage has provided us with the original transcripts of the status

conferences referenced above, in paper form. Accordingly, we need to provide the transcripts of these hearings to the Clerk so that he can make these transcripts a part of the record in this case and enter them as he would transcripts received by the Court directly from Heritage. We respectfully request that the Court allow us to provide these original transcripts to the Clerk (in hard copy form) for filing in the case. Upon the Court's granting of this motion, the Government will deliver the hard copy originals of the transcripts to the Clerk for filing. Further, to preclude the need for the Government to seek leave to provide transcripts of future proceedings to the Clerk in the future, we respectfully request that the Court enter a standing order permitting us to provide the original paper copies of any other court hearings for which the Government sponsors the court reporting services to the Clerk for filing.

For the foregoing reasons, defendant respectfully requests that the Court grant this Motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

s/ Russell A. Shultis
RUSSELL A. SHULTIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax:: (202) 307-2503

October 15, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 15th day of October 2004, a copy of foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE OFFICIAL TRANSCRIPTS OF STATUS CONFERENCES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Todd J. Cochran