# In the United States Court of Federal Claims

No. 98-488C
Filed: October 22, 2004

*************************************
SACRAMENTO MUNICIPAL UTILITY DISTRICT,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*************************************

**ORDER**

Defendant's motion for leave to file official transcripts of status conferences, filed October 15, 2004, is **GRANTED**. Accordingly, the Clerk of the Court shall accept for filing and inclusion in the record of this case the official transcripts received from the United States of status conferences held on September 10, 2004, September 17, 2004, October 1, 2004, and October 5, 2004. Additionally, the Clerk of the Court shall accept for filing and inclusion in the record of this case official transcripts received from the United States of future status conferences held in this matter.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**