**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 98-488C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF FILING OF OFFICIAL TRANSCRIPTS OF STATUS CONFERENCES**

Defendant, the United States, respectfully submits this notice that, pursuant to the Court's order dated October 22, 2004, it has provided to the Clerk of the Court the paper copies of the official transcripts from the status conferences in this case, held on September 10, 2004; September 17, 2004; October 1, 2004; and October 5, 2004, for inclusion in the record of this case. A copy of the letter to the Clerk of the Court is attached hereto.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

s/ Russell A. Shultis
RUSSELL A. SHULTIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax:: (202) 307-2503

November 18, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 18th day of November, 2004, a copy of foregoing "NOTICE OF FILING OF OFFICIAL TRANSCRIPTS OF STATUS CONFERENCES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Todd J. Cochran