# In the United States Court of Federal Claims

**98-488C**

**Filed: November 16, 2004**

**SACRAMENTO MUNICIPAL UTILITY,**

**v.**

**THE UNITED STATES**

**Transcript of Proceedings (1 Volume) Held at Washington, DC**
**Before Judge Susan G. Braden on October 1, 2004**
**[Provided by the Dept. of Justice per Order of 10/22/2004]**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 219-9657 between the hours of 8:45 am and 5:15 pm Eastern time.