**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 98-488C<br>(Judge Braden) |

**DEFENDANT'S UNOPPOSED MOTION TO**
**AMEND THE SECOND AMENDED SCHEDULING ORDER**

Pursuant to the agreement of the parties as discussed during the status conference held on November 19, 2004, the Government respectfully requests the following amendment to the fourth paragraph of the Second Amended Scheduling Order entered on October 8, 2004:

4. Dispositive Motions. Defendant will not file any other motion for summary judgment or any supplemental briefing on the pending motions for summary judgment regarding the contract claims, that were scheduled to be filed **on or before November 30, 2004**. The status conference previously scheduled for **4:00 p.m. EST on December 7, 2004** to discuss the need and schedule for further briefing on such motions will still be held, but only to discuss general matters.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

s/ Russell A. Shultis
RUSSELL A. SHULTIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax:: (202) 307-2503

November 24, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 24th day of November, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION TO AMEND THE SECOND AMENDED SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Todd J. Cochran