# In the United States Court of Federal Claims

No. 98-488C
Filed: November 30, 2004

***********************************
*
SACRAMENTO MUNICIPAL UTILITY DISTRICT, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**ORDER**

Defendant's Unopposed Motion to Amend the Second Amended Scheduling Order, filed November 24, 2004, is **GRANTED**. Accordingly, paragraph 4 of the Second Amended Scheduling Order is amended as follows:

4. Dispositive Motions. Defendant will not file any other motion for summary judgment or any supplemental briefing on the pending motions for summary judgment regarding the contract claims that were scheduled to be filed **on or before November 30, 2004**. The status conference previously scheduled for **4:00 p.m. EST on December 7, 2004** to discuss the need and schedule for further briefing on such motions will still be held, but only to discuss general matters.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**