**U.S. Department of Justice**

Civil Division

*Washington, D.C. 20530*

November 30, 2004

VIA HAND DELIVERY

Clerk of the Court
United States Court of Federal Claims
717 Madison Place, NW
Washington, DC 20005

Re: *Sacramento Municipal Utility District v. United States*, No. 98-488C (Fed. Cl.)

To Whom It May Concern:

Pursuant to the Court's order dated October 22, 2004, please find enclosed the paper copies of the official transcripts from the status conferences in *Sacramento Municipal Utility District v. United States*, No. 98-488C (Fed. Cl.), held on November 4, 2004 and November 19, 2004 for inclusion in the record of this case.

If you have any questions, please contact me at 202-616-0170.

Sincerely,

TODD J. COCHRAN
Trial Attorney
Commercial Litigation Branch

Enclosures

cc: Tim Macdonald, Esq. (without enclosures) (via first-class mail)