# In the United States Court of Federal Claims

No. 98-488C
Filed: December 7, 2004

***********************************
*
SACRAMENTO MUNICIPAL UTILITY DISTRICT, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**ORDER**

Pursuant to the parties' request, the court has reserved the electronic courtroom for use during the trial of this matter on March 21, 2005 through April 1, 2005.

A telephone status conference will be held on January 7, 2005 at 2:00 p.m. EST.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**