**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 98-488C<br>(Judge Braden) |

**AFFIDAVIT OF ALAN R. DENKO**

1. I am a competent adult and set forth the following information based upon my personal knowledge.

2. I have been serving as the Deputy Director, Regulatory Affairs, Navy Nuclear Propulsion Program (NNPP).

3. During the search of the NNPP documents and records in response to Sacramento Municipal Utility District's ("SMUD") Second Set of Requests for Production of Documents Related to Damages ("Request for Production"), three classified documents were discovered in the Navy documents located at NNPP Headquarters in Washington, D.C. and the Bettis Atomic Power laboratory near Pittsburgh, Pennsylvania.

4. I possess the appropriate security clearance to review these classified documents.

5. None of the classified documents contain information that is responsive to SMUD's Request for Production and not otherwise being made available to SMUD.

6. The first classified document contains information that is reflected in an unclassified manner in the Navy Dual Purpose Canister Environmental Impact Statement that has already been produced to SMUD.

7. The second classified document concerns specific nuclear fuel from a specific Navy submarine and concludes that each of the six alternatives contained in the Environmental Impact Statement are appropriate for storing this specific naval nuclear fuel.

8. The final classified document is a technical analysis evaluating the nuclear safety of each of the six alternatives contained in the Environmental Impact Statement and concludes that each of the evaluated options are appropriate and feasible for naval spent fuel.

I hereby affirm under penalty of perjury that the foregoing is true and correct.

Dated: December 6, 2004

Alan R. Denko

Alan R. Denko