# In the United States Court of Federal Claims

No. 98-488C
Filed: January 7, 2005

**********************************
SACRAMENTO MUNICIPAL UTILITY DISTRICT,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
**********************************

**ORDER**

Pursuant to the parties' request at the January 7, 2005, status conference, the court hereby amends the expert discovery deadline contained in the October 8, 2004 Second Amended Scheduling Order. Accordingly, all expert discovery will now conclude on or before February 4, 2005.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**