IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT, Plaintiff, | ) | |
| v. | ) | No.98-488 C (Judge Braden) |
| UNITED STATES OF AMERICA Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO**
**AMEND THE SECOND AMENDED SCHEDULING ORDER**

Pursuant to the agreement of the parties as discussed during the status conference held on January 28, 2005, the Government respectfully requests the following amendments to the Second Amended Scheduling Order entered on October 8, 2004:

6. Meeting of Counsel. The parties shall meet to satisfy the requirements of RCFC Appendix A ¶ 13, including the exchange of exhibit and witness lists, **on or before January 27, 2005.**

7. Memorandum of Contentions of Fact and Law. In accordance with RCFC Appendix A ¶ 14, plaintiff will file its Memorandum of Contentions of Law and Fact ("Memorandum") **on or before February 17, 2005.** Defendant will file its responsive Memorandum **on or before February 28, 2005.** Each Memorandum will be accompanied by witness lists, exhibit lists, and any motions contemplated by Appendix A ¶¶ 14-16. Both parties will file their objections to a witness or exhibit **on or before March 4, 2005.** Any objection to a witness or exhibit not made **on or before March 4, 2005** will, if the objection is of a type that could reasonably have been identified a the time of such filing, be deemed waived absent a showing of a compelling reason for the failure. Defendant will file its responses to any motions filed by plaintiff with its Memorandum **on or before February 28, 2005.** Plaintiff will file its responses to any motions filed by defendant with its Memorandum **on or before March 9, 2005.**

In addition, the parties agree that the Government is permitted to take the deposition of Scott Vance. The parties further agree to complete the depositions of Cliff Hamal and Ivan Stuart.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Russell A. Shultis
RUSSELL A. SHULTIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax:: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

February 10, 2004

CERTIFICATE OF FILING

I hereby certify that on this 10th day of February, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION TO AMEND THE SECOND AMENDED SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Todd J. Cochran