# In the United States Court of Federal Claims

No. 98-488C
Filed: February 15, 2005

| | |
|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

Defendant's Unopposed Motion to Amend the Second Amended Scheduling Order, filed February 10, 2005, is **GRANTED**. Accordingly, paragraphs 6 and 7 of the October 8, 2004 Second Amended Scheduling Order is amended as follows:

6. Meeting of Counsel. The parties will meet to satisfy the requirements of RCFC Appendix A ¶ 13, including the exchange of exhibit and witness lists, **on or before January 27, 2005.**

7. Memorandum of Contentions of Fact and Law. In accordance with RCFC Appendix A ¶ 14, plaintiff will file a Memorandum of Contentions of Law and Fact ("Memorandum") **on or before February 17, 2005.** Defendant will file a responsive Memorandum **on or before February 28, 2005.** Each Memorandum will be accompanied by witness lists, exhibit lists, and any motions contemplated by Appendix A ¶¶ 14-16. Both parties will file their objections to a witness or exhibit **on or before March 4, 2005.** Any objection to a witness or exhibit not made **on or before March 4, 2005** will, if the objection is of a type that could reasonably have been identified at the time of such filing, be deemed waived absent a showing of a compelling reason for the failure. Defendant will file responses to any motions filed by plaintiff with defendant's Memorandum **on or before February 28, 2005.** Plaintiff will file responses to any motions filed by defendant with its Memorandum **on or before March 9, 2005.**

In addition, the parties agree that the Government is permitted to take the deposition of Scott Vance. The parties further agree to complete the depositions of Cliff Hamal and Ivan Stuart. The court grants leave for all three depositions to be conducted outside of the discovery period.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**