IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 98-488 C |
| THE UNITED STATES OF AMERICA, | ) | (Judge Braden) |
| Defendant. | ) | |

**SACRAMENTO MUNICIPAL UTILITY DISTRICT'S**
**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6.1, Sacramento Municipal Utility District ("SMUD") respectfully files this Unopposed Motion for Enlargement of Time seeking one additional day to file specified motions and its exhibit list. Under this Court's October 8, 2004 Second Amended Scheduling Order and recent Order dated February 15, 2005, Plaintiff is scheduled to file a Memorandum of Contentions of Fact and Law on or before February 17, 2005, to be accompanied by a witness list, an exhibit list, and any additional motions contemplated by Appendix A ¶¶ 14-16. SMUD is filing both its Memorandum of Contentions of Fact and Law and its witness list today, February 17, 2005.

SMUD, however, requests an enlargement of time of one day for the filing of its exhibit list and its additional motions, particularly a Motion for Leave to File Designated Deposition and Trial Testimony as Substantive Evidence Pursuant to RCFC 32 and Fed. R. Evid. 801(d), so that the motions and exhibit list would be due for filing on February 18, 2005. This is the first time SMUD has sought leave of Court to enlarge the time for filing of these motions. SMUD seeks an extension to gain additional time to address the extensive deposition testimony from this case

and the consolidated proceedings, applicable trial testimony in similar spent fuel cases, and numerous exhibits. Counsel for SMUD has conferred with opposing counsel and this motion is unopposed.

SMUD further seeks leave to submit in paper copy, rather than through the Court's electronic filing system, the appendix to its Motion for Leave to File Designated Deposition and Trial Testimony on Monday, February 21, 2005. SMUD has agreed to provide the Government with a copy of the appendix on Friday, February 18, 2005, but because of the length of the appendix, it will greatly exceed the standard megabyte limitation of the Court's system. Filing a paper copy of the appendix on February 21, 2005 will not prejudice any party.

WHEREFORE, SMUD respectfully requests this Court to grant an extension of time of one day for the filing of the specified motions and to allow SMUD to submit its appendix in paper form.

DATED this 17th day of February, 2005.

Respectfully submitted,

s/ Howard Cayne by s/ Timothy R. Macdonald
Howard Cayne
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5899
Counsel of Record for
Plaintiff Sacramento Municipal Utility District

Of Counsel:
David S. Neslin
Timothy R. Macdonald
ARNOLD & PORTER LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
(303) 863-1000

CERTIFICATE OF FILING

I certify that I caused a copy of the foregoing Sacramento Municipal Utility District's Unopposed Motion for Enlargement of Time to be filed electronically through the Court of Federal Claims Case Management/ Electronic Case Filing System on February 17, 2005. I understand that all parties may access the filing through the Court's CM/ECF System, including:

Alan Lo Re
Russell A. Shultis
Commercial Litigation Branch, Civil Division
Attention: Classification Unit, 8th Floor
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

s/ Timothy R. Macdonald