IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT | ) | |
| Plaintiff, | ) | No. 98-488 C |
| v. | ) | (Judge Braden) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**SACRAMENTO MUNICIPAL UTILITY DISTRICT'S WITNESS LIST**

Pursuant to the Court's amended scheduling order and ¶15 of Appendix A to the Rules of the Court of Federal Claims, Plaintiff, Sacramento Municipal Utility District ("SMUD"), respectfully files this statement setting forth a list of witnesses SMUD expects to call at trial and witnesses SMUD may call if the need arises. SMUD reserves the right to modify the list and the topics as the rules allow and as trial preparation continues. The list does not include witnesses that SMUD may call for impeachment.

Witnesses SMUD Expects to Present:

1. Brian Brinig

Mr. Brinig may be asked to provide testimony regarding the costs that SMUD has incurred for its dry storage project, issues relating to damages incurred by SMUD, and other matters set forth in his expert report or discussed at his deposition.

Estimated Time for Direct: Expert Witness / Written Direct

2. Dick Ferreira

Mr. Ferreira may be asked to provide testimony regarding the dry storage project at Rancho Seco, including, but not limited to, negotiations with vendors, evaluations of storage options, management and oversight at SMUD, and other relevant matters.

Estimated Time for Direct: 2 hours

3. Jim Field

Mr. Field may be asked to provide testimony about the development and implementation of dry storage at Rancho Seco, SMUD's damages and costs incurred for the dry storage project, engineering issues related to the project, SMUD's evaluations of storage options, the DOE's breach of contract, SMUD's decommissioning process and planning, SMUD's likely actions in the non-breach world, SMUD's reductions in costs from closing the spent fuel pool, the DOE/SMUD Cooperative Agreement, and other matters relevant to waste acceptance by the DOE.

Estimated Time for Direct: 4-6 hours

4. Luana Holst

Ms. Holst may be asked to provide testimony regarding SMUD's damages and costs incurred for the dry storage project, the accounting, invoice, and payroll systems, the document management system, and other relevant matters.

Estimated Time for Direct: 2 hours

5. Bob Jones

Mr. Jones may be asked to provide testimony regarding licensing at Rancho Seco, the DOE / SMUD Cooperative Agreement, the development and implementation of dry storage at Rancho Seco, and other relevant matters.

Estimated Time for Direct: 2 hours

6. Cary Nethaway

Mr. Nethaway may be asked to provide testimony regarding his term as Controller and Manager of Accounting at SMUD, SMUD's accounting and work order systems, SMUD's costs related to dry storage, and other relevant matters.

Estimated Time for Direct: 1 hour

7. Roger Powers

Mr. Powers may be asked to provide testimony regarding the development and negotiation of the Standard Contract, SMUD's expectations regarding the DOE's performance under the Contract, SMUD's actions after signing the Contract, and other relevant matters.

Estimated Time for Direct: 1 hour

8. Steve Redeker

Mr. Redeker may be asked to provide testimony about his term as Plant Manager at Rancho Seco, SMUD's organizational structure and management, the development and implementation of dry storage at Rancho Seco, SMUD's damages and costs incurred for the dry storage project, engineering issues related to the project, evaluations of storage options, the DOE's breach of contract, SMUD's decommissioning process and planning, SMUD's likely actions in the non-breach world, SMUD's reductions in costs from closing the spent fuel pool, the DOE/SMUD Cooperative Agreement, and other relevant matters.

Estimated Time for Direct: 4-6 hours

9. Jim Shetler

Mr. Shetler may be asked to provide testimony about his term as Plant Manager at Rancho Seco, his term as Assistant General Manager with responsibility over nuclear operations, the development and implementation of dry storage at Rancho Seco, SMUD's damages and costs incurred for the dry storage project, SMUD's evaluations of storage options, the DOE's breach of contract, SMUD's decommissioning process and planning, SMUD's likely actions in the non-breach world, SMUD's reductions in costs from closing the spent fuel pool, the negotiation of a demonstration project with DOE, the DOE/SMUD Cooperative Agreement, and other relevant matters.

Estimated Time for Direct: 4-6 hours

10. Eileen Supko

Ms. Supko may be asked to provide testimony regarding SMUD's pursuit of dual-purpose dry storage, the development of the dry storage market, NRC activities, DOE's waste program, acceptance rate issues, and other matters set forth in her expert reports or discussed at her deposition.

Estimated Time for Direct: Expert Witness / Written Direct

11. Ivan Stuart

Mr. Stuart may be asked to provide testimony regarding SMUD's pursuit of dual-purpose dry storage, the development of the dry storage market, DOE's waste program, DOE's actions in the non-breach world, and other matters set forth in his expert report or discussed at his deposition.

Estimated Time for Direct: Expert Witness / Written Direct

* * *

Witnesses SMUD May Call if the Need Arises:

12. David Boggs

Mr. Boggs may be asked to provide testimony regarding his term as General Manager of SMUD in 1989 and 1990 and other relevant matters.

13. John Bell

Mr. Bell may be asked to provide testimony regarding the administration of contracts at SMUD, including, but not limited to, contracts related to the dry storage project, and other relevant matters.

14. Rita Bowser

Ms. Bowser may be asked to provide testimony regarding SMUD's analysis of fuel disposition options, the negotiation of a demonstration project with DOE, and other matters related to spent fuel acceptance by DOE.

15. Ron Colombo

Mr. Colombo may be asked to provide testimony regarding the classification of fuel at Rancho Seco and other relevant matters.

16. Jerry Delezenski

Mr. Delezenski may be asked to provide testimony regarding the dry storage project at Rancho Seco, including, but not limited to, quality assurance, licensing, management and oversight at SMUD, and other relevant matters.

17. Dave Freeman

Mr. Freeman may be asked to provide testimony regarding his term as General Manager of SMUD from 1990 to 1994, the development of dry storage at Rancho Seco, the DOE's breach of contract, and other relevant matters.

18. Dennis Gardiner

Mr. Gardiner may be asked to provide testimony regarding the decommissioning process at Rancho Seco, issues related to Greater-Than-Class-C radioactive waste, and other relevant matters.

19. Dan Keuter

Mr. Keuter may be asked to provide testimony regarding his term as Plan Manager at Rancho Seco, SMUD's analysis of fuel disposition and storage options, the negotiation of a demonstration project with DOE, and other relevant matters.

20. Tom LaGuardia

Mr. LaGuardia may be asked to provide testimony regarding the development and evaluation of decommissioning cost studies and other relevant matters.

21. Sal Levy

Mr. Levy may be asked to provide testimony regarding the evaluation of spent fuel storage options, the costs of spent fuel storage, the development of the storage market, and other relevant matters.

22. Ken Miller

Mr. Miller may be asked to provide testimony regarding the development and implementation of dry storage at Rancho Seco, SMUD's damages and costs incurred for the dry storage project, engineering issues related to the project, SMUD's evaluations of storage options, the DOE's breach of contract, the negotiation of a demonstration project with DOE, the DOE/SMUD Cooperative Agreement, and other relevant matters.

23. John Rusteika

Mr. Rusteika may be asked to provide testimony about his role as internal auditor at SMUD, including, but not limited to, his involvement in evaluating the dry storage project, the costs paid to contractors for work on the project, and other relevant matters.

24. Jan Schori

Ms. Schori may be asked to provide testimony regarding her term as General Manager of SMUD, the development of dry storage, the DOE's breach of contract, interactions with the Board of Directors, and other relevant matters.

25. Ed Smeloff

Mr. Smeloff may be asked to provide testimony regarding his tenure as a member of the Board of Directors at SMUD, including, but not limited to the evaluation of storage options for spent fuel, the development of dry storage project, the DOE's breach of contract, and other relevant matters.

26. Scott Vance

Mr. Vance may be asked to provide testimony regarding his experience with DOE's waste program, including, but not limited to, the issue resolution process, the use of various acceptance rates by DOE, and other matters related to waste acceptance.

* * * * * *

In addition to the witnesses listed above, SMUD provides the following additional list of government and other witnesses as potential witnesses at the trial of this matter. Nearly all of the individuals are current or past government employees or contractors. All of the individuals were previously deposed in this or another SNF case or testified at the Indiana-Michigan and Yankee trials on behalf of the government. SMUD expects to designate deposition and trial testimony from many of these witnesses as substantive evidence in this case in lieu of calling them as live witnesses at trial. We are, however, making this disclosure in the event that it is necessary to call some of the witnesses at trial.

27. Edward Abbott

Mr. Abbott may be asked to provide testimony regarding DOE's waste program, including, but not limited to, the opinions and facts he offered in the Yankee cases and other relevant matters.

28. Christopher Bajwa

Mr. Bajwa may be asked to provide testimony regarding activities of the Nuclear Regulatory Commission as they relate to spent nuclear fuel or Greater-Than-Class C radioactive waste and other relevant matters.

29. Lake Barrett

Mr. Barrett may be asked to provide testimony regarding DOE's waste program, including, but not limited to, waste acceptance under the Standard Contract, schedule issues, dry storage, and other relevant matters.

30. John Bartlett

Mr. Bartlett may be asked to provide testimony regarding DOE's waste program during his tenure as Director of the program, including, but not limited to, waste acceptance under the Standard Contract, other schedule issues, and other relevant matters.

31. Edward Benz

Mr. Benz may be asked to provide testimony regarding DOE's waste program, including, but not limited to, waste acceptance under the Standard Contract, transportation issues, dry storage, and other relevant matters.

32. Alan Brownstein

Mr. Brownstein may be asked to provide testimony regarding DOE's waste program, including, but not limited to, waste acceptance under the Standard Contract, the issue resolution process, schedule issues, and other relevant matters.

33. Patrice Bubar

Ms. Bubar may be asked to provide testimony regarding Greater-Than-Class C radioactive waste and other relevant matters.

34. Robert Burgoyne

Mr. Burgoyne may be asked to provide testimony regarding DOE's waste program, including, but not limited to, waste acceptance under the Standard Contract, transportation issues, dry storage, and other relevant matters.

35. Robert Campbell

Mr. Campbell may be asked to provide testimony regarding Greater-Than-Class C radioactive waste and other relevant matters.

36. James Carlson

Mr. Carlson may be asked to provide testimony regarding the development DOE's waste program and other relevant matters.

37. James Cavanagh

Mr. Cavanagh may be asked to provide testimony regarding DOE's waste program, including schedule issues and other relevant matters.

38. Billy Cole

Mr. Cole may be asked to provide testimony regarding DOE's waste program, including, but not limited to, waste acceptance under the Standard Contract, the issue resolution process, and schedule issues.

39. Thomas Issacs

Mr. Issacs may be asked to provide testimony regarding the implementation of the NWPA and other relevant matters.

40. David Huizenga

Mr. Huizenga may be asked to provide testimony regarding Greater-Than-Class C radioactive waste and other relevant matters.

41. Keith A. Klein

Mr. Klein may be asked to provide testimony regarding the formation and development of DOE's waste program, including, but not limited to, waste acceptance under the Standard Contract, other schedule issues, and other relevant matters.

42. Susan Klein

Ms. Klein may be asked to provide testimony regarding DOE's waste program, including, but not limited to, waste acceptance under the Standard Contract, schedule issues, and other relevant matters.

43. William Knoll

Mr. Knoll may be asked to provide testimony regarding the use and development of dual-purpose dry storage and other relevant matters.

44. Chris Kouts

Mr. Kouts may be asked to provide testimony regarding DOE's waste program, including, but not limited to, waste acceptance under the Standard Contract, the expected start date of the repository, schedule issues, and other relevant matters.

45. Michael Lawrence

Mr. Lawrence may be asked to provide testimony regarding the formation and development of DOE's waste program, including, but not limited to, waste acceptance under the Standard Contract, schedule issues, and other relevant matters.

46. William Lemeshewsky

Mr. Lemeshewsky may be asked to provide testimony regarding Greater-Than-Class C radioactive waste, DOE's waste program, and other relevant matters.

47. Patrick McDuffie

Mr. McDuffie may be asked to provide testimony regarding DOE's waste program, including, but not limited to, waste acceptance under the Standard Contract, the issue resolution process, schedule issues, and other relevant matters.

48. Loring Mills

Mr. Mills may be asked to provide testimony regarding the formation and development of the Standard Contract, including, but not limited to, waste acceptance under the Standard Contract and other schedule issues.

49. Ron Milner

Mr. Milner may be asked to provide testimony regarding DOE's waste program, including, but not limited to, waste acceptance under the Standard Contract, schedule issues, and other relevant matters.

50. Robert L. Morgan

Mr. Morgan may be asked to provide testimony regarding the formation and development of DOE's waste program, including, but not limited to, waste acceptance under the Standard Contract and other schedule issues.

51. Stephen C. O'Connor

Mr. O'Connor may be asked to provide testimony regarding activities of the Nuclear Regulatory Commission as they relate to spent nuclear fuel or Greater-Than-Class C radioactive waste and other relevant matters.

52. Ken Picha

Mr. Picha may be asked to provide testimony regarding Greater-Than-Class C radioactive waste and other relevant matters.

53. Tom Pollog

Mr. Pollog may be asked to provide testimony regarding DOE's waste program, including, but not limited to, waste acceptance under the Standard Contract, the issue resolution process, schedule issues, and other relevant matters.

54. Robert Rosselli

Mr. Rosselli may be asked to provide testimony regarding the formation and development of DOE's waste program, including, but not limited to, waste acceptance under the Standard Contract, schedule issues, and other relevant matters.

55. Ben Rusche

Mr. Rusche may be asked to provide testimony regarding DOE's waste program, including, but not limited to, waste acceptance under the Standard Contract, schedule issues, and other relevant matters.

56. Nancy Slater-Thompson

Ms. Slater-Thompson may be asked to provide testimony regarding DOE's waste program, including, but not limited to, waste acceptance under the Standard Contract, the issue resolution process, schedule issues, and other relevant matters.

57. Leroy Stewart

Mr. Stewart may be asked to provide testimony regarding the DOE / SMUD Cooperative Agreement and his involvement in DOE's waste program, and other relevant matters.

58. Bill Teer

Mr. Teer may be asked to provide testimony regarding DOE's waste program and other relevant matters.

59. Beth Tomasoni

Ms. Tomasoni may be asked to provide testimony regarding DOE's waste program and her activities as Contracting Officer, including, but not limited to, waste acceptance under the Standard Contract, schedule issues, and other relevant matters.

60. Vic Trebules

Mr. Trebules may be asked to provide testimony regarding DOE's waste program, including, but not limited to, waste acceptance under the Standard Contract, schedule issues, and other relevant matters.

61. Robert Wells

Mr. Wells may be asked to provide testimony about the records management and document systems at the Department of Energy and other relevant matters.

62. Jeffrey Williams

Mr. Williams may be asked to provide testimony regarding the DOE / SMUD Cooperative Agreement, DOE's waste program, and other relevant matters.

63. Dave Zabransky

Mr. Zabransky may be asked to provide testimony regarding DOE's waste program, including, but not limited to, waste acceptance under the Standard Contract, the issue resolution process, schedule issues, and other relevant matters.

Dated this 17th day of February, 2005.

Respectfully submitted,

s/ Howard Cayne by s/ Timothy R. Macdonald
Howard Cayne
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5899
Counsel of Record for
Plaintiff Sacramento Municipal Utility District

Of Counsel:
David S. Neslin
Timothy R. Macdonald
ARNOLD & PORTER LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
(303) 863-1000

CERTIFICATE OF FILING

I certify that I caused a copy of the foregoing Sacramento Municipal Utility District's Witness List to be filed electronically through the Court of Federal Claims Case Management/ Electronic Case Filing System on February 17, 2005. I understand that all parties may access the filing through the Court's CM/ECF System, including:

Alan Lo Re
Russell A. Shultis
Commercial Litigation Branch, Civil Division
Attention: Classification Unit, 8th Floor
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

s/ Timothy R. Macdonald