IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT | ) | |
| Plaintiff, | ) | No. 98-488 C |
| v. | ) | (Judge Braden) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**SACRAMENTO MUNICIPAL UTILITY DISTRICT'S EXHIBIT LIST**

Pursuant to the Court's amended scheduling order and ¶16 of Appendix A to the Rules of the Court of Federal Claims, Plaintiff, Sacramento Municipal Utility District ("SMUD"), respectfully files this statement setting forth a list of exhibits SMUD expects to call at trial, other than those to be used exclusively for impeachment. SMUD reserves the right to modify the list as the rules allow and as trial preparation continues. SMUD has set forth a list of exhibits that it expects to offer in Attachment 1, and a complete list of exhibits that SMUD may offer if the need arises in Attachment 2.

Dated this 18th day of February, 2005.

Respectfully submitted,

s/ Howard Cayne by s/ Timothy R. Macdonald
Howard Cayne
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5899
Counsel of Record for
Plaintiff Sacramento Municipal Utility District

Of Counsel:
David S. Neslin
Timothy R. Macdonald
ARNOLD & PORTER LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
(303) 863-1000

CERTIFICATE OF FILING

I certify that I caused a copy of the foregoing Sacramento Municipal Utility District's Exhibit List to be filed electronically through the Court of Federal Claims Case Management/ Electronic Case Filing System on February 18, 2005. I understand that all parties may access the filing through the Court's CM/ECF System, including:

Alan Lo Re
Russell A. Shultis
Commercial Litigation Branch, Civil Division
Attention: Classification Unit, 8th Floor
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

s/ Timothy R. Macdonald

Attachment 1

| | | | |
|---|---|---|---|
| 9 | 119 | 229 | 318 |
| 10 | 120 | 231 | 319 |
| 11 | 130 | 232 | 320 |
| 14 | 131 | 233 | 321 |
| 15 | 142 | 236 | 322 |
| 25 | 143 | 237 | 325 |
| 29 | 144 | 243 | 326 |
| 30 | 150 | 245 | 327 |
| 35 | 154 | 246 | 331 |
| 44 | 156 | 248 | 332 |
| 47 | 162 | 249 | 334 |
| 50 | 164 | 254 | 339 |
| 53 | 168 | 256 | 340 |
| 56 | 169 | 259 | 341 |
| 57 | 170 | 261 | 342 |
| 58 | 175 | 262 | 343 |
| 59 | 176 | 263 | 344 |
| 60 | 177 | 267 | 346 |
| 62 | 179 | 268 | 349 |
| 66 | 181 | 269 | 351 |
| 68 | 182 | 272 | 354 |
| 69 | 184 | 278 | 356 |
| 70 | 185 | 279 | 357 |
| 71 | 187 | 280 | 360 |
| 72 | 188 | 281 | 363 |
| 73 | 189 | 282 | 366 |
| 77 | 192 | 283 | 368 |
| 78 | 193 | 284 | 369 |
| 81 | 195 | 287 | 370 |
| 82 | 197 | 289 | 372 |
| 86 | 199 | 290 | 374 |
| 89 | 201 | 291 | 375 |
| 91 | 202 | 292 | 380 |
| 91A | 205 | 294 | 381 |
| 92 | 207 | 295 | 383 |
| 93 | 208 | 297 | 387 |
| 97 | 212 | 299 | 394 |
| 98 | 215 | 301 | 396 |
| 105 | 217 | 302 | 397 |
| 106 | 218 | 303 | 399 |
| 109 | 219 | 305 | 404 |
| 113 | 220 | 308 | 409 |
| 114 | 222 | 311 | 410 |
| 118 | 224 | 315 | 411 |

418
421
424
425
426
429
433
434
436
439
440
445
448
449
452
454
455
456
461
462
471
475
476
481
488
492
494
495
497
500
501
502
503
506
507
508
509
510
511
512
513
514
515
516
519
524
525
528
530
534
535
538
539
540
541
544
545
552
553
554
555
557
561
565
566
568
570
571
572
574
575
580
583
585
587
590
591
597
598
599
600
602
603
604
604A
609
616
619
624
626
631
635
636
640
642
644
645
648
650
652
655
660
661
665
666
669
670
672
678
681
684
689
690
692
705
711
713
714
716
717
755
772
776
780
781
812
815
821
824
825
845
849
869
943
944