# ATTACHMENT 1: DEPOSITION & TRIAL TESTIMONY DESIGNATIONS

*Sacramento Municipal Utility District v. United States of America*, 98-488C

February 18, 2005

## 1. Lake Barrett

**Dep. Testimony (Apr. 22, 2002)**

10:21 through 11:5
27:13 through 40:4
44:5 through 45:3
49:2 through 60::22
84:2 through 84:22
85:1 through 96:22
116:14 through 124:22
138:2 through 138:17
148:18 through 148:22
149:5 through 149:21
153:3 through 156:22
159:16 through 160:22
196:13 through 200:22
205:1 through 208:22
217:1 through 220:22
234:21 through 235:14
260:4 through 261:15

**Dep. Testimony (Apr. 23, 2002)**

337:1 through 352:22
381:1 through 384:22
401:1 through 404:22
409:1 through 412:22
414:3 through 415:9
425:12 through 427:13
449:1 through 456:22
473:1 through 476:22
489:1 through 492:22
521:1 through 523:2

**Dep. Testimony (Apr. 26, 2002)**

555:1 through 574:22
579:1 through 594:22
607:1 through 608:22
610:1 through 614:22
619:1 through 622:22
707:1 through 710:22
715: 1 through 718:22
739:1 through 742:22

761:19 through 763:12
771:1 through 782:22
787:1 through 798:22

**Dep. Testimony (May 8, 2002)**
910:1 through 925:22
942:1 through 953:22
962:1 through 965:22
1062:1 through 1065:22
1094:1 through 1099:13

**Dep. Testimony (May 10, 2002)**
1149:12 through 1151:14
1153:19 through 1154:15
1155:6 through 1156:11
1160:1 through 1167:22
1244:1 through 1247:22
1295:10 through 1296:16
1301:1 through 1301:22
1328:1 through 1343:22
1347:8 through 1347:13
1368:1 through 1375:22
1416:1 through 1427:22
1432:1 through 1434:22

**Dep. Testimony (May 14, 2002)**
64:6 through 65:24
67:20 through 68:21
71:2 through 72:18
90:16 through 91:8
118:1 through 125:25
140:8 through 143:2
144:14 through 145:4
173:16 through 176:9
176:14 through 178:12
238:1 through 239:22

**Dep. Testimony (May 15, 2002)**
339:13 through 340:21
363:19 through 363:24
364:20 through 365:11
394:11 through 397:10
397:19 through 400:17

**2. Ronald Milner**

**Dep. Testimony (May 1, 2002)**
9:3 through 9:25
11:23 through 12:8
12:17 through 13:11
42:1 through 45:25
59:14 through 60:16
73:10 through 73:22
82:1 through 85:25
114:1 through 117:25
129:22 through 130:18
194:1 through 196:2

**Dep. Testimony (May 2, 2002)**
205:18 through 209:25
217:8 through 217:22
232:7 through 232:16
246:1 through 253:25
270:1 through 277:25
330:1 through 337:25
374:1 through 381:25
378:3 through 378:25
390:1 through 397:25
402:1 through 402:8

**Dep. Testimony (May 3, 2002)**
410:1 through 415:25
418:18 through 418:25
419:15 through 419:25
422:1 through 422:25
447:2 through 448:1
448:9 through 448:15
476:16 through 477:13
499:16 through 500:16
509:1 through 509:25
513:1 through 513:25
524:1 through 527:25
552:1 through 563:25
568:1 through 578:16

**Dep. Testimony (9:30 a.m. -- May 7, 2002)**
586:15 through 587:25
620:1 through 623:25
704:1 through 715:25
728:1 through 731:1

**Dep. Testimony (3:48 p.m. -- May 7, 2002)**

37:9 through 37:22
40:5 through 40:11
14:17 through 15:13
17:5 through 25:21
28:11 through 32:11

**Dep. Testimony (May 8, 2002)**

59:21 through 60:19
61:6 through 61:14
109:1 through 110:25
155:4 through 156:1
194:22 through 196:3
221:21 through 226:4
226:8 through 226:22
228:19 through 229:20
262:1 through 264:2
266:22 through 270:11
270:17 through 271:22
273:5 through 276:9
285:3 through 285:20
283:10 through 284:7

**Trial Testimony (Aug. 11, 2004)**

4711:23 through 4712:22
4713:1 through 4717:4
4741:11 through 4741:18
4744:21 through 4764:21
4766:17 through 4779:15

**3. <u>Alan Brownstein</u>**

**Dep. Testimony (Apr. 9, 2002)**

9:18 through 10:14
13:15 through 13:25
13:21 through 13:25
18:17 through 18:19
27:22 through 29:11
31:10 through 32:5
33:7 through 36:19
37:3 through 37:9
40:7 through 41:23
55:22 through 56:7
57:1 through 57:18
58:8 through 58:17

61:16 through 62:12
65:16 through 70:24
79:22 through 80:14
90:3 through 90:8
98:17 through 100:17
129:16 through 130:17
144:14 through 144:18

**Dep. Testimony (Apr. 10, 2002)**
276:13 through 276:17
278:12 through 278:15
282:5 through 282:22
329:14 through 330:12
343:17 through 344:8
375:12 through 375:18
376:22 through 378:5
412:16 through 412:21
413:21 through 414:12
420:23 through 421:24
439:4 through 439:6
441:5 through 443:19
452:9 through 453:7
455:24 through 457:14
459:17 through 460:12

**Dep. Testimony (Apr. 11, 2002)**
518:4 through 519:9
630:9 through 631:17

**Dep. Testimony (May 23, 2002)**
104:18 through 107:13
108:3 through 108:8
153:19 through 155:25
216:10 through 220:20

**Dep. Testimony (June 14, 2002)**
292:15 through 305:11
340:15 through 340:21
342:20 through 343:20
423:20 through 428:5

**4. <u>Thomas Pollog</u>**

**Dep. Testimony (Apr. 11, 2002)**
5:11 through 5:25
10:1 through 13:25
34:1 through 37:25
94:1 through 97:25
127:1 through 129:25
162:1 through 165:25
214:1 through 216:6

**Dep. Testimony (Apr. 12, 2002)**
10:1 through 13:25
134:1 through 137:25
174:1 through 177:21

**Dep. Testimony (May 15, 2002)**
34:22 through 35:12
37:1 through 38:25
58:5 through 58:19
59:6 through 59:20
67:19 through 69:13
72:11 through 72:19
92:1 through 93:25
95:6 through 96:5
114:19 through 114:23
133:1 through 133:14
161:2 through 161:13
162:20 through 163:14
181:1 through 188:25
224:18 through 225:15
254:1 through 257:25

**Dep. Testimony (May 16, 2002)**
277:9 through 277:25
293:1 through 295:25

**Dep. Testimony (May 22, 2002)**
95:12 through 98:7
142:20 through 143:2
143:19 through 144:15
175:3 through 175:15

**Trial Testimony (Aug. 4, 2004)**
3902:21 through 3904:13
3904:21 through 3905:3

3947:13 through 3949:23
3954:17 through 3956:2
3968:4 through 3969:12
3970:22 through 3973:6
3973:20 through 3975:11
3976:19 through 3980:7
3981:3 through 3982:9
3995:6 through 3997:21
3998:1 through 3998:5
4000:3 through 4000:16
4004:8 through 4004:14
4009:9 through 4009:16
4014:1 through 4015:19
4017:12 through 4018:1
4018:13 through 4019:22
4021:3 through 4021:16
4022:1 through 4022:13
4023:9 through 4023:11
4032:8 through 4032:18
4034:24 through 4035:5
4036:21 through 4037:3
4039:7 through 4039:21
4040:24 through 4041:5
4042:9 through 4042:19
4047:18 through 4048:14
4060:24 through 4061:5
4061:15 through 4061:22
4084:25 through 4086:1
4090:1 through 4090:23
4091:1 through 4092:23
4096:6 through 4097:7

**5. David Zabransky**

**Dep. Testimony (Apr. 17, 2002)**
29:1 through 40:22
45:1 through 52:22
57:1 through 60:22
77:1 through 80:22
85:1 through 92:22
97:1 through 112:22
181:1 through 184:22
221:1 through 222:22

**Dep. Testimony (Apr. 18, 2002)**
323:1 through 330:22

343:1 through 366:22
374:1 through 377:22
415:1 through 442:22
455:1 through 455:22

**Trial Testimony (Aug. 5, 2004)**

4110:15 through 4112:22
4118:2 through 4118:12
4124:12 through 4127:10
4128:13 through 4132:1
4141:22 through 4142:16
4147:3 through 4152:25
4154:6 through 4158:7
4159:1 through 4160:16
4162:11 through 4172:25
4175:1 through 4182:25
4183:17 through 4184:6
4187:17 through 4195:10
4197:3 through 4200:4
4200:20 through 4206:25
4207:16 through 4207:21
4208:22 through 4209:7
4210:2 through 4213:14
4216:3 through 4216:22
4229:2 through 4230:10
4231:14 through 4235:15

**6. David Huizenga**

**Trial Testimony (Aug. 10, 2004)**

4370:20 through 4374:11
4395:7 through 4397:17
4402:21 through 4404:2
4406:7 through 4407:3
4408:9 through 4409:3
4410:6 through 4412:7
4413:1 through 4415:1
4417:1 through 4426:11
4440:4 through 4443:8
4446:17 through 4449:16
4452:9 through 4452:16
4514:19 through 4515:25
4522:8 through 4522:12
4527:7 through 4530:25
4536:7 through 4537:9
4539:10 through 4539:13

7. **Leroy Stewart**

**Dep. Testimony (July 1, 2004)**

13:11 through 14:10
17:10 through 17:12
19:6 through 20:4
24:11 through 25:11
31:15 through 32:15
33:19 through 34:15
35:5 through 36:9
40:14 through 41:6
41:17 through 42:21
69:1 through 70:3
73:7 through 74:19
81:22 through 84:7
84:16 through 85:5
88:3 through 92:14
94:14 through 94:20
105:11 through 106:4
117:21 through 119:7
121:11 through 121:22
129:18 through 131:14
134:15 through 135:2
137:1 through 141:19
144:12 through 152:2
161:18 through 162:1
162:17 through 163:1
166:7 through 167:18
169:14 through 170:22
171:19 through 172:22
176:15 through 177:19
178:15 through 178:21
180:12 through 181:8
185:14 through 186:3

8. **William Knoll**

**Dep. Testimony (Jan. 4, 2004)**

8:8 through 12:22
15:19 through 16:5
46:11 through 47:19
48:9 through 49:3
57:10 through 59:3
63:7 through 65:19
68:9 through 69:6
71:4 through 71:10

72:7 through 72:20
88:13 through 88:22
89:8 through 89:13
90:10 through 94:1
94:18 through 96:2
96:18 through 98:22
100:4 through 100:22
111:21 through 112:21
123:18 through 125:21
147:4 through 148:3
153:3 through 153:22
171:5 through 171:17

**9. Keith Klein**

**Dep. Testimony (May 22, 2002)**
12:1 through 12:9
18:12 through 18:23
19:22 through 20:3
21:24 through 22:15
54:23 through 57:10
58:3 through 61:20
62:14 through 62:20
73:6 through 74:9
79:18 through 80:16
85:21 through 87:2
111:14 through 112:2
134:21 through 134:25
138:23 through 139:11

**10. Christopher Kouts**

**Trial Testimony (Aug. 2, 2004)**
3443:24 through 3445:9
3445: 21 through 3448:1
3517: 3 through 3517:22

**11. Jeff Williams**

**Dep. Testimony (June 11, 2002)**
7:13 through 7:22
10:11 through 10:24
52:20 through 53:12
67:1 through 67:11
68:24 through 69:4
69:10 through 69:20

74:12 through 75:7
75:23 through 76:4
77:1 through 78:15
79:16 through 80:15
87:23 through 89:22
110:7 through 111:4
151:19 through 152:15
154:5 through 154:15
166:9 through 167:2
167:25 through 168:18
174:6 through 176:22
177:21 through 178:11
182:3 through 182:14

**Dep. Testimony (June 12, 2002)**

5:10 through 5:17
8:5 through 9:2
10:10 through 10:23

**Dep. Testimony (Jan. 22, 2004)**

8:6 through 9:18
12:12 through 13:7
17:21 through 18:9
29:13 through 29:16
31:2 through 31:18
39:5 through 42:13
44:20 through 48:22
53:3 through 53:19
55:19 through 59:1
65:6 through 65:21
67:10 through 68:10
82:3 through 82:6
96:10 through 97:11
101:11 through 103:19
119:3 through 119:13
123:6 through 123:16
165:5 through 166:15
168:17 through 171:4
187:6 through 187:10
189:21 through 191:13
196:18 through 197:10
198:6 through 198:12
222:12 through 222:18
231:10 through 233:16
251:10 through 251:14
252:13 through 254:2

255:2 through 255:9
255:21 through 256:3
263:14 through 264:11

**Dep. Testimony (Nov. 18, 2004)**

17:9 through 17:20
24:11 through 25:11
26:18 through 28:10
30:21 through 32:16
37:19 through 38:19
39:19 through 41:19
51:21 through 53:15
54:3 through 57:2
63:22 through 64:16
76:2 through 76:8
81:2 through 81:13
88:16 through 89:7
90:18 through 91:3
96:22 through 97:4
97:19 through 99:14
103:3 through 103:16
106:11 through 108:1
119:13 through 120:21
121:8 through 124:4
126:17 through 127:1
128:14 through 128:19
134:2 through 134:10
154:1 through 154:22
155:1 through 155:22
156:1 through 156: 22

**12. <u>Patrice Bubar</u>**

**Dep. Testimony (May 20, 2004)**

5:18 through 6:16
10:4 through 11:2
18:16 through 19:3
20:16 through 21:8
202:3 through 202:12

**Trial Testimony (Aug. 12, 2004)**

4977:1 through 4978:25
4979:6 through 4982:10
5000:10 through 5003:19
5006:14 through 5009:25
5017:11 through 5018:9

5025:25 through 5026:10
5027:4 through 5081:7
5082:13 through 5091:23

**13. Robert Rosselli**

**Dep. Testimony (Apr. 15, 2002)**
11:12 through 11:19
17:11 through 17:20
20:11 through 22:4
31:5 through 31:21
33:10 through 34:13
50:12 through 52:2
68:9 through 68:22
69:5 through 72:15
119:10 through 119:18
134:23 through 135:5
136:24 through 144:19
146:19 through 148:19
154:13 through 154:19
156:7 through 158:10
164:1 through 164:3
166:23 through 169:2
180:9 through 180:21

**Dep. Testimony (Apr. 16. 2002)**
190:18 through 191:5

**14. Robert Campbell**

**Dep. Testimony (June 13, 2002)**
11:12 through 12:6
23:17 through 25:14
27:5 through 27:10
30:23 through 31:15
47:24 through 48:21
52:17 through 54:11
60:5 through 62:3
84:19 through 84:24
94:3 through 95:22
125:18 through 126:25
126: 1 through 129:22
150:12 through 152:24
153:15 through 154:25
156:18 through 157:7
161:22 through 162:3

162:9 through 163:16
163:1 through 163:16
165:12 through 167:18
167:24 through 171:13
175:20 through 176: 1
200:9 through 205:25
206:1 through 206:16
212:11 through 213:4
227:7 through 229:9
406:15 through 408:12

**Dep. Testimony (June 14, 2002)**
285:23 through 286:10
286:23 through 287:18
396:1 through 396:17
415:19 through 416: 23
444:20 through 445:24

**Dep. Testimony (May 6, 2004)**
15:1 through 16:1
16:21 through 17:13
18:18 through 19:7
115:3 through 116:9
139:16 through 141:20
146:18 through 147:14
170:17 through 171:15
174:20 through 175:17

**15. Nancy Slater-Thompson**

**Dep. Testimony (Apr. 21, 1999)**
4:1 through 4:25
161:1 through 164:25

**Dep. Testimony (Apr. 22, 1999)**
209:1 through 209:25
230:1 through 233:25
238:1 through 245:25
244:5 through 244:15
273:11 through 274:5

**Dep. Testimony (June 13, 2002)**
94:1 through 101:25
106:1 through 113:25
159:7 through 160:2
161:2 through 161:17

162:1 through 163:25

**Dep. Testimony (Apr. 21, 1999)**
4:20 through 5:1
5:25 through 6:13
19:21 through 22:10
137:9 through 138:9

**Dep. Testimony (Apr. 22, 1999)**
273:11 through 274:5
284:1 through 287:19
289:7 through 289:23

**Dep. Testimony (June 13, 2002)**
5:2 through 6:25
8:11 through 8:15
112:4 through 112:15
125:9 through 125:17
159: 7 through 161:17

**16. Victor Trebules**

**Dep. Testimony (Apr. 17, 2002)**
10:18 through 11:9
15:17 through 16:17
17:7 through 18:17
52:11 through 52:22
60:8 through 60:14
143:5 through 143:12
170:9 through 171:16
180:7 through 180:22

**Dep. Testimony (Apr. 18, 2002)**
18:10 through 18:21
19:17 through 20:16
23:17 through 24:10

**Dep. Testimony (Apr. 19, 2002)**
4:22 through 5:20

**17. Christopher Bajwa**

**Dep. Testimony (Feb. 18, 2004)**
7:20 through 12:9
36:3 through 38:13
85:16 through 87:14

109:7 through 111:5a

**18. Stephen O'Connor**

**Dep. Testimony (Feb. 18, 2004)**
6:9 through 6:21
9:16 through 10:11
12:7 through 16:1
33:3 through 35:18
89:20 through 91:15
95:18 through 98:15
107:1 through 108:4
108:8 through 109:2

**19. Francis Young**

**Trial Testimony (Aug. 13, 2004**)
4:18 through 5:22
7:6 through 7:8
7:8 through 8:12
28:16 through 30:14

**20. Michael Lawrence**

**Dep. Testimony (May 20, 2002)**
22:2 through 25:25
42:1 through 69:25
78:1 through 93:25
98:1 through 101:25
130:1 through 133:25
142:1 through 153:25
186:1 through 189:25
198:1 through 224:5

**Dep. Testimony (May 21, 2002)**
244:1 through 251:25
300:1 through 307:25
320:1 through 339:25
356:1 through 356:25

**21. Susan Klein**

**Dep. Testimony (Apr. 24, 2002)**
10:19 through 13:10
31:5 through 32:5
58:9 through 59:1

61:20 through 62:14
77:1 through 80:22
80:6 through 80:8
82:8 through 83:19
84:16 through 85:1
104:1 through 104:13
106:12 through 106:14
109:9 through 110:9
122:21 through 123:4
132:16 through 133:3
140:7 through 141:20
143:20 through 144:15
146:22 through 147:15
149:1 through 150:21
165:4 through 166:21
171:11 through 171:19
172:7 through 172:14
182:10 through 184:22
196:1 through 196:17
212:13 through 213:2
231:19 through 231:22
232:22 through 233:4
234:4 through 234:17
239:13 through 239:16
240:19 through 241:6
246:14 through 247:4
247:18 through 248:5
252:19 through 253:5

**Dep. Testimony (Apr. 25, 2002)**

283:16 through 284:6
285:2 through 285:4
285:15 through 286:10
288:21 through 291:11
324:8 through 325:1
340:17 through 342:3
351:6 through 352:21
353:1 through 353:22
354:1 through 354:16
388:11 through 389:12
405:10 through 407:4
420:2 through 422:14
435:13 through 435:15
438:10 through 438:14
439:1 through 439:4
440:14 through 440:19

444:9 through 444:18
448:3 through 448:6
450:1 through 450:3
460:18 through 461:12
462:19 through 463:2
492:3 through 493:1
493:5 through 495:5
495:21 through 499:20
502:22 through 503:5
504:1 through 505:2
512:3 through 512:7
512:16 through 512:22
516:13 through 516:17
524:1 through 525:8
528:2 through 528:7

**22. Klein 30(b)(6) Dep. Notice**

**23. Edward Benz**

**Dep. Testimony (May 10, 2002)**

6:15 through 7:21
20:5 through 21:25
31:17 through 33:9
33:10 through 33:12
34:9 through 35:20
36:1 through 38:14
42:7 through 42:16
74:11 through 75:12
217:10 through 217:19
218:8 through 219:15

**24. Robert Burgoyne**

**Dep. Testimony (July 8, 2004)**

11:17-22
12:1-22
13:1-7
14:3-22
15:1-21
29:1 through 30:22
33:1-22
39:1 through 40:22
56:12-22
57:1-22
58:1-22

62:1 through 63:22
72:1 through 73:22
80:1 through 81:22
83:1 through 84:22
88:1 through 90:22
101:1 through 109:22
112:1 – 22
119:1 through 120:22
132:1 through 135:22
137:1 through 138:22
149:1 through 152:22
155:1 through 160:22
168:1 through 170:21
173:1 through 174:22

**25. <u>James Carlson</u>**

**Dep. Testimony (Feb. 12, 2004)**
6:7 through 7:6
12:19 through 20:6
23:11 through 24:17
69:19 through 72:12
77:5 through 78:19

**26. <u>Robert Morgan</u>**

**Dep. Testimony (Mar. 21, 2002)**
24:10-24
38:5-11
39:4-14
42:2 through 43:23
46:18-24
48:2 through 49:2
49:11 through 50:4
52:9-15
74:9-23
106:20 through 107:1
108:3 through 109:15
124:9-24
138:22 through 141:4
204:20-24
205:3-9
208:8 through 209:12

**Dep. Testimony (Mar. 22, 2002)**
221:18-21

223:6 through 224:1
225:19 through 227:16
313:18 through 315:1

**Dep. Testimony (June 25, 2002)**
135:6-14

**Trial Testimony (Aug. 3, 2004**
3670:1-8
3670:19-23
3672:2-4
3674:11 through 3675:23
3676:15-25
3677:15 through 3678:7
3682:9 through 3683:19
3684:1-23
3685:10-16
3686:18-22
3690:12 through 3692:13

**27. <u>Ben Rusche</u>**

**Dep. Testimony (May 16, 2002)**
42:1 through 49:25
154:2 through 161:25
170:1 through 173:25
242:1 through 249:25
298:1 through 300:19

**Dep. Testimony (May 17, 2002)**
329:1 through 332:25
337:1 through 340:
341:1 through 344:22
365:1 through 380:22

**Dep. Testimony (Aug. 3, 2004)**
3734:12-21
3739:4-25
3740:1 through 3756:4

**28. <u>Billy Cole</u>**

**Dep. Testimony (Mar. 12, 2002)**
8:10 through 9:25
34:1 through 37:25
54:1 through 57:25

78:2 through 81:25
102:1 through 113:25
126:1 through 133:25
158:2 through 165:25
174:1 through 181:25
198:1 through 205:25
242:1 through 244:9

**Dep. Testimony (Mar 13, 2002)**
252:1 through 253:25
306:1 through 309:25
342:1 through 349:25
362:1 through 365:25

**Dep. Testimony (June 4, 2002)**
136:1-25
199:1 through 200:25

**29. <u>Ed Abbott</u>**

**Trial Testimony (Aug. 16, 2004)**
5307:19-25
5316:16 through 5318:7
5321:17 through 5322:6
5368:23 through 5369:14
5378:23 through 5381:3
5382:6-9
5394:3 through 5397:11
5427:23-25

**Trial Testimony (Aug. 17, 2004)**
5601:2 through 5607:6
5608:16 through 5609:17
5651:1 through 5658:8

**Trial Testimony (Aug. 18, 2004)**
5867:22 through 5869:18
5873:3-10
5877:5 through 5883:7
5926:18-25
5927:1 through 5941:21

**Trial Testimony (Aug. 19, 2004)**
6015:4 through 6017:3
6017:14-21
6019:12 through 6022:21

6024:4 through 6027:21
6057:4-15
6061:6 through 6062:17
6063:19 through 6064:1
6076:4-25

**30. <u>Rita Bowser</u>**

**Dep. Testimony (Sept. 16, 2004)**

4:8-19
9:13-21
12:24 through13:6
25:4-18
31:1-15
32:22 through 33:10
34:10-21
38:23 through 39:9
47:21 through 50:23
52:18 through 54:7
55:15 through 56:6
57:11 through 58:22
61:15 through 65:3
80:24-25
85:1 through 86:2
87:17 through 88:1
89:25 through 91:23
97:2 through 98:3
100:3-25
101:2 through 103:3
119:1-11
123:19 through 125:21
127:22 through 128:10
129:17 through 130:10
149:19 through 153:3
161:1-14
164:9 through 166:2
166:22 through 167:6
169:12 through 170:21
173:9 through 177:7
178:19 through 180:9
181:1 through 182:8
215:8 through 217:22
220:17 through 221:14
223:16 through 224:5
231:12 through 236:4
238:24 through 241:17

**31. David Freeman**

**Dep. Testimony (July 16, 2004)**

11:13 through 12:1
12:7-23
13:5 through 15:10
26:21 through 28:9
35:10-16
36:22 through 37:8
37:22 through 38:14
41:13 through 45:2
48:23 through 49:23
53:12 through 55:15
57:20-25
58:8-16
63:3 through 66:22
69:17 through 71:12
73:23 through 74:17
76:13 through 77:17
82:23 through 83:8
84:4 through 85:15
90:13 through 92:19
93:22 through 94:3
103:20 through 104:8
106:21 through 108:20
109:1-18
112:14 through 115:14
116:18 through 118:14
121:25 through 124:1
131:11 through 133:12
134:8 through 136:17
136:22 through 137:15