Appendix Filed Separately