IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA<br>Defendant. | No.98-488 C<br>(Judge Braden) |

DEFENDANT'S EXHIBIT LIST

Pursuant to the Court's amended scheduling order and ¶16 of Appendix A of the Rules of the Court of Federal Claims, defendant, the United States, respectfully files the attached list of exhibits, other than those to be used exclusively for impeachment, it may utilize during the forth-coming trial in the above captioned matter. The defendant has set forth a list of exhibits that it expects to offer in Attachment 1, and a complete list of exhibits the government may offer if the need arises in Attachment 2. The defendant reserves the right to amend this list as permitted by the Court as trial preparation continues.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Russell A. Shultis
RUSSELL A. SHULTIS

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.

Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

JOSHUA E. GARDNER
SCOTT R. DAMELIN
TODD J. COCHRAN
ELIZABETH THOMAS
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7571
Fax: (202) 307-2503

February 28, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 28th day of February 2005, a copy of foregoing "DEFENDANT'S EXHIBIT LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Alan J. Lo Re