Attachment 1

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 176 | 324 | 433 | 711 | 943 | 1038 |
| 7 | 177 | 325 | 443 | 712 | 950 | 1043 |
| 8 | 179 | 335 | 444 | 713 | 951 | 1049 |
| 9 | 180 | 336 | 446 | 718 | 952 | 1050 |
| 15 | 187 | 342 | 447 | 719 | 954 | 1059 |
| 23 | 194 | 344 | 448 | 721 | 956 | 1065 |
| 25 | 195 | 348 | 462 | 724 | 957 | 1068 |
| 29 | 202 | 349 | 473 | 733 | 959 | 1075 |
| 35 | 207 | 353 | 476 | 737 | 960 | 1079 |
| 42 | 211 | 359 | 481 | 739 | 962 | 1097 |
| 43 | 217 | 362 | 484 | 740 | 970 | 1100 |
| 47 | 221 | 365 | 488 | 745 | 970A | 1101 |
| 49 | 225 | 366 | 492 | 749 | 971 | 1102 |
| 50 | 228 | 371 | 497 | 755 | 972 | 1105 |
| 51 | 237 | 372 | 501 | 760 | 975 | 1108 |
| 60 | 240 | 373 | 522 | 766 | 976 | 1127 |
| 64 | 247 | 376 | 529 | 767 | 977A | 1130 |
| 65 | 249 | 380 | 535 | 770 | 978A | 1133 |
| 79 | 251 | 381 | 539 | 773 | 979 | 1139 |
| 88 | 252 | 382 | 549 | 782 | 979A | 1141 |
| 89 | 253 | 383 | 559 | 784 | 981 | 1157 |
| 101 | 255 | 389 | 568 | 815 | 981A | 1167 |
| 102 | 267 | 394 | 569 | 862 | 983A | 1175 |
| 117 | 269 | 399 | 573 | 865 | 985A | 1179 |
| 126 | 271 | 400 | 578 | 886 | 988 | 1191 |
| 127 | 272 | 404 | 583 | 897 | 989 | 1195 |
| 132 | 273 | 405 | 585 | 903 | 990 | 1202 |
| 134 | 274 | 413 | 593 | 905 | 995 | 1222 |
| 135 | 276 | 414 | 624 | 907 | 999 | 1244 |
| 142 | 280 | 416 | 657 | 913 | 1001 | 1259 |
| 153 | 282 | 419 | 673 | 914 | 1003 | 1282 |
| 158 | 287 | 420 | 675 | 918 | 1005 | 1305 |
| 159 | 291 | 422 | 678 | 919 | 1006 | 1306 |
| 160 | 294 | 423 | 681 | 923 | 1007 | 1307 |
| 164 | 295 | 425 | 682 | 924 | 1011 | 1317 |
| 165 | 299 | 426 | 688 | 929 | 1015 | 1331 |
| 167 | 309 | 427 | 696 | 934 | 1017 | 1335 |
| 169 | 317 | 429 | 697 | 937 | 1018 | 1339 |
| 172 | 319 | 431 | 698 | 940 | 1020 | 1340 |
| 174 | 322 | 432 | 706 | 941 | 1025 | 1341 |
| 175 | 323 | | 707 | 942 | 1031 | 1343 |