IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SACRAMENTO MUNICIPAL UTILITY DISTRICT,

Plaintiff,

v.

UNITED STATES OF AMERICA

Defendant.

No.98-488 C
(Judge Braden)

DEFENDANT'S WITNESS LIST

Pursuant to the Court's amended scheduling order and ¶15 of Appendix A of the Rules of the Court of Federal Claims, defendant, The United States, respectfully sets forth a list of witnesses defendant expects to call at trial and witnesses defendant may call if the need arises. Defendant reserves the right to modify the list as permitted by the Court as trial preparation continues. In addition, defendant reserves the right to call any witness appearing upon plaintiff's February 17, 2005 witness list. Finally, the enclosed list does not include witnesses defendant may call for impeachment.

**Witnesses Defendant Expects to Present:**

Government Employees

1. Thomas Pollog

Mr. Pollog is expected to testify regarding the implementation of the Standard Contract between SMUD and DOE regarding the acceptance and disposal of spent nuclear fuel ("Standard Contract"), and fuel acceptance issues.

Estimated Time For Direct: 2-4 hours

2. David Zabransky

Mr. Zabransky is expected to testify regarding the implementation of the Standard Contract, fuel acceptance issues, and Yucca Mountain design and capabilities. In addition, Mr. Zabransky may testify about his knowledge of issues concerning the Standard Contract discussed by the utility industry and DOE based upon his experience in the nuclear utility industry prior to his employment with DOE.

Estimated Time For Direct: 4-6 hours

3. Christopher Kouts

Mr. Kouts is expected to testify regarding DOE's plans to accept spent nuclear waste including delays in those plans, and Yucca Mountain design and capabilities.

Estimated Time For Direct: 1-2 hours

4. Jeffery Williams

Mr. Williams is expected to testify regarding DOE's involvement in the Cooperative Agreement between SMUD and DOE for the development of a dual purpose dry storage system and a dry transfer system.

Estimated Time For Direct: 1-2 hours

5. David Langstaff

Mr. Langstaff is expected to testify regarding DOE's involvement in the Cooperative Agreement between SMUD and DOE for the development of a dual purpose dry storage system and a dry transfer system.

Estimated Time For Direct: 1-2 hours

6. Will Knoll

Mr. Knoll is expected to testify regarding the United States Navy's decision to transfer its spent nuclear fuel to dry storage and the considerations surrounding that process.

Estimated Time For Direct: 1 hour

Non-Governmental Personnel

1. Daniel Keuter

Mr. Keuter, SMUD's former Chief Nuclear Officer, is expected to testify regarding SMUD's decision to transfer its spent nuclear fuel to dry storage. He is also expected to testify regarding issues relating to SMUD's decommissioning efforts.

Estimated Time For Direct: 2-4 hours

2. Kenneth Miller

Mr. Miller, SMUD's former Senior Nuclear Project Manager, is expected to testify regarding SMUD's decision to transfer its spent nuclear to dry storage and the costs and delays associated with SMUD's dry storage efforts.

Estimated Time For Direct: 2-4 hours

3. James Shetler

Mr. Shetler is expected to testify regarding SMUD's decision to transfer its spent nuclear to dry storage and the costs and delays associated with SMUD's dry storage efforts.

Estimated Time For Direct: 4-6 hours

4. David Boggs

Mr. Boggs, SMUD's former General Manager, is expected to testify regarding SMUD's decision to transfer its spent nuclear fuel to dry storage.

Estimated Time For Direct: 30 minutes

5. James Field

Mr. Field is expected to testify regarding the costs and delays associated with SMUD's dry storage efforts and the development of SMUD's damages claim in this matter.

Estimated Time For Direct: 2-4 hours

6. Steven Redeker

Mr. Redeker is expected to testify regarding SMUD's decision to transfer its spent nuclear fuel to dry storage, the costs and delays associated with SMUD's dry storage efforts, waste

disposition issues, SMUD's decommissioning efforts, and the development of SMUD's damages claim in this matter.

Estimated Time For Direct 1-2 hours

7. Ivan Stuart

Mr. Stuart, former Vice-President of Nuclear Assurance Corp. ("NAC"), is expected to testify regarding the NAC-STC dual purpose storage system and his interactions with SMUD during its decision to procure a dual purpose dry storage system for the Rancho Seco Nuclear facility.

Estimated Time For Direct: 1 hour

<u>Expert Witnesses</u>

1. Jerry Burford

Mr. Burford is expected to testify regarding the presence of failed fuel at SMUD, the costs included in SMUD's damages claim, including costs, SMUD would have incurred regardless of a breach of the Standard Contract.

Estimated Time For Direct: Expert Witness/Written Direct

2. Cliff Hamal

Mr. Hamal is expected to testify regarding the economic considerations surrounding SMUD's decision to transfer its spent nuclear to dry storage and the development of SMUD damages claim in this matter.

Estimated Time For Direct: Expert Witness/Written Direct

3. John McGrath

Mr. McGrath is expected to testify regarding the delays associated with SMUD's dry storage efforts.

Estimated Time For Direct: Expert Witness/Written Direct

4. Stephen Kiraly

Mr. Kiraly is expected to testify regarding the development of SMUD's damages claim and the audit that Navigant performed of the damages claim.

Estimated Time For Direct: Expert Witness/Written Direct

**Witnesses Defendant May Call If The Need Arises:**

Government Employees

1. Michael Lawrence

Mr. Lawrence, former Director of the Nuclear Waste Policy Act Office, may testify about the formation and implementation of the Nuclear Waste Policy Act ("NWPA"), the 1987 amendments to the NWPA, the Standard Contract, and fuel acceptance issues.

2. Robert L. Morgan

Mr. Morgan, former Director of the Nuclear Waste Policy Act Project Office, may testify regarding the formation and implementation of the NWPA, the Standard Contract, and fuel acceptance issues.

3. Patrice Bubar

Ms. Bubar may testify regarding the development of DOE's plans to accept Greater-Than-Class-C low-level radioactive waste from commercial utilities.

4. David Huizenga

Mr. Huizenga, former Deputy Assistant Secretary, Office of Environmental Management, may testify regarding the development of DOE's plans to accept Greater-Than Class-C low-level radioactive waste from commercial utilities.

5. Benard Rusche

Mr. Rusche, former Director of the Office of Civilian Radioactive Waste Management, may testify regarding the implementation of the NWPA and the 1987 amendments to the NWPA.

6. Leroy Stewart

Mr. Stewart may testify regarding DOE's involvement in the Cooperative Agreement between SMUD and DOE for the development of a dual purpose dry storage system and a dry transfer system.

Non-Government Personnel

1. Robert Jones

Mr. Jones, a Senior Nuclear Engineer at SMUD, may testify regarding SMUD's decision to transfer its spent nuclear fuel to dry storage and the costs and delays associated with SMUD's

dry storage efforts.

2. Rita Bowser

Ms. Bowser, SMUD's former Fuel Disposition Project Manager, may testify regarding SMUD's decision to transfer its spent nuclear fuel to dry storage.

3. Jerry Delezenski

Mr. Delezenski may testify regarding SMUD's decision to transfer its spent nuclear fuel to dry storage, the costs and delays associated with SMUD's dry storage efforts, and spent nuclear fuel acceptance under the Standard Contract.

4. Ronald Colombo

Mr. Colombo, SMUD's former Technical Assistant to the Plant Manager, may testify regarding the characterization of fuel at SMUD.

5. Dennis Gardiner

Mr. Gardiner may testify regarding SMUD's decommissioning efforts, including the existence and storage nuclear waste at SMUD and SMUD's decision to transfer its spent nuclear fuel to dry storage.

6. Luana Holst

Ms. Holst may testify regarding the development of SMUD's damages claim in this matter.

7. Cary Nethaway

Mr. Nethaway may testify regarding the development of SMUD's damages claim in this matter, including SMUD's accounting system.

9. John Bell

Mr. Bell, former account manager at SMUD, may testify costs and delays associated with SMUD's dry storage efforts.

10. John Rusteika

Mr. Rusteika may testify regarding the audits SMUD conducted of its vendors for the dry storage project.

11. Thomas LaGuardia

Mr. LaGuardia may testify regarding the decommissioning cost studies performed by TLG for SMUD.

12. Salomon Levy

Mr. Levy may testify regarding the storage option analyses performed by his company, Levy & Associates, for SMUD and SMUD's decision to transfer its spent nuclear fuel to dry storage.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Russell A. Shultis
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7571
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

JOSHUA E. GARDNER
SCOTT R. DAMELIN
TODD J. COCHRAN
ELIZABETH THOMAS
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

February 28, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 28th day of February 2005, a copy of foregoing "DEFENDANT'S WITNESS LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Alan J. Lo Re