IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 98-488C |
| v. | ) | (Judge Braden) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DEFENDANT'S UNOPPOSED MOTION TO PLACE
MOTION UNDER SEAL AND MOTION TO ENLARGE

Defendant, the United States, respectfully requests leave of the Court to place "Defendant's Motion *In Limine* To Exclude Testimony And Evidence Regarding Plaintiff's Request For Pre-Breach Damages," which was to be filed on February 28, 2005, under seal as provided for in the protective order in this case. In addition, defendant requests that the Court permit defendant to file its motion *in limine* after the Court has granted this motion. Defendant has not previously requested an enlargement for this purpose. On February 28, defendant provided a copy of the above-mentioned motion to plaintiff's counsel via facsimile and e-mail. Counsel for plaintiff has represented that plaintiff has no objection to this motion.

Pursuant to the Court's amended scheduling order, the Government intended on filing its motion *in limine* through the Court's Electronic Court Filing ("ECF") system on February 28, 2005. Because the motion contains material covered by the protective order, the Government, consistent with the Court's previous decision in September 2004 allowing filings under seal, attempted to file the motion in the ECF system under seal. However, when the Government attempted to file the above-mentioned motion under seal, the ECF system indicated that there was no order entered in this case permitting filings under seal. Although we believe that this

statement is incorrect, in an abundance of caution, we respectfully request that the Court issue an order permitting us to file the motion under seal. In addition, we request an enlargement of time to file the motion until the Court grants our motion to file under seal.

For the foregoing reasons, we respectfully request that the Court grant defendant's motion to place its motion under seal and our motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Russell A. Shultis
RUSSELL A. SHULTIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7571
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

JOSHUA E. GARDNER
SCOTT R. DAMELIN
TODD J. COCHRAN
ELIZABETH THOMAS
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

February 28, 2005

CERTIFICATE OF FILING

I hereby certify that on this 28th day of February 2005, a copy of foregoing "DEFENDANT'S MOTION TO PLACE MOTION UNDER SEAL AND MOTION TO ENLARGE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Joshua E. Gardner