# In the United States Court of Federal Claims

No. 98-488C
Filed: March 2, 2005

| | |
|---|---|
| *********************************** | |
| | * |
| SACRAMENTO MUNICIPAL UTILITY DISTRICT, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

**ORDER**

A telephone status conference will be held on March 2, 2005 at 2:30 p.m. EST.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**