# In the United States Court of Federal Claims

No. 98-488C

Filed: March 2, 2005

| | |
|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

Defendant's Unopposed Motion To Place Motion Under Seal And To Enlarge, filed on February 28, 2005, is **GRANTED**. Accordingly, the Clerk is directed to allow the filing under seal of Defendant's Motion *In Limine* To Exclude Testimony and Evidence Regarding Plaintiff's Request for Pre-Breach Damages.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**