# Attachment 1 - SMUD Supplemental Exhibit List
## March 4, 2005

| Exhibit Number | Date of Document | Author | Addressee | Document Description | Bates Number |
|---|---|---|---|---|---|
| 955 | 03/09/93 | Taylor, M. | Miller, K. | Letter requesting change to contract to fund impact limiter testing | SMUD0005297 through 5299 |
| 956 | 05/17/93 | Taylor, M. | Miller, K. | Letter regarding expenditure status and updated schedule | SMUD0023002 through 23007 |
| 957 | 08/26/94 | Jennerjohn, F.A. | Hoedeman, K.A. | Letter submitting offer in response to RFP KAH-94-514 | SMP028 0856 through 0862 |
| 958 | 09/06/95 | Delezenski, J. | Taylor, M. | Letter attaching Stop Work Order | RS 005809 through 5811 |
| 959 | 09/18/95 | Hoedeman, K.A. | Normandin, D. | Letter regarding changes to canister basket | SMP028 0356 |
| 960 | 09/06/95 | Hoedeman, K.A. | Normandin, D. | Letter regarding NRC questioning and response | SMP028 0358 |
| 961 | 09/25/96 | Redeker, S. | Dirkmaat, P.J. | Letter requesting additional funding from DOE | SMUD0018312 through 18313 |
| 962 | 06/30/00 | Branch, E.W. | Redeker, S. | Letter Regarding Issuance of Materials License for the Rancho Seco ISFSI, including attached license under 10 CFR Part 72 | |
| 963 | 01/16/01 | Chen, T. | Field, J. | Letter regarding quality assurance issues | SMUD 055782 through 055785 |
| 964 | 08/17/00 | | | Corrective Action Report (CAR) | |
| 965 | 01/25/01 | Wittig, T. | Bingaman, R. | Letter regarding deviation from quality assurance requirements | SMUD 055624 through 055626 |
| 966 | 03/27/03 | Quennoz, S. | NRC | Annual Report of the Status of Decommissioning Funding for the Trojan Nuclear Plant in Accordance with 10 CFR 50.75(f)(1) | Supko Work Papers |
| 967 | 10/13/99 | | | Cash Flow Payment Notification of Wire Payment from SMUD to Transnuclear West, Inc. on 10/15/99 in the amount of $466,323.04 with accompanying invoice and supporting material | On-Site Production at Rancho Seco |
| 968 | 11/08/01 | | | Record of Payment from SMUD to Transnuclear West, Inc. on 11/8/01 in the amount of $77,952.00 with accompanying invoice and supporting material | On-Site Production at Rancho Seco |

| | | | | | |
|---|---|---|---|---|---|
| 969 | 11/01/01 | | | Cash Flow Payment Notification for Wire Payment to Precision Components Corporation on 11/1/01 in the amount of $57,814.62 with accompanying invoice and supporting materials | On-Site Production at Rancho Seco |
| 970 | 12/18/01 | | | Record of Payment from SMUD to Bigge on 12/8/01 in the amount of $115,646.73 with accompanying invoice and supporting material | On-Site Production at Rancho Seco |
| 971 | 07/06/99 | | | Record of Payment from SMUD to Packaging Technology, Inc. on 7/6/99 in the amount of $174,503.51 with accompanying invoice and supporting material | On-Site Production at Rancho Seco |
| 972 | 02/08/05 | | | Article entitled "Yucca Mountain Opening Pushed Back 2 Years" | |
| 973 | 12/21/92 | | | Article entitled "DOE Acknowledged Last Week That It Will Not be Able to Build" | EXS001 0972 |
| 974 | 12/25/89 | | | Article entitled "Panel Says Uncertainties of DOE Program Reason It Didn't Suggest Unlinked MRS" | EXS001 0891 through 0893 |
| 975 | 04/27/90 | Rueter, C. | Vandendriesche, N. | Letter advising all parties to Standard Contract that DOE will not issue an Annual Capacity Report for 1989 | COF021 0147 |
| 976 | 06/00/97 | ABZ, Inc. | Attorney General (MA) | Review of Decommissioning Cost Estimates for New England Nuclear Power Plants | |
| 977 | | | | Implementation of Verification Changes to 10 CFR Part 961 | COF021 0135 through 0138 |
| 978 | 07/18/00 | | | Professional Services Contract No. 4500005363 between SMUD and Peabody Associates | SMP055 1268 through 1278 |
| 979 | 03/10/93 | Shetler, J. | Laughlin, J. | Letter re SMUD's Response to DOE Solicitation for Cooperation Agreement Proposal SCAP DE-SC06-93RL1222449 | DER011 0820 through 0894 |
| 980 | 10/30/03 | Lawrence. A. | Wallo, A. | Memo re Approval of Advance Notice of Intent for GTCC Low-Level Waste Disposal EIS | HQR324 0001 through 0005 |
| 981 | 09/00/04 | | | CRWMS Requirements Document Revision 06 | HQR322 0001 through 0042 |
| 982 | | | | Summary of Issues from Issue Resolution Process and various attachments | SV 00339 through 0349 |
| 983 | 05/24/89 | | | Annual Capacity Report -- Issue Resolution Process Preliminary -- Draft Discussion Papers | SV 00918 through 00937 |
| 984 | 09/30/91 | Dept of Public Service (MN) | DOE | Petition for credit to Nuclear Waste Fund fee paid by Minnesota's electric consumers | SV 00242 through 00257 |

| | | | | | |
|---|---|---|---|---|---|
| 985 | 11/19/90 | Shimon, H. | Nuclear Waste Technical Review Board | Statement re The Utility Industry's View of the Status of OCRWM's Cask Systems Development Program | SV 04240 through 00188 |
| 986 | 01/22/97 | Energy Resources International | | Conceptual Schedule for Multi-Year Delivery Commitment Schedule and various attachments | SV 00179 through 00188 |
| 987 | | | | Options for Addressing Multi-Element Canisters in the Standard Contract | SV 00378 through 00383 |
| 988 | 05/22/90 | McDuffie, P. | Langstaff, D. | Memo re Canister Specifications - Waste Acceptance Criteria | SV 04234 through 04235 |
| 989 | 05/19/94 | Dreyfus, D. | Secretary, DOE | Memorandum re Approval of Notice of Inquiry Regarding Waste Acceptance Issues | HQR-029-0615 through 0616 |
| 990 | | Dreyfus, D. | Secretary, DOE | Memorandum re Approval of Notice of Inquiry Regarding Cost Sharing Options for Delayed Waste Acceptance | SV 03592 through 03599 |