# Exhibit 1

# Exhibit 1

Roger Powers Dep. Testimony (June 23, 2004)

6:1-20
16:11 through 18:20
22:18 through 23:1
61:10-22
75: 18 through 76:21
81:13 through 84:21
86:16 through 87:6
88:19 through 97:7

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SACRAMENTO MUNICIPAL )
UTILITY DISTRICT, )
)
Plaintiff, )
)
vs. ) Case No. 98-488 C
)
THE UNITED STATES OF AMERICA, )
)
Defendant. )
_______________________________ )

DEPOSITION OF
ROGER POWERS

Date and time: Wednesday, June 23, 2004
9:24 a.m. - 4:15 p.m.
Location: 27281 Las Ramblas
Suite 160
Mission Viejo, California
Reporter: Kimberley Pouliot, CSR
Certificate No. 10701

2

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SACRAMENTO MUNICIPAL )
UTILITY DISTRICT, )
)
Plaintiff, )
)
vs. ) Case No. 98-488 C
)
THE UNITED STATES OF AMERICA,)
)
Defendant. )
_____________________________)

Deposition of ROGER POWERS, taken before Kimberley Pouliot, CSR 10701, a Certified Shorthand Reporter for the State of California, with principal office in the County of Orange, commencing on Wednesday, June 23, 2004, 9:24 a.m. at 27281 Las Ramblas, Suite 160, Mission Viejo, California.

3

APPEARANCES:

For the Plaintiff:
ARNOLD & PORTER
BY: DAVID S. NESLIN
Attorney at Law
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202-1370
(303) 863-2301

For the Defendant:

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
BY: SCOTT DAMELIN
Attorney at Law
1100 L Street, N.W., Room 12020
Washington DC 20530
(202) 305-2312

For the Defendant:

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
BY: JOSHUA E. GARDNER
Attorney at Law
1100 L Street, N.W.
Washington DC 20530
(202) 305-7583

Also present:
CHARLES J. HAUGHNEY

4

INDEX


| EXAMINATION BY: | PAGE |
|---|---|
| MR. DAMELIN | 6, 202 |
| MR. NESLIN | 193 |


EXHIBITS


| EXHIBITS | DESCRIPTION | PAGE IDENTIFIED |
|---|---|---|
| 1 | U.S. Department of Energy Contract No. DE-CR01-83NE44415.000 Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste | 36 |
| 2 | Friday, February 4, 1983, Federal Register Part IV Department of Energy Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste | 56 |
| 3 | Monday, April 18, 1983, Federal Register Part II Department of Energy Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste | 60 |
| 4 | Declaration of Roger Powers | 76 |


5

EXHIBITS (Continued):


| EXHIBITS | DESCRIPTION | PAGE IDENTIFIED |
|---|---|---|
| 5 | June 24, 1980, Letter | 120 |
| 6 | January 21, 1983, Letter | 125 |
| 7 | January 24, 1983, Memorandum | 131 |
| 8 | February 17, 1983, Comments on Appendices to DOE Disposal Contract | 136 |
| 9 | March 7, 1983, Letter | 137 |
| 10 | March 7, 1983, Letter | 147 |
| 11 | April 29, 1983, Letter | 152 |
| 12 | May 3, 1983, Memorandum | 155 |
| 13 | May 20, 1983, Letter | 159 |
| 14 | May 27, 1983, Letter | 161 |
| 15 | October 24, 1983, Memorandum | 163 |
| 16 | November 7, 1984, Memorandum | 171 |
| 17 | June 12, 1986, Memorandum | 175 |
| 18 | September 22, 1987, Memorandum | 181 |
| 19 | Sacramento Municipal Utility District's Initial Disclosures Pursuant to RCFC 26(a)(1) | 184 |

6

ROGER POWERS,
called as a witness and having been first duly sworn by the Certified Shorthand Reporter was examined and testified as follows:

EXAMINATION
BY MR. DAMELIN:
Q Good morning. My name is Scott Damelin. I'm an attorney with the US Department of Justice. With me is Joshua Gardner, who is also an attorney in my office at the United States Department of Justice, and also Charles Haughney, who's a consultant to the US Department of Justice with Watkins Consulting.
Can you please state your full name for the record?
A My name is Roger Powers.
Q And where do you currently live?
A 31835 Via Flores, San Juan Capistrano, California 92675.
Q Is there any reason that you can't testify completely and truthfully today for this deposition?

7

A No.
Q I just want to go over a few ground rules before we get started for the deposition.
First, you'll need to provide audible responses or responses to all of the questions so that the court reporter can create a transcript of these proceedings. I would ask that you wait until I finish asking the questions. At that time Mr. Neslin, if he so chooses, may or may not have an objection.
If he objects, unless he otherwise instructs you not to answer, you can go ahead and answer the question. Just wait until, basically, the attorneys have stopped talking so that the court reporter can get a clear transcript.
If you don't understand a question that I have, please feel free to ask me to repeat it or I'll rephrase it, if that will help you. Also, if you need to take a break at any time, feel free to. You can ask Mr. Neslin or ask myself and we can take a break. You shouldn't feel constrained in that.
During the deposition I will be using acronyms for some -- some terms that will come up

8

repeatedly, and I wanted to run these by you, if that's okay.
First of all, Sacramento Municipal Utility District I'm going to refer to as SMUD.
A Good.
Q I'll also refer to the Rancho Seco plant or nuclear generating station, both during the time it was operating and after it was shut down, as just Rancho Seco, if we're talking specifically about the plant.
I'll be referring to the United States Department of Energy as DOE, and the Nuclear Regulatory Commission as the NRC. There will be some other ones, but those are just a few I'd like to get out of the way.
Now Mr. Powers, have you ever been deposed prior to today's deposition?
A Not with regard to this situation, but, yes, there was a deposition related to liquid discharges from the plant in the past.
Q Prior to today, whether it was related to SMUD or not, how many times have you been deposed?

9

A I think once.
Q And when was that deposition?
A I really don't remember. I think it was probably the late '70s.
Q Do you -- and you just gave a brief description of it. What were the -- the circumstances of -- of you being deposed? What was the issue, if you will?
A Okay. SMUD had discovered that they had made some errors in their liquid discharge reports and the discharges were actually higher than initially reported. At that time some people in health physics were working for me, and so when it came to trying to establish the facts in that situation, they took a deposition from me.
Q So do you know who took your deposition or asked for your deposition?
A I believe it was the NRC.
Q So was it a deposition that was part of a civil litigation or a regulatory proceeding?
A It was a regulatory. It wasn't -- there was a subsequent lawsuit, but it wasn't related to the

14

less than a year?
A It was about a year and a half.
Q And what was your position that you were hired for there?
A Again, I was a nuclear engineer working on fuel-management-related issues.
Q Was that related to core design for submarines?
A Yes. Most of my work has been core design or core-design related.
Q If you could tell me, what do you mean by core design?
A It's choosing the enrichments and the loading pattern that will help the reactor operate most efficiently.
Q Enrichment of fuel assemblies?
A Enrichment of fuel assemblies, location of fuel assemblies. You want to be able to operate with a good power distribution so that you can optimize the economic performance of the fuel, and, of course, you want to make sure you can do it safely. So there's a lot of calculations related to the safety of the

15

reactor under various transients.
Q Now when you went to go work for Combustion Engineering, was that about 1965?
A Yes, that's my recollection.
Q And what position did you initially hold or were hired for at that company?
A Initially I was a senior engineer, and not too much longer after that I was promoted to supervisor.
Q How long were you employed at Combustion Engineering?
A Until 1970.
Q So that was about five years total?
A Yeah.
Q And at least initially, what was your -- your job responsibilities as a senior engineer?
A Again, it was reactor core design.
Q And as you said, is it a supervisory engineer?
A It would be the same basic responsibilities but, yes, it was reactor core design.
Q During your time at Combustion Engineering

16

who were these core -- I guess the core designs being done for?
A Combustion Engineering customers. Combustion Engineering makes reactors and sells them to various customers. And we would do the fuel design for the -- for the customers.
Q During the period of time that you worked there was -- were most of the reactors being designed for commercial or military customers?
A All commercial.
Q Now in 1970 did you go to a new employer?
A Yes, I went to SMUD.
Q And how long were you employed at SMUD?
A 18 years. I left in early 1988. I don't know the specific date.
Q Okay. So during that 1970 to 1988 period were you continuously employed by SMUD?
A Yes.
Q Now starting with the earliest position or initial position at SMUD, what position were you hired for there?
A I was a senior nuclear engineer.

17

Q And how long did you hold that title?
A I don't know precisely. It was probably three or four years before my then current supervisor left and -- and I took over his job as supervisor.
Q Now SMUD began, I guess, operating or -- or generating nuclear power in about 1974; is that correct?
MR. NESLIN: Object as lacking foundation.
You may answer.
BY MR. DAMELIN:
Q You started in --
A I -- I don't remember. It was in the early '70s. I don't remember the dates anymore at this point.
Q Okay. When -- when you arrived at SMUD in 1970, was the Rancho Seco plant generating --
A It was in construction; it had not been completed yet.
Q What were your job responsibilities in that position as senior nuclear engineer during that three- or four-year period?
A Mainly it was design review and working with

18

both the fuel supplier, which was B & W, Babcock & Wilcox, and the architect engineer for the plant was Bechtel.
Q So as part of your job responsibilities you were working with those outside contractors?
A Yes.
Q After you held the senior nuclear engineer position did you obtain or go into a new position at SMUD?
A Well, I became the supervisor when Bob Wilson, who was my supervisor, left or had another opportunity.
Q And do you recall the year that you started that position? I think you had said earlier maybe about 1974.
A That's my guess. My records at SMUD would surely identify what that time is.
Q Okay. Now how long did you hold the position of supervisory nuclear engineer?
A Until I left in '88.
Q I'll come back to your SMUD employment in a second, but --

19

A Okay.
Q -- following 1988 when you left SMUD, were you employed anywhere after 1988?
A Yes. I went to B & W Nuclear Fuel Company in Richberg, Virginia.
Q And that is Babcock & Wilcox?
A Well, they called themselves B & W Nuclear Fuel Company at that time. They were subsequently bought out by Framatome, so now they go by Framatome.
Q Now how long were you employed at B & W?
A Until 1994. And there were actually two companies there. Initially I went with the Fuel Company, and I was project manager. And then Portland General Electric shut down, who was my customer, and so I switched over to the B & W Service Company that provided services to utilities.
Q This is all part of the same overall company?
A It's the same overall company, yes.
Q As part of your responsibilities related to the Portland General Electric shutdown, did you work on site at that facility?
A No. I was a project manager for the B & W

20

Fuel Company. We had sold them reload fuel.
Q That's referring to fuel assemblies?
A Fuel assemblies, yes.
Q And as the project manager what did you do related to Portland General Electric?
A Well, mainly I was an interface between the customer and -- and our shop. You know, we had technical people doing the designs, and so we would present them with our information. And they would exchange information because they were going through a licensing process with the reload fuel from a different vendor than the original vendor. Their reactor originally used Westinghouse fuel.
Q So were you employed at B & W from 1988 to 1994?
A Yes.
Q After 1994 were you employed anywhere else?
A Yes. But in 1997 I came out to San Onofre as a consultant for about a year and a half. In between there I did some work with Floyd Anderson & Associates, a minor amount of consulting. Mainly I was unemployed.

21

Q And that would have been between 1994 and '97?
A '97, right.
Q Now the consulting you did for Floyd Anderson, is that the name of a company?
A Yeah. It's a company called Floyd Anderson & Associates.
Q What type of work did you do for that organization?
A He was mainly putting together proposals for other people who were -- who were bidding on jobs. He had been a contracts manager at B & W, so he was very familiar with proposals and he had some of -- some people like me to help him put together the proposals that he was trying to do.
Q What were the proposals for?
A You name it.
Q Were they all related to nuclear power plants?
A They were certainly nuclear related, yes.
Q And what did you bring to the table given your background for these proposals?

A Mainly my experience as a project manager, so I knew how to help put together proposals.
Q Was your role with Floyd Anderson limited to working on the proposals themselves?
A Yes.
Q Now you had indicated also that in 1997 you did some work as a consultant.
A Right. I -- I was employed at that point as a consultant by Southern Cal Edison at San Onofre, and I worked as a project manager for their reload effort.
Q San Onofre is the reactor location in California?
A Right.
Q And how long did you work as a consultant for Southern California Edison?
A I worked from, basically, November of '97 to June of '99.
Q After June of 1999 were you employed anywhere?
A Retired.
Q So since that time you would say you've been in full retirement?



A Yes.
Q Just going back for a few minutes to your employment with SMUD, at the time you became a supervisory engineer or a supervising engineer, was the Rancho Seco plant built at that time, completely built?
A Yes. Built and operating, as I recall.
Q Do you know how long before you obtained that supervisory position that it had become operational?
A No, I can't remember the date I became the supervisor or the operational date precisely.
Q Mr. Powers, when were you first notified that you were going to be deposed today?
A I got a letter. I'm trying to think if that would have been -- that's the Mapquest. No, this is -- this is after I knew. June 14th is the letter that says when. But I think I knew it was coming before then by a phone call with an attorney where I -- he wanted potential dates that it could be held. And we identified some and he called back and said that it would be the 23rd. And then I got a letter confirming the location.



Q Do you know who contacted you?
MR. NESLIN: I'll reflect that my office contacted Mr. Powers. I'm representing him here at the deposition as his attorney.
And I take it, Mr. Damelin, your questions do not go to the substance of any discussions Mr. Powers may have had with my office.
MR. DAMELIN: Well, I'm going to ask some questions about the representation in a second, but I, obviously, wouldn't intend to ask questions regarding if there are attorney-client --
MR. NESLIN: There are.
MR. DAMELIN: -- communications. I'm not intending to ask about those, but I do have some questions. Why don't I just finish going through this and kind of see where we are.
MR. NESLIN: All right.
BY MR. DAMELIN:
Q Now were you informed as to the subject matter of today's deposition by anyone at SMUD?
A No.
Q Prior to today's deposition, from the time



that you learned you were going to be deposed until today, have you had discussions with any SMUD employee about the deposition?
A No.
Q Have you had discussions with any SMUD employee?
A Let me -- let me retract that. I called my friend, Bob Dietrich, when I found out I was going to be deposed. He's also retired. I just told him -- it was a "They called me. How did they miss you" kind of call.
Q When did you talk to Mr. Deitrich?
A I don't remember the date that I first learned I was going to be deposed.
Q Would it be within the last few months?
A Oh, certainly.
Q Who is Mr. Dietrich?
A He's a former SMUD employee. He was the manager of licensing.
Q During what period of time was he manager of licensing?
A Late '70s, early '80s. Early to mid-'80s.