# Exhibit 1

ATTACHMENT 1

Steve C. Lets discuss Dick

# Department of Energy

Washington, DC 20585

DEC 17 1996

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

RECEIVED
DEC 30 1996
GENERAL MANAGERS OFFICE

Ms. Jan Schori
General Manager
Sacramento Municipal Utility District
6201 S Street
Sacramento, CA 95852

Dear Ms. Schori:

1/1/98 comments due March 14 -

Subject: Sacramento Municipal Utility District, Contract Number 83NE44415

In Indiana Michigan Power v. DOE, 88 F.3d 1272 (D.C. Cir. 1996), the U.S. Court of Appeals held that section 302(a)(5)(B) of the Nuclear Waste Policy Act of 1982 creates an obligation in the Department of Energy (DOE), in return for payment of fees by the utilities that contracted with DOE for disposal services, to start disposing of spent nuclear fuel no later than January 31, 1998. However, the court stated that it was premature to determine the appropriate remedy "as DOE has not yet defaulted upon either its statutory or contractual obligation." The court remanded the matter to DOE for further proceedings consistent with the court's opinion.

The court's decision became final and non-appealable on October 22, 1996.

Pursuant to Article IX of the Standard Contract, this letter is to advise you that DOE anticipates that it will be unable to begin acceptance of spent nuclear fuel for disposal in a repository or interim storage facility by January 31, 1998. Because of the large number of contract holders that will likely be affected by the delay and because of the uncertainty as to when DOE will be able to begin spent fuel acceptance, DOE is inviting the views of all contract holders on how the delay can best be accommodated.

This letter has also been sent to Mr. Jerry Hastings.

Please provide written comments to me at the following address by March 14, 1997.

U.S Department of Energy
Headquarters Procurement Operations
ATTN: Ms. Beth A. Tomasoni, HR-561.21
1000 Independence Ave., S.W.
Washington, D.C. 20585

Sincerely,

Beth A. Tomasoni

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

SMUD-0019348

Plaintiff's Exhibit 500
SMUD vs. United States
98-488