IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SACRAMENTO MUNICIPAL UTILITY, DISTRICT, | ) | |
| Plaintiff, | ) | No. 98-488C (Judge Braden) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE**
**TO FILE SUPPLEMENTAL EXHIBIT LIST**

Defendant, the United States, respectfully requests that the Court grant leave for the Government to file the its supplemental exhibit list. The Government and Sacramento Municipal Utility District have previously agreed that, assuming adequate notice, they would not object to the opposing party's supplementation of its exhibit list prior to trial. This agreement is evidenced by the plaintiff's filing of its supplemental exhibit list on March 4, 2005, to which the Government did not file an objection. A copy of the Government's supplemental exhibit list is attached to this motion.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Russell A. Shultis
RUSSELL A. SHULTIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

JOSHUA E. GARDNER
SCOTT R. DAMELIN
TODD J. COCHRAN
ELIZABETH THOMAS
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

March 14, 2005

CERTIFICATE OF FILING

I hereby certify that on this 14th day of March 2005, a copy of foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXHIBIT LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Todd J. Cochran