Attachment 1

Sacramento Municipal Utility District v. United States, No. 98-488C
Defendant's Supplemental Exhibit List

| Exhibit# | Bates - Begin | Bates - End | Full Name | Date |
|---|---|---|---|---|
| 1345 | | | Executive Order 12344 - Naval Nuclear Propulsion Program | 02/01/1982 |
| 1346 | SMP0491443 | SMP0491470 | SMUD 1985 Annual Report | 12/31/1985 |
| 1347 | SMP0491370 | SMP0491401 | SMUD 1987 Annual Report | 12/31/1987 |
| 1348 | SMP0491338 | SMP0491369 | SMUD 1988 Annual Report | 12/31/1988 |
| 1349 | SMP0491318 | SMP0491337 | SMUD 1989 Annual Report | 12/31/1989 |
| 1350 | HQR0162000 | HQR0162000 | Meeting of 2/2/1990, with SMUD and Congressman Fazio's Staff | 02/02/1990 |
| 1351 | HQR3100760 | HQR3100898 | Solicitation for Cooperative Agreement Proposal | 12/03/1992 |
| 1352 | SMUD0008548 | SMUD0008549 | Rancho Seco NUHOMS Project Items for Weekly Status Call to Ken Miller | 02/25/1993 |
| 1353 | SMUD104861 | SMUD104947 | Fuel Assembly Visual Inspections - Rancho Seco Unit 1 Spent Fuel Pool Operations, Spent Fuel Visual Examination Movement Schedule No. 95-4, Dated 12/19/93 - 6/6/96 | TBD |
| 1354 | SMUD104609 | SMUD104669 | Fuel Assembly Visual Inspections - Rancho Seco Unit 1 Spent Fuel Pool Operations, Spent Fuel Visual Examination Movement Schedule No. 95-4 Signed By Manager R.W. Colombo, Dated 12/19/93 - 1/18/96 | TBD |
| 1355 | SMP0280781 | SMP0280782 | PCC letter to Vectra re: Open Contract Changes | 04/08/1996 |
| 1356 | SMUD0005079 | SMUD0005080 | Staffing Summary Sheet re: E776 Change 7 | 06/19/1996 |
| 1357 | SMUD0032068 | SMUD0032068 | Vectra letter to SMUD re: | 07/09/1996 |

| | | | | |
|---|---|---|---|---|
| | | | DP/MP187 Cask Fabrication Status | |
| 1358 | SMP0402502 | SMP0402504 | Vectra Items for Weekly Status Call | 11/06/1996 |
| 1359 | SMP0381034 | SMP0381038 | Rancho Seco Preliminary Change Description | 02/18/1997 |
| 1360 | SMUD062654 | SMUD062654 | Staffing Summary Sheet re: Informational Briefing | 08/27/1998 |
| 1361 | SMP0270901 | SMP0270901 | Transnuclear West, Inc Time Sheet for Period Ending April 30, 2000 | 04/30/00 |
| 1362 | SMUD052980 | SMUD052983 | TNW fax re: communications records | 06/01/00 |
| 1363 | SMUD090616 | SMUD090624 | 2001 Outside Service Invoice | ??/??/01 |
| 1364 | PNL0582099 | PNL0582106 | Rancho Seco Spent Fuel Disposition Strategy by H.H. Klepfer and R.W. Bowser | TBD |