IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT | ) | |
| Plaintiff, | ) | No. 98-488 C |
| v. | ) | (Judge Braden) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**SACRAMENTO MUNICIPAL UTILITY DISTRICT'S**
**MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL EXHIBIT LIST**

Plaintiff Sacramento Municipal Utility District ("SMUD") respectfully requests leave to file the attached Second Supplemental Exhibit List, setting forth additional exhibits that SMUD may use at trial. SMUD has previously reserved its right to modify the list as the rules allow and has an agreement with the government that neither party will object to such supplementation as long as adequate notice is provided.

Dated this 15th of March, 2005.

Respectfully submitted,

s/ Howard Cayne by s/ Timothy R. Macdonald
Howard Cayne
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5899
Counsel of Record for
Plaintiff Sacramento Municipal Utility District

Of Counsel:
David S. Neslin
Timothy R. Macdonald
ARNOLD & PORTER LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
(303) 863-1000

CERTIFICATE OF FILING

I certify that I caused a copy of the foregoing Sacramento Municipal Utility District's Motion for Leave to File Second Supplemental Exhibit List to be filed electronically through the Court of Federal Claims Case Management/ Electronic Case Filing System on March 15, 2005. I understand that all parties may access the filing through the Court's CM/ECF System, including:

Alan Lo Re
Russell A. Shultis
Commercial Litigation Branch, Civil Division
Attention: Classification Unit, 8th Floor
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

s/ Timothy R. Macdonald