# Attachment 1 - SMUD Second Supplemental Exhibit List
## March 15, 2005

| Exhibit Number | Date of Document | Author | Addressee | Document Description | Bates Number |
|---|---|---|---|---|---|
| 598A | 09/28/98 | | | Signed version of SMUD Contract E776A with Transnuclear West, Inc. | SMUD 0028140 through 28306 |
| 269A | 09/28/92 | | | Staffing Summary Sheet Regarding Contract with Pacific Nuclear Systems, Inc. | SMP033 0285 |
| 369 (replaced) | 09/21/94 | Cohn, S. | Brownstein, A. | Letter re comments on Notice of Inquiry on Waste Acceptance | Delete SMUD 061129 through 061137 and replace with SMUD 0019621 through 0019629 |
| 991 | 07/9/92 | Shetler, J. | | Results of Proposal Evaluation and Selection Process for "Rancho Seco Dual Purpose Cask System" | SMP033 0402 through 0410 |