# Appendix