# EXHIBIT 1

WCI *Litigation Support and Management Consulting*

**PREPARED FOR THE UNITED STATES DEPARTMENT OF JUSTICE**
**PERTAINING TO**
**SACRAMENTO MUNICIPAL UTILITY DISTRICT V. UNITED STATES**
**FED. CL. NO. 98-488C**

**Protected Material to be Disclosed in Accordance with the United States Court of Claims Protective Order**

# EXPERT REPORT

**November 22, 2004**

**WATKINS CONSULTING, Inc.**
**Prepared by**
**Jerry N. Burford - Consultant**

Jerry N. Burford

# EXPERT REPORT OF JERRY N. BURFORD

## 1.0 Summary of Opinions

Based upon my technical review of documents and other materials relating to the lawsuit between Sacramento Municipal Utility District ("SMUD") and the government, in addition to the Nuclear Regulatory Commission ("NRC") and other industry materials, and my personal experience of more than thirty years in the nuclear energy industry, I have reached the following opinions:

i) SMUD's Rancho Seco nuclear facility ("Rancho Seco") is in possession of failed spent nuclear fuel that exhibits radioactive leakage. This radioactive leakage is in nine spent fuel assemblies, and potentially as many as 31 assemblies.

ii) Certain activities undertaken by SMUD and its contractors resulted in costs that are improperly included in SMUD's damage claim because they are unreasonable, gratuitous, unsubstantiated, and/or would have been incurred notwithstanding the Government's alleged breach of the Standard Contract.[1]

## 2.0 Background and Experience

My name is Jerry N. Burford, and I am a consultant with Watkins Consulting, Inc., (Watkins). Watkins is a consulting firm that provides professional services to its clients in various areas, including energy, financial, accounting, and economic analysis.

I graduated from the University of Missouri at Rolla, with a Bachelors of Science in Physics and a Masters of Science in Nuclear Engineering. I have more than thirty years of experience in the nuclear energy field specializing in project management and regulatory

[1] Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste dated June 14, 1983.

compliance. Exhibit A provides additional information on my professional background and a listing of my prior testimony.

## 3.0 Assignment

I have been retained by the United States Department of Justice ("DOJ") to conduct a technical review of SMUD, NRC, and industry documents and provide opinions and supporting bases as to whether:

i) Failed fuel exists at Rancho Seco, and
ii) The appropriateness of SMUD's dry storage costs included in its damage claim.

My hourly rate to the DOJ for these services is $300.00.

## 4.0 Opinions Regarding the Presence of Failed Fuel at Rancho Seco

I have concluded that:

1. SMUD's Rancho Seco facility possesses failed spent nuclear fuel that exhibits radioactive leakage and,

2. The criteria used by SMUD for classifying spent nuclear fuel as failed fuel is inconsistent with those contained in NRC regulatory guidance.

## 4.1 Discussion of Facts and Bases in Support of Opinion 1

**Failed Fuel Opinion 1: SMUD's Rancho Seco facility possesses failed spent nuclear fuel that exhibits radioactive leakage.**

My opinion is based on the following:

### 4.1.1 Failed Fuel as Referenced Under the Standard Contract

Appendix E of the Standard Contract includes a classification for *Failed Fuel F-2 Radioactive "Leakage."* This classification is not further defined in the Standard Contract, however, based on my technical review of documentation and a videotape produced by SMUD of nine spent fuel assemblies, as well as my education and experience in the nuclear industry, I

**Cost Comparison for a DSC from Non-SMUD Sources**

The use of dry storage systems within the industry is not new technology and was available from several vendors in the early 1990's. Some operating nuclear plants were using these systems to supplement their Spent Fuel Pool storage capabilities, and studies and articles are available that compare costs of these systems. As an example, in a proceeding before the Public Service Commission of Wisconsin (WPSC), Wisconsin Electric Power Company filed for permission to install a dry storage system at its two unit nuclear site. The spent nuclear fuel is similar to that of SMUD's, in that it is from a Pressurized Water Reactor, and although the size of the storage facility is larger (higher capacity for more spent nuclear fuel than Rancho Seco) it is reasonable for comparison. As a part of this proceeding, the WPSC conducted an environmental impact evaluation which compared the costs of the various dry storage systems, including the NUHOMS-24P system, to that selected by the utility.[49] In that study, the casking cost (DSC and HSM) using the NUHOMS-24P system was $380,000 in 1994 dollars. Taking the base cost for an HSM from the original Pacific Nuclear contract off of this casking cost estimate, results in a nominal cost of $285,000 for a DSC.[50] Further, as provided in another cost analysis of dry storage, the cost of a canister for "storage only" for the same number of spent fuel assemblies as contained in the NUHOMS-24P, is estimated to be between $250,000 and $280,000 within the industry.[51] SMUD's original contract with Pacific Nuclear included pricing

[49]State of Wisconsin "Final Environmental Impact Statement", August 1994

[50]SMUD0004193 to 0004238 at 4229

[51]"Utility At-Reactor Spent Fuel Storage Costs for the Private Fuel Storage Facility Cost-Benefit Analysis, Revision 2", April 2000

## 5.7 Discussion of Facts and Bases in Support of Opinion 6

**Damage Claim Opinion 6: SMUD has incorrectly included in its damage claim, the capital costs of dry storage for all of its spent nuclear fuel.**

### 5.7.1 Capital Costs Included in the Claim

SMUD's damage claim includes 100 percent of capital costs incurred under 10 CFR Part 72 (dry storage of spent nuclear fuel). These costs include the ISFSI pad and fencing, HSMs, DSCs, the MP187 shipping cask, auxiliary equipment, and security upgrades. Based upon the 1995 Acceptance Priority Ranking and Annual Capacity Report, only 84 metric tons of SMUD's spent nuclear fuel was scheduled to be picked-up by 2006.[61] Given that SMUD had over 228 total metric tons of spent nuclear fuel in storage, over 63 percent of SMUD's total spent nuclear fuel would continue to be stored on the ISFSI pad in the HSMs in future period after 2006 even if DOE had started accepting fuel into the waste management system in 1998.[62] Of this amount, it is extremely likely that this would include the Failed Fuel because of the special handling that it required (as discussed in Exhibit C). I understand that Failed Fuel would not be accepted by DOE ahead of standard fuel and therefore would remain in the ISFSI long after 2006. Furthermore, to the extent that GTCC was not included in the provisions of the Standard Contract, it will likely require storage in the ISFSI long after 2006. Therefore, with the need for a storage facility given the amount of stored fuel that was not allegedly breached or anticipated to be breached, it is unclear why all of the capital costs of a dry storage system are considered as part of SMUD's damage.

---

[61] Assumes an industry wide annual pick-up total of 900 metric tons through 2006

[62] To the extent that spent nuclear fuel is stored in the ISFSI the annual O&M costs would remain constant.

**Exhibit A**


# JERRY N. BURFORD

336 Scarborough Terrace
West Palm Beach, Florida 33414


---

## PROFESSIONAL EXPERIENCE

**JK Research Associates, Inc.**
**Senior Associate**, 2002 - May 2004

- Consult to Bechtel SAIC, the Management & Operating contractor for the Office of Civilian Radioactive Waste Management.
- Current and recent assignments have included compliance reviews of the data management program to assure regulatory compliance with 10CFR Part 63 and the NRC Yucca Mountain Review Plan.
- Development of a stable methodology for treating uncertainty in data parameters from origin through analysis and modeling.
- Development of methodologies for project wide standardization of data definitions, and determinations for important to safety and waste isolation that are compatible with NRC and EPA regulation.

**Xwest at Yucca Mountain Site Recommendation Project**
Independent Consultant acting as Deputy Manager - Site Recommendation Response to Public Comments, 2001 - 2002

- Responsible for the Project Plan, Process, and Controls Development for responding to over 17,000 public comments in support of the Secretary of Energy's consideration for Yucca Mountain as a geologic repository for high level waste.
- Management reporting of weekly project status and reporting of comment document data for the Secretary's weekly briefing report.
- Project lead for the response to public comments on Post-Closure Safety including Waste Form and Waste Package Performance, Unsaturated and Saturated Zone Transport, Biosphere Performance, Total System Performance Assessment, and Uncertainty Analysis.

- Conducted thermal and salinity analyses and review for the Turkey Point cooling canal system.
- Prepared supplemental environmental report responses for St. Lucie Unit 1
- Prepared the main steam system pre-operational test procedures for Kewaunee Nuclear plant and various system design reviews for Indian Point 1 and Waterford.

**Babcock & Wilcox (B&W)**, 1970 - 1972

- The analysis of all secondary system accidents for PSARs and FSARs.
- Project Manager for the first B&W ATWS analysis; primary and secondary systems accident and leakage analyses for environmental reports, dose analysis and meteorology calculations for SARs and environmental reports.
- Worked on computer program development and safety criteria development for balance of plant systems.

## EDUCATION AND CERTIFICATION

- M.S. Nuclear Engineering - University of Missouri, Rolla
- B.S. Physics - University of Missouri, Rolla