# EXHIBIT 3

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - X

SACRAMENTO MUNICIPAL UTILITY :
DISTRICT, :
Plaintiff, :
v. : Case No.
THE UNITED STATES OF : 98-488C
AMERICA, :
Defendant. :

- - - - - - - - - - - - - - - - X

Deposition of STEPHEN KIRALY
Washington, D.C.
Friday, January 7, 2005
9:03 a.m.

Job No.: 1-48437
Pages 1 through 310
Reported by: Cynthia R. Simmons



Deposition of STEPHEN KIRALY, held at the offices of:

ARNOLD & PORTER
555 12th Street, Northwest, Room 1001A
Washington, D.C. 20004

Pursuant to agreement, before Cynthia R. Simmons, Registered Merit Reporter, Certified Realtime Reporter and Notary Public of the District of Columbia.



APPEARANCES

ON BEHALF OF THE PLAINTIFF:
DAVID S. NESLIN, ESQUIRE
ARNOLD & PORTER
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
(303) 863-1000

ON BEHALF OF THE DEFENDANT:
ALAN J. LO RE, ESQUIRE
SCOTT DAMELIN, ESQUIRE
U.S. DEPARTMENT OF JUSTICE
Civil Division
1100 L Street, Northwest
Washington, D.C. 20530
(202) 307-0226



CONTENTS


| EXAMINATION OF STEPHEN KIRALY | PAGE |
|---|---|
| By Mr. Neslin | 5 |
| By Mr. Lo Re | 303 |
| By Mr. Neslin | 304 |


EXHIBITS
(Attached to the Transcript)


| DEPOSITION EXHIBIT | PAGE |
|---|---|
| 1 Kiraly Expert Report | 7 |
| 2 Exhibits to Kiraly Expert Report | 7 |
| 3 Proposed Work Plan and Letter | 69 |
| 4 Letter from DOJ to Neslin | 116 |
| 5 SMUD Nuclear Department Budget | 184 |
| 6 1993 SMUD Nuclear Department Budget | 188 |
| 7 Holst Deposition Excerpt | 215 |
| 8 Field Deposition Excerpt | 220 |
| 9 Document Bates-Labeled EXS 0030531 | 305 |

A **Yes.**
Q Any other cases that you recall?
A **There may have been. I can't recall specifically.**
Q In Exhibit 1, there are, after your list of cases, there are two following pages --
A **Yes.**
Q -- which are captioned, summary of documents and electronics produced by SMUD and reviewed by Navigant Consulting, Inc. I take it you, yourself, have not reviewed all of the documents listed on these pages?
A **I have not reviewed every single document, no.**
Q Others at Navigant?
A **Others have.**
Q And, Mr. Kiraly, I take it your background is in accounting?
A **I would classify that as one of the subjects that my background is in, yes.**
Q You have no training or education as an engineer?



A **No.**
Q You don't have any work experience as a engineer?
A **Not formal, no.**
Q Do you consider yourself to have particular knowledge or skill as an engineer?
A **I do a pretty good job on a doghouse; other than that, no.**
Q And I take it the same would be true regarding nuclear fuel?
MR. LO RE: Objection, vague.
BY MR. NESLIN:
Q I'll be more specific. Do you consider yourself to have any particular training, education, work experience, knowledge, or skill in the area of nuclear fuel?
A **I believe I have experience with the terminology and some of the issues regarding nuclear fuel.**
Q What do you mean by experience with the terminology and issues?
A **Well, certainly, we have lots of acronyms**



**here, as we do in the defense industry, and if you're not savvy with the acronyms, you really don't know, you can't even talk to anybody involved with this, so I know acronyms such as SNF, as HSMs being horizontal storage modules. I am familiar with that terminology.**
Q So you understand the acronyms, or at least some acronyms?
A **Yes, I can't say I would understand every single one.**
Q And you also said you have some familiarity with the issues?
A **The issues of what are the options for storing fuel, the issues of what's involved in building a dry storage facility on a general basis.**
Q But you don't counsel clients, for example, on how fuel should be stored?
A **No.**
Q You wouldn't consider yourself qualified to counsel a client on how nuclear fuel or spent nuclear fuel should be stored?
A **I wouldn't even consider that I would be**



**consulted on how you store nuclear fuel.**
Q Or how to load nuclear fuel?
A **I would not consider that they would consult me on that.**
Q How would you describe Navigant Consulting's work?
MR. LO RE: Objection, broad, vague.
BY MR. NESLIN:
Q You may answer.
A **Which part of Navigant? We're a very large corporation.**
Q Why don't you give me the big picture?
A **The elevator speech, as we called it, is Navigant is a company that assists clients with change, with managing their businesses, with assisting with disputes. We're a very broad-based consulting firm.**
Q How many employees are there at Navigant?
A **I believe we're around 1,000 consulting employees. I don't have an answer on the admin staff.**
Q And how many directors?



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410 (800) 292-4789 (301) 762-8282 (703) 288-0026 (410) 539-3664