ORIGINAL

FILED
MAR 2 2 2005
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | ) | No. 98-488C<br>(Judge Braden) |

ORDER

Upon motion of defendant, this Court hereby authorizes the defendant to issue subpoenas requiring the attendance of Mr. Robert Jones, a current employee of plaintiff, and Mr. Daniel Keuter, a former employee of plaintiff, at trial in Washington, D.C., during the week of March 28, 2005, and continuing until completion of trial, notwithstanding distance of travel.

It is so ORDERED.

SUSAN G. BRADEN
Judge

Dated: March 21, 2005