# In the United States Court of Federal Claims

**98-488C**

**Filed: March 16, 2005**

**SACRAMENTO MUNICIPAL UTILITY DISTRICT**

**v.**

**THE UNITED STATES**

**CORRECTED APPENDIX (7 Volumes) to accompany Sacramento Municipal Utility District's motion for leave to file designated deposition and trial testimony as substantive evidence pursuant to RCFC 32(a) and FRE 801(d) re 306 Order.**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 219-9657 between the hours of 8:45 am and 5:15 pm Eastern time.