# In the United States Court of Federal Claims

No. 98-488C
Filed: March 31, 2005

***********************************
SACRAMENTO MUNICIPAL UTILITY DISTRICT,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
***********************************

**ORDER**

Sacramento Municipal Utility District's Motion for Leave to File Designated Deposition Testimony of David Langstaff as Substantive Evidence Pursuant to FRE 801(d), filed on February 25, 2005, is **GRANTED**.

Accordingly, the deposition testimony of David Langstaff designated and submitted by SMUD is admitted as substantive evidence at the trial of this matter. The court will afford the Government an opportunity to submit counter-designations of such witness after the trial. Any objections made at the time the deposition testimony was taken are preserved.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**