**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 98-488C<br>(Judge Braden) |

**DEFENDANT'S NOTICE OF FILING OBJECTIONS TO PLAINTIFF'S DEPOSITION AND TRIAL TESTIMONY DESIGNATIONS AND DEFENDANT'S COUNTER-DESIGNATIONS AND MOTION FOR LEAVE TO FILE APPENDIX**

Pursuant to the Court's order dated March 16, 2005, defendant, the United States, respectfully submits its objections to the deposition and trial testimony designations that plaintiff, Sacramento Municipal Utility District, filed on February 25, 2005; February 28, 2005; and March 7, 2005, and submits the Government's deposition and trial testimony counter-designations. The Government's objections and counter-designations are contained in Attachment A appended hereto.

In addition, because of the voluminous nature of the Government's counter-designations, totaling approximately 500 pages, we respectfully request that the Court allow us to provide the original deposition and trial transcripts excerpts containing the Government's counter-designations to the Clerk of the Court (in hard copy form) for inclusion in the record. Upon the Court's granting of this motion, the Government will deliver the hard copy originals of the transcripts to the Clerk.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

s/ Russell A. Shultis
RUSSELL A. SHULTIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax:: (202) 307-2503

May 20, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 20th day of May 2005, a copy of foregoing "DEFENDANT'S NOTICE OF FILING OBJECTIONS TO PLAINTIFF'S DEPOSITION AND TRIAL TESTIMONY DESIGNATIONS AND DEFENDANT'S COUNTER-DESIGNATIONS AND MOTION FOR LEAVE TO FILE APPENDIX" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Todd J. Cochran