# ATTACHMENT 1: OBJECTIONS TO SACRAMENTO MUNICIPAL UTILITY DISTRICT'S DEPOSITION AND TRIAL TESTIMONY DESIGNATIONS AND THE GOVERNMENT'S DEPOSITION AND TRIAL TESTIMONY COUNTER-DESIGNATIONS

## 1. CHRISTOPHER BAJWA

**Objections:**

| Designation | Objection |
|---|---|
| **Deposition Testimony Of February 18, 2004** | |
| 36:3-38:13 | Foundation; assumes facts not in evidence; mischaracterizes prior testimony; relevance; speculation |

**Counter-designations:**

**Deposition Testimony Of February 18, 2004**

108:17-109:5

## 2. LAKE BARRETT

**Objections:**

| Designation | Objection |
|---|---|
| **Deposition Testimony Of April 22, 2002** | |
| 27:13 - 40:4 | Lack of foundation |
| 49:2 - 60:22 | Lack of foundation; calls for speculation |
| 85:1 - 96:22 | Calls for speculation |
| 116:14 - 124:22 | Calls for speculation; vague; overly broad; calls for legal conclusion |
| 149:5 - 149:21 | Overly broad; calls for speculation |
| 153:3 - 156:22 | Calls for speculation; vague |

| | |
|---|---|
| 196:13 - 200:22 | Calls for speculation |
| 205:1 - 208:22 | Calls for speculation |
| 217:1 - 220:22 | Mischaracterizes prior testimony |
| 260:4 - 261:15 | Calls for speculation |
| **Deposition Testimony Of April 23, 2002** | |
| 337:1 - 352:22 | Lack of foundation; vague; best evidence; hearsay; calls for speculation; hypothetical; assumes facts not in evidence; relevance |
| 401:1 - 404:22 | Calls for speculation; lack of foundation |
| 409:1 - 412:22 | Speculation; calls for legal conclusion |
| 414:3 - 415:9 | Calls for legal conclusion |
| 425:12 - 427:13 | Best evidence |
| 449:1 - 456:22 | Best evidence; hearsay; speculation; hypothetical; calls for speculation |
| 473:1 - 476:22 | Calls for speculation |
| 489:1 - 492:22 | Calls for speculation; calls for legal conclusion |
| 521:1 - 523:2 | Calls for speculation; legal conclusion; lack of foundation |
| 555:1 - 574:22 | Relevance; calls for legal conclusion; relevance |
| 579:1 - 594:22 | Vague; overly broad; calls for speculation; calls for legal conclusion |
| 607:1 - 608:22 | Calls for speculation; assumes facts not in evidence; lacks foundation; hearsay; best evidence |
| 610:1 - 614:22 | Hearsay; best evidence; lacks foundation; Mischaracterizes prior testimony; calls for speculation; calls for legal conclusion |
| 619:1 - 622:22 | Lacks foundation; vague; calls for speculation |
| 707:1 - 710:22 | Lacks foundation; calls for speculation |

| | |
|---|---|
| 715:1 - 718:22 | Lacks foundation; calls for speculation |
| 739:1 - 742:22 | Calls for speculation |
| 761:19 - 763:12 | Mischaracterizes prior testimony |
| 771:1 - 782:22 | Assumes facts not in evidence |
| 787:1 - 798:22 | Calls for speculation; lack of foundation; calls for legal conclusion; best evidence; argumentative |
| **Deposition Testimony Of April 8, 2002** | |
| 910:1 - 925:22 | Calls for speculation; lack of foundation; calls for legal conclusion |
| 942:1 - 953:22 | Mischaracterizes prior testimony; lack of foundation |
| 962:1 - 965:22 | Calls for speculation; lack of foundation; calls for legal conclusion |
| 1062:1 - 1065:22 | Mischaracterizes prior testimony; compound |
| 1094:1 - 1099:13 | Lack of foundation |
| **Deposition Testimony Of May 10, 2002** | |
| 1153:19 - 1154:15 | Calls for speculation |
| 1244:1 - 1247:22 | Calls for speculation; calls for legal conclusion |
| 1301:1 - 1301:22 | Lack of foundation |
| 1328:1 - 1343:22 | Calls for speculation; best evidence; lack of foundation; calls for legal conclusion |
| 1368:1 - 1375:22 | Calls for legal conclusion |
| 1416:1 - 1427:22 | Calls for speculation; lack of foundation |
| **Deposition Testimony Of May 14, 2002** | |
| 67:20 - 68:21 | Calls for speculation |
| 71:2 - 72:18 | Calls for speculation |
| 118:1 - 125:25 | Calls for speculation; lack of foundation |

| | |
|---|---|
| 140:8 - 143:2 | Lack of foundation |
| 144:14 - 145:4 | Calls for speculation; calls for legal conclusion |
| 173:16 - 176:9 | Calls for speculation; lack of foundation |
| 176:14 - 178:12 | Calls for legal conclusion |
| **Deposition Testimony Of May 15, 2002** | |
| 339:13 - 340:21 | Lack of foundation |
| 363:19 - 363:24 | Calls for speculation |
| 394:11 - 397:10 | Calls for speculation; lack of foundation |

**Counter-designations:**

**Deposition Testimony of April 22, 2002**

47:11-22
48:1-18
137:11-22
138:1-6
140:21-22
141:1-22
142:1-17
144:16-22
145:1-13
209:17-22
210:1-22
211:1-10
256:5-22
257:1-22
258:1-2

**Deposition Testimony of April 26, 2002**

545:21-22
546:1-6
549:1-14
595:1-7
633:20-22
634:1-12
686:9-22

687:1-22
688:1-22
689: 1–7
743: 1-6

**Deposition Testimony Of May 8, 2002**

851:5-22
852:1-2
1044:1-22

**Deposition Testimony Of May 10, 2002**

1202:5-22
1203:1-14

**Deposition Testimony Of May 14, 2002**

66:18-25
67:1-14
69:4-25
70:1-8
90:3-15
143:3-21
144:1-8
223:8-25
224:1-11

**Deposition Testimony Of May 15, 2002**

364:11-19

**3. RITA BOWSER**

**Objections:**

| Designation | Objection |
|---|---|
| **Deposition Testimony Of September 16, 2004** | |
| 239:17-23 | Foundation; leading |

**Counter-designations:**

**<u>Deposition Testimony Of September 16, 2004</u>**

25:22 - 26:10
47:13-20
54:8-15
55:11-14
56:12-18
58:23 - 59:3
61:4-14
65:4-9
93:19-22
96:6-10
108:15-22
119:12-13
121:2-8
129:5-17
134:2-6
134:16-19
153:4-21
154:15 - 155:8
201:6-16
208:8-20
228:2-22
229:24 - 230:5

**4. <u>ALAN BROWNSTEIN</u>**

**Objections:**

| **Designation** | **Objection** |
|---|---|
| **<u>Deposition Testimony of April 9, 2002</u>** | |
| 65:16 - 70:24 | Calls for speculation; calls for legal conclusion |
| 144:14 - 144:18 | Calls for legal conclusion |
| **<u>Deposition Testimony Of April 10, 2002</u>** | |
| 343:17 - 344:8 | Calls for speculation |

| | |
|---|---|
| 441:5 - 443:19 | Calls for speculation |
| 455:24 - 457:14 | Calls for speculation |
| **<u>Deposition Testimony Of April 23, 2002</u>** | |
| 104:18 - 107:13 | Assumes facts not in evidence; lacks foundation |
| 153:19 - 155:25 | Lacks foundation; calls for legal conclusion |
| 216:10 - 220:20 | Calls for legal conclusion; mischaracterizes prior testimony |
| **<u>Deposition Testimony Of June 14, 2002</u>** | |
| 292:15 - 305:11 | Relevance; lacks foundation |
| 340:15 - 340:21 | Relevance |
| 342:20 - 343:20 | Relevance; hearsay |
| 423:20 - 428:5 | Calls for legal conclusion; calls for the disclosure of information protected by the attorney client privilege |

**Counter-designations:**

**<u>Deposition Testimony Of April 9, 2002</u>**

56:9-14
144:19-25
145:1-6

**<u>Deposition Testimony Of April 10, 2002</u>**

343:4-14
375:19
412:5-14
413:13-20
443:20 - 444:8

**<u>Deposition Testimony Of April 23, 2002</u>**

19:17-25
20:1-19
23:14-25
24:1-10

26:24-25
27:1-25
28:1-9
54:12-23

**5. PATRICE BUBAR**

**Objections:**

| **Designation** | **Objection** |
|---|---|
| **Deposition Testimony Of May 20, 2004** | |
| 10:4 - 11:2 | Vague |
| 18-16 - 19:3 | Calls for a legal conclusion |
| 20:16 - 21:8 | Foundation |
| **Trial Testimony Of August 12, 2004** | |
| 5006:14 - 5009:25 | Calls for a legal conclusion |
| 5017:11 - 5018:9 | Improper impeachment |
| 5027:4 - 5081:7 | Relevance; Attorney-client privilege; Speculation |
| 5082:13 - 5091:23 | Speculation |

**Counter-designations:**

**Deposition Testimony Of May 20, 2004**

7:14-16
10:1-3
395:14 - 397:16
377:8 - 378:7

**Trial Testimony Of August 12, 2004**

5018:10-22
5094:17 - 5096:2
5096:23 - 5097:17

**6. ROBERT CAMPBELL**

**Objections:**

| **Designation** | **Objection** |
|---|---|
| **Deposition Testimony Of June 13, 2002** | |
| 23:17 - 25:14 | Relevance |
| 47:24 - 48:21 | Relevance |
| 60:5 - 62:3 | Relevance |
| 84:19-24 | Relevance; speculation |
| 94:3 - 95:22 | Legal conclusion; foundation; speculation |
| 125:18 - 129:22 | Best evidence |
| 150:12 - 152:24;<br>153:15 - 54:25;<br>156:18 - 57:7 | Relevance; speculation |
| 161:22 - 162:3 | Vague |
| 162:9 - 63:16 | Best evidence; legal conclusion |
| 165:12 - 167:18;<br>167:24 - 171:13 | Relevance; foundation |
| 175:20 - 176:1 | Relevance; foundation |
| 200:9 - 206:16 | Relevance; foundation; speculation |
| 212:11 - 213:4 | Relevance; speculation |
| **Deposition Testimony Of June 14, 2002** | |
| 285:23 - 286:10 | Vague; foundation; speculation |
| 286:23 - 287:18 | Vague; foundation; speculation |
| 396:1-17 | Speculation; relevance |
| 406:15 - 408:12 | Vague; foundation; speculation |
| 415:19 - 416:23 | Vague |

| | |
|---|---|
| 444:20 - 445:25 | Legal conclusion |
| **Deposition Testimony Of May 6, 2004** | |
| 15:1 - 16:1 | Relevance |
| 16:21 - 17:13 | Relevance |
| 18:18 - 19:7 | Relevance |
| 115:3 - 116:9 | Speculation; foundation |
| 139:16 - 141:20 | Best evidence |
| 146:18 - 147:14 | Best evidence |
| 170:17 - 171:15 | Best evidence; vague |
| 174:20 - 75:17 | Foundation |

**Counter-designations:**

**Deposition Testimony Of June 13, 2002**

19:17 - 21:1
58:5 - 60:3
76:11 - 77:21
80:8 - 81:1
87:5 - 88:22
95:25 - 96:11
113:17 - 114:15
157:8 - 158:22
175:13-18
210:6-25

**Deposition Testimony of June 14, 2002**

392:12 - 393:9
396:19 - 397:9
412:23 - 413:16

**Deposition Testimony of January 29, 2003**

565:14-25
632:8-16

**<u>Deposition Testimony of May 6, 2004</u>**

17:14 - 18:21
115:3 - 118:12
139:1-15
145:18 - 146:17
170:13 - 171:11
171:16 - 174:19

**7. <u>JAMES CARLSON</u>**

**Objections:**

| Designation | Objection |
|---|---|
| **<u>Deposition Testimony Of February 12, 2004</u>** | |
| 6:7 - 7:6 | Foundation |
| 17:16 - 18:5 | Assumes facts not in evidence |
| 18:13-19 | Mischaracterizes prior testimony |
| 19:3-9 | Vague |
| 19:11-14 | Vague |
| 23:11 - 24:17 | Vague |
| 69:19 - 70:8 | Vague; legal conclusion |
| 71:3-10 | Vague; legal conclusion |
| 71:21 - 72:5 | Mischaracterizes prior testimony |
| 72:7-11 | Vague; foundation |
| 77:5-16 | Compound; vague; legal conclusion |
| 78:13-19 | Vague |

**Counter-designations:**

**<u>Deposition Testimony Of February 12, 2004</u>**

7:7-9

64:6-18

**8. <u>S. DAVID FREEMAN</u>**

**Objections:**

| **Designation** | **Objection** |
| --- | --- |
| **Deposition Testimony Of July 16, 2004** | |
| 11:13 - 12:1 | Foundation |
| 35:10 - 35:16 | Foundation; incomplete |
| 37:22 - 38:14 | Foundation; legal conclusion |
| 41:13 - 45:2 | Foundation; legal conclusion |
| 53:12 - 55:15 | Foundation; relevance |
| 57:20 - 57:25 | Incomplete |
| 63:3 - 66:22 | Foundation; legal conclusion |
| 73:23 - 74:17 | Foundation; legal conclusion |
| 76:13 - 77:17 | Legal conclusion |
| 84:4 - 85:15 | Foundation; legal conclusion |
| 112:14 - 115:14 | Foundation; legal conclusion |
| 121:25 - 124:1 | Foundation |
| 131:11 - 133:12 | Legal conclusion |
| 136:22 - 137:15 | Foundation |

**Counter-designations:**

**<u>Deposition Testimony Of July 16, 2004</u>**

18:22 - 19:11
24:11-23
28:10-20
36:18-21
38:15-22
48:13-22

57:16-19
58:1-7
58:17-22
62:16 - 63:2
71:13 - 72:1
72:13-18
75:3 - 75:14
83:20 - 84:3
87:20 - 88:14
102:1-12
108:21-25
110:15 - 112:13
115:15 - 116:17

**9. <u>DAVID HUIZENGA</u>**

**Objections:**

| **Designation** | **Objection** |
|---|---|
| **<u>Trial Testimony of August 10, 2004</u>** | |
| 4395:7 - 4397:27 | Foundation; relevance |
| 4402:21 - 4404:2 | Foundation; relevance |
| 4406:7 - 4407:3 | Foundation; relevance |
| 4408:9 - 4409:3 | Foundation; relevance |
| 4410:6 - 4412:1-7 | Foundation; relevance |
| 4413:1 - 4415:1 | Foundation; relevance |
| 4417:1 - 4426:8 | Foundation; relevance |
| 4440:4 - 4443:8 | Foundation; relevance |
| 4446:17 - 4449:16 | Foundation; relevance |
| 4452:9-16 | Relevance |
| 4514:19 - 4515:25 | Foundation; relevance |
| 4515:1-25 | Foundation; relevance |
| 4522:8-12 | Foundation; relevance |

| | |
|---|---|
| 4527:7 - 4530:25 | Foundation; relevance |
| 4536:7 - 4537:9 | Foundation; relevance |
| 4539:10-13 | Foundation; relevance |

**Counter-Designations:**

**Trial Testimony Of August 10, 2004**

4374:23 - 4375:21
4386:14-19
4401:14 - 4402:20
4407:4 - 4408:8
4409:4-11
4412:8-25
4415:2 - 4416:25
4443:9-21
4511:21 - 4512:6
4521:15 - 4523:7
4525:11-24
4531:1-10
4535:16 - 4536:6
4537:10-20
4538:2-12
4544:12 - 4545:16
4546:24 - 4547:4

**10. KEITH KLEIN**

**Objections:**

| **Designation** | **Objection** |
|---|---|
| **Deposition Testimony Of May 22, 2002** | |
| 54:23 - 57:10 | Legal conclusion |
| 58:3-20 | Legal conclusion |
| 86:7-15 | Speculation |

**Counter-designations:**

**<u>Deposition Testimony Of May 22, 2002</u>**

57:11 - 58:2
62:21 - 63:10
74:10 - 77:18
79:8-17
80:17-22
84:4-13
110:24 - 111:13
112:3-7
135:1-5
139:12 - 140:3

**11. <u>SUSAN KLEIN</u>**

**Objections:**

| **Designation** | **Objection** |
|---|---|
| **<u>Deposition Testimony Of April 24, 2002</u>** | |
| 61:20 - 62:14 | Beyond the scope of RCFC 30(b)(6) notice[1] |
| 77:1 - 80:22 | Relevance; speculation |
| 80:6-8 | Relevance |
| 82:8 - 83:19 | Beyond the scope of RCFC 30(b)(6) notice; relevance |
| 84:16 - 85:1 | Beyond the scope of RCFC 30(b)(6) notice; vague |
| 104:1-13 | Beyond the scope of RCFC 30(b)(6) notice; legal conclusion |
| 106:12-14 | Relevance |
| 109:9 - 110:9 | Beyond the scope of RCFC 30(b)(6) notice; legal conclusion; relevance; speculation |

[1] Exhibit 1 to Ms. Klein's deposition identifies the topics upon which she was designated to testify as the Government's RCFC 30(b)(6) witness. Appendix at Susan Klein tab.

| | |
|---|---|
| 122:21 - 123:4 | Beyond the scope of RCFC 30(b)(6) notice; legal conclusion |
| 132:16 - 133:3 | Beyond the scope of RCFC 30(b)(6) notice; relevance; speculation |
| 143:20 - 144:15 | Beyond the scope of RCFC 30(b)(6) notice |
| 146:22 - 147:15 | Beyond the scope of RCFC 30(b)(6) notice |
| 149:1 - 150:21 | Legal conclusion; speculation |
| 165:4 - 166:21 | Relevance |
| 171:11-19 | Relevance |
| 172:7-14 | Beyond the scope of RCFC 30(b)(6) notice; legal conclusion |
| 182:10 - 184:22 | Beyond the scope of RCFC 30(b)(6) notice; relevance |
| 196:1-17 | Beyond the scope of RCFC 30(b)(6) notice |
| 212:13 - 213:2 | Relevance |
| 231:19-22 | Relevance |
| 232:22 - 233:4 | Relevance |
| 234:4-17 | Beyond the scope of RCFC 30(b)(6) notice; relevance |
| 239:13-16 | Relevance |
| 240:19 - 241:6 | Relevance |
| 252:19 - 253:5 | Beyond the scope of RCFC 30(b)(6) notice |
| **Deposition Testimony Of April 25, 2002** | |
| 283:16 - 284:6 | Relevance |
| 285:2-4 | Relevance |
| 285:15 - 286:10 | Relevance |
| 288:21 - 291:11 | Relevance |
| 324:8 - 325:1 | Relevance; best evidence |
| 340:17 - 342:3 | Relevance |

| | |
|---|---|
| 351:6 - 352:21 | Beyond the scope of RCFC 30(b)(6) notice; relevance; best evidence |
| 354:1-16 | Beyond the scope of RCFC 30(b)(6) notice; best evidence |
| 388:11 - 389:12 | Beyond the scope of RCFC 30(b)(6) notice; legal conclusion; best evidence |
| 405:10 - 407:4 | Relevance |
| 440:14-19 | Vague |
| 444:9 -18 | Vague; legal conclusion |
| 460:18 - 461:12 | Speculation; best evidence |
| 504:1 - 505:2 | Beyond the scope of RCFC 30(b)(6) notice |
| 512:16-22 | Beyond the scope of RCFC 30(b)(6) notice |
| 516:13-17 | Speculation; hypothetical |
| 524:1 - 525:8 | Beyond the scope of RCFC 30(b)(6) notice; speculation; hypothetical |
| 528:2-7 | Speculation; hypothetical |

**Counter-designations:**

**Deposition Testimony Of April 24, 2002**

57:10 - 58:7
104:14-20
110:10-12
123:5-7
139:7 - 140:6
247:5-16

**Deposition Testimony Of April 25, 2002**

342:4-18
354:17 - 355:13
435:16 - 438:21
439:15 - 440:9
440:21 - 448:1
448:11 - 449:4

490:13-492:9
502:4-21
503:6-8

**12. DAVID LANGSTAFF**

**Objections:**

| **Designation** | **Objection** |
|---|---|
| **Deposition Testimony Of November 4, 2004** | |
| 7:22 - 8:17 | Relevance |
| 29:18 - 32:15 | Relevance |
| 36:12-15 | Relevance |
| 37:4-15 | Relevance |
| 37:22 - 38:15 | Relevance |
| 64:6 - 65:9 | Relevance; vague; calls for speculation; foundation; best evidence |
| 67:17-22 | Relevance; vague |
| 74:6-18 | Relevance; vague |
| 77:21 - 82:22 | Relevance; foundation; vague; calls for speculation; assumes facts; mischaracterizes prior testimony; best evidence |
| 84:15 - 85:22 | Relevance; foundation |
| 91:13 - 92:2 | Relevance; foundation |
| 95:12 - 101:7 | Relevance; foundation; best evidence; calls for speculation |
| 103:15 - 105:3 | Relevance; foundation; assumes facts not in evidence |
| 108:3-22 | Relevance; foundation; best evidence; calls for speculation; mischaracterizes prior testimony; incomplete quotation |

| | |
|---|---|
| 109:18 - 110:16 | Relevance; foundation |
| 111:10 - 114:12 | Relevance; foundation; calls for speculation |
| 119:19-22 | Relevance; foundation |
| 125:8 - 126:22 | Relevance; foundation; mischaracterizes prior testimony |
| 149:5-15 | Relevance; foundation; best evidence |
| 150:10 - 152:6 | Relevance; foundation; assumes facts; calls for speculation |
| 153:14 - 154:3 | Relevance |
| 178:6-19 | Relevance; foundation; vague |

**Counter-designations:**

**Deposition Testimony Of November 4, 2004**

62:7 - 64:5
74:19 - 75:15
92:3-6
93:13 - 95:11
101:8 - 102:13
117:16 - 119:18
124:13 - 125:1
129:12 - 135:3
154:4 - 155:15
157:4 - 158:22
178:20 - 179:19

**13. MICHAEL LAWRENCE**

**Objections:**

| **Designation** | **Objection** |
|---|---|
| **Deposition Testimony Of May 20, 2002** | |
| 43:23 - 44:20 | Foundation |
| 45:11-21 | Foundation |

| | |
|---|---|
| 50:5-16 | Speculation |
| 52:18-25 | Vague |
| 53:4-9 | Foundation |
| 53:10-21 | Foundation; speculation |
| 54:1 - 55:2 | Foundation; speculation |
| 55:8 - 56:7 | Foundation; speculation |
| 60:23 - 61:14 | Legal conclusion |
| 62:4-15 | Mischaracterizes prior testimony |
| 63:4-12 | Foundation |
| 64:7 - 65:8 | Foundation |
| 65:14-22 | Foundation; speculation |
| 66:7-16 | Asked and answered |
| 68:4-13 | Foundation; speculation |
| 69:6-16 | Compound |
| 69:17-25 | Assumes facts not in evidence |
| 78:5-15 | Legal conclusion; compound |
| 78:16-23 | Legal conclusion; vague |
| 78:24 - 79:15 | Vague |
| 79:16 - 81:18 | Foundation |
| 82:5 - 83:10 | Foundation |
| 83:4-14 | Foundation |
| 84:1-13 | Foundation; vague |
| 84:14 - 85:2 | Legal conclusion |
| 85:10-21 | Foundation; best evidence |
| 86:7-23 | Legal conclusion; foundation |
| 86:24 - 87:9 | Mischaracterizes prior testimony |
| 87:10 - 88:8 | Foundation; legal conclusion |

| | |
|---|---|
| 90:4-24 | Foundation; legal conclusion |
| 91:9-23 | Vague |
| 92:17 - 93:25 | Compound; incomplete |
| 98:4 - 99:11 | Foundation; legal conclusion |
| 99:12-20 | Foundation; legal conclusion; vague |
| 101:24-25 | Vague; incomplete |
| 131:1-7 | Legal conclusion |
| 144:9 - 145:3 | Foundation |
| 145:4-11 | Foundation; speculation |
| 145:17-24 | Foundation; speculation |
| 145:25 - 146:14 | Foundation; speculation; vague |
| 146:19 - 147:15 | Legal conclusion |
| 148:19 - 149:2 | Foundation; speculation |
| 149:10 - 150:6 | Foundation |
| 150:11-25 | Legal conclusion |
| 153:8-19 | Foundation; speculation |
| 186:10-22 | Foundation; speculation |
| 188:14 - 189:3 | Foundation; speculation; vague |
| 189:4-9 | Foundation; speculation |
| 198:4-15 | Vague; speculation |
| 198:16 - 199:7 | Foundation |
| 199:8-15 | Legal conclusion |
| 200:25 - 201:7 | Asked and answered |
| 203:4 - 204:4 | Mischaracterizes prior testimony |
| 205:8 - 206:7 | Vague |
| 206:8-17 | Speculation; compound |
| 209:6-12 | Foundation; speculation |

| | |
|---|---|
| 210:6-24 | Asked and answered |
| 211:3-8 | Speculation |
| 211:9 - 212:4 | Mischaracterizes prior testimony |
| 212:5-19 | Asked and answered; speculation |
| 214:1-7 | Best evidence |
| 214:8-19 | Foundation; vague |
| 217:17 - 218:11 | Legal conclusion |
| 219:8-16 | Speculation; compound |
| 220:14 - 221:23 | Foundation; speculation |
| **Deposition Testimony Of May 21, 2002** | |
| 244:1-6 | Speculation; legal conclusion; best evidence |
| 244:21 - 245:14 | Foundation |
| 245:15 - 246:2 | Foundation; legal conclusion |
| 246:16 - 247:21 | Compound |
| 247:22 - 248:8 | Legal conclusion |
| 249:12-19 | Foundation |
| 250:2-13 | Foundation; speculation; asked and answered |
| 301:8-13 | Speculation |
| 302:24 - 303:8 | Legal conclusion |
| 304:2-18 | Speculation; legal conclusion; asked and answered; mischaracterizes prior testimony |
| 305:25 - 307:6 | Foundation; speculation |
| 320:8-19 | Best evidence |
| 321:15 - 322:2 | Speculation; legal conclusion |
| 322:3-24 | Legal conclusion |
| 323:21 - 324:6 | Asked and answered |
| 324:7-13 | Asked and answered; legal conclusion |

| | |
|---|---|
| 327:5-23 | Foundation; speculation |
| 328:18 - 329:10 | Legal conclusion; relevance; speculation |
| 329:11-22 | Speculation; legal conclusion |
| 330:2-8 | Legal conclusion |
| 332:3-19 | Speculation; best evidence |
| 332:20 - 333:4 | Legal conclusion; speculation |
| 333:12 - 334:5 | Legal conclusion; best evidence |
| 334:6-16 | Legal conclusion; vague |
| 334:17 - 335:8 | Legal conclusion |
| 335:22 - 337:12 | Legal conclusion; best evidence |
| 338:8-22 | Foundation; speculation |
| 338:23 - 339:9 | Best evidence |

**Counter-designations:**

**Deposition Testimony Of May 20, 2002**

21:24 - 22:1
140:22 - 141:25
185:17-25

**Deposition Testimony Of May 21, 2002**

243:20-25
252:1-18

**14. SALOMON LEVY**

**Objections:**

| **Designation** | **Objection** |
|---|---|
| **Deposition Testimony Of June 22, 2004** | |
| 108:11 - 111:13 | Speculation; hypothetical |

| | |
|---|---|
| 143:7-11 | Leading |
| 143:12-18 | Leading |
| 143:19-22 | Leading |

**Counter-designations:**

**<u>Deposition Testimony Of June 22, 2004</u>**

53:8-19
81:16 - 82:22
91:11 - 92:2
105:9 - 106:13
115:6 - 116:4
127:5-19
144:20-11
148:20 - 149:12

**15. <u>RONALD MILNER</u>**

**Objections:**

| **Designation** | **Objection** |
|---|---|
| **<u>Deposition Testimony Of May 1, 2002</u>** | |
| 0408:1 - 0411-25 | Relevance; foundation; calls for a legal conclusion; best evidence |
| 0414:10-22 | Relevance; foundation; best evidence; calls for a legal conclusion |
| 0415:1 - 0418:25 | Relevance; foundation; best evidence |
| 0419:1 - 0422:25 | Relevance; foundation; vague; calls for a legal conclusion; best evidence |
| 0423:22 - 0424:18 | Relevance; foundation; calls for a legal conclusion |
| 0425:1 - 0427:2 | Relevance; foundation; best evidence |
| **<u>Deposition Testimony Of May 2, 2002</u>** | |
| 0434:18 - 0438:25 | Relevance; foundation; best evidence |

| | |
|---|---|
| 0439:8-22 | Relevance; foundation; calls for a legal conclusion; best evidence |
| 0440:7-16 | Relevance |
| 0441:1 - 0448:25 | Relevance; best evidence |
| 0449:1 - 0450:19 | Relevance; vague; best evidence |
| 0451:1 - 0456:25 | Relevance; foundation; calls for a legal conclusion; best evidence |
| 0457:1 - 0464:25 | Relevance; best evidence; calls for a legal conclusion; vague |
| 0465:1 - 0472:25 | Relevance; best evidence |
| 0473:1 - 0480:25 | Relevance; calls for a legal conclusion |
| **Deposition Testimony Of May 3, 2002** | |
| 410:1 - 415:25 | Relevance; best evidence; foundation; calls for a legal conclusion |
| 418:18-25 | Relevance; vague; foundation; best evidence |
| 419:15-25 | Relevance; vague; foundation; best evidence |
| 422:1-25 | Relevance; foundation; calls for a legal conclusion |
| 447:2 - 448:1 | Relevance; calls for speculation |
| 448:9-15 | Relevance; calls for speculation |
| 476:16 - 477:13 | Relevance; foundation; calls for speculation; calls for a legal conclusion |
| 499:16 - 500:16 | Relevance; foundation; calls for a legal conclusion; calls for speculation |
| 509:1-25 | Relevance; calls for a legal conclusion; calls for speculation; assumes facts not in evidence |
| 513:1-25 | Relevance; calls for a legal conclusion |
| 524:1 - 527:25 | Relevance; calls for speculation; best evidence; foundation |
| 552:1 - 563:25 | Relevance; best evidence; vague; calls for speculation |

| | |
|---|---|
| 568:1 - 578:25 | Relevance; best evidence; calls for speculation; calls for a legal conclusion |
| **Deposition Testimony Of May 7, 2002** | |
| 14:17 - 15:13 | Relevance; best evidence |
| 17:5 - 25:21 | Relevance; best evidence; foundation; calls for speculation; calls for a legal conclusion |
| 28:11 - 32:11 | Relevance; best evidence; calls for a legal conclusion; calls for speculation; vague |
| 37:9-22 | Calls for a legal conclusion; foundation |
| 40:5-11 | Relevance; foundation |
| 42:1 - 44:25 | Foundation; calls for a legal conclusion; calls for speculation |
| **Deposition Testimony Of May 8, 2002** | |
| 59:21 - 60:19 | Calls for speculation; calls for a legal conclusion |
| 61:6-14 | Calls for a legal conclusion; calls for speculation |
| 155:4 - 156:1 | Relevance; best evidence; calls for a legal conclusion; calls for speculation |
| 194:22 - 196:3 | Relevance; calls for speculation; calls for a legal conclusion |
| 221:21 - 226:4 | Relevance; best evidence |
| 226:8-22 | Relevance; best evidence |
| 228:19 - 229:20 | Relevance; vague; best evidence; calls for a legal conclusion |
| 262:1 - 264:2 | Relevance; best evidence |
| 266:22 - 270:11 | Relevance; calls for a legal conclusion; calls for speculation |
| 270:17-25;<br>272:1-22 | Relevance |

| | |
|---|---|
| 273:5 - 276:9 | Relevance; calls for speculation; calls for a legal conclusion |
| 283:10 - 284:7 | Relevance; best evidence |
| 285:3-20 | Relevance; best evidence |
| **Trial Testimony Of August 11, 2004** | |
| 4744:21 - 4764:21 | Relevance; calls for a legal conclusion; best evidence |
| 4766:17 - 4779:15 | Relevance; best evidence; calls for speculation |

**Counter-designations:**

**Deposition Testimony Of May 1, 2002**

41:3-25
46:1-6
68:25 - 69:12
72:9 - 73:9
107:22 - 108:25
132:2 - 133:4
193:23-25

**Deposition Testimony Of May 2, 2002**

232:22 - 233:21
245:19-25
301:10-18
304:5-15
305:2-22
317:24 - 318:21
325:24 - 326:7
327:22 - 329:25

**Deposition Testimony Of May 3, 2002**

416:8 - 418:17
419:1-14
420:1 - 421:25
435:16 - 436:5
440:13 - 441:1

441:21 - 443:8
443:16 - 444:8
446:12 - 447:1
448:2-8
448:16-24
450:12 - 451:18
454:11 - 455:22
465:14-25
475:8 - 476:15
486:12-20
487:12 - 488:5
488:14 - 489:10
493:4 - 496:8
506:7 - 507:7
512:5-15
514:4-13

**Deposition Testimony Of May 7, 2002**

592:14-19

**Deposition Testimony Of May 7, 2002**

6:9 - 10:18
32:21 - 33:24
41:8 - 42:1

**Deposition Testimony Of May 8, 2002**

52:8 - 53:19
61:18 - 62:15
73:10-24
77:3-20
90:7-24
99:8 - 100:3
100:18 - 102:1
103:1 - 105:24
106:7-20
136:17 - 137:8
138:6-25
174:5 - 175:11
184:17 - 186:11
193:13 - 194:20
196:8-24

197:23 - 198:4
202:15 - 203:4
204:1 - 207:12
208:7 - 209:5
210:2 - 211:7
233:7 - 234:9
256:11 - 257:10
272:14 - 273:4
279:10 - 280:3
280:12 - 281:2

**Trial Testimony Of August 11, 2004**

4741:19 - 4742:11
4788:23 - 4789:24

**16. ROBERT MORGAN**

**Objections:**

| Designation | Objection |
|---|---|
| **Deposition Testimony Of March 21, 2002** | |
| 38:5-11 | Incomplete |
| 42:2 - 43:23 | Foundation; legal conclusion |
| 46:18-24 | Relevance |
| 48:2 - 49:2 | Relevance |
| 74:9-23 | Foundation; legal conclusion |
| 108:3 - 109:15 | Vague; relevance |
| 124:9-24 | Legal conclusion |
| 138:22 - 141:4 | Foundation |
| 204:20-24 | Legal conclusion |
| 208:8 - 209:12 | Relevance |
| **Deposition Testimony Of March 22, 2002** | |
| 223:6 - 224:1 | Speculation |

| | |
|---|---|
| 225:19 - 227:16 | Foundation; speculation |
| 313:18 - 315:1 | Vague; foundation |
| **Deposition Testimony Of June 25, 2002** | |
| 135:6-14 | Foundation |
| **Trial Testimony Of August 3, 2004** | |
| 3674:11 - 3675:23 | Relevance |
| 3676:15-25 | Relevance |
| 3677:15 - 3678:7 | Relevance |
| 3682:9 - 3683:19 | Relevance |
| 3684:1-23 | Relevance |
| 3685:10-16 | Relevance |
| 3686:18-22 | Legal conclusion; relevance |
| 3690:12 - 3692:13 | Foundation; relevance |

**Counter-designations:**

**Deposition Testimony Of March 21, 2002**

16:3-25
39:15-25
43:24 - 45:23
52:15 - 53:25
57:15-23
58:11 - 59:6
123:14 - 124:8
129:1-18
202:13 - 204:19
209:1-19

**Trial Testimony Of August 3, 2004**

3642:1 - 3649:16
3666:17 - 3667:1
3669:15-25
3677:1-14
3683:20-25

3685:2-9
3686:13-17
3690:3-11

**17. <u>STEPHEN O'CONNOR</u>**

**Objections:**

| **Designation** | **Objection** |
|---|---|
| **<u>Deposition Testimony Of February 18, 2004</u>** | |
| 33:19 - 34:8 | Foundation |
| 35:2-18 | Foundation |
| 90:2 - 91:2 | Foundation; speculation |
| 91:4-15 | Foundation; speculation; vague |
| 95:18 - 96:21 | Foundation; speculation |
| 97:1-19 | Foundation; speculation; vague |
| 107:1-7 | Foundation; speculation |
| 107:9-14 | Foundation; speculation |
| 107:15-19 | Foundation; speculation |
| 107:21 - 108:4 | Foundation; speculation |
| 107:21 - 108:4 | Foundation; speculation |
| 108:22 - 109:2 | Foundation; speculation |

**Counter-designations:**

**<u>Deposition Testimony Of February 18, 2004</u>**

109:3-5

**18. ROGER POWERS**

**Objections:**

| **Designation** | **Objection** |
|---|---|
| **Deposition Testimony Of June 23, 2004** | |
| 61:10-22 | Relevance |
| 75:18 - 76:21 | Foundation; speculation; relevance |
| 81:13 - 84:21 | Foundation; speculation; relevance |
| 86:16 - 87:6 | Foundation; speculation; relevance |
| 88:19 - 97:7 | Foundation; speculation; relevance |

**Counter-designations:**

**Deposition Testimony Of June 23, 2004**

37:14-22
39:17 - 42:4
48:10 - 49:7
59:13 - 60:5
77:9-22
79:21 - 80:5
80:19 - 81:11
84:22 - 85:4
86:10-15
97:8-14
103:2 - 104:3
129:9-10
138:8 - 139:21
141:14 - 142:2
147:19 - 148:5
151:8 - 152:7

**19. <u>ROBERT ROSSELLI</u>**

**Objections:**

| Designation | Objection |
|---|---|
| **<u>Deposition Testimony Of April 15, 2002</u>** | |
| 50:12 - 52:2 | Relevance |
| 68:9-22;<br>69:5 - 72:15 | Speculation; vague |
| 119:10-18;<br>134:23 - 135:5;<br>136:24 - 144:19 | Relevance; speculation; legal conclusion |
| 146:19 - 148:20 | Speculation; legal conclusion |
| 154:13-19;<br>156:7 - 158:10 | Relevance; asked and answered; speculation |
| 164:1-3;<br>166:23 - 169:2 | Speculation |
| 180:9-21 | Relevance; best evidence |
| **<u>Deposition Testimony Of April 16, 2002</u>** | |
| 190:18 - 191:5 | Speculation |

**Counter-designations:**

**<u>Deposition Testimony Of April 15, 2002</u>**

47:9 - 48:17
49:6 - 50:11
53:20 - 54:15
68:23 - 69:4
121:3 - 122:7
122:18 - 123:6
154:20 - 155:7
176:9 - 177:12

**20. <u>BEN RUSCHE</u>**

**Objections:**

| **Designation** | **Objection** |
|---|---|
| **<u>Deposition Testimony Of May 16, 2002</u>** | |
| 42:1 - 49:25 | Speculation; legal conclusion; relevance |
| 154:2 - 161:25 | Legal conclusion; relevance |
| 170:1 - 173:25 | Speculation; relevance |
| 242:1 - 249:25 | Foundation; relevance |
| 298:1 - 300:19 | Relevance; leading |
| **<u>Deposition Testimony Of May 17, 2002</u>** | |
| 329:1 - 332:25 | Speculation; compound; leading |
| 337:1 - 344:22 | Foundation; hearsay; speculation; relevance |
| 365:1 - 380:22 | Foundation; hearsay; speculation; relevance |
| **<u>Trial Testimony Of August 3, 2004</u>** | |
| 3734:12-21 | Foundation; relevance |
| 3739:4 - 3756:4 | Foundation; relevance |

**Counter-designations:**

**<u>Deposition Testimony Of May 16, 2002</u>**

152:22 - 154:1
162:1 - 165:4
168:23 - 169:25
174:1 - 177:5

**21. <u>NANCY SLATER-THOMPSON</u>**

**Objections:**

| **Designation** | **Objection** |
|---|---|
| **<u>Deposition Testimony Of April 21, 1999</u>** | |
| 161:1 - 164:25 | Relevance |
| **<u>Deposition Testimony Of April 22, 1999</u>** | |
| 240:3-15 | Hearsay; relevance |
| 240:16-25 | Relevance |
| 242:1-25 | Relevance |
| 243:1-23 | Hearsay; relevance |
| **<u>Deposition Testimony Of June 13, 2002</u>** | |
| 8:11-15 | Vague |
| 94:4-15 | Legal conclusion |
| 96:17 - 99:6 | Legal conclusion vague |
| 101:11-19 | Foundation; vague |
| 106:1-25 | Legal conclusion |
| 107:1-17 | Legal conclusion; foundation |
| 107:18 - 108:23 | Mischaracterizes prior testimony |
| 109:3-15 | Legal conclusion |
| 109:16 - 110:9 | Legal conclusion; vague |
| 111:13-21 | Foundation |
| 112:4-15 | Legal conclusion |
| 112:16-23 | Vague |
| 125:9-17 | Vague |
| 159:7 - 160:2 | Legal conclusion |
| 162:1-11 | Vague |

**Counter-designations:**

**Deposition Testimony Of April 21, 1999**

54:19 - 58:7
73:19 - 74:13
132:18 - 133:13
165:1-13
176:11-25
195:16 - 199:9

**Deposition Testimony Of April 22, 1999**

237:6 - 239:3

**Deposition Testimony Of June 13, 2002**

105:3-25
92:19 - 93:20
119:4-17
149:9 - 153:21
158:18-6

**22. LEROY STEWART**

**Objections:**

| **Designation** | **Objection** |
|---|---|
| **Deposition Testimony Of July 1, 2004** | |
| 13:11 - 14:10 | Relevance |
| 17:10-12 | Relevance |
| 19:6 - 20:4 | Relevance |
| 24:11 - 25:11 | Relevance |
| 31:15 - 32:15 | Relevance; foundation; legal conclusion; best evidence |
| 33:19 - 34:15 | Relevance; foundation; legal conclusion; best evidence |

| | |
|---|---|
| 35:5 - 36:9 | Relevance; foundation |
| 40:14 - 41:6 | Relevance; foundation; legal conclusion |
| 41:17 - 42:21 | Relevance; foundation; legal conclusion |
| 69:1 - 70:3 | Relevance; foundation |
| 73:7 - 74:19 | Relevance; foundation; best evidence |
| 80:22 - 84:7 | Relevance; foundation; best evidence |
| 84:16 - 85:5 | Relevance; foundation; best evidence |
| 88:3 - 92:14 | Relevance; foundation; best evidence |
| 94:14-20 | Relevance; foundation; best evidence |
| 105:11 - 106:4 | Relevance; best evidence |
| 117:21 - 119:7 | Relevance; foundation; best evidence |
| 121:11-22 | Relevance; foundation; best evidence |
| 129:18 - 131:14 | Relevance; foundation |
| 134:15 - 135:2 | Relevance; foundation |
| 137:1 - 141:19 | Relevance; foundation; best evidence |
| 144:12 - 152:2 | Relevance; foundation; best evidence |
| 161:18 - 162:1 | Relevance; foundation; speculative |
| 162:17 - 163:1 | Relevance; foundation |
| 166:7 - 167:18 | Relevance; foundation; best evidence |
| 169:14 - 170:22 | Relevance; foundation; best evidence |
| 176:15 - 177:19 | Relevance; foundation; best evidence |
| 178:15-21 | Relevance; foundation |
| 180:12 - 181:8 | Relevance; foundation; best evidence |
| 185:14 - 186:3 | Relevance; foundation |

**Counter-designations:**

**<u>Deposition Testimony Of July 1, 2004</u>**

27:17 - 31:14
32:16 - 33:18
34:16 - 35:4
36:10-13
40:1-13
41:7-16
66:6 - 67:12
84:8-9
85:6-9
92:15 - 93:19
94:21 - 95:15
106:5 - 107:12
119:8 - 121:10
135:3-22
155:21 - 156:14
164:13 - 165:1
171:1-18
173:1-13
177:20 - 178:14
184:1 - 185:13

**23. <u>VICTOR TREBULES</u>**

**Objections:**

| **Designation** | **Objection** |
|---|---|
| **<u>Deposition Testimony Of April 17, 2002</u>** | |
| 10:18 - 11:19 | Relevance |
| 15:17 - 16:17 | Relevance |
| 17:7 - 18:17 | Relevance |
| 52:11-22 | Relevance; foundation (not a 30(b)(6) witness); speculation; legal conclusion; best evidence |

| | |
|---|---|
| 60:8-14 | Relevance; foundation (not a 30(b)(6) witness); legal conclusion; best evidence; incomplete |
| 143:5-12 | Relevance; foundation; best evidence; incomplete |
| 170:9 - 171:16 | Relevance; best evidence foundation (not a 30(b)(6) witness) |
| 180:7-22 | Relevance; best evidence |
| **Deposition Testimony Of April 18, 2002** | |
| 18:10-21 | Relevance; foundation (not a 30(b)(6) witness); legal conclusion; best evidence; vague |
| 19:17 - 20:21 | Relevance; foundation (not a 30(b)(6) witness); legal conclusion; best evidence |
| 23:17 - 24:10 | Relevance; foundation (not a 30(b)(6) witness); legal conclusion; best evidence |
| **Deposition Testimony Of April 19, 2002** | |
| 4:22 - 5:20 | Relevance; legal conclusion; best evidence |

**Counter-designations:**

**Deposition Testimony Of April 17, 2002**

51:10 - 52:10
53:1 - 60:7
143:13 - 146:5
165:14 - 171:8
179:4 - 180:6
181:1 - 184:9

**Deposition Testimony Of April 18, 2002**

18:22 - 19:16
20:22 - 22:2
23:2-16
24:11 - 25:9

**Deposition Testimony Of April 19, 2002**

5:21 - 8:19

**24. FRANCIS YOUNG**

**Objections:**

| **Designation** | **Objection** |
|---|---|
| **Trial Testimony Of August 13, 2004** | |
| 4:18 - 5:22 | Relevance |
| 7:6-8 | Relevance |
| 7:8 - 8:12 | Relevance |
| 28:16 - 30:14 | Relevance; exceeds scope of direct |

**Counter-designations:**

**Trial Testimony Of August 13, 2004**

34:1 - 36:14