IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | ) | No.98-488 C<br>(Judge Braden) |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court grant an enlargement of 17 days, to and including Thursday, July 7, 2005, within which the parties shall file responses to the Court's order to show cause dated April 21, 2005. Pursuant to the show cause order, the parties' responses are currently due on Monday, June 20, 2005. Defendant has not previously requested any enlargement of time for this purpose. Counsel for plaintiff has represented that it will not take a position on the Government's motion, but that if the Court grants the Government's motion, the enlargement of time apply to both parties' briefs, as well as amicus briefs.

The Government is currently preparing a response to the Court's show cause order. Because of the significant issues raised in the Court's order regarding the Standard Contract and its potential effect on the spent nuclear fuel litigation pending before the Court of Federal Claims, significant high-level evaluation and review of the defendant's response is required within both the Department of Justice and the Department of Energy. We have been required to conduct significant research in response to the Court's order and to evaluate the ramifications of the order upon decisions issued by other courts. Discussion and evaluation of the various issues

raised by the Court in this case has been and continues to be extensive as we develop a complete response to the Court's order. Because of the complexity of this review and discussion, we have been asked to seek additional time from the Court to allow for the completion of our internal review and decision making activities at various levels within the Department of Justice and the Department of Energy.

For the foregoing reasons, we respectfully request that the Court grant our motion for an enlargement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Russell Shultis
RUSSELL SHULTIS
Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

JOSHUA E. GARDNER
SCOTT R. DAMELIN
TODD J. COCHRAN
ELIZABETH THOMAS
Trial Counsel

June 15, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 15th day of June 2005, a copy of foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joshua E. Gardner