# In the United States Court of Federal Claims

No. 98-488C
Filed: June 16, 2005

| | |
|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

The Defendant's Motion for an Enlargement of Time, filed June 15, 2005, is **GRANTED**. Accordingly, briefs from the parties and any interested *amicus* in response to the April 21, 2005 Order to Show Cause Why The Standard Contract Should Not Be Held Void and Restitution Awarded from the Nuclear Waste Fund, *Sacramento Municipal Utility District* v. *United States*, 65 Fed. Cl. 180 (2005), are now due **on or before July 7, 2005.**

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**