# EXHIBIT No. 1

reviewjournal.com

PRINTTHIS

Click to Print

SAVE THIS | EMAIL THIS | Close

Friday, March 11, 2005
Copyright © Las Vegas Review-Journal

# Energy officials turn shy in talk about Yucca schedule

By STEVE TETREAULT
STEPHENS WASHINGTON BUREAU

**WASHINGTON** – Energy Department officials are displaying new caution about projecting schedules for Yucca Mountain, saying deadlines for establishing a nuclear waste repository for a large part now are out of their hands.

For years, the department had its eye firmly on 2010 to begin accepting high level nuclear waste at the Nevada site.

But after several setbacks in the past year, Yucca Mountain managers said in February that 2010 was being abandoned. Project director Margaret Chu said DOE was "hoping 2012" would emerge as the new opening date.

DOE began distancing itself from that prediction almost immediately, and its officials continue to do so.

Although saying 2012 can be achieved if everything goes their way, Yucca managers in recent public comments have mentioned 2015 as another possibility.

More often, DOE officials carefully couch any talk of deadlines, saying the project faces uncertainties ahead, including waiting for the Environmental Protection Agency to set new radiation health standards and getting enough money from Congress to build the $57.5 billion project.

Officials also express new caution about maneuvering through a complex Nuclear Regulatory Commission licensing process that could stretch beyond three or four years as the state of Nevada challenges whether the mountain safely can contain highly radioactive material for thousands of years.

"There are a number of issues that could extend our activity, but we are attempting to do this as expeditiously as possible," Ted Garrish, Yucca Mountain acting director, said Thursday.

The Energy Department submitted a chart to Congress on Thursday that included cost estimates for both a 2012 and a 2015 repository opening. Some in private industry have said a realistic schedule would have Yucca Mountain open between 2015 and 2020.

Some DOE officials were exasperated when Chu mentioned 2012, sources said. She made her comments to a group of reporters following the department's 2006 budget announcement on Feb. 7.

Chu's resignation was announced four days later. She said her departure had been in the works for months, and there has been no indication of a connection between her departure and her references to 2012.

Chu "put a marker out there that got people uncomfortable," a DOE official said.

Another DOE executive suggested that Chu made the comment in haste to escape pressure from reporters seeking new details about the schedule.

"To tell you the truth, (reporters) were walking down the hallway with Margaret Chu during her last week, and she just put it out there," the official said.

"So that's what happened."

Nonetheless, 2012 became a new benchmark. Since then, the department has cushioned any talk of Yucca time lines.

Chu, who has moved to New Mexico, could not be contacted Thursday night.

"There is great uncertainty for (the Energy Department) as to what is going to happen politically and financially," said Bob Loux, executive director of the Nevada Agency for Nuclear Projects.

"They are not in control anymore."

The department's new caution on Yucca Mountain reflects the influence of new Energy Secretary Samuel Bodman, some say. Bodman has acknowledged to Congress in several appearances that meeting deadlines has not been DOE's strong suit in a number of areas.

"The new secretary is real concerned about doing things, making estimates of dates or financials, that we can't back up," Garrish said.

"It is possible, if circumstances all work right, for an earlier rather than a later date," Garrish said.

"I don't want to give a date that is wrong. It is important that we be careful."

A nuclear industry consultant said Yucca Mountain managers "got a lot of heat for missing the schedules," and their acknowledgement of complications ahead "is a new breath of reality."