# EXHIBIT
# No. 6

# Spent Fuel Project Office Licensing Process Conference

February 8, 2005

E. William Brach, Director
Spent Fuel Project Office
U.S. Nuclear Regulatory Commission

## Overview

- Review the Agenda
  - Organized into three sessions
  - Focus on the licensing/certification process, not on technical issue resolution
- Expectations and Purpose
  - Role of NRC Staff and the Facilitator
  - Role of Participants
  - Outcome of the Conference
- Rules of Engagement
- Lessons Learned

## Spent Fuel Storage




## Transportation

- 130 Certificates of Compliance (CoC's), 31 certificate holders
- 80-100 Transportation cases each year
- New design applications expected as a result of Part 71 rule change (phase-out of old packages)
- New package designs and amendments to support High-Level Waste Repository needs

## Rules of Engagement

- Provide clear expectations
- Stable and predictable process
- Fair and level field

## Rules of Engagement (cont)

- Six years of experience
- Lessons learned by NRC and Industry
- RIS 2004-20 issued December 16, 2004