# EXHIBIT
# No. 7

# Locations of Independent Spent Fuel Storage Installations




| State and Plant | License Type |
|---|---|
| ARKANSAS<br>Arkansas Nuclear | General ● |
| ARIZONA<br>Palo Verde | General ● |
| CALIFORNIA<br>Rancho Seco | Site-Specific ▲ |
| COLORADO<br>Fort St. Vrain | Site-Specific ▲ |
| GEORGIA<br>Hatch | General ● |
| IDAHO<br>DOE: TMI-2 Fuel Debris | Site-Specific ▲ |
| ILLINOIS<br>GE Morris<br>Dresden | Site-Specific ▲<br>General ● |
| MAINE<br>Maine Yankee | General ● |
| MARYLAND<br>Calvert Cliffs | Site-Specific ▲ |
| MASSACHUSETTS<br>Yankee Rowe | General ● |

Case 1:98-cv-00488-SGB Document 320-8 Filed 07/07/2005 Page 3 of 3

| | |
|---|---|
| MICHIGAN | |
| Palisades | General ● |
| Big Rock Point | General ● |
| MINNESOTA | |
| Prairie Island | Site-Specific ▲ |
| NEW JERSEY | |
| Oyster Creek | General ● |
| NEW YORK | |
| FitzPatrick | General ● |
| NORTH CAROLINA | |
| McGuire | General ● |
| OHIO | |
| Davis-Besse | General ● |
| OREGON | |
| Trojan | Site-Specific ▲ |
| PENNSYLVANIA | |
| Susquehanna | General ● |
| Peach Bottom | General ● |
| SOUTH CAROLINA | |
| Oconee | General/Site-Specific ● ▲ |
| H.B. Robinson | Site-Specific ▲ |
| VIRGINIA | |
| Surry | Site-Specific ▲ |
| North Anna | Site-Specific ▲ |
| WASHINGTON | |
| Columbia Generating Station | General ● |
| WISCONSIN | |
| Point Beach | General ● |

Data as of March 2003

Privacy Policy | Site Disclaimer
*Last revised Thursday, September 25, 2003*