# EXHIBIT No. 8

6655 West Sahara Avenue, Suite C104
Las Vegas, NV 89102
Telephone: 702-251-8055
Facsimile: 702-251-3010

QA:NA

**Jason Technologies**

EIS : AR ~~GEN~~ NA - F5029

MOL.19990319.0198

# Fax

AR-103301

| | | | |
|---|---|---|---|
| To: | Ken Skipper / Dick Holder | From: | Doug Vogt |
| Fax: | | Pages: | 3 |
| Phone: | | Date: | 6/17/97 |
| Re: | | CC: | |

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

● Comments:

Jennifer please copy:

Copy: Wendy – FYI and Review
Deb " "
Lee " "
Bonnie " "

Q: for [redacted] Wendy / Deb:

Should this be included in Administrative Record file? Y - N

After Resolving NEPA team comments?

06/17/97

To: File

From: Doug Vogt

Subject: Impacts from shut down of nuclear power plants

Jason has been asked whether the Yucca Mountain EIS should consider the potential shutdown of operating nuclear power plants as part of the EIS No Action Alternative.

This memorandum summarizes the benefits and disadvantages of examining nuclear power shutdown in the EIS.

1. Quantifying the economic impacts of nuclear power shutdown requires developing and running a nationwide electric utility model with utility by utility electric generating costs to determine the state-by-state change in power costs. Such models typically include the effects of conservation as power cost increases. Developing and running these models could cost several million dollars.
2. Data on emissions from new power sources would also be needed. A detailed quantitative assessment of the change in emissions would also requires developing and running a state-by-state electric utility generating model to account for regional replacement fuel differences. Note that DOE-NE is performing a scoping evaluation of the impact of loss of nuclear generating capacity on air emissions.. NEI has performed similar evaluations.
3. The proposed action for this EIS is the construction, operation and eventual closure of a repository at Yucca Mountain. A decision not to proceed with Yucca Mountain does not result automatically in a shutdown of all nuclear power plants. A second repository could be developed, or interim storage of spent fuel could be pursued. Including nuclear power shutdown in the no action alternative could be challenged as being outside the scope of the proposed action and alternatives.
4. The incremental storage costs of additional spent fuel at reactors is estimated to be on the order of $ 0.0002 per kilowatt hour of electricity generated or less than a fraction of 1% of nuclear power generation costs. Some existing nuclear plants may not be competitive with other sources of power in their generating areas. Uneconomic plants may be shut down as electric utility operations are de-regulated. However, it is expected that the cost impact of extended spent fuel storage at reactors are not great enough to change the economic competitiveness of nuclear power. Plants that are competitive today will remain so; plants that are not competitive will offer the same cost penalty.
5. Deregulation of the electric utility industry may lead to the early shutdown of some nuclear units (perhaps a dozen or so) over the next 5 to 10 years. These shutdowns are not related to the proposed action at Yucca Mountain.
6. No action at Yucca Mountain does not mean that an alternative repository site will not be selected, characterized, licensed, constructed and operated. The NRC, in its waste confidence rule-making, states that it has a high level of confidence that the DOE will be have a licensed and operating repository before the year 2025.

06/17/97

Summary and recommendation

We recommend not addressing the economic and environmental impacts of nuclear power shutdown as part of the no action alternative evaluation for Yucca Mountain because of the cost of such analyses and the lack of a clear tie between the proposed action at Yucca Mountain and the continued operation of nuclear power plants.