# APPENDIX

Monthly Summary of

# Program Financial and Budget Information

As of February 28, 2005



**Office of Civilian Radioactive Waste Management**
Office of Program Management

## Foreword

The *Monthly Summary of Program Financial and Budget Information* is a compendium of program-level financial and budget information which is intended to assist the Director, OCRWM, in managing the program. It utilizes the Program Work Breakdown Structure and the Budget and Reporting codes instituted at the start of FY 2005.

The report provides a variety of financial and budget-related data, including Nuclear Waste Fund status, Total System Life Cycle Cost (TSLCC) estimates, historical data on cost and budget, and current year obligations and costs. Major sources of data include the Financial Data Warehouse (FDW) and the Approved Funding Program (AFP).

The report focuses on the program level; it is not meant to duplicate more detailed project or contractor reporting.

Questions or comments regarding the *Monthly Summary of Program Financial and Budget Information* should be forwarded to the Director, Program Management and Control Division, RW-51E.

# Monthly Summary of Program Financial and Budget Information

Table of Contents


| | | Page |
|---|---|---|
| **1.0** | **Program Overview** | |
| | FY2005-FY2006 Budget Formulation Summary | 1-1 |
| | Nuclear Waste Fund Balance and Income Stream | 1-2 |
| | Nuclear Waste Fund Income Sources and Disbursements | 1-3 |
| | Summary of Total System Life Cycle Costs | 1-4 |
| | Manpower - Federal Personnel | 1-5 |
| | Manpower - Contractor Personnel | 1-6 |
| | FY2005 Obligation and Cost Status - Program | 1-7 |
| **2.0** | **Yucca Mountain** | |
| | FY2005 Obligation and Cost Status | 2-1 |
| **3.0** | **Transportation** | |
| | FY2005 Obligation and Cost Status | 3-1 |
| **4.0** | **Quality Assurance** | |
| | FY2005 Obligation and Cost Status | 4-1 |
| **5.0** | **Program Management and Integration** | |
| | Systems Analysis and Strategy Development | |
| | FY2005 Obligation and Cost Status | 5-1 |
| | Program Management FY2005 Obligation and Cost Status | 5-2 |
| | Science & Technology & International | |
| | FY2005 Obligation and Cost Status | 5-3 |

**Monthly Summary of Program Financial and Budget Information**

Appendix

| | **Page** |
|---|---|
| **Program History** | |
| Major Historical Milestones | A-1 |
| Program Cost History | A-3 |
| Program Budget History (Figure) | A-4 |
| Program Budget History (Table) | A-5 |

# FY 2005 - FY 2006 BUDGET FORMULATION SUMMARY

(dollars in thousands)

| PROGRAM ELEMENT | FY 2005 CONGRESSIONAL BUDGET REQUEST | | | | | | FY 2006 CONGRESSIONAL BUDGET REQUEST | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | FY 2003 Comparable Appropriation | FY 2004 Comparable Request | FY 2005 Budget Request | FY 2006 Budget Request | FY 2007 Budget Request | **FY 2005 ENACTED** Appropriation (a) | FY 2004 Comparable Appropriation | FY 2005 Comparable Appropriation | FY 2006 Budget Request | **FY 2006 ENACTED** Appropriation |
| YUCCA MOUNTAIN | $368,261 | $403,625 | $558,943 | $597,852 | $573,096 | $413,035 | $403,625 | $413,035 | $427,344 | TBD |
| TRANSPORTATION | $7,948 | $63,558 | $186,000 | $382,792 | $344,199 | $30,718 | $63,558 | $30,718 | $85,447 | TBD |
| PROGRAM MANAGEMENT AND INTEGRATION | $21,191 | $29,668 | $47,567 | $93,156 | $95,240 | $49,271 | $29,668 | $49,271 | $57,192 | TBD |
| System Integration | $7,163 | $11,854 | $21,780 | $58,544 | $59,290 | | | | | |
| International Waste Management | $933 | $918 | $933 | $1,200 | $1,200 | | | | | |
| Program Management | $13,095 | $16,896 | $24,854 | $33,412 | $34,750 | | $17,904 | $17,904 | $19,940 | |
| System Analysis and Strategy Dev. | | | | | | | $10,846 | $10,609 | $11,200 | |
| System Enhancement and International | | | | | | | $918 | $20,758 | $26,052 | |
| PROGRAM DIRECTION | $59,610 | $79,727 | $87,490 | $88,200 | $90,100 | $79,360 | $79,727 | $79,360 | $81,464 | TBD |
| **TOTAL PROGRAM** | $457,010 | $576,578 | $880,000 | $1,162,000 | $1,102,635 | $572,384 | $576,578 | $572,384 | $651,447 | TBD |

Note: This chart uses the actual structure (i.e. Program Elements) used in the budget submissions in the OCRWM budget formulation process.

(a) Source of the appropriation is H.R. 4818 and conference report H.R. 108-792 which was enacted in Public Law 108-447 on 12/8/2004 and which rescinded .8 percent of the original appropriation.

Bfms0501i.xls 03/24/2005

# NUCLEAR WASTE FUND BALANCE AND INCOME STREAM







* Each tick mark represents the end of a fiscal year.
Current Values as of February 28, 2005

Sources: Refer to Page 1-3 for sources of information on this chart.

Bims0502i.xls 04/15/2005

## Nuclear Waste Fund Income Sources and Disbursements[1]




**$ Millions**

| Fiscal Year | Spent Nuclear Fuel Fees: One-Mil Fees[2,4] | Spent Nuclear Fuel Fees: One-Time Fees[2] | Spent Nuclear Fuel Fees: Cumulative Fees[2] | Defense Fees: High-Level Waste Fees[2] | Treasury Loan: Principal (Payment) | Investment Returns[3,5] | Total Annual Income | Annual Disbursements[6] | NWF Balance |
|---|---|---|---|---|---|---|---|---|---|
| 1983 | 74 | 0 | 74 | 0 | 254 | 0 | 327 | 169 | 158 |
| 1984 | 330 | 0 | 404 | 0 | 5 | 0 | 334 | 271 | 221 |
| 1985 | 367 | 1,427 | 2,198 | 0 | -258 | -74 | 1,463 | 317 | 1,367 |
| 1986 | 362 | 6 | 2,566 | 0 | 0 | 73 | 441 | 385 | 1,423 |
| 1987 | 435 | 6 | 3,007 | 0 | 0 | 89 | 530 | 446 | 1,507 |
| 1988 | 498 | 6 | 3,511 | 0 | 0 | 165 | 669 | 412 | 1,764 |
| 1989 | 513 | 6 | 4,030 | 0 | 0 | 196 | 715 | 349 | 2,130 |
| 1990 | 570 | 6 | 4,606 | 0 | 0 | 161 | 737 | 372 | 2,495 |
| 1991 | 594 | 6 | 5,206 | 5 | 0 | 241 | 846 | 315 | 3,026 |
| 1992 | 560 | 6 | 5,772 | 8 | 0 | 268 | 842 | 354 | 3,514 |
| 1993 | 466 | 11 | 6,249 | 0 | 0 | 296 | 773 | 325 | 3,962 |
| 1994 | 418 | 4 | 6,671 | 0 | 0 | 210 | 632 | 364 | 4,229 |
| 1995 | 615 | 0 | 7,286 | 0 | 0 | 246 | 861 | 408 | 4,682 |
| 1996 | 633 | 1 | 7,920 | 0 | 0 | 212 | 847 | 218 | 5,311 |
| 1997 | 596 | 0 | 8,516 | 0 | 0 | 471 | 1,067 | 178 | 6,200 |
| 1998 | 600 | 0 | 9,116 | 0 | 0 | 743 | 1,343 | 186 | 7,357 |
| 1999 | 662 | 0 | 9,778 | 0 | 0 | 106 | 768 | 186 | 7,939 |
| 2000 | 702 | 0 | 10,480 | 0 | 0 | 883 | 1,585 | 290 | 9,234 |
| 2001 | 689 | 0 | 11,169 | 0 | 0 | 1,243 | 1,932 | 194 | 10,972 |
| 2002 | 712 | 0 | 11,881 | 0 | 0 | 1,862 | 2,574 | 133 | 13,413 |
| 2003 | 731 | 0 | 12,612 | 0 | 0 | 446 | 1,177 | 125 | 14,465 |
| 2004 | 732 | 0 | 13,344 | 0 | 0 | 1,315 | 2,047 | 163 | 16,349 |
| FY05 thru 2/28/05 | 374 | 0 | 374 | 0 | 0 | 339 | 713 | 112 | 16,950 |
| Cum-to-date | 12,233 | 1,485 | 13,718 | 13 | 0 | 9,491 | 23,222 | 6,272 | 16,950 |
| | | | | Forecast | | | | | |
| 2005 | 748 | 0 | 14,092 | 0 | 0 | 849 | 1,597 | 320 | 17,626 |
| 2006 | 752 | 0 | 14,844 | 0 | 0 | 894 | 1,646 | 394 | 18,878 |

1 Current Values as of February 28, 2005. Rows may not add due to independent rounding. Receipts and Disbursements do not include Defense Nuclear Waste Disposal appropriations because these funds do not flow through the Nuclear Waste Fund. For FYs 1993 through 2005, these appropriations were $100M, $120M, $129.430M, $163.4M, $200M, $190M, $189M, $111.6M, $209.7M, $279.725M, $312.952M, $387.7M, and $229.152M, respectively.

2 Actual Fees from the "NWF Summary of Cash Balances" issued monthly by the DOE Office of Chief Financial Officer.

3 Actual Investment Returns for FY 2004 and prior years include coupon interest receipts; net premiums and discounts paid and received on bills, notes, and bonds; and the annual change in market value of zero coupon bonds. FY 2001 Investment Returns were restated in December 2001 to reflect change in market value of zero coupon bonds. Actual Investment Returns for "FY05 thru 2/28/05" include accrued coupon interest and amortized premiums and discounts of bills, notes, and bonds; and amortized interest income based on the effective yield at the time of bond purchase for zero-coupon bonds.

4 Forecast kWh Fee Receipts are based on EIA projections as of 12/13/2004.

5 Forecast Investment Returns consist/include anticipated effective yield earnings on all securities from the date of purchase.

6 Forecast Disbursements are based on FY2005 appropriations and the OCRWM FY2006 Congressional Budget Request, plus an annual $71.66 million for future NRC and TRB appropriations. Appropriations are adjusted to disbursements using OMB's simplified (50/50) formula. Actual and Forecast disbursements include Program Expenditures, NRC, NWN, and NWTRB appropriations, interest on Treasury loans (FY84 $3M, FY85 $5M) and interest refunded to utilities (FY88 $7M, FY89 $1M, FY92 $7M, FY93 $41M, FY94 $48M, FY95 $19M, FY96 $1M).

# SUMMARY OF TOTAL-SYSTEM LIFE-CYCLE COSTS

**(millions of 2000 dollars)**

| Cost Element | Total Cost |
|---|---|
| Monitored Geologic Repository | $42,070 |
| Waste Acceptance, Storage & Transportation | 5,960 |
| Nevada Transportation | 840 |
| Program Integration/Non-OCRWM (NRC, NWTRB) | 4,070 |
| Institutional | 4,580 |
| **2000 TSLCC Total** | **$57,520** |

| | |
|---|---|
| Historical Program Cost, 1983 - 2002[a] | $9,000 |
| Program Cost, 2003 - 2119 | $48,520 |
| **Total Estimate for Program** | **$57,520** |

(a) Historical program cost is $7.5 Billion in actual year-of-expenditure dollars, as of 2002.

Data extracted from "Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program", DOE/RW-0533, May 2001 and updated with the September 2003 "Total System Life Cycle Cost Update Letter Report of the Civilian Radioactive Waste Management Program."

# Civilian Radioactive Waste Management Program/Major Historical Milestones (CY 1983-1992)




Page 1 of 2

# Civilian Radioactive Waste Management Program/Major Historical Milestones (CY 1993-2003)




Page 2 of 2

▼ Within OCRWM ◆ External to OCRWM

# PROGRAM COST HISTORY (d)
## (NUCLEAR WASTE FUND AND DEFENSE APPROPRIATION)
(dollars in thousands)

| | FY 1983 | FY 1984 | FY 1985 | FY 1986 | FY 1987 | FY 1988 | FY 1989 | FY 1990 | FY 1991 | FY1992 | FY 1993 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **OCRWM** | | | | | | | | | | | |
| FIRST REPOSITORY | | | | | | | | | | | |
| Basalt Project | 42,959 | 60,307 | 69,848 | 104,487 | 128,179 | 61,707 | 8,656 | 4,592 | 1,368 | 909 | 475 |
| Yucca Mountain Project | 50,375 | 65,285 | 63,527 | 89,981 | 103,172 | 140,857 | 180,189 | 180,564 | 181,148 | 189,437 | 229,053 |
| Salt Project | 64,079 | 83,838 | 87,843 | 98,017 | 115,070 | 54,220 | 9,486 | 1,468 | 412 | -193 | 525 |
| RTP/Technical Support | | | | | 37,404 | 47,667 | 38,072 | 17,855 | 5,743 | 11,335 | 481 |
| | | | | | | | | | | | |
| SECOND REPOSITORY | 8,376 | 17,094 | 22,370 | 26,028 | 6,988 | 375 | 58 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | |
| WAST PROJECT | | | | | | | | | | | |
| MRS | 3,723 | 10,436 | 15,339 | 5,925 | 1,384 | 1,364 | 1,566 | 2,109 | 5,459 | 21,336 | 15,385 |
| Engineering Development (a) | 0 | 0 | 179 | 3,097 | 10,557 | 7,991 | 5,323 | 10,255 | 9,055 | 6,398 | 4,290 |
| Transportation System | 0 | 1,541 | 2,226 | 5,768 | 10,835 | 15,582 | 25,901 | 21,628 | 19,792 | 16,635 | 15,149 |
| Waste Acceptance (b) | | | | | | | | | | | 6,630 |
| Project Integration (e) | | | | | | | | | | | |
| Spent Fuel Storage | | | | | | | | | | | |
| | | | | | | | | | | | |
| PROGRAM INTEGRATION | | | | | | | | | | | |
| Quality Assurance | 0 | 0 | 0 | 0 | 0 | 136 | 471 | 1,588 | 2,911 | 3,179 | 10,593 |
| Program Management & Integration (c,e) | 8,651 | 36,382 | 54,350 | 64,824 | 54,909 | 51,850 | 60,830 | 57,978 | 71,225 | 66,417 | 59,347 |
| Human Resources & Administration | 147 | 1,108 | 574 | 584 | 686 | 275 | 283 | 7,661 | 5,287 | 10,795 | 28,433 |
| TOTAL (OCRWM) | 178,311 | 275,992 | 316,255 | 398,711 | 469,185 | 382,025 | 330,836 | 305,698 | 302,400 | 326,248 | 370,360 |
| **OCRWM (Cost by Approp)** | | | | | | | | | | | |
| **NWF Appropriation** | 178,311 | 275,992 | 316,255 | 398,711 | 469,185 | 382,025 | 330,836 | 305,698 | 302,400 | 326,248 | 271,093 |
| Defense Appropriation (f) | | | | | | | | | | | 99,267 |
| TOTAL (OCRWM) | 178,311 | 275,992 | 316,255 | 398,711 | 469,185 | 382,025 | 330,836 | 305,698 | 302,400 | 326,248 | 370,360 |
| NON-OCRWM (g) | | | | | | | | | | | |
| NRC Fees | | | | | | 19,932 | 18,674 | 22,870 | 19,650 | 19,962 | 21,100 |
| NWTRB | | | | | | | | 2,000 | | 3,294 | 2,060 |
| NWN | | | | | | | | 5,959 | | | |
| TOTAL (NON-OCRWM) | | | | | | **19,932** | **18,674** | **30,829** | **19,650** | **23,256** | **23,160** |

| | FY1994 | FY1995 | FY1996 | FY1997 | FY1998 | FY1999 | FY2000 | FY2001 | FY2002 | FY2003 | FY2004 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **OCRWM** | | | | | | | | | | | | |
| FIRST REPOSITORY | | | | | | | | | | | | |
| Basalt Project | 221 | 71 | 3 | 0 | 0 | -12 | 0 | 60 | 0 | 0 | | 483,831 |
| Yucca Mountain Project | 279,713 | 377,469 | 249,298 | 274,625 | 341,300 | 296,542 | 320,504 | 328,438 | 317,645 | 349,571 | 420,496 | 5,029,191 |
| Salt Project | -257 | 282 | -155 | 27 | -238 | -73 | 230 | 0 | 0 | -72 | -44 | 514,464 |
| RTP/Technical Support | 108 | 533 | -2 | 0 | 0 | 17 | 0 | 4 | 0 | -100 | -23 | 159,094 |
| | | | | | | | | | | | | 0 |
| SECOND REPOSITORY | 0 | -3 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 81,291 |
| | | | | | | | | | | | | 0 |
| WAST PROJECT | | | | | | | | | | | | 0 |
| MRS | 3,698 | 8,152 | 114 | 0 | 0 | -11 | 0 | 0 | 0 | 0 | 0 | 95,979 |
| Engineering Development (a) | 12,065 | 9,709 | 15,381 | 947 | 328 | -4 | -18 | 10 | 0 | 0 | 0 | 95,561 |
| Transportation System | 15,167 | 10,736 | 5,665 | 3,317 | 2,114 | 267 | -35 | 114 | 1,143 | 4,185 | 20,411 | 198,141 |
| Waste Acceptance (b) | 3,721 | 4,748 | 4,195 | 675 | 738 | 972 | 1,116 | 1,178 | 925 | 504 | 0 | 25,403 |
| Project Integration (e) | | 1,785 | 3,611 | 1,033 | 1,752 | 626 | 1,003 | 843 | 972 | 3,234 | 6,990 | 21,849 |
| Spent Fuel Storage | | | 2,331 | 3,318 | 1,588 | -187 | 174 | 35 | 0 | 0 | 0 | 7,259 |
| | | | | | | | | | | | | 0 |
| PROGRAM INTEGRATION | | | | | | | | | | | | 0 |
| Quality Assurance | 12,628 | 11,744 | 18,297 | 15,478 | 10,670 | 10,513 | 11,006 | 12,433 | 11,601 | 13,333 | 15,540 | 162,122 |
| Program Management & Integration (c,e) | 50,855 | 51,331 | 34,845 | 31,037 | 33,314 | 29,791 | 30,193 | 31,679 | 32,720 | 37,336 | 52,633 | 1,002,500 |
| Human Resources & Administration | 27,096 | 31,065 | 10,825 | 9,344 | 10,240 | 7,347 | 8,996 | 9,510 | 9,600 | 9,706 | 9,476 | 199,036 |
| TOTAL (OCRWM) | 405,015 | 507,622 | 344,413 | 339,801 | 401,806 | 345,789 | 373,169 | 384,304 | 374,605 | 417,697 | 525,479 | 8,075,720 |
| **OCRWM (Cost by Approp)** | | | | | | | | | | | | |
| **NWF Appropriation** | 284,883 | 381,879 | 195,486 | 145,611 | 193,837 | 155,196 | 267,360 | 174,724 | 93,698 | 126,118 | 156,563 | 5,732,110 |
| Defense Appropriation (f) | 120,132 | 125,743 | 148,927 | 194,189 | 207,969 | 190,593 | 105,809 | 209,580 | 280,907 | 291,579 | 368,916 | 2,343,610 |
| TOTAL (OCRWM) | 405,015 | 507,622 | 344,413 | 339,801 | 401,806 | 345,789 | 373,169 | 384,304 | 374,605 | 417,697 | 525,479 | 8,075,720 |
| NON-OCRWM (g) | | | | | | | | | | | | |
| NRC Fees | 22,000 | 22,000 | 11,000 | 15,000 | 15,000 | 17,000 | 19,150 | 21,600 | 23,650 | 24,738 | 33,100 | 346,426 |
| NWTRB | 2,160 | 2,664 | 2,531 | 2,600 | 2,600 | 2,600 | 2,600 | 2,900 | 3,100 | 3,179 | | 34,288 |
| NWN | 1,000 | 1,000 | | | | | | | | | | 7,959 |
| TOTAL (NON-OCRWM) | **25,160** | **25,664** | **13,531** | **17,600** | **17,600** | **19,600** | **21,750** | **24,500** | **26,750** | **27,917** | **33,100** | **388,673** |

Note: Each cost entry is rounded to the nearest thousand. Rows and columns may not add due to this independent rounding.

(a) Engineering Development costs include MPC development from FY 1993 through FY 1999.
(b) Waste Acceptance costs prior to FY 1993 and after FY 2003 were included in Program Management and Integration.
(c) Includes Debt Service from FY 1983 to FY 1985 of $3.316M, $4.472M, and $2.512M, respectively. Does not include FY 1988 and FY 1989 NRC Fees costs of $38,606,205 recorded in FIS in FY 1989.
(d) All OCRWM cost categories are OCRWM baselined projects except for First Repository, Program Integration, and the subdivisions of the WAST Project. OCRWM costs are from End-of-Year Financial Information Systems Reports. Non-OCRWM costs before FY 1990 are NRC reported costs while after FY 1989 they are appropriations.
(e) MRS Project Support costs are in Program Management and Integration in fiscal years 1993, 1994, and 1996 and in WAST Project Integration in fiscal year 1995.
(f) Does not include costs from the $5M in FY91 and $7.5M in FY92 deposited into the nuclear waste fund by the Defense Environmental Restoration and Waste Management Program for the defense high-level waste disposal fee.
(g) All costs are appropriations, except for NRC Fees in fiscal years 1988 and 1989, which are the actual costs reported by NRC.

# Program Budget History




Note- Funding for support services was moved from WAST and First Repository to Program Management starting in FY 1997.

Sources: Enacted Appropriations and FY 2006 Congressional Budget Request

First Repository includes BWIP, SRPO, YMP, RTP, and Technical support through FY92. Includes $100M in FY93, $120M in FY94, $129.43M in FY95, $163.4M in FY96, $200M in FY97, $190M in FY98, $189M in FY99, $111.6M in FY00, $209.7M in FY01, $279.795M in FY02, $312.820M in FY03, $387.7M in FY04, $229.152M in FY05, and $351.447M in FY06 from the Defense Nuclear Waste Disposal Appropriation. Does not include $4M appropriated in FY99 from general revenues to assess accelerator transmutation of waste (ATW) technology. Does not include budget appropriated for NRC Fees, the NWN, or the NWTRB.

pbhfms0501i.xls 03/24/2005

# PROGRAM BUDGET HISTORY (a)
## (NUCLEAR WASTE FUND AND DEFENSE APPROPRIATION) (b)
### (dollars in thousands)

| | FY83 | FY84 | FY85 | FY86 | FY87 | FY88 | FY89 | FY90 | FY91 | FY92 | FY93 | FY94 | FY95 | FY96 | FY97 (g) | FY98 (g) | FY99 (g,h) | FY00 (g,i) | FY01 (j) | FY02 (k) | FY03 (l) | FY04 (m) | FY05 (n) | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCRWM (By category) | | | | | | | | | | | | | | | | | | | | | | | | |
| FIRST REPOSITORY | 192,537 | 246,560 | 235,246 | 386,050 | 386,446 | 256,000 | 223,700 | 177,816 | 155,180 | 165,550 | 244,697 | 259,509 | 375,270 | 250,000 | 299,459 | 267,710 | 281,879 | 281,175 | 323,542 | 314,999 | 386,864 | 422,228 | 431,638 | 6,564,055 |
| SECOND REPOSITORY | 12,322 | 16,270 | 24,709 | 35,500 | 19,800 | 3,500 | | | | | | | | | | | | | | | | | | 112,101 |
| WAST PROJECT | 3,499 | 15,900 | 20,344 | 12,925 | 39,700 | 33,000 | 51,000 | 21,200 | 29,310 | 36,848 | 39,630 | 31,866 | 56,729 | 13,600 | 9,360 | 5,947 | 1,850 | 1,795 | 2,661 | 4,623 | 10,148 | 69,558 | 36,718 | 548,211 |
| PROGRAM MANAGEMENT (c, d) | 10,242 | 40,891 | 47,370 | 64,562 | 53,054 | 67,500 | 77,132 | 69,040 | 58,340 | 72,673 | 90,744 | 88,625 | 90,061 | 50,867 | 73,181 | 72,343 | 69,736 | 67,937 | 74,176 | 55,089 | 59,998 | 84,792 | 104,028 | 1,542,381 |
| TOTAL (OCRWM) (e) | 218,600 | 319,621 | 327,669 | 499,037 | 499,000 | 360,000 | 351,832 | 268,056 | 242,830 | 275,071 | 375,071 | 380,000 | 522,060 | 314,467 | 382,000 | 346,000 | 353,465 | 350,907 | 400,379 | 374,711 | 457,010 | 576,578 | 572,384 | 8,766,748 |
| OCRWM (Budget Authority by Approp) | | | | | | | | | | | | | | | | | | | | | | | | |
| NWF Appropriation | 218,600 | 319,621 | 327,669 | 499,037 | 499,000 | 360,000 | 351,832 | 268,056 | 242,830 | 275,071 | 275,071 | 260,000 | 392,630 | 151,067 | 182,000 | 156,000 | 164,465 | 239,333 | 190,654 | 94,916 | 144,058 | 188,879 | 343,232 | 6,144,021 |
| Defense Approp (e) | | | | | | | | | | | 100,000 | 120,000 | 129,430 | 163,400 | 200,000 | 190,000 | 189,000 | 111,574 | 209,725 | 279,795 | 312,952 | 387,699 | 229,152 | 2,622,727 |
| TOTAL (OCRWM) (e) | 218,600 | 319,621 | 327,669 | 499,037 | 499,000 | 360,000 | 351,832 | 268,056 | 242,830 | 275,071 | 375,071 | 380,000 | 522,060 | 314,467 | 382,000 | 346,000 | 353,465 | 350,907 | 400,379 | 374,711 | 457,010 | 576,578 | 572,384 | 8,766,748 |
| NON-OCRWM | | | | | | | | | | | | | | | | | | | | | | | | |
| NRC Fees | | | | | | | 15,000 | 49,970 | 19,650 | 19,962 | 21,100 | 22,000 | 22,000 | 11,000 | 11,000 | 15,000 | 17,000 | 19,150 | 21,600 | 23,650 | 24,738 | 32,905 | 68,498 | 414,222 |
| NWTRB | | | | | | | | 2,000 | | 3,294 | 2,060 | 2,160 | 2,664 | 2,531 | 2,531 | 2,600 | 2,600 | 2,600 | 2,900 | 3,100 | 3,179 | 3,158 | 3,152 | 40,529 |
| NWN (f) | | | | | | | | 5,959 | | | | 1,000 | 1,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7,959 |
| TOTAL (NON-OCRWM) | | | | | | | 15,000 | 57,929 | 19,650 | 23,256 | 23,160 | 25,160 | 25,664 | 13,531 | 13,531 | 17,600 | 19,600 | 21,750 | 24,500 | 26,750 | 27,917 | 36,063 | 71,649 | 391,061 |

(a) The source for each fiscal year's budget authority is the last Congressional Budget Request (CBR) which listed the BA for that year. For example, FY 1995 BA was last listed in the FY 1997 CBR.

(b) This chart includes budget authority derived from the Nuclear Waste Fund which was appropriated for nuclear waste disposal, the Nuclear Waste Technical Review Board, the Nuclear Regulatory Commission, and the Nuclear Waste Negotiator. It also includes appropriations for defense nuclear waste disposal. This chart does not include non-Program budget authority such as the $4M appropriated from general revenues in FY 1999 to assess accelerator transmutation of waste (ATW) technology nor sums appropriated for energy supply R&D activities conducted by OCRWM.

(c) FY95 reflects the rescission of $196K. FY96 reflects the rescission of $559K by P.L. 104-134

(d) Includes $26K in FY95 and $26K in FY96 from the DOE Departmental Administration appropriation funded from sources other than the NWF.

(e) FY96 does not include $85M appropriated for Interim Storage Facility (ISF), but not authorized. Does not include the $5M in FY91 and $7.5M in FY92 deposited into the nuclear waste fund by the Defense Environmental Restoration and Waste Management Program for the defense high-level waste disposal fee.

(f) FY94 funded from sources other than the NWF.

(g) First Repository and WAST Project support services funding is included in Program Management after FY 1996. FY98 reflects the rescission of $4 million appropriated for NRC to use to license an MPC design.

(h) The Emergency Steel Loan Guarantee and Emergency Oil and Gas Guaranteed Loan Act of 1999 (H.R. 1664) rescinded $535,000 of FY 1999 funds from the Nuclear Waste Disposal Fund appropriation.

(i) For FY 2000, Public Law 106-113 rescinded $426,000 from the Defense Nuclear Waste Fund appropriation and $899,000 from the Nuclear Waste Disposal Fund appropriation. $239,225 of the Nuclear Waste Disposal Fund appropriation remainded unobligated at the end of FY 2000 and expired. $13,762 and $14,847 of the FY 2000 appropriation expired in FY 2001 and FY 2002, respectively.

(j) For FY 2001, the FY 2001 Consolidated Appropriations Act rescinded $275,000 from the Defense Nuclear Waste Fund appropriation and $420,000 from the Nuclear Waste Disposal Fund appropriation. FY 2001 includes $10 million of funds previously appropriated in FY 1996 for interim waste storage activities in Public Law 104-46 in the Defense Appropriation. The remaining $75 million from FY 1996 was rescinded.

(k) Section 1403 of Public Law 107-206 rescinded $205,000 from the Defense Nuclear Waste Disposal appropriation and $84,000 from the Nuclear Waste Disposal appropriation. Not included is the settlement from a lawsuit against Fluor Daniel from which DOE placed new Budget authority into the FY 2002 AFP in the amount of $645,044 under the NWF appropriation and $448,016 under the Defense Appropriation. Also not included are the $97,090 of funds recovered from a settlement with Jacobs Engineering which DOE placed as new Budget Authority in the FY 2002 AFP under the NWF appropriation.

(l) Section 601(a) of Public Law 108-7 rescinded .65 percent of the Nuclear Waste Fund appropriation and Defense Nuclear Waste Disposal appropriation (i.e., $947,000 and $2,048,000, respectively), and .65 percent of the NRC Fees and NWTRB appropriations.

(m) Source of the appropriation is H.R. 2754 which was enacted in Public Law 108-137 on 12/1/2003 and conference report H.R. 108-401 which was enacted in Public Law 108-199 on 1/23/2004 and which rescinded .59 percent of the Nuclear Waste Fund appropriation, Defense Nuclear Waste Disposal appropriation, NRC Fees appropriation, and NWTRB appropriation.

(n) Source of the appropriation is H.R. 4818 and conference report H.R. 108-792 which was enacted in Public Law 108-447 on 12/8/2004 and which rescinded .8 percent of the Nuclear Waste Fund appropriation, Defense Nuclear Waste Disposal appropriation, NRC Fees appropriation, and NWTRB appropriation.



Pbhms0411i.xls 01/24/2005