IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 98-488 C |
| THE UNITED STATES OF AMERICA, | ) | (Judge Braden) |
| Defendant. | ) | |

**UNOPPOSED MOTION TO FILE APPENDIX TO SACRAMENTO MUNICIPAL UTILITY DISTRICT'S RESPONSE TO MEMORANDUM OPINION AND ORDER TO SHOW CAUSE DATED APRIL 21, 2005 IN PAPER FORM**

Pursuant to General Order No. 42A, Plaintiff Sacramento Municipal Utility District ("SMUD") respectfully files this motion seeking authorization to file the appendix to SMUD's Response to Memorandum Opinion and Order to Show Cause Dated April 21, 2005 in paper form.

In response to this Court's April 21, 2005 Memorandum Opinion and Order to Show Cause and subsequent June 16, 2005 Order, Plaintiff is scheduled to file its Response to Memorandum Opinion and Order to Show Case Dated April 21, 2005 on or before July 7, 2005. Because the Court does not have a complete copy of the exhibits in this matter, SMUD plans to file an accompanying appendix with excerpts of the various exhibits and documents upon which SMUD relies. The size of the appendix will greatly exceed the standard megabyte limitation of the Court's system, and thus SMUD seeks leave to file the appendix to in paper form, rather than through the Court's electronic filing system. General Order No. 42A provides that a party may, in cases assigned to the ECF System for electronic filing, request authorization to file in some

other format where the size of the filing exceeds the file size limit. Filing a paper copy of the appendix on July 7, 2005 will not prejudice any party, as SMUD will provide appropriate copies to the Court and opposing counsel in accordance with the Rules of the United States Court of Federal Claims. Further, counsel has conferred with opposing counsel and this motion is unopposed.

WHEREFORE, SMUD respectfully requests that this Court authorize SMUD to submit its appendix in paper form.

DATED this 7th day of July, 2005.

Respectfully submitted,

s/ Howard N. Cayne
Howard N. Cayne
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5899
Counsel of Record for
Plaintiff Sacramento Municipal Utility District

Of Counsel:
David S. Neslin
Timothy R. Macdonald
ARNOLD & PORTER LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
(303) 863-1000

CERTIFICATE OF FILING

I certify that I caused a copy of the foregoing Sacramento Municipal Utility District's Motion To File Appendix To Sacramento Municipal Utility District's Response To Memorandum Opinion And Order To Show Cause Dated April 21, 2005 In Paper Form to be filed electronically through the Court of Federal Claims Case Management/ Electronic Case Filing System on July 7, 2005. I understand that all parties may access the filing through the Court's CM/ECF System, including:

Alan Lo Re
Russell A. Shultis
Commercial Litigation Branch, Civil Division
Attention: Classification Unit, 8th Floor
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

s/ Howard N. Cayne