# In the United States Court of Federal Claims

No. 98-488C

Filed: July 11, 2005

| | |
|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT, Plaintiff, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

## ORDER

Plaintiff's Unopposed Motion to File Appendix to Sacramento Municipal Utility District's Response to Memorandum Opinion and Order to Show Cause Dated April 21, 2005 in Paper Form, filed July 7, 2005, is **GRANTED**.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**