# In the United States Court of Federal Claims

No. 98-488C
Filed: July 11, 2005

***********************************
SACRAMENTO MUNICIPAL UTILITY DISTRICT,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
***********************************

## SCHEDULING ORDER

Pursuant to the telephone status conference on April 13, 2005, the court enters the following post-trial Scheduling Order:

1. Exhibits. The parties will confer regarding exhibits that were entered into evidence at the trial of this matter and exhibits that either party would like to withdraw from evidence. The parties will submit to the court **on or before August 15, 2005** an agreed list of exhibits entered into evidence. To the extent that either party would like to challenge additional exhibits that were not used at the trial during the testimony of a witness, motions to exclude such exhibits will be filed **on or before August 1, 2005.** Responses to any such motions will be due **on or before August 15, 2005.**

2. Post-Trial Briefs.

   A. Plaintiff will file a post-trial brief **on or before August 12, 2005**.

   B. Defendant will file a response brief **on or before September 13, 2005**.

   C. Plaintiff will file a reply brief **on or before October 11, 2005**.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**