# In the United States Court of Federal Claims

No. 98-488C
Filed: July 27, 2005

***********************************
SACRAMENTO MUNICIPAL UTILITY DISTRICT,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
***********************************

## SCHEDULING ORDER

Pursuant to the telephone status conference on July 25, 2005, the court hereby amends the July 11, 2005 Scheduling Order:

1. Exhibits. The parties will confer regarding exhibits that were entered into evidence at the trial of this matter and exhibits that either party would like to withdraw from evidence. The parties will submit to the court **on or before December 5, 2005** an agreed list of exhibits entered into evidence. To the extent that either party would like to challenge additional exhibits that were not used at the trial during the testimony of a witness, motions to exclude such exhibits will be filed **on or before November 14, 2005.** Responses to any such motions will be due **on or before December 5, 2005.**

2. Post-Trial Briefs.

   A. Plaintiff will file a post-trial brief **on or before August 22, 2005**.

   B. Defendant will file a response brief **on or before September 20, 2005**.

   C. Plaintiff will file a reply brief **on or before October 18, 2005**.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**