# Attachment 1

# CONVERSION OF ACCEPTANCE RATE APPENDIX TO EXHIBITS AT TRIAL

## Volume I of II of Acceptance Rate Appendix


| | Rate App. | PX |
|---|---|---|
| Statement of President Jimmy Carter on Nuclear Power Policy (13 Weekly Comp. Pres. Doc. 502) | 81 | n/a |
| Excerpts from H.R. Rep. No. 97-491 (1982) | 87 | n/a |
| Letter from President Reagan to Thomas O'Neill (April 12, 1982) | 127.1 | n/a |
| Excerpts from the Congressional Record (Apr. 28, 1982) | 128 | n/a |
| Excerpts from the Congressional Record (Apr. 29, 1982) | 133 | n/a |
| Excerpts from H.R. Rep. No. 97-785 (1982) | 135 | n/a |
| Excerpts form the Congressional Record (Sep. 30, 1982) | 187 | n/a |
| Excerpts from the Congressional Record (Nov. 29, 1982) | 205 | n/a |
| Excerpts from S. Hearing. Rpt. No. 100-230, pt. 2 (1987) | 214 | n/a |
| Excerpts from S. Rep. No. 100-152 (1987) | 223 | n/a |
| Excerpts from H.R. Rep. No. 100-425, pt. 1 (1987) | 260 | n/a |
| Contract for the Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste | 291 | 44 |
| Letter from Thomas Keefe, Contracting Officer, to Sacramento Municipal Utility District (Apr. 29, 1983) | 354 | 32 |
| Letter from Thomas Keefe, Contracting Officer, to Sacramento Municipal Utility District (May 27, 1983) | 362 | 40 |
| Declaration of Roger Powers | 366 | n/a |
| Declaration of James R. Shetler | 368 | n/a |

Deposition Transcripts Excerpts


| | Rate App. | Dep. App. |
|---|---|---|
| Barrett, Lake | 436-513 | 1-397 |
| Brownstein, Alan | 514-556 | 604-718 |
| Cavanaugh, James | 556.1-556.4 | n/a |
| Cole, Billy M. | 557-582.4 | 2094-2188 |
| Klein, Susan | 583-604 | 1743-1863 |
| Lawrence, Michael J. | 605-642 | 1702-1742 |
| McDuffie, Patrick | 643-650 | n/a |
| Milner, Ronald A. | 651-690 | 398-603 |
| Morgan, Robert L. | 691-723 | 1971-2033 |
| Pollog, Thomas E. | 724-737 | 719-848 |
| Rosselli, Robert M. | 738-749 | 1439-1488 |
| Rusche, Benjamin | 750-767 | 2034-2093 |
| Slater-Thompson, Nancy H. | 768-779 | 1557-1620 |
| Trebules, Victor W. | 780-799 | 1621-1651 |
| Zabransky, David K. | 800-841 | 849-984 |


Other Documents In Chronological Order


| | Rate App. | PX |
|---|---|---|
| Comparison of Available Repository Loads and Age of Waste Prior to and at Repository for Reference (1998) and Accelerated (1993) Repository Schedules With and Without Reprocessing (154 GWE) by Park et al (May 1982) | 842.1 | 7 |
| Letter from Larry Hobart, American Public Power Association, to Thomas Dillon, DOE (Jan. 21, 1983) | 842.39 | 10 |

| | Rate App. | PX |
|---|---|---|
| Excerpts from EEI's Unsolicited Comments on Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (Jan. 25, 1983) | 843 | 12 |
| Memorandum from Robert Morgan, Project Director, NWPA Project Office, to NWPA Project Office Personnel (Jan. 28, 1983) | 847 | 14 |
| Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste, 48 Fed. Reg. 5458 (Feb. 4, 1983) | 849 | 15 |
| Commercial Spent Fuel Management Plan, (Mar. 1983) | 863.1 | 17 |
| Letter from W.K. Latham to DOE (Mar. 7, 1983) | 863.47 | 25 |
| Letter from John Kearney, Senior Vice President, Edison Electric Institute, to Robert Morgan, Project Director, NWPA Project Office, (Mar. 7, 1983) | 863.48 | 28 |
| Memoranda from Robert Morgan, Project Director, NWPA Project Office, to Donald Hodel, Secretary of the Department of Energy (April 8, 1983) | 863.78 | 29 |
| Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste, 48 Fed. Reg. 16590 (Apr. 18, 1983) | 873 | 30 |
| Meeting Notes, Task Group On Waste Contract (May 12, 1983) | 892.1 | 37 |
| Letter from John J. Kearney, Senior Vice President, Edison Electric Institute, to Robert Morgan, Project Director, NWPA Project Office (May 20, 1983) | 893 | 39 |
| Letter from Robert Morgan, Director, NWPA Project Office, to John J. Kearney (June 17, 1983) | 896 | 45 |
| Excerpts from Report on Financing the Disposal of Commercial Spent Nuclear Fuel and Processed High-Level Radioactive Waste by U.S. Department of Energy (July 1983) | 897 | 47 |
| Letter from Thomas Keefe, Contracting Officer, to Distribution (July 8,1983) | 912.1 | 48 |

| | Rate App. | PX |
|---|---|---|
| Memoranda from Williamson (DOE) re: Mission Plan Strategy with attachment "Nuclear Waste Strategy: An Overview Proposal," (Sept. 15, 1983) | 912.2 | 50 |
| Draft Transportation Plan, Volume V, NWPA Mission Plan (Sept. 26, 1983) | 912.9 | 51 |


**Volume II of II of Acceptance Rate Appendix**


| | Rate App. | PX |
|---|---|---|
| Remarks by Robert L. Morgan, Acting Director, Office of Civilian Radioactive Waste Management, U.S. Department of Energy before the International Atomic Energy Agency, Vienna, Austria (Oct. 12, 1983) | 913 | 52 |
| Memorandum from William McDonald to Roger Powers (Oct. 24, 1983) | 921.1 | 54 |
| FY 1984 Program Guidance for Nuclear Waste Fund (NWF) Evaluations (Dec. 2, 1983) | 922 | 56 |
| Excerpts from Proceedings of the 1983 Civilian Radioactive Waste Management Information Meeting: Program Overview (Dec. 12-15, 1983) | 933 | 57 |
| Excerpts from Draft Civilian Radioactive Waste Management Program Mission Plan, Volume I, Overview and Current Program Plans (Dec. 20, 1983) | 936 | 59 |
| Letter from Robert L. Morgan, Activity Director, OCRWM, to Russell Stanford, Program Manager, Utility Nuclear Waste Management Group (Dec. 20, 1983) | 957 | 58 |
| Memorandum from J. F. Fletcher, Battelle/Pacific Northwest Laboratories, to R. J. Hall, Battelle/Pacific Northwest Laboratories (Jan. 24, 1984) | 959 | 60 |
| Statement of Michael J. Lawrence, Activity Director, OCRWM, before the Subcommittee on Energy Conservation and Power, House Committee on Energy and Commerce (Feb. 22, 1984) | 960 | 62 |

| | Rate App. | PX |
|---|---|---|
| Memorandum from Richard H. Williamson, NWPA Project Office, to Robert Morgan, Director, NWPA Project Office, et al. (Mar. 26, 1984) | 1000 | 50 |
| Excerpts from Draft Mission Plan for the Civilian Radioactive Waste Management Program (April 1984) | 1008 | 68 |
| Excerpts from Draft Mission Plan for the Civilian Radioactive Waste Management Program, Volume 2 of 2 Volumes (April 1984) | 1030.1 | 69 |
| Memorandum from Thomas Overcast, Susan Carney to Emmett Moore (Apr. 26, 1984) | 1030.8 | 70 |
| Excerpts from Final Draft of Preliminary Analysis of the Total System Life Cycle Cost of the Commercial High-Level Radioactive Waste Disposal Program (Apr. 27, 1984) | 1031 | 71 |
| Letter from Theodore J. Garrish, General Counsel, DOE, to the Honorable J. Bennett Johnson, U.S. Senator (May 30, 1984) | 1055 | 73 |
| Article by Matt Yancey, Nuclear Waste, Associated Press (June 13, 1984) | 1057 | 75 |
| Article by Cass Petersen and Pete Early, Waste-Disposal Advances, Wash. Post (June 15, 1984) | 1058 | 76 |
| Nuclear Waste Fund Fee Adequacy: An Assessment (July 1984) | 1059 | 78 |
| Letter from Michael J. Lawrence, Director, DOE, Richland Operations, to Ben C. Rusche, Director, Office of the Civilian Radioactive Waste Management (July 23, 1984) | 1068 | 80 |
| Letter from Donald Paul Hodel, Secretary of Energy, to the Honorable J. Bennett Johnston, U.S. Senator (Sept. 7, 1984) | 1072 | 82 |
| Facility Limited Spent Fuel Acceptance Analysis by Wood et al., (Jan. 10, 1985) | 1073.1 | 94 |
| Excerpts from Nuclear Waste Fund Fee Adequacy: An Assessment (Feb. 1985) | 1074 | 86 |

| | Rate App. | PX |
|---|---|---|
| Excerpts from Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program (Apr. 1985) | 1087 | 89 |
| Excerpts from The Need for and Feasibility of Monitored Retrievable Storage – A Preliminary Analysis (Apr. 1985) | 1111 | 90 |
| Excerpts from Mission Plan for the Civilian Radioactive Waste Management Program, Volume I (June 1985) | 1120 | 91 |
| Excerpts from Nuclear Waste Fund Fee Adequacy: An Assessment (March 1986) | 1165 | 97 |
| Excerpts from Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program, Volume I: The Analysis and Its Results (Apr. 1986) | 1182 | 98 |
| Excerpts from Draft Mission Plan Amendment (Jan. 1987) | 1214 | 109 |
| Excerpts from Monitored Retrievable Storage Submission to Congress, Volume I The Proposal (Mar. 1987) | 1234 | 113 |
| Letter from John J. Kearney, Senior Vice President, Edison Electric Institute, to Ben C. Rusche, Director, OCRWM (Apr. 3, 1987) | 1248 | 116 |
| Letter from Steven P. Kraft, Director, Utility Nuclear Waste Management Group, to Christopher T. Jedrey, Contracting Office, Department of Energy (Apr. 28, 1987) | 1256 | 117 |
| Excerpts from OCRWM Mission Plan Amendment (June 1987) | 1270 | 118 |
| Excerpts from 1987 Annual Capacity Report (June 1987) | 1340 | 119 |
| Letter from Christopher T. Jedrey, Contracting Officer, Department of Energy, to S. P. Kraft, Director, Utility Nuclear Waste Management Group (Oct. 2, 1987) | 1360 | 128 |
| Excerpts from 1988 Annual Capacity Report (June 1988) | 1365 | 142 |
| Excerpts from Draft 1988 Mission Plan Amendment (June 1988) | 1388 | 143 |

| | Rate App. | PX |
|---|---|---|
| Letter from John J. Kearney, Senior Vice President, Edison Electric Institute, Letter to Charles E. Kay, Department of Energy (Aug. 29, 1988) | 1417 | 145 |
| Draft "DCS Processing, Approval and Management Control System" | 1433.1 | 146 |
| Report to Congress on Reassessment of the Civilian Radioactive Waste Management Program (Nov. 1989) | 1434 | 169 |
| Nuclear Waste: Is There a Need for Federal Interim Storage, by US Monitored Retrievable Storage Review Commission (Nov. 1989) | 1481.1 | 170 |
| Letter from Carol M. Reuter, Contracting Officer, Department of Energy, to R. J. Hanley, ComEd (Apr. 27, 1990) | 1482 | 179 |
| Excerpts from Comment Response Document for The Secretary of Energy's "Report to Congress on Reassessment of the Civilian Radioactive Waste Management Program (Nov. 1990) | 1483 | 183 |
| Preliminary Estimates of the Total-System Cost for the Restructured Program: An Addendum to the May 1989 Analysis of the Total-System Life Cycle Cost for the Civilian Radioactive Waste Management Program (Dec. 1990) | 1490.1 | 189 |
| Excerpts from the 1990 Annual Capacity Report (Dec. 1990) | 1491 | 188 |
| Determination of Cost Effective Waste Management System Receipt Rates by McKee and Huber, (Presented 4/91) (Jan. 1991) | 1513.1 | 192 |
| Comments on Draft DCS Instructions (Aug. 22 1991) | 1513.11 | 216 |
| Excerpts from General Accounting Office, Nuclear Waste: Operation of Monitored Retrievable Storage Facility is Unlikely by 1998 (Sept. 1991) | 1514 | 217 |
| Excerpts from 1991 Annual Capacity Report (Dec. 1991) | 1548 | 231 |
| 1991 Acceptance Priority Ranking (Dec. 1991) | 1565 | 232 |
| ACR Issues Status Report (Dec. 31, 1991) | 1599 | 237 |

| | Rate App. | PX |
|---|---|---|
| Excerpts from 1992 Annual Capacity Report (Mar. 1993) | 1610 | 294 |
| Excerpts from 1992 Annual Capacity Report, Revision 1 (May 1993) | 1625 | 305 |
| DOE Instructions for Completing the Appendix C Delivery Commitment Schedule, Revised 09/10/93 | 1640.1 | 322 |
| Daniel A. Dreyfus, Director, OCRWM, Letter to Susan F. Clark, Florida Public Service Commission (Oct. 23, 1993) | 1641 | 332 |
| Memorandum from Hazel R. O'Leary, Secretary of Energy, to Daniel Dreyfus, Director, OCRWM (Feb. 18, 1994) | 1643 | 340 |
| Notice of Inquiry On Waste Acceptance Issues, 59 Fed. Reg. 27004 (May 25, 1994) | 1645 | 351 |
| Excerpts from Civilian Radioactive Waste Management Program Plan, Volume I, Program Overview (Dec. 19, 1994) | 1651 | 380 |
| Memorandum from Ronald A. Milner, Department of Energy, to Director, OCRWM (Feb. 16, 1995) | 1676 | 394 |
| Acceptance Priority Ranking and Annual Capacity Report (Mar. 1995) | 1695 | 396 |
| Department of Energy Final Interrogations on Waste Acceptance Issues, 60 Fed. Reg. 21793 (May 3, 1995) | 1781 | 410 |
| Letter from Tomasoni (DOE) to Buchheit re: Approval of YA DCSs (June 14, 1995) | 1786.1 | 417 |
| Excerpts from Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program (Sept. 1995) | 1787 | 429 |
| Voided DCS submissions (Sept. 18, 1996) | 1814 | 485 |
| Civilian Radioactive Waste Management System Requirements Document, Revision 03, Final Draft (Nov. 14, 1996) | 1820.1 | 495 |
| Department of Energy Press Release, Department Notifies Utilities of Anticipated Delays In Accepting Commercial Spent Nuclear Fuel (Dec. 17, 1996) | 1822 | 501 |

| | Rate App. | PX |
|---|---|---|
| Civilian Radioactive Waste Management System, Total System Description Revision 0 (June, 1997) | 1822.1 | 541 |
| Department of Energy's Response to Petitions for a Writ of Mandamus in the D.C. Circuit Court of Appeals in Northern States Power Company v. United States, No. 97-1064 (June 1997) | 1823 | 543 |
| Excerpts from United States' Petition for a Writ of Certiorari in Northern States Power Company v. United States, Case No. 99-5096 (Oct. 1997) | 1840 | 559 |
| Northern States Power Co. v. DOE Respondents' Petition for Rehearing and Suggestion for Rehearing En Banc (Dec. 1997) | 1849.1 | 564 |
| Yankee Atomic v. DOE, Response of the Department of Energy to the Yankee Atomic Electric Company's Petition for Rehearing (Jan. 1998) | 1849.17 | 569 |
| Civilian Radioactive Waste Management System Requirements Document Revision 4 (May 1998) | 1849.35 | 579 |
| Civilian Radioactive Waste Management System, Total System Description, Revision 1 (Oct. 30, 1998) | 1849.50 | 600 |
| Excerpts from Viability Assessment of a Repository at Yucca Mountain, Volume 2: Preliminary Design Concept for the Repository and Waste Package (Dec. 1998) | 1850 | 604B |
| Excerpts from Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program (Dec. 1998) | 1890 | 603 |
| Excerpts from The United States' Responses to Yankee Atomic's Second Set of Interrogatories in Yankee Atomic Electric Co. v. United States, Case No. 98-126C (Jan. 28, 1999) | 1922 | 613 |
| Excerpts from Department of Energy's Opposition Brief in the Federal Circuit Court of Appeals in Northern States Power Company v. United States, Case Nos. 97-1064 and 97-1065 (Oct. 29, 1999) | 1928 | 630 |

| | Rate App. | PX |
|---|---|---|
| Excerpts from Department of Energy's Brief in Maine Yankee Atomic Power Company, et al., v. United States, Case Nos. 99-5138, 99-5139, and 99-5140 (Nov. 8, 1999) | 1938 | 634 |
| Excerpts from FY2000 Department of Energy Financial Statements | 1950 | 830 |
| Department of Energy's Reply Brief in Maine Yankee Atomic Power Company, et al., v. United States, Case Nos. 99-5138, 99-5139, and 99-5140 (Jan. 19, 2000) | 1958 | 639 |
| Amendment to Contract DE0CR01-83 NE44405 Between U.S. Department of Energy and PECO Energy Company (Settlement Agreement of PECO Energy's Damages Claim for Breach of Standard Contract) (July 19, 2000) | 1963.1 | 653 |
| Excerpts from Analysis of the Total System Life Cycle Cos of the Civilian Radioactive Waste Management Program (May 2001) | 1964 | 680 |
| Excerpts from Nuclear Waste Fund Fee Adequacy: An Assessment, (May 2001) | 1987 | 681 |
| Excerpts from Hearing Transcript before Judge Wiese, Yankee Atomic Electric Co., et al., v. United States (June 14, 2001) | 2004 | 691 |
| Civilian Radioactive Waste Management System, Total System Description Revision 02 (Sept. 2001) | 2013.1 | 699 |
| Excerpts from Defendant's Proposed Findings of Uncontroverted Fact Regarding the Rate of Spent Nuclear Fuel Acceptance in Yankee Atomic Electric Company v. United States, Case No. 98-126C (Nov. 8, 2001) | 2014 | 709 |
| Nuclear Waste – Technical, Schedule, and Cost Uncertainties of the Yucca Mountain Repository Project (Dec. 2001) | 2020.1 | 713 |
| Excerpts from Civilian Radioactive Waste Management System, Waste Acceptance System Requirements Document, Revision 4, (Jan. 2002) | 2021 | 717 |
| Total System Life Cycle Cost for Site Recommendation Letter Report (Feb. 2002) | 2033.1 | 720 |
| Spencer Abraham, Secretary of Energy, Letter to the President (Feb. 14, 2002) | 2034 | 724 |

| | Rate App. | PX |
|---|---|---|
| Defendant's Proposed Stipulation of Facts in Yankee Atomic Electric Company v. United States, Case No. 98-126C (Mar. 1, 2002) | 2087 | 727 |
| Notice of Deposition of Tom Pollog in Yankee Atomic Electric Co., et al., v. United States (Apr. 2002) | 2090 | 734 |
| Notice of Deposition of Susan Klein in Yankee Atomic Electric Co., et al., v. United States (Apr. 18, 2002) | 2096 | 736 |
| Excerpts from Defendant's Response to Utility Plaintiff's Requests for Admissions in Yankee Atomic Electric Co., et al., v. United States, Case Nos. 98-126C (Apr. 18, 2002) | 2102 | 737 |
| Letter from David Zabransky, Contracting Officer, Department of Energy, to Adam Levin, Manager, Spent Fuel & Decommission Strategy, Exelon Generation Co. (Aug. 14, 2002) | 2107 | 745 |
| Letter from David. Zabransky, Contracting Officer, to John Carden, Contract Specialist (Aug. 14, 2002) | 2108 | 746 |