# In the United States Court of Federal Claims

No. 98-488C
Filed: September 7, 2005

| | |
|---|---|
| ************************************ | |
| | * |
| SACRAMENTO MUNICIPAL UTILITY DISTRICT, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |
| ************************************ | |

**ORDER**

Defendant's motion to file counter-designations in paper form, filed May 20, 2005, is **GRANTED**.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**