**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 98-488C<br>(Judge Braden) |

**NOTICE OF FILING OF COUNTER-DESIGNATIONS TO PLAINTIFF'S TRIAL AND DEPOSITION TESTIMONY DESIGNATIONS**

Defendant, the United States, respectfully submits this notice that, pursuant to the Court's order dated September 6, 2005, it has provided to the Clerk of the Court the paper copies of its counter-designations to plaintiff Sacramento Municipal Utility District's trial and deposition testimony designations, filed on February 25, 2005; February 28, 2005; and March 7, 2005, for inclusion in the record of this case. A copy of the letter to the Clerk of the Court is attached hereto. Defendant has previously provided paper copies of its counter-designations to plaintiff.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

s/Russell Shultis
RUSSELL A. SHULTIS
Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 307-2503

ALAN J. LO RE
Senior Trial Counsel

JOSHUA E. GARDNER
SCOTT R. DAMELIN
TODD J. COCHRAN
ELIZABETH THOMAS
Trial Counsel

September 8, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 8th day of September, 2005, a copy of foregoing "NOTICE OF FILING OF COUNTER-DESIGNATIONS TO PLAINTIFF'S TRIAL AND DEPOSITION TESTIMONY DESIGNATIONS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Todd J. Cochran