**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 98-488C<br>(Judge Braden) |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSES TO PLAINTIFF'S PROPOSED FINDINGS OF FACT**

Defendant, the United States, respectfully requests leave to file responses to the Proposed Findings of Fact to Accompany Its Post-Trial Legal Brief that Sacramento Municipal Utility District ("SMUD") filed on August 22, 2005. We seek permission to file our request on October 4, 2005. Counsel for SMUD has indicated that SMUD does not oppose this request but has also indicated SMUD's desire to file its own responses to the Government's proposed findings on November 1, 2005. The Government does not oppose this request.

The Court's July 27, 2005 scheduling order set forth a schedule for the filing of post-trial briefs in this case. On August 22, 2005, SMUD filed its post-trial brief, along with 600 proposed findings of fact. The Government will be filing its post-trial brief and proposed findings of fact on September 20, 2005. Even though the Court's rules do not address responses to proposed post-trial findings of fact, both parties agree that it is necessary and appropriate to file them in this case. However, because of the volume of SMUD's proposed findings, the Government will be unable to respond to SMUD's extensive number of proposed findings on September 20, 2005. The Court's permission to file our responses on October 4, 2005 will permit the Government sufficient time to fully respond to the proposed findings that SMUD has

filed.

For the foregoing reasons, the Government requests that the Court permit defendant to file responses to SMUD's Proposed Findings Fact to Accompany Its Post-Trial Legal Brief on October 4, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Russell Shultis
RUSSELL A. SHULTIS
Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

JOSHUA E. GARDNER
SCOTT R. DAMELIN
TODD J. COCHRAN
ELIZABETH THOMAS
Trial Counsel

September 16, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 16th day of September, 2005, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSES TO PLAINTIFF'S PROPOSED FINDINGS OF FACT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Todd J. Cochran