No. 98-488C
(Judge Braden)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SACRAMENTO MUNICIPAL UTILITY DISTRICT,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

# DEFENDANT'S POST-TRIAL BRIEF

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

HAROLD D. LESTER, JR.
Assistant Director

RUSSELL A. SHULTIS
Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

JOSHUA E. GARDNER
SCOTT R. DAMELIN
TODD J. COCHRAN
ELIZABETH THOMAS
Trial Counsel

September 20, 2005

Attorneys for Defendant

## TABLE OF CONTENTS

SUMMARY OF ARGUMENT ........ 1

DISCUSSION ........ 5

I. SMUD BEARS THE BURDEN OF PROVING EVERY ELEMENT OF ITS DAMAGES CLAIMS, INCLUDING CAUSATION, AND RESULTANT DAMAGE ........ 5

II. SMUD CANNOT ESTABLISH THAT THE GOVERNMENT'S BREACH OF THE STANDARD CONTRACT CAUSED ITS PURPORTED DAMAGES RELATED TO ITS PURSUIT OF DRY STORAGE ........ 7

A. SMUD Is Precluded As A Matter Of Law From Recovering Any Of Its Claimed Costs Prior to 1994 ........ 7

B. SMUD Pursued Dry Storage For Reasons Wholly Unrelated To The Government's Delay In SNF Acceptance ........ 8

1. SMUD Decided To Pursue Dry Storage Eight Years Before The Government Was Obligated To Commence SNF Acceptance ........ 8

a. SMUD's Rancho Seco Plant Had A Troubled Operating History, Resulting In Its Premature Shutdown In 1989 ........ 8

b. As A Result Of Rancho Seco's Premature Shutdown In 1989, SMUD's Focus Was To Eliminate Its Part 50 Operating License ........ 9

c. SMUD's Board Of Directors Made The Decision In 1990 That SMUD Place Its SNF Into Dry Storage ........ 13

d. SMUD's Early Implementation Of Its Dry Storage Project ........ 17

2. SMUD's Reevaluation Of Its Decision To Place Its SNF Into Dry Storage Was Unrelated To The Government's January 31, 1998 Delay In SNF Acceptance ........ 28

III. SMUD FAILED TO PROVE THAT DOE WAS CONTRACTUALLY OBLIGATED TO ACCEPT SNF AT AN ANNUAL RATE OF 3,000 MTUs .. 42

A. SMUD Has Failed To Establish That DOE Was Contractually Obligated To Accept SNF At A Rate Sufficient To Preclude Additional At-Reactor Storage And To Accept Some "Backlog" Of Utility-Stored SNF ........ 42

B. SMUD Has Failed To Establish That An Annual Acceptance Rate Of 3,000 MTU Is Necessary To Satisfy The Requirements To Which SMUD Contends DOE Obligated Itself Or That DOE Ever Obligated Itself To Satisfy A 3,000 MTU Rate ........ 48

C. To The Extent That The Court Finds It Necessary To Define A Rate Of SNF Acceptance For The Standard Contract, The Acceptance Schedule To Which DOE Could Be Held To Perform Could Not Exceed The Rates Contained In The DCSs That It Approved ........ 54

IV. SMUD's CLAIM THAT IT WOULD HAVE HAD EARLY FUEL-OUT DATES BECAUSE DOE WOULD HAVE GRANTED IT PRIORITY AS A SHUTDOWN REACTOR AND/OR BECAUSE IT WOULD HAVE ENGAGED IN EXCHANGES IS UNSUPPORTED BY ANY EVIDENCE .... 55

A. SMUD Failed To Meet Its Burden Of Establishing That It Would Have Obtained Priority As A Shutdown Reactor ........ 56

B. SMUD Failed To Establish That It Would Have Engaged In Exchanges, Or How Such Exchanges Would Have Affected Its Acceptance Rights ........ 60

V. EVEN IF THE COURT CONCLUDES THAT DOE'S DELAY IN ACCEPTANCE OF SMUD's SNF CAUSED SMUD TO CONSTRUCT DRY STORAGE, MANY OF SMUD's CLAIMED DAMAGES ARE NOT RECOVERABLE ........ 64

A. Assuming That The Court Accepts All Of The Premises Underlying SMUD's Damages Claim, SMUD Still Is Required To Prove That Each Of Its Alleged Costs Were Incremental To The Breach, Are Adequately Supported, Are Reasonably Certain, And Are Reasonable In Amount ........ 64

B. To The Extent The Court Views SMUD's Decision To Place Its SNF Into Dry Storage As An Attempt To Mitigate Its Alleged Damages, SMUD Has Failed Properly To Mitigate ........ 65

1. Had SMUD Left Its SNF In Its Wet Pool, It Would Have Incurred No Costs That Are Attributable To The Government's Breach ........ 65

2. Because The Government Is Obligated To Provide Transportation Casks Under The Standard Contract, SMUD's Pursuit Of Casks That Contain Transportation Features Cannot Constitute Proper Mitigation ........ 68

3. SMUD's Contention That A Dry Transfer System Was Not Viable Is Unsupported By The Record ........ 70

4. Even If The Court Concludes That SMUD Acted Reasonably In The Pursuit Of Dual-Purpose Dry Storage, SMUD Chose A More Expensive Dual-Purpose System ........ 75

C. The Fact That SMUD Possesses SNF Contained In MESCs, In Addition To GTCC Low Level Radioactive Waste And Failed Fuel, Which It Is Responsible For Storing Indefinitely, Precludes A Finding That SMUD Would Have Incurred No Continuing Storage Costs Or Dry Storage Construction Costs Absent DOE's Delay ........ 78

1. SMUD Has Placed Its SNF Into A Waste Container That Is Not Covered By The Standard Contract ........ 79

2. SMUD Has Failed To Established That GTCC Low Level Radioactive Waste Is Covered By The Standard Contract, And Because SMUD May Have Been Required To Store GTCC Longer Than Its Standard Fuel In The Non-Breach World, SMUD Cannot Show That, "But For" The Government's Breach, It Would Not Have Incurred Costs Associated With The Storage Of SNF ........ 80

3. Because SMUD Possesses Failed Fuel, And May Have Been Required To Store Such Fuel Longer Than Its Standard Fuel In The "But For" World, SMUD Cannot Show That, "But For" The Government's Breach, It Would Not Have Incurred Costs Associated With The Storage Of SNF ........ 85

D. SMUD May Not Recover The 2003 Operation And Maintenance Cost For Its ISFSI ........ 91

E. SMUD's 88-Month Delay In Dry Storage Project May Not Be Recovered Against The Government As Damages ........ 92

F. SMUD's Damages Claim Includes Other Significant Flaws .................. 97

1. SMUD Has Failed To Establish That Its Claimed Labor Costs Were Incremental To The Partial Breach .......................... 99

2. SMUD Has Failed To Demonstrate That Its Claimed Labor Overhead Markups Were Incremental To The Partial Breach ... 104

3. Although SMUD Concedes That It Would Have Incurred Costs Associated With Its Dry Storage Project In The Non-Breach World, SMUD's Calculation Of The Proposed Offsets Is Understated .......................................................... 105

4. SMUD's Inclusion Of The Cost Of Loading SNF Into Its ISFSI Should Be Offset From Its Damages Claim .................... 107

5. SMUD's Damages Claim Fails To Consider Unavoidable Costs ........................................................................... 109

6. SMUD's Damages Claim Improperly Includes Costs Related To Premature Mobilization Of Its Labor Force Associated With The Loading Of Its ISFSI ............................................... 109

7. SMUD's Damages Claim Fails To Provide A Proper Offset For the Substantial Cost Savings That SMUD Realized By Placing Its SNF Into Dry Storage ............................................ 110

8. SMUD's Damages Claim Fails To Account For The Savings Associated With Decommissioning Its Wet Pool ...................... 111

VI. SMUD FAILED TO INTRODUCE ANY EVIDENCE THAT DOE ACTED WITH A SPECIFIC INTENT TO HARM IT, PRECLUDING ITS CLAIM FOR BREACH OF THE DUTY OF GOOD FAITH AND FAIR DEALING ......................................................................................... 113

CONCLUSION ......................................................................................................... 117

## TABLE OF AUTHORITIES

### CASES

AES Tech. Sys., Inc. v. Coherent Radiation,
583 F.2d 933 (7th Cir. 1978) .................... 100

Alaska Pulp Corp. v. United States,
59 Fed. Cl. 400 (2004) .................... 5

Alcoa Steamship Co. v. Charles Ferran & Co.,
251 F. Supp. 823 (E.D. La. 1966) aff'd
383 F.2d 46 (5th Cir. 1967) .................... 92

Allstate Fin. Corp. v. Utility Trailer of Ill., Inc.,
936 F. Supp. 525 (N.D. Ill. 1996) .................... 114

Am-Pro Protective Agency, Inc. v. United States,
281 F.3d 1234 (Fed. Cir. 2002) .................... 114, 117

Asco-Falcon II Shipping Co. v. United States,
32 Fed. Cl. 595 (1994) .................... 114

Autotrol Corp. v. Cont'l Water Sys. Corp.,
918 F.2d 689 (7th Cir. 1990) .................... 100

Barseback Kraft AB v. United States,
121 F.3d 1475 (Fed. Cir. 1997) .................... 53

Blake Constr. Co. v. United States,
987 F.2d 743 (Fed. Cir. 1993) .................... 87

Bluebonnet Sav. Bank FSB v. United States,
No. 95-532C, 2005 WL1983695 (Aug. 16, 2005) .................... 6

Boyajian v. United States,
423 F.2d 1231 (Ct. Cl. 1970) .................... 99

Branhill Realty Co. v. Montgomery Ward & Co.,
60 F.2d 922 (2d Cir. 1932) .................... 53

Caldwell & Santmyer, Inc. v. Glickman,
55 F.3d 1578 (Fed. Cir. 1995) .................... 117

California Fed. Bank v. United States,
395 F.3d 1263 (Fed. Cir. 2005) ........................................ 27

C.B.C. Enterprises, Inc. v. United States,
24 Cl. Ct. 1, 5 (1991) ........................................ 114

Chevron, U.S.A., Inc. v. Natural Resources Defense Council, Inc.,
467 U.S. 837 (1984) ........................................ 84

Citizens Fed. Bank, FSB v. United States,
59 Fed. Cl. 507 (2004) ........................................ 112, 113

Commercial Metals Co. v. United States,
176 Ct. Cl. 343 (1966) ........................................ 53

Commonwealth Edison Co. v. United States,
56 Fed. Cl. 652 (2003) ........................................ 54

Convoy Co. v. Sperry Rand Corp.,
672 F.2d 781 (9th Cir. 1982) ........................................ 101

Crowley v. Chait,
322 F.Supp.2d 530 (D.N.J. 2004) ........................................ 70

Dunn Appraisal Co. v. Honeywell Information Sys. Inc.,
687 F.2d 877 (6th Cir. 1982) ........................................ 101

ECDC Envir., L.C. v. New York Marine & Gen. Ins. Co.,
No. 96-6033, 1999 WL 777883 (S.D.N.Y. Sept. 29, 1999) ........................................ 104

Fawick Corp. v. United States,
149 Ct. Cl. 623 (1960) ........................................ 90

Florida Power & Light Co. v. United States,
64 Fed. Cl. 37 (2005), rev'd on other grounds,
66 Fed. Cl. 93 (2005) ........................................ 46

Freeport Sulphur Co. v. The S/S Hermosa,
526 F.2d 300 (5th Cir. 1976) ........................................ 101

Gadsden v. United States,
78 F. Supp. 126 (Ct. Cl. 1948) ........................................ 114

Glaxo Operations UK Ltd. v. Quigg,
894 F.2d 392 (Fed. Cir. 1990) ........................................ 84

Glendale Federal Bank v. United States,
239 F.3d 1374 (Fed. Cir. 2001) .......... 6

Gould, Inc. v. United States,
935 F.2d 1271 (Fed. Cir. 1991) .......... 55

Greco v. Department of the Army,
852 F.2d 558 (Fed. Cir. 1988) .......... 87

Green v. Gen. Services Admin.,
220 F.3d 1313 (Fed. Cir. 2000) .......... 56

Heagy v. United States,
12 Cl. Ct. 694 (1987), aff'd,
848 F.2d 1244 (Fed. Cir. 1988) .......... 114

Home Savings of America v. United States,
399 F.3d 1341 (2004) .......... 67

Hubbard v. Merit Systems Prot. Board,
205 F.3d 1315 (Fed. Cir. 2000) .......... 56

Huston v. United States,
956 F.2d 259 (Fed. Cir. 1992) .......... 56

Indiana Michigan Power Co. v. Department of Energy,
88 F.3d 1272 (D.C. Cir. 1996) .......... 50

Indiana Michigan Power Co. v. United States,
60 Fed. Cl. 639 (2004), aff'd,
2005 WL 2173563 (Fed. Cir. Sept. 9, 2005) .......... 68

Indiana Michigan Power Co. v. United States,
No. 04-5122, 2005 WL 2173563 (Sept. 9, 2005) .......... passim

Johnson Management Group CFC, Inc. v. Martinez,
308 F.3d 1245 (Fed. Cir. 2002) .......... 92

Julius Goldman's Egg City v. United States,
697 F.2d 1051 (Fed. Cir. 1983), cert. denied,
464 U.S. 814 (1983) .......... 47, 57

Kalvar Corp. v. United States,
543 F.2d 1298 (Ct. Cl. 1976) .......... 114

Koby v. United States,
54 Fed. Cl. 493 (Fed. Cl. 2002) .......... 66

Kucharczyk v. Regents of Univ. of Calif.,
946 F. Supp. 1419 (N.D. Cal. 1996) .......... 114

Kumho Tire Co. v. Carmichael,
526 U.S. 137 (1999) .......... 64, 70

LaSalle Talman Bank, F.S.B. v. United States,
45 Fed. Cl. 64 (1999), aff'd in part, vacated in part,
317 F.3d 1363 (Fed. Cir. 2003) .......... 67, 96, 104

Marketing & Management Information, Inc. v. United States,
62 Fed. Cl. 126 (2004) .......... 57

Midwest Industrial Painting of Florida, Inc. v. United States,
4 Cl. Ct. 124 (1983) .......... 92

Myerle v. United States,
33 Ct. Cl. 1 (1897) .......... 6, 42

National By-Products, Inc. v. United States,
186 Ct. Cl. 546,
405 F.2d 1256 (1969) .......... 53

Northern Helex Co. v. United States,
207 Ct. Cl. 862,
524 F.2d 707 (1975) .......... 67

Omni Corp. v. United States,
41 Fed. Cl. 585 (1998) .......... 46, 57

Phillips v. United States,
230 Ct. Cl. 805 (1982) .......... 67

Quiman, S.A. de C.V. v. United States,
39 Fed. Cl. 171 (1997), aff'd,
178 F.3d 1313 (Fed. Cir. 1999) .......... 6, 65

Ramsey v. United States,
101 F. Supp. 353 (Ct. Cl. 1951) .......... 92

Robinson v. United States,
305 F.3d 1330 (Fed. Cir. 2002) ..................... 67

Rodriguez v. Olin Corp.,
780 F.2d 491 (5th Cir. 1986) ..................... 70

Roseburg Lumber Co. v. Madigan,
978 F.2d 660 (Fed. Cir. 1992) ..................... 6, 65

S.W. Eng'g Co. v. Cajun Elec. Power Coop.,
915 F.2d 972 (5th Cir. 1990) ..................... 100

San Carlos Irrigation & Drainage Dist. v. United States,
111 F.3d 1557 (Fed. Cir. 1997) ..................... 65

Sanders v. United States Postal Service,
801 F.2d 1328 (Fed. Cir. 1986) ..................... 117

Southern Cal. Fed. Sav. & Loan v. United States,
57 Fed. Cl. 598 (2003), aff'd in relevant part,
Nos. 04-5036, 2005 WL 2001022 (Fed. Cir. Aug. 22, 2005) ..................... 6

State of Alaska v. United States,
35 Fed. Cl. 685 (1996), aff'd,
119 F.3d 16 (Fed. Cir. 1997) ..................... 114

Struck Construction Co. v. United States,
96 Ct. Cl. 186 (1942) ..................... 114

System Fuels Inc. v. United States,
No. 03-2642C, 2005 WL 1804314 (Fed. Cl. July 29, 2005) ..................... 116

The Federal Group, Inc. v. United States,
No. 02-70C, 2005 WL 1797042 (Fed. Cl. July 29, 2005) ..................... 53

Torncello v. United States,
681 F.2d 756 (Ct. Cl. 1982) ..................... 117

United States v. Posey,
647 F.2d 1048 (10th Cir. 1981) ..................... 70

United States v. The John R. Williams,
144 F.2d 451 (2d Cir. 1944) ..................... 101

Village on Canon v. Bankers Trust Co.,
920 F. Supp. 520 (S.D.N.Y. 1996) .......... 114

Wells Fargo Bank v. United States,
88 F.3d 1012 (Fed. Cir. 1996) .......... 6

Westberry v. Principi,
255 F.3d 1377 (Fed. Cir. 2001) .......... 84

Willems Indus., Inc. v. United States,
155 Ct. Cl. 360,
295 F.2d 822 (1961) .......... 6, 65

Willred Co. v. Westmoreland Metal Mfg. Co.,
200 F. Supp. 59 (E.D. Pa. 1961) .......... 100

Wilner v. United States,
23 Cl. Ct. 241, 244 (1991) .......... 2, 96, 99

Wilson v. Marquette Elecs., Inc.,
630 F.2d 575 (8th Cir. 1980) .......... 99

Zenith Electronics Corp. v. WH-TV Broadcasting Corp.,
395 F.3d 416 (7th Cir. 2005) .......... 44

## STATUTES

10 U.S.C. § 10161 .......... 10, 52

28 U.S.C. § 2501 .......... 50

42 U.S.C. § 2021c(b) .......... 81

42 U.S.C. § 10101(12) .......... 82, 84

42 U.S.C. § 10133 .......... 52

42 U.S.C. § 10162(b) .......... 11

42 U.S.C. § 10221(b)(3) .......... 52

10 C.F.R. § 961.11 .......... passim

48 Fed. Reg. 16590 (Apr. 18, 1983) ........ 49

53 Fed. Reg. 17,709 (May 18, 1988) ........ 82

54 Fed. Reg. 22,578 (May 25, 1989) ........ 81, 82

66 Fed. Reg. 51,823 (Oct. 11, 2001) ........ 83, 84

The Low-Level Radioactive Waste Policy Amendments Act of 1985 ("LLRWPA"),
Pub. L. No. 99-240 ........ 81

Energy Policy Act of 2005,
Pub. L. No. 109-58, § 631(a)-(b), 119 Stat. 594 (2005) ........ 82

**MISCELLANEOUS**

Am. Jur. 2d *Damages* § 416 (2004) ........ 100

Restatement (Second) of Contracts § 205 (1981) ........ 114

Restatement (Second) of Contracts § 350(1) (1981) ........ 66

Restatement (Second) of Contracts § 352 (1981) ........ 7