# In the United States Court of Federal Claims

No. 98-488C
Filed: September 21, 2005

*********************************** 

SACRAMENTO MUNICIPAL UTILITY DISTRICT,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

***********************************

**ORDER**

Defendant's unopposed Motion for Leave to File Responses to Plaintiff's Proposed Findings of Fact, filed September 16, 2005, is **GRANTED**. Defendant shall file its response to Plaintiff's Proposed Findings of Fact by October 4, 2005. Plaintiff is also permitted to file a response to Defendant's Proposed Findings of Fact by November 1, 2005.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**