IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No.98-488C<br>(Judge Braden) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court grant an enlargement of 14 days, to and including November 28, 2005, within which to file its motion to exclude additional documents not used by plaintiff, Sacramento Municipal Utility District ("SMUD"), with a witness at trial. Both parties' motions to exclude are currently due on November 14, 2005. Defendant has not previously requested an enlargement of time for this purpose. Counsel for plaintiff has represented that plaintiff does not oppose this motion, but requests that SMUD also have an enlargement of time until November 28, 2005, to file whatever objections it has to documents not used by the defendant with a witness at trial. In addition, we would request that the Court extend the time in which the parties must file responses to such motions from December 5, 2005, to December 19, 2005.

Both parties are in the process of eliminating documents from their exhibit lists that they do not wish to remain in evidence in this case. However, because both parties have lengthy exhibit lists, this process has taken longer than anticipated. Additionally, the Government attorneys working on this case have been involved in the two-week trial in Southern Nuclear Operating Co. v. United States, No. 98-614C, as well as preparing for the closing argument in

Tennessee Valley Authority v. United States, No. 01-249C, which was held on October 28, 2005. Furthermore, the Government has been engaged in significant discovery issues in Wisconsin Electric Power Co. v. United States, No. 00-697C, and Pacific Gas & Electric Co. v. United States, No. 04-0074C.

For the foregoing reasons, we respectfully request that the Court grant our unopposed motion for an enlargement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Russell Shultis
RUSSELL A. SHULTIS
Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

JOSHUA E. GARDNER
SCOTT R. DAMELIN
TODD J. COCHRAN
ELIZABETH THOMAS
Trial Counsel

November 8, 2005

CERTIFICATE OF FILING

I hereby certify that on this 8th day of November 2005, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Joshua E. Gardner