# In the United States Court of Federal Claims

No. 98-488C
Filed: November 10, 2005

| | |
|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

Defendant's unopposed Motion for an Enlargement of Time, filed November 8, 2005, is hereby **GRANTED**. The parties shall file their respective Motions to Exclude additional documents not used by a witness at trial on or before November 28, 2005. Responses to such motions shall be filed on or before December 19, 2005.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**