IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT | ) | |
| Plaintiff, | ) | No. 98-488 C |
| v. | ) | (Judge Braden) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**SACRAMENTO MUNICIPAL UTILITY DISTRICT'S**
**MOTION FOR LEAVE TO FILE THIRD SUPPLEMENTAL EXHIBIT LIST**

Plaintiff Sacramento Municipal Utility District ("SMUD") respectfully requests leave to file the attached Third Supplemental Exhibit List, which includes exhibits that SMUD included in witness notebooks at trial that were not previously listed on SMUD's prior exhibit lists (PX 375A; PX 604B; PX 812A; PX 992-1013) and additional exhibits that SMUD relied on in its Response to Memorandum Opinion And Order To Show Cause Dated April 21, 2005 (PX 1014-29).

Dated this 10th day of November, 2005.

Respectfully submitted,

s/ Howard Cayne by s/ Timothy R. Macdonald
Howard Cayne
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5899
Counsel of Record for
Plaintiff Sacramento Municipal Utility District

Of Counsel:
David S. Neslin
Timothy R. Macdonald
ARNOLD & PORTER LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
(303) 863-1000

CERTIFICATE OF FILING

I certify that I caused a copy of the foregoing Sacramento Municipal Utility District's Motion for Leave to File Third Supplemental Exhibit List to be filed electronically through the Court of Federal Claims Case Management/ Electronic Case Filing System on November 10th, 2005. I understand that all parties may access the filing through the Court's CM/ECF System, including:

Alan Lo Re
Russell A. Shultis
Commercial Litigation Branch, Civil Division
Attention: Classification Unit, 8th Floor
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

s/ Timothy R. Macdonald