# Attachment 1 - SMUD Third Supplemental Exhibit List
## November 10, 2005

### Exhibits SMUD Included In Witness Notebooks At Trial

| Exhibit Number | Date of Document | Author | Addressee | Document Description | Bates Number |
|---|---|---|---|---|---|
| 375A | 9/11/95 | | | DOE and Sacramento Municipal Utility District Sign $2 Million Cooperative Agreement | |
| 604B | 12/98 | OCRWM, Yucca Mountain Site Characterization Office | | Viability Assessment of a Repository at Yucca Mountain: Volume 2: Preliminary Design Concept for the Repository and Waste Package | with additional section 4 |
| 812A | 03/22/04 | Zabransky, D. | Hastings, J. | Letter re request for support of transportation planning activities | |
| 992 | 07/98 | | | OCRWM Fiscal Year 1997 Annual Report to Congress | |
| 993 | 06/99 | | | OCRWM Fiscal Year 1998 Annual Report to Congress | |
| 994 | 05/00 | | | OCRWM Fiscal Year 1999 Annual Report to Congress | |
| 995 | 02/27/02 | | | Notice, 67 Fed. Reg. 9048 | |
| 997 | 2/09/05 | DOE | | Project Operational Thermal Management Strategy | |
| 998 | 5/01 | DOE | | Yucca Mountain Science and Engineering Report | |
| 1000 | | | | Direct Written Testimony of Brian Brinig | |
| 1001 | | | | Direct Written Testimony of Ivan Stuart | |
| 1002 | | | | Direct Written Testimony of Eileen Supko | |
| 1005 | 3/20/03 | | | Statement of Dr. Margaret S.Y. Chu before House of Representatives | |
| 1012 | 04/19/99 | Schori, J. | Richardson, B. | Letter regarding storage of spent nuclear fuel at SMUD's Rancho Seco Nuclear Generating Station with attachments, including 3/14/97 letter from J. Schori to B. Tomasoni; 8/4/97 letter from S. Redeker to B. Tomasoni; and 7/14/98 Letter from J. Schori to L. Barrett. | |
| 1013 | 08/06/98 | Barrett, L. | Schori, J. | Letter regarding SMUD's response to Secretary Pena's proposed settlement | |

**Documents Included As Attachments To SMUD's Response to Memorandum Opinion And Order To Show Cause Dated April 21, 2005**

| Exhibit Number | Date of Document | Author | Addressee | Document Description | Bates Number |
|---|---|---|---|---|---|
| 1014 | 03/10/05 | T. Garrish | | Statement of Theodore J. Garrish, Deputy Director, OCRWM, U.S. DOE, Subcommittee on Energy and Air quality, Committee on Energy and Commerce, U.S. House of Representatives | |
| 1015 | 12/04 | | | OCRWM Annual Report To Congress | HQR349 0001 - HQR349 0077 |
| 1016 | 04/23/87 | Herrington, J. | | Pre-Hearing Questions, Subcommittee on Nuclear Regulation, U.S. Senate | |
| 1017 | 03/10/04 | | | Indiana Michigan Trial Transcript | |
| 1018 | 06/87 | GAO | | Nuclear Waste, DOE Should Provide More Information on Monitored Retrievable Storage | HQR354 0858 - HQR354 0931 |
| 1019 | | DOE | | Why Yucca Mountain?, Frequently Asked Questions | |
| 1020 | 03-19-92 | DOE | | COE Cooperative Agreement, No. DE-FC01-92NE37990, dated 11/27/91, amended 03/19/92 | HQR-042-1338 - HQR-042-1346 |
| 1021 | Fall, 01 | Idaho National Engineering and Environmental Laboratory | | Inside INEEL | |
| 1022 | 07/01/93 | GAO | | Nuclear Waste, Yucca Mountain Project Management and Funding Issues | HQR354 1580 - HQR 354 1592 |
| 1023 | 05/83 | GAO | | Nuclear Wasted, Yucca Mountain Project Behind Schedule and Facing Major Scientific Uncertainties | HQR354 1521 - HQR354 1579 |
| 1024 | 08/87 | GAO | | Nuclear Waste, Quarterly Report on DOE's Nuclear Waste Program as of June 30, 1987 | HQR354 0231 - HQR354 0261 |
| 1025 | 11/86 | GAO | | Nuclear Waste, Quarterly Report on DOE's Nuclear Waste Program as of September 30, 1986 | HQR354 0155 - HQR354 0177 |
| 1026 | 01-86 | GAO | | Nuclear Waste, Quarterly Report on DOE's Nuclear Waste Program as of December 31, 1985 | HQR354 0055 - HQR354 0105 |
| 1027 | 01/31/85 | GAO | | Status Of The Department Of Energy's Implementation Of The Nuclear Waste Policy Act Of 1982 As Of December 31, 1984 | HQR354 1928 - HQR 354 1981 |

| Exhibit Number | Date of Document | Author | Addressee | Document Description | Bates Number |
|---|---|---|---|---|---|
| 1028 | 02/87 | GAO | | Nuclear Waste, Institutional Relations Under the Nuclear Waste Policy Act of 1982 | HQR354 0629 - HQR354 0691 |
| 1029 | 02/28/05 | OCRWM | | Program Financial and Budget Information | HQR350 0001 - HQR350 0023 |