# In the United States Court of Federal Claims

No. 98-488C
Filed: November 23, 2005

************************************
SACRAMENTO MUNICIPAL UTILITY DISTRICT,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
************************************

**ORDER**

Plaintiff's November 10, 2005 Motion for Leave to File Third Supplemental Exhibit List is hereby **GRANTED**.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**