# In the United States Court of Federal Claims

No. 98-488C

Filed: December 5, 2005

| | |
|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

A telephone status conference will be held on December 7, 2005 at 3:00pm E.S.T.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**