IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 98-488C<br>(Judge Braden) |

JOINT MOTION FOR LEAVE TO FILE PROPOSED ORDER REGARDING EXHIBITS

Pursuant to the Court's request, plaintiff, Sacramento Municipal Utility District, and defendant, the United States, respectfully request leave of the Court to file the attached proposed order regarding exhibits to be retained in evidence in this case.

Respectfully submitted,

/s Howard Cayne
HOWARD CAYNE
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, D.C. 20004
Tele: (202) 942-5656
Fax: (202) 942-5999

Counsel of Record for Plaintiff Sacramento Municipal Utility District

OF COUNSEL:

DAVID S. NESLIN
TIMOTHY R. MACDONALD
Arnold & Porter LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Tele: (303) 863-1000

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Russell A. Shultis by Joshua E. Gardner
RUSSELL A. SHULTIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7571
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN J. LO RE

Senior Trial Counsel

JOSHUA E. GARDNER
SCOTT R. DAMELIN
TODD J. COCHRAN
ELIZABETH THOMAS
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

January 18, 2006

Counsel for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 18th day of January 2006, a copy of foregoing "JOINT MOTION FOR LEAVE TO FILE PROPOSED ORDER REGARDING EXHIBITS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Joshua E. Gardner