IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | No. 98-488 C<br>(Judge Braden) |

**AMENDED PROPOSED ORDER REGARDING FINAL EXHIBITS**

By order entered July 27, 2005, the parties were permitted to withdraw exhibits from the record that were not used during the trial or were deemed unnecessary. The parties have conferred, reduced the number of exhibits that comprise parts of the record in this case, and provided the Court with a set of final exhibits.[1]

1. The following Plaintiff's Trial Exhibits, consisting of 57 volumes, including:

| | |
|---|---|
| Volume I: | PX 7; PX 10; PX 12; PX 14; PX 15; PX 17; PX 25; PX 28; PX 29; PX 30; PX 32; PX 37; PX 39; PX 40. |
| Volume II: | PX 44; PX 45; PX 47; PX 48; PX 50; PX 51; PX 52; PX 54; PX 56; PX 57; PX 58; PX 59; PX 60; PX 61. |
| Volume III: | PX 62; PX 68; PX 69; PX 70; PX 71; PX 73; PX 75; PX 76; PX 78; PX 80. |

[1] The defendant has preserved each and every objection made to certain of plaintiff's exhibits in the defendant's November 28, 2005 motion, as well as each and every objection made at trial to an exhibit used by plaintiff. Plaintiff has similarly preserved each and every objection made to certain of defendant's exhibits in plaintiff's November 29, 2005 motion and each and every objection it made at trial to an exhibit used by defendant. This Court ruled at the Status Conference held December 7, 2005 that all such exhibits would remain in the record over the parties' objections.

| | |
|---|---|
| Volume IV: | PX 82; PX 86; PX 89; PX 90; PX 91 part A. |
| Volume V: | PX 91 part B. |
| Volume VI: | PX 93; PX 94; PX 97; PX 98; PX 109; PX 110; PX 111; PX 112; PX 113; PX 116; PX 117. |
| Volume VII: | PX 118 part A. |
| Volume VIII: | PX 118 part B; PX 119. |
| Volume IX: | PX 120; PX 121. |
| Volume X: | PX 122; PX 128; PX 142; PX 143. |
| Volume XI: | PX 144; PX 145; PX 146; PX 154. |
| Volume XII: | PX 156; PX 159; PX 167; PX 168; PX 169. |
| Volume XIII: | PX 170; PX 173. |
| Volume XIV: | PX 175; PX 176; PX 179; PX 181; PX 183; PX 184; PX 185; PX 186; PX 187. |
| Volume XV: | PX 188; PX 189; PX 190; PX 192; PX 194; PX 195; PX 197; PX 199; PX 201; PX 203. |
| Volume XVI: | PX 207; PX 208; PX 211; PX 212; PX 216; PX 217. |
| Volume XVII: | PX 220; PX 222; PX 223; PX 224; PX 229; PX 231; PX 232; PX 233; PX 234; PX 235; PX 236; PX 237; PX 239; PX 242; PX 243. |
| Volume XVIII: | PX 245; PX 246; PX 249; PX 250; PX 251; PX 253; PX 254; PX 255; PX 258; PX 259; PX 261; PX 262; PX 265; PX 267. |
| Volume XIX: | PX 269; PX 269A; PX 272; PX 274; PX 276; PX 277; PX 278; PX 279; PX 280; PX 281; PX 282; PX 283; PX 286; PX 287; PX 291; PX 294; PX 295; PX 297. |

| | |
|---|---|
| Volume XX: | PX 302; PX 304; PX 305; PX 307; PX 308; PX 309; PX 311; PX 318; PX 319; PX 320; PX 321; PX 322; PX 325. |
| Volume XXI: | PX 326; PX 327; PX 328; PX 332; PX 334; PX 337; PX 340; PX 351; PX 357; PX 363; PX 366. |
| Volume XXII: | PX 368; PX 369; PX 371; PX 375A; PX 376; PX 380; PX 381. |
| Volume XXIII: | PX 383; PX 387; PX 391; PX 394; PX 396; PX 397; PX 399; PX 400; PX 404; PX 409; PX 410; PX 411. |
| Volume XXIV: | PX 413; PX 416; PX 417; PX 418; PX 419; PX 421; PX 423; PX 424; PX 425; PX 426; PX 429; PX 431; PX 433; PX 434; PX 436; PX 441; PX 443; PX 444. |
| Volumes XXV: | PX 448; PX 449; PX 451; PX 452; PX 453; PX 456; PX 459; PX 461; PX 462; PX 463; PX 464; PX 467; PX 468; PX 470; PX 471. |
| Volume XXVI: | PX 475; PX 476; PX 479; PX 483. |
| Volume XXVII: | PX 485; PX 489; PX 492; PX 493; PX 494 part A. |
| Volume XXVIII: | PX 494 part B. |
| Volume XXIX: | PX 495; PX 497; PX 500; PX 501; PX 502; PX 503; PX 504; PX 505; PX 508; PX 509; PX 510; PX 511; PX 512; PX 513; PX 514 part A. |
| Volume XXX: | PX 514 part B. |
| Volume XXXI: | PX 514 part C. |
| Volume XXXII: | PX 515; PX 516; PX 517; PX 519; PX 521; PX 522; PX 524; PX 527; PX 528; PX 530; PX 531; PX 535; PX 536; PX 537; PX 538; PX 539; PX 540; PX 541; PX 542; PX 543; PX 544; PX 545; PX 549; PX 555. |
| Volume XXXIII: | PX 557; PX 559; PX 564; PX 565; PX 566; PX 569; PX 570; PX 571; PX 572; PX 575; PX 579; PX 580; |

| | |
|---|---|
| | PX 582; PX 583; PX 585; PX 586; PX 590; PX 591; PX 592; PX 593. |
| Volume XXXIV: | PX 595; PX 596; PX 597; PX 598; PX 598A; PX 600; PX 602. |
| Volume XXXV: | PX 603; PX 604; PX 604A; PX 604B; PX 607. |
| Volume XXXVI: | PX 609; PX 611; PX 613; PX 618; PX 619; PX 620; PX 624; PX 625; PX 626; PX 630; PX 631; PX 633; PX 634; PX 636. |
| Volume XXXVII: | PX 638; PX 639; PX 640; PX 642; PX 644; PX 646; PX 648; PX 649; PX 653; PX 654; PX 655; PX 659; PX 660; PX 665; PX 669; PX 670. |
| Volume XXXVIII: | PX 672; PX 675; PX 678; PX 680; PX 681; PX 682; PX 683; PX 685; PX 689; PX 691. |
| Volume XXXIX: | PX 694; PX 695; PX 696; PX 697; PX 699; PX 701; PX 705; PX 707; PX 709; PX 712; PX 713; PX 714; PX 717; PX 720. |
| Volume XL: | PX 721 part A. |
| Volume XLI: | PX 721 part B. |
| Volume XLII: | PX 721 part C. |
| Volume XLIII: | PX 721 part D. |
| Volume XLIV: | PX 722; PX 723; PX 724; PX 727; PX 729; PX 730; PX 732; PX 734; PX 736; PX 737. |
| Volume XLV: | PX 745; PX 746; PX 752; PX 755; PX 757; PX 762 part A. |
| Volume XLVI: | PX 762 part B; PX 769; PX 772; PX 780; PX 781; PX 787; PX 791; PX 812; PX 812A. |
| Volume XLVII: | PX 820; PX 821; PX 822; PX 827; PX 830; PX 831; PX 838; PX 842; PX 845; PX 849; PX 861; PX 869; PX 874; PX 877; PX 878. |

| | |
|---|---|
| Volume XLVIII: | PX 896; PX 898; PX 899; PX 900; PX 901; PX 902; PX 903; PX 904; PX 905; PX 906; PX 907; PX 908; PX 909; PX 910; PX 911; PX 912. |
| Volume XLIX: | PX 913. |
| Volume L: | PX 914; PX 915; PX 916; PX 917; PX 918; PX 919; PX 920; PX 921; PX 922; PX 923; PX 924; PX 925; PX 926; PX 927; PX 928; PX 929; PX 930; PX 931; PX 932; PX 933; PX 934; PX 943. |
| Volume LI: | PX 944; PX 945 part A. |
| Volume LII: | PX 945 part B; PX 948; PX 955; PX 959; PX 960; PX 961. |
| Volume LIII: | PX 962; PX 966; PX 968; PX 972; PX 973; PX 974; PX 981; PX 989; PX 991; PX 992. |
| Volume LIV: | PX 993; PX 994; PX 995. |
| Volume LV: | PX 997; PX 998; PX 1000; PX 1001; PX 1002; PX 1005; PX 1012; PX 1013; PX 1014; PX 1015; PX 1016. |
| Volume LVI: | PX 1017; PX 1018; PX 1019; PX 1020; PX 1021; PX 1022; PX 1023; PX 1024; PX 1025; PX 1026. |
| Volume LVII: | PX 1027; PX 1028; PX 1029. |

2. The following Plaintiff's Demonstrative Exhibits, consisting of 1 volume, including:

PD 1; PD 2; PD 3; PD 4; PD 5; PD 6; PD 7; PD 8; PD 9; PD 10; PD 11; PD 12; PD 13; PD 14; PD 15; PD 16; PD 17; PD 18; PD 19; PD 20; PD 21; PD 22; PD 23; PD 24; PD 25; PD 26; PD 27; PD 28; PD 29; PD 30; PD 31; PD 32; PD 32A; PD 32B; PD 32C; PD 33; PD 35; PD 36; PD 37; PD 38; PD 39; PD 40; PD 41; PD 42; PD 43; PD 53; PD 54; PD 55; PD 56; PD 57; PD 58; PD 59; PD 60; PD 61; PD 62; PD 63; PD 64; PD 65; PD 66; PD 67; PD 68; PD 69; PD 70; PD 71; PD 72; PD 73; PD 74; PD 75A; PD 75B; PD 75C; PD 75D; PD 76; PD 77; PD 78.

3. The following Defendant's Trial Exhibits, consisting of 19 volumes, including:

| | |
|---|---|
| Volume I: | DX 7; DX 10; DX 23; DX 33; DX 35; DX 40; DX 41; DX 53; DX 64; DX 76.000; DX 76.001; DX 76.003; DX 76.005; DX 76.007; DX 76.008; DX 76.009; DX 76.010; DX 76.011; DX 76.012; DX 76.013; DX 76.014; DX 76.015; DX 76.016; DX 76.017; DX 76.018; DX 76.019; DX 76.020; DX 76.021; DX 76.022; DX 76.023; DX 76.024; DX 76.025; DX 76.026; DX 76.027; DX 76.028; DX 76.029; DX 76.030; DX 76.031; DX 76.032; DX 76.033; DX 76.034; DX 76.035; DX 76.036; DX 76.037; DX 76.038; DX 76.039; DX 76.040; DX 76.041; DX 76.042; DX 76.043; DX 76.044; DX 76.045. |
| Volume II: | DX 76.046; DX 76.047; DX 76.048; DX 76.049; DX 76.50; DX 76.051; DX 76; 052; DX 76.053; DX 76.055; DX 76.056; DX 76.057; DX 76.058; DX 76.059; DX 76.060; DX 76.061; DX 76.062; DX 76.063; DX 76.064; DX 76.065; DX 76.066; DX 76.067; DX 76.068; DX 76.069; DX 76.070; DX 76.071; DX 76.072; DX 76.073; DX 76.074; DX 76.075; DX 76.076; DX 76.077; DX 76.078; DX 76.079; DX 76.080; DX 76.081; DX 76.082; DX 76.083; DX 76.084; DX 76.085; DX 88. |
| Volume III: | DX 101. |
| Volume IV: | DX 105; DX 106. |
| Volume V: | DX 111; DX 122; DX 125; DX 131; DX 133; DX 134; DX 135; DX 139; DX 141; DX 144; DX 159; DX 160; DX 164; DX 165; DX 174; DX 175; DX 179; DX 187; DX 188; DX 194; DX 202; DX 215. |
| Volume VI: | DX 217; DX 218; DX 222; DX 225; DX 231; DX 234; DX 247; DX 248. |
| Volume VII: | DX 249; DX 251; DX 253; DX 254; DX 255; DX 258; DX 274; DX 276; DX 280; DX 282. |
| Volume VIII: | DX 283. |

| | |
|---|---|
| Volume IX: | DX 283 (cont.); DX 287; DX 290; DX 291; DX 293; DX 297; DX 299. |
| Volume X: | DX 308; DX 315; DX 322; DX 323; DX 336; DX 344; DX 348; DX 353; DX 359; DX 365; DX 366; DX 372. |
| Volume XI: | DX 376; DX 379; DX 381; DX 383; DX 384; DX 389; DX 394; DX 399; DX 406; DX 414; DX 415; DX 416; DX 425; DX 427; DX 434; DX 442; DX 453; DX 459; DX 462; DX 476; DX 481; DX 483; DX 490; DX 497; DX 521; DX 524; DX 525; DX 526; DX 528; DX 529; DX 539; DX 541; DX 549; DX 552; DX 555; DX 561; DX 590; DX 593; DX 605; DX 608; DX 609; DX 613; DX 615; DX 619; DX 629; DX 643; DX 647; DX 650; DX 653. |
| Volume XII: | DX 653 (cont.). |
| Volume XIII: | DX 653 (cont.); DX 657; DX 682; DX 683; DX 688; DX 701; DX 707; DX 708; DX 711; DX 712; DX 718. |
| Volume XIV: | DX 719; DX 721; DX 725; DX 729; DX 733; DX 739; DX 740; DX 742; DX 743; DX 749; DX 755; DX 760; DX 762; DX 779; DX 788; DX 792; DX 794; DX 797; DX 815; DX 819; DX 820; DX 822; DX 833; DX 851; DX 861; DX 862; DX 871; DX 873; DX 879. |
| Volume XV: | DX 882; DX 889; DX 891A; DX 915; DX 918; DX 919; DX 934; DX 936; DX 940; DX 947; DX 950; DX 951; DX 954; DX 956; DX 957; DX 959; DX 960; DX 962; DX 963; DX 970A; DX 972; DX 976; DX 976A; DX 977; DX 978A; DX 979; DX 981; DX 985A; DX 986; DX 988; DX 998; DX 999; DX 1003; DX 1005; DX 1013; DX 1018. |
| Volume XVI: | DX 1027; DX 1028; DX 1031; DX 1032; DX 1039; DX 1054; DX 1056; DX 1059; DX 1060; DX 1064; DX 1065; DX 1066; DX 1067; DX 1068; DX 1069; DX 1075; DX 1079; DX 1081; DX 1083; DX 1085; DX 1086; DX 1088; DX 1089; DX 1094; DX 1095; DX 1096; DX 1099; DX 1100; DX 1106; DX 1108; DX 1110; DX 1115; DX 1122; DX 1125; DX 1127; DX 1131; DX 1136; DX 1139; DX 1142; DX 1144; |

DX 1147; DX 1149; DX 1151; DX 1158; DX 1163; DX 1170; DX 1171; DX 1172; DX 1175; DX 1184; DX 1185; DX 1190; DX 1191.

Volume XVII: DX 1203; DX 1204; DX 1213; DX 1232; DX 1242; DX 1249; DX 1262; DX 1278; DX 1279; DX 1295; DX 1298; DX 1305; DX 1306; DX 1307; DX 1328; DX 1331; DX 1332; DX 1339; DX 1340; DX 1342; DX 1345.

Volume XVIII: DX 1351; DX 1355; DX 1359; DX 1362; DX 1363; DX 1365; DX 1366; DX 1367; DX 1368; DX 2000; DX 2001.

Volume XIX: DX 2003; DX 2004.

4. The following Defendant's Demonstrative Exhibits, consisting of 1 volume, including:[2]

DD1; DD2; DD3; DD4; DD5; DD6; DD7; DD8; DD9; DD10; DD11; DD12; DD13.

Those exhibits not listed above are withdrawn from the record. If the parties have not already done so, they should now provide one set of final exhibits to the Office of the Clerk of the Court for inclusion in the record.

**IT IS SO ORDERED.**

______________________________
SUSAN G. BRADEN
Judge

[2] The Court notes that the Government objects to the introduction of demonstrative exhibits into evidence in this case and instead believes that both parties' demonstrative exhibits should simply accompany the record.