# In the United States Court of Federal Claims

No. 98-488C
Filed: March 31, 2006

************************************
SACRAMENTO MUNICIPAL UTILITY DISTRICT,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
************************************

**ORDER REGARDING FINAL EVIDENTIARY EXHIBITS**

The exhibits contained in this order were introduced before, during, or after trial and comprise the record, to date, in this case.

1. Plaintiff's Trial Exhibits

| | |
|---|---|
| Vol. I: | PX 7; PX 10; PX 12; PX 14; PX 15; PX 17; PX 25; PX 28; PX 29; PX 30; PX 32; PX 37; PX 39; PX 40. |
| Vol. II: | PX 44; PX 45; PX 47; PX 48; PX 50; PX 51; PX 52; PX 54; PX 56; PX 57; PX 58; PX 59; PX 60; PX 61. |
| Vol. III: | PX 62; PX 68; PX 69; PX 70; PX 71; PX 73; PX 75; PX 76; PX 78; PX 80. |
| Vol. IV: | PX 82; PX 86; PX 89; PX 90; PX 91 part A. |
| Vol. V: | PX 91 part B. |
| Vol. VI: | PX 93; PX 94; PX 97; PX 98; PX 109; PX 110; PX 111; PX 112; PX 113; PX 116; PX 117. |
| Vol. VII: | PX 118 part A. |
| Vol. VIII: | PX 118 part B; PX 119. |
| Vol. IX: | PX 120; PX 121. |

| | |
|---|---|
| Vol. X: | PX 122; PX 128; PX 142; PX 143. |
| Vol. XI: | PX 144; PX 145; PX 146; PX 154. |
| Vol. XII: | PX 156; PX 159; PX 167; PX 168; PX 169. |
| Vol. XIII: | PX 170; PX 173. |
| Vol. XIV: | PX 175; PX 176; PX 179; PX 181; PX 183; PX 184; PX 185; PX 186; PX 187. |
| Vol. XV: | PX 188; PX 189; PX 190; PX 192; PX 194; PX 195; PX 197; PX 199; PX 201; PX 203. |
| Vol. XVI: | PX 207; PX 208; PX 211; PX 212; PX 216; PX 217. |
| Vol. XVII: | PX 220; PX 222; PX 223; PX 224; PX 229; PX 231; PX 232; PX 233; PX 234; PX 235; PX 236; PX 237; PX 239; PX 242; PX 243. |
| Vol. XVIII: | PX 245; PX 246; PX 249; PX 250; PX 251; PX 253; PX 254; PX 255; PX 258; PX 259; PX 261; PX 262; PX 265; PX 267. |
| Vol. XIX: | PX 269; PX 269A; PX 272; PX 274; PX 276; PX 277; PX 278; PX 279; PX 280; PX 281; PX 282; PX 283; PX 286; PX 287; PX 291; PX 294; PX 295; PX 297. |
| Vol. XX: | PX 302; PX 304; PX 305; PX 307; PX 308; PX 309; PX 311; PX 318; PX 319; PX 320; PX 321; PX 322; PX 325. |
| Vol. XXI: | PX 326; PX 327; PX 328; PX 332; PX 334; PX 337; PX 340; PX 351; PX 357; PX 363; PX 366. |
| Vol. XXII: | PX 368; PX 369; PX 371; PX 375A; PX 376; PX 380; PX 381. |
| Vol. XXIII: | PX 383; PX 387; PX 391; PX 394; PX 396; PX 397; PX 399; PX 400; PX 404; PX 409; PX 410; PX 411. |
| Vol. XXIV: | PX 413; PX 416; PX 417; PX 418; PX 419; PX 421; PX 423; PX 424; PX 425; PX 426; PX 429; PX 431; PX 433; PX 434; PX 436; PX 441; PX 443; PX 444. |
| Vol. XXV: | PX 448; PX 449; PX 451; PX 452; PX 453; PX 456; PX 459; PX 461; PX 462; PX 463; PX 464; PX 467; PX 468; PX 470; PX 471. |
| Vol. XXVI: | PX 475; PX 476; PX 479; PX 483. |

| | |
|---|---|
| Vol. XXVII: | PX 485; PX 489; PX 492; PX 493; PX 494 part A. |
| Vol. XXVIII: | PX 494 part B. |
| Vol. XXIX: | PX 495; PX 497; PX 500; PX 501; PX 502; PX 503; PX 504; PX 505; PX 508; PX 509; PX 510; PX 511; PX 512; PX 513; PX 514 part A. |
| Vol. XXX: | PX 514 part B. |
| Vol. XXXI: | PX 514 part C. |
| Vol. XXXII: | PX 515; PX 516; PX 517; PX 519; PX 521; PX 522; PX 524; PX 527; PX 528; PX 530; PX 531; PX 535; PX 536; PX 537; PX 538; PX 539; PX 540; PX 541; PX 542; PX 543; PX 544; PX 545; PX 549; PX 555. |
| Vol. XXXIII: | PX 557; PX 559; PX 564; PX 565; PX 566; PX 569; PX 570; PX 571; PX 572; PX 575; PX 579; PX 580; PX 582; PX 583; PX 585; PX 586; PX 590; PX 591; PX 592; PX 593. |
| Vol. XXXIV: | PX 595; PX 596; PX 597; PX 598; PX 598A; PX 600; PX 602. |
| Vol. XXXV: | PX 603; PX 604; PX 604A; PX 604B; PX 607. |
| Vol. XXXVI: | PX 609; PX 611; PX 613; PX 618; PX 619; PX 620; PX 624; PX 625; PX 626; PX 630; PX 631; PX 633; PX 634; PX 636. |
| Vol. XXXVII: | PX 638; PX 639; PX 640; PX 642; PX 644; PX 646; PX 648; PX 649; PX 653; PX 654; PX 655; PX 659; PX 660; PX 665; PX 669; PX 670. |
| Vol. XXXVIII: | PX 672; PX 675; PX 678; PX 680; PX 681; PX 682; PX 683; PX 685; PX 689; PX 691. |
| Vol. XXXIX: | PX 694; PX 695; PX 696; PX 697; PX 699; PX 701; PX 705; PX 707; PX 709; PX 712; PX 713; PX 714; PX 717; PX 720. |
| Vol. XL: | PX 721 part A. |
| Vol. XLI: | PX 721 part B. |
| Vol. XLII: | PX 721 part C. |
| Vol. XLIII: | PX 721 part D. |

| | |
|---|---|
| Vol. XLIV: | PX 722; PX 723; PX 724; PX 727; PX 729; PX 730; PX 732; PX 734; PX 736; PX 737. |
| Vol. XLV: | PX 745; PX 746; PX 752; PX 755; PX 757; PX 762 part A. |
| Vol. XLVI: | PX 762 part B; PX 769; PX 772; PX 780; PX 781; PX 787; PX 791; PX 812; PX 812A. |
| Vol. XLVII: | PX 820; PX 821; PX 822; PX 827; PX 830; PX 831; PX 838; PX 842; PX 845; PX 849; PX 861; PX 869; PX 874; PX 877; PX 878. |
| Vol. XLVIII: | PX 896; PX 898; PX 899; PX 900; PX 901; PX 902; PX 903; PX 904; PX 905; PX 906; PX 907; PX 908; PX 909; PX 910; PX 911; PX 912. |
| Vol. XLIX: | PX 913. |
| Vol. L: | PX 914; PX 915; PX 916; PX 917; PX 918; PX 919; PX 920; PX 921; PX 922; PX 923; PX 924; PX 925; PX 926; PX 927; PX 928; PX 929; PX 930; PX 931; PX 932; PX 933; PX 934; PX 943. |
| Vol. LI: | PX 944; PX 945 part A. |
| Vol. LII: | PX 945 part B; PX 948; PX 955; PX 959; PX 960; PX 961. |
| Vol. LIII: | PX 962; PX 966; PX 968; PX 972; PX 973; PX 974; PX 981; PX 989; PX 991; PX 992. |
| Vol. LIV: | PX 993; PX 994; PX 995. |
| Vol. LV: | PX 997; PX 998; PX 1000; PX 1001; PX 1002; PX 1005; PX 1012; PX 1013; PX 1014; PX 1015; PX 1016. |
| Vol. LVI: | PX 1017; PX 1018; PX 1019; PX 1020; PX 1021; PX 1022; PX 1023; PX 1024; PX 1025; PX 1026. |
| Vol. LVII: | PX 1027; PX 1028; PX 1029. |

2. The following Plaintiff's Demonstrative Exhibits, consisting of 1 volume, including:

PD 1; PD 2; PD 3; PD 4; PD 5; PD 6; PD 7; PD 8; PD 9; PD 10; PD 11; PD 12; PD 13; PD 14; PD 15; PD 16; PD 17; PD 18; PD 19; PD 20; PD 21; PD 22; PD 23; PD 24; PD 25; PD 26; PD 27; PD 28; PD 29; PD 30; PD 31; PD 32; PD 32A; PD 32B; PD 32C; PD 33; PD 35; PD 36; PD 37; PD 38; PD 39; PD 40; PD 41; PD 42; PD 43; PD 53; PD 54; PD 55; PD 56; PD 57; PD 58; PD 59; PD 60; PD 61; PD 62; PD 63; PD 64; PD 65; PD 66; PD 67; PD 68;

PD 69; PD 70; PD 71; PD 72; PD 73; PD 74; PD 75A; PD 75B; PD 75C; PD 75D; PD 76; PD 77; PD 78.

3. The following Defendant's Trial Exhibits, consisting of 19 Vol.s, including:

| | |
|---|---|
| Vol. I: | DX 7; DX 10; DX 23; DX 33; DX 35; DX 40; DX 41; DX 53; DX 64; DX 76.000; DX 76.001; DX 76.003; DX 76.005; DX 76.007; DX 76.008; DX 76.009; DX 76.010; DX 76.011; DX 76.012; DX 76.013; DX 76.014; DX 76.015; DX 76.016; DX 76.017; DX 76.018; DX 76.019; DX 76.020; DX 76.021; DX 76.022; DX 76.023; DX 76.024; DX 76.025; DX 76.026; DX 76.027; DX 76.028; DX 76.029; DX 76.030; DX 76.031; DX 76.032; DX 76.033; DX 76.034; DX 76.035; DX 76.036; DX 76.037; DX 76.038; DX 76.039; DX 76.040; DX 76.041; DX 76.042; DX 76.043; DX 76.044; DX 76.045. |
| Vol. II: | DX 76.046; DX 76.047; DX 76.048; DX 76.049; DX 76.50; DX 76.051; DX 76; 052; DX 76.053; DX 76.055; DX 76.056; DX 76.057; DX 76.058; DX 76.059; DX 76.060; DX 76.061; DX 76.062; DX 76.063; DX 76.064; DX 76.065; DX 76.066; DX 76.067; DX 76.068; DX 76.069; DX 76.070; DX 76.071; DX 76.072; DX 76.073; DX 76.074; DX 76.075; DX 76.076; DX 76.077; DX 76.078; DX 76.079; DX 76.080; DX 76.081; DX 76.082; DX 76.083; DX 76.084; DX 76.085; DX 88. |
| Vol. III: | DX 101. |
| Vol. IV: | DX 105; DX 106. |
| Vol. V: | DX 111; DX 122; DX 125; DX 131; DX 133; DX 134; DX 135; DX 139; DX 141; DX 144; DX 159; DX 160; DX 164; DX 165; DX 174; DX 175; DX 179; DX 187; DX 188; DX 194; DX 202; DX 215. |
| Vol. VI: | DX 217; DX 218; DX 222; DX 225; DX 231; DX 234; DX 247; DX 248. |
| Vol. VII: | DX 249; DX 251; DX 253; DX 254; DX 255; DX 258; DX 274; DX 276; DX 280; DX 282. |
| Vol. VIII: | DX 283. |
| Vol. IX: | DX 283 (cont.); DX 287; DX 290; DX 291; DX 293; DX 297; DX 299. |
| Vol. X: | DX 308; DX 315; DX 322; DX 323; DX 336; DX 344; DX 348; DX 353; DX 359; DX 365; DX 366; DX 372. |

Vol. XI: DX 376; DX 379; DX 381; DX 383; DX 384; DX 389; DX 394; DX 399; DX 406; DX 414; DX 415; DX 416; DX 425; DX 427; DX 434; DX 442; DX 453; DX 459; DX 462; DX 476; DX 481; DX 483; DX 490; DX 497; DX 521; DX 524; DX 525; DX 526; DX 528; DX 529; DX 539; DX 541; DX 549; DX 552; DX 555; DX 561; DX 590; DX 593; DX 605; DX 608; DX 609; DX 613; DX 615; DX 619; DX 629; DX 643; DX 647; DX 650; DX 653.

Vol. XII: DX 653 (cont.).

Vol. XIII: DX 653 (cont.); DX 657; DX 682; DX 683; DX 688; DX 701; DX 707; DX 708; DX 711; DX 712; DX 718.

Vol. XIV: DX 719; DX 721; DX 725; DX 729; DX 733; DX 739; DX 740; DX 742; DX 743; DX 749; DX 755; DX 760; DX 762; DX 779; DX 788; DX 792; DX 794; DX 797; DX 815; DX 819; DX 820; DX 822; DX 833; DX 851; DX 861; DX 862; DX 871; DX 873; DX 879.

Vol. XV: DX 882; DX 889; DX 891A; DX 915; DX 918; DX 919; DX 934; DX 936; DX 940; DX 947; DX 950; DX 951; DX 954; DX 956; DX 957; DX 959; DX 960; DX 962; DX 963; DX 970A; DX 972; DX 976; DX 976A; DX 977; DX 978A; DX 979; DX 981; DX 985A; DX 986; DX 988; DX 998; DX 999; DX 1003; DX 1005; DX 1013; DX 1018.

Vol. XVI: DX 1027; DX 1028; DX 1031; DX 1032; DX 1039; DX 1054; DX 1056; DX 1059; DX 1060; DX 1064; DX 1065; DX 1066; DX 1067; DX 1068; DX 1069; DX 1075; DX 1079; DX 1081; DX 1083; DX 1085; DX 1086; DX 1088; DX 1089; DX 1094; DX 1095; DX 1096; DX 1099; DX 1100; DX 1106; DX 1108; DX 1110; DX 1115; DX 1122; DX 1125; DX 1127; DX 1131; DX 1136; DX 1139; DX 1142; DX 1144; DX 1147; DX 1149; DX 1151; DX 1158; DX 1163; DX 1170; DX 1171; DX 1172; DX 1175; DX 1184; DX 1185; DX 1190; DX 1191.

Vol. XVII: DX 1203; DX 1204; DX 1213; DX 1232; DX 1242; DX 1249; DX 1262; DX 1278; DX 1279; DX 1295; DX 1298; DX 1305; DX 1306; DX 1307; DX 1328; DX 1331; DX 1332; DX 1339; DX 1340; DX 1342; DX 1345.

Vol. XVIII: DX 1351; DX 1355; DX 1359; DX 1362; DX 1363; DX 1365; DX 1366; DX 1367; DX 1368; DX 2000; DX 2001.

Vol. XIX: DX 2003; DX 2004.

4. The following Defendant's Demonstrative Exhibits, consisting of 1 Vol., including:

DD1; DD2; DD3; DD4; DD5; DD6; DD7; DD8; DD9; DD10; DD11; DD12; DD13.

Those exhibits not listed above are withdrawn from the record. If the parties have not already done so, they should now provide one set of final exhibits to the Office of the Clerk of the Court for inclusion in the record.

**IT IS SO ORDERED.**

s/**SUSAN G. BRADEN**
**Judge**