# In the United States Court of Federal Claims

No. 98-488C
Filed: April 10, 2006

| | |
|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT, | |
| Plaintiff, | |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

**ORDER**

A telephone status conference will be held on Tuesday, May 16, 2006 at 2:00pm, E.D.T.

**IT IS SO ORDERED.**

s/**SUSAN G. BRADEN**
**Judge**