# In the United States Court of Federal Claims

No. 98-488C
Filed: May 16, 2006

```
************************************
                                   *
SACRAMENTO MUNICIPAL UTILITY       *
DISTRICT,                          *
                                   *
        Plaintiff,                 *
                                   *
v.                                 *
                                   *
THE UNITED STATES,                 *
                                   *
        Defendant.                 *
                                   *
************************************
```

**ORDER**

The court will convene a telephone status conference **on Tuesday, June 27, 2006, at 2:00pm, E.D.T.**

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**