PX 7, 10, 12, 14, 15, 17, 25, 28, 29, 30, 32, 37, 39, 40, 44, 45, 47, 48, 50, 51, 52, 54, 56, 57, 58, 59, 60, 61, 62, 68, 69, 70, 71, 73, 75, 76, 78, 80, 82, 86, 89, 90, 91, 93, 94, 97, 98, 109, 110, 111, 112, 113, 116, 117, 118, 119, 120, 121, 122, 128, 142, 143, 144, 145, 146, 154, 156, 159, 167, 168, 169, 170, 173, 175, 176, 179, 181, 183, 184, 185, 186, 187, 188, 189, 190, 192, 194, 195, 197, 199, 201, 203, 207 208, 211, 212, 216, 217, 220, 222, 223, 224, 229, 231, 232, 233, 234, 235, 236, 237, 239, 242, 243, 245, 246, 249, 250, 251, 253, 254, 255, 258, 259, 261, 262, 265, 267, 269, 269A, 272, 274, 276, 277, 278, 279, 280, 281, 282, 283, 286, 287, 291, 294, 295, 297, 302, 304, 305, 307, 308, 309, 311, 318, 319, 320, 321, 322, 325, 326, 327, 328, 332, 334, 337, 340, 351, 357, 363, 366, 368, 369, 371, 375A, 376, 380, 381, 383, 387, 391, 394, 396, 397, 399, 400, 404, 409, 410, 411, 413, 416, 417, 418, 419, 421, 423, 424, 425, 426, 429, 431, 433, 434, 436, 441, 443, 444, 448, 449, 451, 452, 453, 456, 459, 461, 462, 463, 464, 467, 468, 470, 471, 475, 476, 479, 483, 485, 489, 492, 493, 494, 495, 497 500, 501, 502-505, 508-517, 519, 521, 522, 524, 527, 528, 530, 531, 535-575, 590-593, 595-598, 598A, 600, 602, 603, 604, 604A, 604B, 607, 609, 611, 613, 618, 619, 620, 624-626, 630, 631, 633, 634, 636, 638, 639, 640, 642, 644, 646 648, 649, 653, 654-655, 659, 660, 665, 669, 670, 672, 675, 678, 680, 681, 682, 683, 685, 689, 691, 694, 695, 696, 697, 699, 701, 705, 707, 709, 712, 713, 714, 717, 720, 721, 722, 723, 724, 727, 729, 730, 732, 734, 736, 737, 745, 746, 752, 755, 757, 762, 769, 772, 780, 781, 787, 791, 812, 812A, 820-822, 827, 830, 831, 838, 845, 849, 861, 869, 874, 877, 878, 896, 898, 899-934, 943-945, 948, 955, 959, 960, 961, 962, 966, 968, 972, 973, 974, 981, 989, 991-995, 997, 998, 1000-1002, 1005, 1012-1029

DX - 7, 10, 23, 33, 35, 40, 41, 53, 64, 76, 76.001, 76.003, 76.005, 76.007, 76.008-76.053, 76.055-76.085, 88, 101, 105, 106, 111, 122, 125, 131, 133, 134, 135, 139, 141, 144, 159, 160, 164, 165, 174, 175, 179, 187, 188, 194, 202, 215, 217, 218, 222, 225, 231, 234, 247, 248, 249, 251, 253, 254, 255, 258, 274, 276, 280, 282, 283, 287, 290, 291, 293, 297, 299, 308, 315, 322, 323, 336, 344, 348, 353, 359, 365, 366, 372, 376, 379 381, 383, 384, 387, 406, 414, 415, 416, 427, 434, 442, 453, 459, [illegible]

DX - (cont'd) 481, 483, 490, 497, 521, 524, 525, 526, 528, 529, 539, 541, 549,
552, 555, 561, 590, 593, 605, 608, 609, 613, 615, 619, 629, 643, 647, 650, 655,
657, 682, 683, 688, 701, 707, 708, 711, 712, 718, 719, 721, 725, 729, 733, 739,
740, 742, 743, 749, 755, 760, 762, 779, 788, 792, 794, 797, 815, 819, 820,
822, 833, 851, 861, 862, 871, 873, 879, 882, 889, 892A, 915, 918, 919, 934, 936,
940, 947, 950, 951, 954, 956, 957, 959, 960, 962, 963, 970, 972, 976, 976A, 977,
978A, 979, 981, 985A, 986, 988, 998, 999, 1003, 1005, 1013, 1018, 1027, 1028,
1031, 1032 1039, 1054, 1056, 1059, 1060, 1064, 1065-1069, 1075, 1079, 1051, 1083,
1085, 1086, 1088, 1089, 1094, 1095, 1096, 1099, 1100, 1106, 1108, 1110, 1115, 1122, 1125,
1127, 1131, 1136, 1139, 1142, 1144, 1147, 1149, 1151, 1158, 1163, 1170, 1171, 1172, 1175,
1184, 1185, 1190, 1191, 1203, 1204, 1213, 1232, 1242, 1249, 1262, 1278, 1279, 1295,
1298, 1305, 1306, 1307, 1328, 1331, 1332, 1339, 1340, 1342, 1345, 1351, 1355,
1359, 1362, 1363, 1365, 1366, 1367, 1368, 2000, 2001, 2003, 2004