# In the United States Court of Federal Claims

No. 98-488C
Filed: June 28, 2006

************************************
SACRAMENTO MUNICIPAL UTILITY DISTRICT,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
************************************

## SCHEDULING ORDER

On March 31, 2006, the court held that Plaintiff is entitled to damages for the Government's partial breach, but only for certain costs incurred from May 15, 1997 to December 31, 2003. *See Sacramento Mun. Power Dist.* v. *United States*, 70 Fed. Cl. 332 (2006). On March 31, 2006, the court also issued an Order Requesting Supplemental Expert Testimony, directing the parties to submit five tables (Tabes A-E).

Pursuant to the June 27, 2006 status conference and agreement of the parties, the court enters the following scheduling order:

1. The parties will file Tables A, D, & E, as referenced in the Order Requesting Supplemental Expert Testimony, and any supporting explanation **on or before July 7, 2006**.

2. The parties will file Tables B & C, as referenced in the Order Requesting Supplemental Expert Testimony, and any supporting explanation **on or before July 21, 2006**.

3. The court will convene an evidentiary hearing **on August 23 & 24, 2006, at 10:00 am**, at the National Courts Building, 717 Madison Place N.W., Washington, D.C. 20005.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**