IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 98-488 C<br><br>(Judge Braden) |

**JOINT FILING OF TABLES A, D, AND E**

Pursuant to the Court's Order Requesting Supplemental Expert Testimony dated March 31, 2006, and the Court's Scheduling Order dated June 28, 2006, plaintiff Sacramento Municipal Utility District ("SMUD") and defendant, the United States, jointly file the attached Tables A, D, and E.

Table A includes a summary of costs by the categories listed in PX 1000 ¶20 for each of the following periods: January 1, 1992 through April 30, 1997; May 1, 1997 through May 31, 1997; June 1, 1997 through October 31, 1999; and November 1, 1999 through December 31, 2003. April 30, 1997 is used as an ending date instead of May 14, 1997, and May 1, 1997 is used as a starting date instead of May 15, 1997, because the cost data for May of 1997 includes only the month and year and not the day. Labor includes only the costs attributable to the 16 employees identified in footnote 41 on page 64 of the Court's Memorandum Opinion and Order dated March 31, 2006. Because there was no dispute at trial regarding inclusion of SMUD's indirect labor costs for the period before November 1, 1999, Table A includes such a category but limits it to the 16 employees identified by the Court.

Table D specifies by period the costs attributable to one-twenty-second of the cost to construct the independent spent fuel storage installation (or ISFSI), and Table E specifies by period the costs attributable to on-site drop testing by Packaging Technologies and Vectra. These Tables do not include cost data from other Tables because Tables B and C are not yet final. The parties anticipate filing a cumulative Table that incorporates the results of Tables A, B, C, D, and E on or before July 21, 2006.

Tables A, D, and E reflect the joint current position of the parties. However, the parties are continuing to discuss the possibility of several adjustments to the costs specified in Tables A and E. The parties anticipate filing any such adjustments on or before July 21, 2006.

Dated the 7th day of July 2006.

Respectfully submitted,

/s/ Howard N. Cayne
Howard N. Cayne
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5656

Counsel of Record for
Plaintiff Sacramento Municipal Utility District

Of Counsel:
David S. Neslin
Timothy R. Macdonald
ARNOLD & PORTER LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
(303) 863-1000

Of Counsel:

ALAN J. LO RE
Senior Trial Counsel

JOSHUA E. GARDNER
SCOTT R. DAMELIN
Trial Attorneys

s/Russell A. Shultis
RUSSELL A. SHULTIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6288

Attorneys for Defendant

CERTIFICATE OF FILING

I certify that I caused a copy of the foregoing **JOINT FILING OF TABLES A, D, AND E** to be filed electronically through the Court of Federal Claims Case Management/ Electronic Case Filing System on July 7, 2006. I understand that all parties may access the filing through the Court's CM/ECF System, including:

Harold D. Lester, Jr.
Russell A. Shultis
Commercial Litigation Branch, Civil Division
Attention: Classification Unit, 8th Floor
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

s/ Timothy R. Macdonald