**Sacramento Municipal Utility District v. The United States**
**Table D: Costs Attributable to Construct the ISFSI**

| | 1/1/92 - 4/30/97 [1] | 5/1/97 - 5/31/97 [1] | 6/1/97 - 10/31/99 | 11/1/99 - 12/31/03 | Total |
|---|---|---|---|---|---|
| **1/22 of Adjusted Total Costs** | $ 86,220 | $ 1,932 | $ 4,587 | $ 31 | $ 92,771 |

**Notes:**
[1] The Court's March 31, 2006 Order Requesting Supplemental Expert Testimony specifies the time periods 1/1/92 - 5/14/97 and 5/15/97 - 5/31/97.
FMIS data (all data prior to 11/1/99) does not include the month, day and year of each charge (FMIS only provides the month and year of each charge).
Therefore, a month end cut off at April 30 and May 31 was used.

DRAFT