**Sacramento Municipal Utility District v. The United States**
**Table E: Vectra and Packaging Technologies Invoices re On Site Drop Testing**

| | 1/1/92 - 4/30/97 [1] | 5/1/97 - 5/31/97 [1] | 6/1/97 - 10/31/99 | 11/1/99-12/31/03 | Total |
|---|---|---|---|---|---|
| Vectra Invoices | $ 799,888 | $ - | $ - | $ - | $ 799,888 |
| Packaging Technologies | 166,168 | 4,349 | 754,057 | - | 924,574 |
| **Total** | **$ 966,056** | **$ 4,349** | **$ 754,057** | **$ -** | **$ 1,724,462** |

**Notes:**

[1] The Court's March 31, 2006 Order Requesting Supplemental Expert Testimony specifies the time periods 1/1/92 - 5/14/97 and 5/15/97 - 5/31/97. FMIS data (all data prior to 11/1/99) does not include the month, day and year of each charge (FMIS only provides the month and year of each charge). Therefore, a month end cut off at April 30 and May 31 was used.

DRAFT