**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 98-488C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S FILING OF TABLES A, B AND C**

Pursuant to the Court's Order, dated June 28, 2006, defendant, the United States, hereby files the attached Summary Table and Tables A, B and C regarding the damages claim of plaintiff, Sacramento Municipal Utility District ("SMUD"), in the above-captioned matter. The enclosed tables reflect the differences between the parties regarding those tables.[1] In addition, the Government continues to object to plaintiff's submission of post-trial testimony because such testimony constitutes a re-opening of the record after SMUD has failed to meet its burden of proof in its case in chief at trial.

[1] Although the parties filed a joint submission of Tables A, D and E on July 7, 2006, on July 20, 2006, plaintiff provided us a revised Table A which increased SMUD's claim by approximately $2.6 million based upon a re-calculation of labor costs. The Government objects to this action on the grounds that is an improper motion for reconsideration prior to the Court's final order and violates the Court's March 31, 2006 finding that SMUD is only entitled to labor costs for those employees who spent a majority of their time on SMUD's dry storage project. See Sacramento Mun. Util. Dist. v. United States, 70 Fed. Cl. 332, 376 (2006). In addition, the Government requests that the Court permit the Government to file a substantive response to SMUD's proposed adjustment to Table A by July 28, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Russell Shultis
RUSSELL A. SHULTIS
Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

JOSHUA E. GARDNER
SCOTT R. DAMELIN
Trial Counsel

July 21, 2006

CERTIFICATE OF FILING

I hereby certify that on this 21st day of July, 2006, a copy of foregoing "DEFENDANT'S FILING OF TABLES A, B AND C" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Joshua E. Gardner