**Sacramento Municipal Utility District v. United States**
**Fed. Cl. No. 98-488C**
**Rancho Seco Spent Nuclear Fuel**

**Summary of Government's Adjusted Damages per Court's Order Dated March 31, 2006**

| **Description** | **Total** |
|---|---|
| Total Damages Presented at Trial | $ 78,558,211 |
| | |
| Table A Adjustments to Damages | $ (28,829,938) |
| Stipulated Adjustments to Table A | $ (6,514) |
| Claim Value after Table A Adjustments | $ 49,721,759 |
| | |
| Table B Adjustments to Damages | $ (15,219,032) |
| Claim Value after Table B Adjustments | $ 34,502,727 |
| | |
| Table C Adjustments to Damages | $ (12,566,244) |
| Claim Value after Table C Adjustments | $ 21,936,483 |
| | |
| Table D Adjustments to Damages | $ (4,618) |
| Claim Value after Table D Adjustments | $ 21,931,865 |
| | |
| Table E Adjustments to Damages | $ (754,057) |
| Claim Value after Table E Adjustments | $ 21,177,808 |
| | |
| Other Costs from Court's Order Dated March 31, 2006 | |
| Spent Fuel Building Upgrade | $ (450,000) |
| PCC Loan Workout Agreement | (500,000) |
| Wet Pool Cost Savings | (4,196,360) |
| Total Other Costs | $ (5,146,360) |
| | |
| **Government's Adjusted Damages per Court's Order Dated March 31, 2006** | **$ 16,031,448** |

**Notes:**

\1 As prepared by Stephen J. Kiraly.

\2 Tables A, D, and E were submitted on July 7, 2006. On July 20, 2006, SMUD indicated that it intends to make an adjustment to the labor costs in Table A, increasing SMUD's net claim by $2.6 million.

**Sacramento Municipal Utility District v. United States**
**Fed. Cl. No. 98-488C**
**Rancho Seco Spent Nuclear Fuel**

**Table A**

## Table A
**Net Claim Based on Court's Opinion and Removal of Pre-5/15/97 Costs**

| Description | Costs Excluded Based on Court's Order Regarding Pre-5/15/97 Costs 01/01/92 - 04/30/97 | 05/01/97 - 05/31/97 | Subtotal | Post-5/15/97 Costs Remaining Based on Court's Order 06/01/97 - 10/31/99 | 11/01/99 - 12/31/03 | Subtotal | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| Total Claim | $ 19,459,089 | $ (111,659) | $ 19,347,430 | $ 13,045,831 | $ 46,164,950 | $ 59,210,781 | | $ 78,558,211 | |
| Table A | | | | | | | | | |
| Less: Total Labor | $ (3,306,969) | $ (74,579) | $ (3,381,548) | $ (1,993,535) | $ (8,436,957) | $ (10,430,492) | | $ (13,812,040) | |
| Less: Total Indirect Labor | (1,675,258) | (40,939) | (1,716,197) | (899,565) | (1,933,088) | (2,832,653) | | (4,548,850) | |
| Plus: Labor "16 Employees" | 1,042,293 | 37,223 | 1,079,516 | 1,039,812 | 2,522,889 | 3,562,701 | \2 | 4,642,217 | |
| Plus: Indirect Labor "16 Employees" | 586,550 | 19,216 | 605,766 | 503,399 | - | 503,399 | \3 | 1,109,165 | |
| Total Labor Adjustment | (3,353,384) | (59,079) | (3,412,463) | (1,349,889) | (7,847,156) | (9,197,045) | \4 | (12,609,508) | |
| Less: Corporate Allocation | (377,262) | (14,197) | (391,459) | (285,463) | - | (285,463) | | (676,922) | |
| **Adjusted Claim** | **$ 15,728,443** | **$ (184,935)** | **$ 15,543,508** | **$ 11,410,479** | **$ 38,317,794** | **$ 49,728,273** | | **$ 65,271,781** | \1 |

**Notes:**
\1 Per Brinig Table A as presented to the court.
\2 SMUD proposed changes to Table A would increase this number from $3.56 million to $6.01 million.
\3 SMUD proposed changes to Table A would increase this number from $503,000 to $714,000.
\4 Does not yet include adjustments due to exclusion of labor associated with dual-purpose activities.

**Table B**

**Sacramento Municipal Utility District v. United States**
**Fed. Cl. No. 98-488C**
**Rancho Seco Spent Nuclear Fuel**

**Table B**
**Removal of Transportable Features of the Dual-Purpose Dry Fuel Storage System**

| Description | 06/01/97 - 10/31/99 | 11/01/99 - 12/31/03 | Total Government Adjustment | | Total SMUD Adjustment | Difference |
|---|---|---|---|---|---|---|
| Transportable Features of Dry Fuel Storage System | | | | | | |
| Costs in Mr. Kiraly's Expert Report | $ (2,942,956) | $ (10,878,248) | $ (13,821,203) | \1 | $ (1,407,241) | $ 12,413,962 |
| Other Transportable Features Costs: | | | | | | |
| Hartford Steam Boiler Inspection & Insurance Company Costs on Contract #H918 | (70,831) | (691,168) | (761,999) | \2 | - | 761,999 |
| Duke Engineering Costs on Contract #H573 | (452,622) | (24,374) | (476,996) | \3 | - | 476,996 |
| Orrick, Herrington & Sutcliffe Costs | - | (79,619) | (79,619) | \4 | - | 79,619 |
| Bright & Brown Costs | - | (46,347) | (46,347) | \5 | - | 46,347 |
| Other Suppliers Costs on Brinig Table B3 | - | (32,868) | (32,868) | \6 | (32,868) | - |
| Total Transportable Features of Dry Fuel Storage System | $ (3,466,409) | $ (11,752,624) | $ (15,219,032) | \7 | $ (1,440,109) | $ 13,778,924 |

**Notes:**

\1 The Government presented evidence at trial regarding the value of the “dual-purpose” transportable features of the dry storage system as they related to Vectra and Transnuclear. I priced the damages based on support and information provided by Jerry Burford of Watkins Consulting, Inc., whom the Court qualified as an expert in, among other things, the management of nulear capital projects, and claim preparation (see 3/31/06 Opinion at page 50, footnote 34). See Stephen Kiraly expert report dated 11/22/04 (Bates: EXS 0060119 – 0060141). See Exhibit E-1-i to Stephen Kiraly Expert report at EXS 0050092-0050108. The costs for Vectra and Transnuclear, as presented on Kiraly Expert Report Exhibit E-1-i are presented below.

| Description | Pre-5/97 | 6/97 - 10/99 | 11/99 - 12/03 | Total |
|---|---|---|---|---|
| Vectra | $ 3,217,330 | $ 168,414 | $ - | $ 3,385,744 |
| TNW | - | 2,774,542 | 10,878,248 | 13,652,789 |
| **Totals** | **$ 3,217,330** | **$ 2,942,956** | **$ 10,878,248** | **$ 17,038,533** |

\2 Hartford Steam Boiler Inspection & Insurance Company provided quality assurance/quality control (QA/QC) for a system with both storage and transportable features, so costs would have been spent to monitor the fabrication of the transportable features. I have seen no evidence in the record that would allow an identification or isolation of the costs for QA/QC of the transportable features. Therefore, I question the claimed amount for the costs recorded to Contract #H917 totaling $761,999.

\3 Duke Engineering agreed to Contract #H573 with SMUD to provide engineering and technical personnel to support the MP-187 transportation cask. I understand that the MP-187 relates to the off-site transportation of spent nuclear fuel, therefore I question the inclusion of the Duke Engineering costs in SMUD's claim. The accounting records provided to the Government indicate that Duke costs for Contract #H573 totaled $476,996.

\4 Orrick, Herrington & Sutcliffe provided legal services regarding the loan workout agreement between SMUD and PCC. PCC fabricated the dual-purpose canisters licensed for the transportation of spent nuclear fuel. I have seen no evidence in the record that would allow an identification or isolation of the legal costs related to the transportable features. Therefore, I question the entire $69,380 in legal fees.

\5 Bright & Brown provided legal services related to the administration of TNW contract #E776A. TNW was the contractor providing the dual-purpose system to SMUD. I have seen no evidence in the record that would allow an identification or isolation of the legal costs related to the transportable features. Therefore, I question the entire $46,347 in legal fees.

\6 These costs relate to amounts questioned by Brinig on his Table B-3.

\7 Adjustments do not include the SMUD internal labor associated with the dual-purpose activities, including any shift of some of the "16 employees" to a level below 50%.

**Table C**

**Sacramento Municipal Utility District v. United States**
**Fed. Cl. No. 98-488C**
**Rancho Seco Spent Nuclear Fuel**

**Table C**
**Removal of Costs Attributable to Contracts, Leases, or Other Legal Obligations Executed Prior to 5/15/97**

| Description | 06/01/97 - 10/31/99 | 11/01/99 - 12/31/03 | Total Government Adjustment | Total SMUD Adjustment | Difference |
|---|---|---|---|---|---|
| Costs for Obligations Executed Prior to 5/15/97 | | | | | |
| WW Grainger | $ (509) | $ - | $ (509) | $ (509) | $ - |
| Lehigh Testing Laboratories | (1025) | - | (1,025) | (1,025) | - |
| Packaging Technology | - | - | - | (9,866) | (9,866) \3 |
| Vectra | (1,149,366) | - | (1,149,366) \1 | (167,835) | 981,531 |
| Transnuclear West | (2,826,621) | (8,588,723) | (11,415,344) \2 | - | 11,415,344 |
| Total Transportable Features of Dry Fuel Storage System | $ (3,977,521) | $ (8,588,723) | $ (12,566,244) | $ (179,235) | $ 12,387,009 |

**Notes:**

\1 Some of the Vectra costs were removed in Table B, therefore, the remaining amounts are removed on this table.

| Description | Amount |
|---|---|
| Total Vectra Costs Recorded After 5/15/97 | $ 1,317,780 |
| Less: Costs Included on Table B | (168,414) |
| **Net Vectra Costs Recorded After 5/15/97** | **$ 1,149,366** |

\2 Some of the TNW costs were removed in Table B, therefore, the remaining amounts are removed on this table.

| Description | 6/97 - 10/99 | 11/99 - 12/03 | Amount |
|---|---|---|---|
| Total TNW Costs Recorded After 5/15/97 | $ 5,601,163 | $ 19,466,971 | $ 25,068,134 |
| Less: Costs Included on Table B | (2,774,542) | (10,878,248) | (13,652,789) |
| **Net TNW Costs Recorded After 5/15/97** | **$ 2,826,621** | **$ 8,588,723** | **$ 11,415,344** |

\3 Amount is included on Table E, i.e., the Brinig adjustment would remove the amount for a second time.