**Sacramento Municipal Utility District v. The United States**
**Stipulated Adjustments to Table A**

| | 1/1/92 - 4/30/97 | 5/1/97 - 5/31/97 | 6/1/97 - 10/31/99 | 11/1/99-12/31/03 | Total |
|---|---|---|---|---|---|
| Harriet Anderson [1] | $ - | $ - | $ - | $ 4,139 [1] | $ 4,139 |
| Packaging Technology [2] | - | - | - | 2,375 [2] | 2,375 |
| **Total** | **$ -** | **$ -** | **$ -** | **$ 6,514** | **$ 6,514** |

**Notes:**

[1] This reflects costs charged by Harriet Anderson that SMUD has determined were not attributable to the dry storage project.

[2] This reflects additional costs charged by Packaging Technology for on site drop testing that were not included in Table E.