**Sacramento Municipal Utility District v. The United States**
**Proposed Modification to Labor Costs in Table A**

| | 6/1/97 - 10/31/99 | 11/1/99 - 12/31/03 | | Total Costs |
|---|---|---|---|---|
| Labor "37 Employees" [1] | - | 6,007,701 | [2] | 6,007,701 |
| Indirect Labor re "37 Employees" [1] | 713,681 | - | [3] | 713,681 |
| **Total Costs** | **$ 713,681** | **$ 6,007,701** | | **$ 6,721,383** |

**Notes:**

[1] This category differs from that set forth in the version of Table A that was previously filed on July 7, 2006 because the direct and indirect categories have been adjusted to include costs attributable to the 37 Employees who charged a majority of their time to the dual purpose dry storage project during the period from June 1, 1997 through December 31, 2003. The July 7, 2006 Table A included direct and indirect labor attributable to the 16 Employees who charged a majority of their time to the dual purpose dry storage project during the period from January 1, 1992 through December 31, 2003.

[2] Includes direct labor for the 37 Employees for the entire time period from June 1, 1997 through December 31, 2003.

[3] Includes indirect labor for the 37 Employees from June 1, 1997 through October 31, 1999.