# Exhibit 1

Written Direct Testimony of Brian P. Brinig Related to
Proposed Modification to Labor Costs in Table A
*SMUD v. USA* 98-488c

**Sacramento Municipal Utility District v. The United States**
**Exhibit 1 to Written Direct Testimony re Proposed Modification to Labor Costs in Table A**

**June 1, 1997 - December 31, 2003**

| A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | HOURS AND DOLLARS CHARGED TO NON CLAIMED WORKORDERS | | | | | HOURS AND DOLLARS CHARGED TO CLAIMED WORKORDERS | | | | | |
| | | Direct Labor | | Indirect Labor from FMIS Period Only | Total | | Direct Labor | | Indirect Labor from FMIS Period Only | Total | | PERCENT OF CLAIMED HOURS TO TOTAL HOURS |
| Item No. | Employee No. | No. of Hours | Dollars | Dollars | No. of Hours | Dollars | No. of Hours | Dollars | Dollars | No. of Hours | Dollars | |
| 1 | 1690 | - | $ - | $ - | - | $ - | 5.00 | $ 273.40 | $ - | 5.00 | $ 273.40 | 100.00% |
| 2 | 1739 | - | $ - | $ - | - | $ - | 313.00 | $ 7,903.49 | $ 4,273.34 | 313.00 | $ 12,176.83 | 100.00% |
| 3 | 1751 | 4,536.50 | $ 147,357.23 | $ 38,434.47 | 4,536.50 | $ 185,791.70 | 5,935.00 | $ 251,077.14 | $ 8,737.33 | 5,935.00 | $ 259,814.47 | 56.68% |
| 4 | 1802 | 2,434.50 | $ 108,442.57 | $ 506.24 | 2,434.50 | $ 108,948.81 | 6,482.50 | $ 270,480.02 | $ 15,069.51 | 6,482.50 | $ 285,549.53 | 72.70% |
| 5 | 1844 | - | $ - | $ - | - | $ - | 9.00 | $ 422.28 | $ - | 9.00 | $ 422.28 | 100.00% |
| 6 | 2149 | 2,500.75 | $ 102,211.68 | $ 335.30 | 2,500.75 | $ 102,546.98 | 5,677.25 | $ 214,347.43 | $ 3,939.11 | 5,677.25 | $ 218,286.54 | 69.42% |
| 7 | 2281 | 629.00 | $ 22,719.70 | $ 310.14 | 629.00 | $ 23,029.84 | 5,922.50 | $ 222,126.40 | $ 3,302.66 | 5,922.50 | $ 225,429.06 | 90.40% |
| 8 | 2799 | 1,578.00 | $ 89,911.13 | $ 7,221.89 | 1,578.00 | $ 97,133.02 | 6,616.00 | $ 334,693.32 | $ 82,452.25 | 6,616.00 | $ 417,145.57 | 80.74% |
| 9 | 3141 | 110.00 | $ 2,764.30 | $ 1,492.48 | 110.00 | $ 4,256.78 | 140.00 | $ 3,643.85 | $ 1,806.80 | 140.00 | $ 5,450.65 | 56.00% |
| 10 | 3359 | 3,038.00 | $ 129,581.41 | $ 10,109.15 | 3,038.00 | $ 139,690.56 | 6,108.00 | $ 255,124.41 | $ 11,094.77 | 6,108.00 | $ 266,219.18 | 66.78% |
| 11 | 3505 | 3,332.50 | $ 215,339.35 | $ 206.34 | 3,332.50 | $ 215,545.69 | 4,392.00 | $ 264,762.58 | $ 53.26 | 4,392.00 | $ 264,815.84 | 56.86% |
| 12 | 3663 | 3,237.75 | $ 161,679.24 | $ 3,808.93 | 3,237.75 | $ 165,488.17 | 6,059.50 | $ 286,999.11 | $ 51,014.85 | 6,059.50 | $ 338,013.96 | 65.18% |
| 13 | 3694 | - | $ - | $ - | - | $ - | 16.50 | $ 843.81 | $ - | 16.50 | $ 843.81 | 100.00% |
| 14 | 3890 | 815.50 | $ 28,185.74 | $ 8,768.39 | 815.50 | $ 36,954.13 | 1,495.00 | $ 76,656.94 | $ - | 1,495.00 | $ 76,656.94 | 64.70% |
| 15 | 3953 | - | $ - | $ - | - | $ - | 6.00 | $ 281.52 | $ - | 6.00 | $ 281.52 | 100.00% |
| 16 | 4114 | - | $ - | $ - | - | $ - | 24.00 | $ 1,166.40 | $ - | 24.00 | $ 1,166.40 | 100.00% |
| 17 | 4318 | 2,429.00 | $ 104,109.99 | $ 590.63 | 2,429.00 | $ 104,700.62 | 5,891.00 | $ 254,483.28 | $ 6,585.12 | 5,891.00 | $ 261,068.40 | 70.81% |
| 18 | 4475 | 4,618.50 | $ 165,465.42 | $ 34,914.29 | 4,618.50 | $ 200,379.71 | 6,218.50 | $ 261,864.56 | $ 11,177.46 | 6,218.50 | $ 273,042.02 | 57.38% |
| 19 | 4532 | - | $ - | $ - | - | $ - | 40.00 | $ 474.00 | $ - | 40.00 | $ 474.00 | 100.00% |
| 20 | 4761 | 4,984.50 | $ 267,945.55 | $ 44,723.39 | 4,984.50 | $ 312,668.94 | 5,347.75 | $ 273,895.45 | $ 48,541.07 | 5,347.75 | $ 322,436.52 | 51.76% |
| 21 | 4836 | - | $ - | $ - | - | $ - | 18.00 | $ 1,009.26 | $ - | 18.00 | $ 1,009.26 | 100.00% |
| 22 | 5020 | - | $ - | $ - | - | $ - | 278.00 | $ 6,998.74 | $ 3,778.67 | 278.00 | $ 10,777.41 | 100.00% |
| 23 | 5113 | - | $ - | $ - | - | $ - | 8.00 | $ 382.80 | $ - | 8.00 | $ 382.80 | 100.00% |
| 24 | 5121 | - | $ - | $ - | - | $ - | 16.00 | $ 765.60 | $ - | 16.00 | $ 765.60 | 100.00% |
| 25 | 5613 | 1,068.50 | $ 50,355.58 | $ 16.42 | 1,068.50 | $ 50,372.00 | 7,041.75 | $ 395,903.76 | $ 11,961.96 | 7,041.75 | $ 407,865.72 | 86.83% |
| 26 | 5801 | 13.00 | $ 509.24 | $ 116.56 | 13.00 | $ 625.80 | 591.00 | $ 23,064.36 | $ 13,529.35 | 591.00 | $ 36,593.71 | 97.85% |
| 27 | 6072 | 3,184.25 | $ 158,437.38 | $ 18,889.94 | 3,184.25 | $ 177,327.32 | 5,402.25 | $ 313,864.24 | $ 13,176.02 | 5,402.25 | $ 327,040.26 | 62.92% |
| 28 | 6073 | - | $ - | $ - | - | $ - | 4.00 | $ 108.19 | $ 64.90 | 4.00 | $ 173.09 | 100.00% |
| 29 | 6075 | - | $ - | $ - | - | $ - | 89.00 | $ 2,229.47 | $ 1,220.20 | 89.00 | $ 3,449.67 | 100.00% |
| 30 | 6674 | 3,132.00 | $ 193,824.93 | $ 2,301.50 | 3,132.00 | $ 196,126.43 | 4,816.00 | $ 264,674.58 | $ 29,314.44 | 4,816.00 | $ 293,989.02 | 60.59% |
| 31 | 6730 | 123.00 | $ 7,028.96 | $ 248.03 | 123.00 | $ 7,276.99 | 3,879.00 | $ 181,279.87 | $ 92,514.98 | 3,879.00 | $ 273,794.85 | 96.93% |
| 32 | 7793 | 94.00 | $ 2,293.76 | $ 1,336.27 | 94.00 | $ 3,630.03 | 1,452.00 | $ 35,861.94 | $ 20,144.81 | 1,452.00 | $ 56,006.75 | 93.92% |
| 33 | 7911 | 70.00 | $ 2,881.01 | $ 386.04 | 70.00 | $ 3,267.05 | 7,868.00 | $ 413,282.60 | $ 37,438.26 | 7,868.00 | $ 450,720.86 | 99.12% |
| 34 | 8499 | 522.00 | $ 8,557.14 | $ 4,858.37 | 522.00 | $ 13,415.51 | 995.00 | $ 16,319.34 | $ 9,269.94 | 995.00 | $ 25,589.28 | 65.59% |
| 35 | 9436 | 1,375.00 | $ 86,899.57 | $ 1,643.30 | 1,375.00 | $ 88,542.87 | 7,790.75 | $ 433,664.32 | $ 65,717.24 | 7,790.75 | $ 499,381.56 | 85.00% |
| 36 | 9647 | 2,670.00 | $ 169,330.56 | $ 732.87 | 2,670.00 | $ 170,063.43 | 8,836.00 | $ 455,117.28 | $ 82,311.62 | 8,836.00 | $ 537,428.90 | 76.79% |
| 37 | 9850 | 2,112.00 | $ 134,727.55 | $ 1,195.12 | 2,112.00 | $ 135,922.67 | 9,388.50 | $ 481,655.63 | $ 85,191.26 | 9,388.50 | $ 566,846.89 | 81.64% |
| TOTAL | | 48,608.25 | $ 2,360,558.99 | $ 183,146.06 | 48,608.25 | $ 2,543,705.05 | 125,171.75 | $ 6,007,701.37 | $ 713,681.18 | 125,171.75 | $ 6,721,382.55 | |