**Sacramento Municipal Utility District v. The United States**

**Table B: Costs Attributable to the Dual Purpose Transportable Features of the Dry Storage System**

| | 1/1/92 - 5/15/97 | 5/16/97 - 12/31/03 | Total |
|---|---|---|---|
| Costs Attributable to the Dual Purpose Transportable Features of the Dry Storage System | $ 2,655,146 | $ 1,440,109 | $ 4,095,255 |
| **Total Costs** | **$ 2,655,146** | **$ 1,440,109** | **$ 4,095,255** |