# Exhibit 1

Written Direct Testimony of James Field Supporting Table B

*SMUD v. USA* 98-488c

# Exhibit 1
## Costs Attributable to the Dual Purpose, Transportable Features of the Dry Storage System
## PacNuc/Vectra -- Prior to 5/15/97

| Invoice Period | Invoice Date | PacNuc/Vectra Invoice # | Subcontractor | Sub Invoice # | Activity Description | Total Invoice Amount | Spacer Disc Portion 69.2% | Non Allowable Portion | Vectra Mark-up | Total Non Allowable Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/01/93-03/31/93 | 05/28/93 | 1448 | | | Engineering Support (Labor, Travel & Misc.) | 12,863.67 | | 12,863.67 | | 12,863.67 |
| 04/01/93-04/30/93 | 05/28/93 | 1449 | Pac Tec | 1080 | Engineering Support | 616.25 | | 616.25 | 123.25 | 739.50 |
| 04/01/93-04/30/93 | 05/28/93 | 1449 | Pac Tec | 1085 | Engineering Support | 6,670.00 | | 6,670.00 | 1,334.00 | 8,004.00 |
| 04/01/93-04/30/93 | 05/28/93 | 1449 | | | Engineering Support (Labor, Travel & Misc.) | 17,061.90 | | 17,061.90 | | 17,061.90 |
| 05/01/93-05/31/93 | 06/25/93 | 1470 | | | Engineering Support (Labor, Travel & Misc.) | 26,261.97 | | 26,261.97 | | 26,261.97 |
| 06/01/93-06/30/93 | 07/14/93 | 1495 | Pac Tec | 1093 | Engineering Support (Labor, Travel & Misc.) | 12,812.05 | | 12,812.05 | 2,562.41 | 15,374.46 |
| 06/01/93-06/30/93 | 07/14/93 | 1495 | | | Engineering Support (Labor, Travel & Misc.) | 43,578.21 | | 43,578.21 | | 43,578.21 |
| 07/01/93-07/31/93 | 08/13/93 | 1516 | Pac Tec | 1097 | Engineering Support (Labor, Travel & Misc.) | 547.50 | | 547.50 | 109.50 | 657.00 |
| 07/01/93-07/31/93 | 08/13/93 | 1516 | ASA Computers | 9313536 | Scale Model Testing | 702.54 | | 702.54 | 140.51 | 843.05 |
| 07/01/93-07/31/93 | 08/13/93 | 1516 | HBM | 30340 | Scale Model Testing | 35,780.00 | | 35,780.00 | 7,156.00 | 42,936.00 |
| 07/01/93-07/31/93 | 08/13/93 | 1516 | General Plastics | 6045 | Scale Model Impact Limiters | 9,130.00 | | 9,130.00 | 1,826.00 | 10,956.00 |
| 07/01/93-07/31/93 | 08/13/93 | 1516 | General Plastics | 6025 | Scale Model Impact Limiters | 9,130.00 | | 9,130.00 | 1,826.00 | 10,956.00 |
| 07/01/93-07/31/93 | 08/13/93 | 1516 | Pac Tec | 1101 | Engineering Support | 2,160.00 | | 2,160.00 | 432.00 | 2,592.00 |
| 07/01/93-07/31/93 | 08/13/93 | 1516 | Earl Harshman | 4854 | Scale Model Testing | 7,599.72 | | 7,599.72 | 1,519.94 | 9,119.66 |
| 07/01/93-07/31/93 | 08/13/93 | 1516 | Earl Harshman | 4856 | Scale Model Testing | 1,280.00 | | 1,280.00 | 256.00 | 1,536.00 |
| 07/01/93-07/31/93 | 08/13/93 | 1516 | | | Engineering Support (Labor, Travel & Misc.) | 53,698.06 | | 53,698.06 | | 53,698.06 |
| 08/01/93-08/30/93 | 09/17/93 | 1554 | Schneider-Simpson Sheet Metal | 02718 | Scale Model Impact Limiters | 12,466.39 | | 12,466.39 | 2,493.28 | 14,959.67 |
| 08/01/93-08/30/93 | 09/17/93 | 1554 | University of Washington | | Scale Model Testing | 800.00 | | 800.00 | 160.00 | 960.00 |
| 08/01/93-08/30/93 | 09/17/93 | 1554 | Redlake Camera | 6734 | Scale Model Testing (ref. Debit memo 06734DM) | 2,281.70 | | 2,281.70 | 456.34 | 2,738.04 |
| 08/01/93-08/30/93 | 09/17/93 | 1554 | Pac Tec | 1104 | Engineering Support | 14,026.67 | | 14,026.67 | 2,805.33 | 16,832.00 |
| 08/01/93-08/30/93 | 09/17/93 | 1554 | Pac Tec | 1402 Rev 1 | | 89.25 | | 89.25 | 17.85 | 107.10 |
| 08/01/93-08/30/93 | 09/17/93 | 1554 | | | Engineering Support (Labor, Travel & Misc.) | 22,446.51 | | 22,446.51 | | 22,446.51 |
| 09/01/93-09/30/93 | 10/12/93 | 1570 | | | Engineering Support (Labor, Travel & Misc.) | 33,292.21 | | 33,292.21 | | 33,292.21 |
| 09/01/93-09/30/93 | 10/12/93 | 1570 | Schneider-Simpson Sheet Metal | 03370 | Scale Model Impact Limiters | 692.00 | | 692.00 | | 692.00 |
| 10/01/93-10/31/93 | 11/24/93 | 1614 | | | Engineering Support (Labor, Travel & Misc.) | 36,032.51 | | 36,032.51 | | 36,032.51 |
| 11/01/93-11/30/93 | 12/18/93 | 1637 | General Plastics | 7715 | Foam Samples | 4,430.00 | | 4,430.00 | 886.00 | 5,316.00 |
| 11/01/93-11/30/93 | 12/18/93 | 1637 | General Plastics | 7650 | Foam Samples | 4,430.00 | | 4,430.00 | 886.00 | 5,316.00 |
| 11/01/93-11/30/93 | 12/18/93 | 1637 | General Plastics | 7760 | Foam Samples | 4,430.00 | | 4,430.00 | 886.00 | 5,316.00 |
| 11/01/93-11/30/93 | 12/18/93 | 1637 | General Plastics | 7797 | Foam Samples | 4,430.00 | | 4,430.00 | 886.00 | 5,316.00 |
| 11/01/93-11/30/93 | 12/18/93 | 1637 | General Plastics | 7866 | Foam Samples | 4,430.00 | | 4,430.00 | 886.00 | 5,316.00 |
| 11/01/93-11/30/93 | 12/18/93 | 1637 | General Plastics | 7782 | Foam Samples | 2,750.00 | | 2,750.00 | 550.00 | 3,300.00 |
| 12/01/93-12/31/93 | 01/18/94 | 1659 | Anamet Labs | 123025 | Testing laboratory | 690.00 | | 690.00 | 138.00 | 828.00 |
| 12/01/93-12/31/93 | 01/18/94 | 1659 | Schneider-Simpson Sheet Metal | 03894A | Scale Model Impact Limiters | 20,280.00 | | 20,280.00 | 4,056.00 | 24,336.00 |
| 12/01/93-12/31/93 | 01/18/94 | 1659 | Alcore | 073817 | Hexel Samples | 4,785.00 | | 4,785.00 | 957.00 | 5,742.00 |
| 12/01/93-12/31/93 | 01/18/94 | 1659 | Alcore | 073818 | Hexel Samples | 2,200.00 | | 2,200.00 | 440.00 | 2,640.00 |
| 12/01/93-12/31/93 | 01/18/94 | 1659 | Alcore | 074314 | Hexel Samples | 18,950.00 | | 18,950.00 | 3,790.00 | 22,740.00 |
| 12/01/93-12/31/93 | 01/18/94 | 1659 | | | Engineering Support (Labor, Travel & Misc.) | 13,442.74 | | 13,442.74 | | 13,442.74 |
| 01/01/94-01/31/94 | 02/15/94 | 1811 | | | Engineering Support (Labor & Travel) | 4,588.63 | | 4,588.63 | | 4,588.63 |
| | 03/21/94 | n/a | | | SMUD Credit Memos 1422 & 1423 | 1,420.10 | | 1,420.10 | 142.01 | 1,562.11 |
| 02/01/94-02/28/94 | 03/23/94 | 1835 | | | Engineering Support (Labor & Misc.) | 3,698.41 | | 3,698.41 | | 3,698.41 |
| 03/01/94-03/31/94 | 04/19/94 | 1846 | | | Engineering Support (Labor) | 4,101.58 | | 4,101.58 | | 4,101.58 |
| 05/01/94 | 05/01/94 | 11085 | | | Engineering Support (Labor, Travel & Misc.) | 13,447.16 | | 13,447.16 | | 13,447.16 |
| 05/29/94 | 05/29/94 | 11573 | General Plastics | 1228 | Foam Samples (Ref. Invoice 12227) | 2,255.00 | | 2,255.00 | | 2,255.00 |
| 05/29/94 | 05/29/94 | 11573 | | | Engineering Support (Labor, Travel & Misc.) | 8,884.45 | | 8,884.45 | | 8,884.45 |

# Exhibit 1
## Costs Attributable to the Dual Purpose, Transportable Features of the Dry Storage System
## PacNuc/Vectra -- Prior to 5/15/97

| Invoice Period | Invoice Date | PacNuc/Vectra Invoice # | Subcontractor | Sub Invoice # | Activity Description | Total Invoice Amount | Spacer Disc Portion 69.2% | Non Allowable Portion | Vectra Mark-up | Total Non Allowable Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/31/94 | 07/31/94 | 12666 | Alcore | 075050 | Hexel Samples | 22,300.00 | | 22,300.00 | 4,460.00 | 26,760.00 |
| 07/31/94 | 07/31/94 | 12666 | Alcore | 076057 | Hexel Samples | 9,450.00 | | 9,450.00 | 1,890.00 | 11,340.00 |
| 07/31/94 | 07/31/94 | 12666 | General Plastics | 2326 | Foam Samples | 1,556.00 | | 1,556.00 | 311.20 | 1,867.20 |
| 07/31/94 | 07/31/94 | 12666 | General Plastics | 2117 | Foam Samples | 1,446.00 | | 1,446.00 | 289.20 | 1,735.20 |
| 07/31/94 | 07/31/94 | 12666 | General Plastics | 2067 | Foam Samples | 5,850.75 | | 5,850.75 | 1,170.15 | 7,020.90 |
| 07/31/94 | 07/31/94 | 12666 | | | Engineering Support (Labor, Travel & Misc.) | 11,303.95 | | 11,303.95 | | 11,303.95 |
| 07/31/94 | 07/31/94 | 12227 | Photo-Instrumentation Services | 4861 | Movie Film | 1,750.00 | | 1,750.00 | 350.00 | 2,100.00 |
| 07/31/94 | 07/31/94 | 12227 | General Plastics | 1422 | Foam Samples | 4,077.75 | | 4,077.75 | 815.55 | 4,893.30 |
| 07/31/94 | 07/31/94 | 12227 | General Plastics | 6479 | Foam Samples | 440.00 | | 440.00 | 88.00 | 528.00 |
| 07/31/94 | 07/31/94 | 12227 | | | Engineering Support (Labor & Misc.) | 5,409.98 | | 5,409.98 | | 5,409.98 |
| 07/31/94 | 07/31/94 | 12227 | | | Un-invoiced markup (Ref. Invoice 11573) | | | | 451.00 | 451.00 |
| 08/28/94 | 08/28/94 | 13166 | Alcore | 076083 | Hexel Samples | 12,600.00 | | 12,600.00 | 2,520.00 | 15,120.00 |
| 08/28/94 | 08/28/94 | 13166 | General Plastics | 2396 | Foam Samples | 883.13 | | 883.13 | 176.63 | 1,059.76 |
| 08/28/94 | 08/28/94 | 13166 | | | Engineering Support (Labor, Travel & Misc.) | 37,393.44 | | 37,393.44 | | 37,393.44 |
| 10/02/94 | 10/02/94 | 13601 | UC Berkeley | | Scale Model Testing | 15,000.00 | | 15,000.00 | 3,000.00 | 18,000.00 |
| 10/02/94 | 10/02/94 | 13601 | General Plastics | 3009 | Foam Samples | 442.83 | | 442.83 | 88.57 | 531.40 |
| 10/02/94 | 10/02/94 | 13601 | General Plastics | 2880 | Foam Samples | 3,303.38 | | 3,303.38 | 660.68 | 3,964.06 |
| 10/02/94 | 10/02/94 | 13601 | Mitchell Bros. | 45235 | Transport Test Equipment | 1,639.00 | | 1,639.00 | 163.90 | 1,802.90 |
| 10/02/94 | 10/02/94 | 13601 | | | Engineering Support (Labor, Travel & Misc.) | 20,564.39 | | 20,564.39 | | 20,564.39 |
| 01/01/95 | 01/01/95 | 15113 | | | Engineering Support - 1/4 scale testing | 66,025.05 | | 66,025.05 | | 66,025.05 |
| 01/01/95-01/29/95 | 01/29/95 | 15550 | | | Engineering Support - 1/4 scale testing | 4,265.00 | | 4,265.00 | | 4,265.00 |
| 01/29/95-02/26/95 | 02/26/95 | 15818 | | | Engineering Support (71 SAR) | 2,920.00 | | 2,920.00 | | 2,920.00 |
| 02/28/95 | 02/28/95 | 15986 | | | Milestone Payment (71 SAR - RAI's) | 122,500.00 | | 122,500.00 | | 122,500.00 |
| | 04/02/95 | 16293 | Alcore | 079018 | Scale Model Impact Limiters | 7,500.00 | | 7,500.00 | | 7,500.00 |
| | 04/02/95 | 16293 | | | Engineering Support (Labor, Travel & Misc.) | 1,934.00 | | 1,934.00 | | 1,934.00 |
| | 05/24/95 | 17003 | AAR Manufacturing | 30020038 | Canister Poison Milestone | 230,000.00 | | 230,000.00 | | 230,000.00 |
| | 05/28/95 | 17241 | Schneider-Simpson Sheet Metal | 3894C | 1/4 Scale Impact Limiters | 1,000.00 | | 1,000.00 | 200.00 | 1,200.00 |
| | 05/28/95 | 17241 | TNT | 4-0310159 | 1/4 Scale Impact Limiters-Transportation | 218.99 | | 218.99 | 21.90 | 240.89 |
| | 09/29/95 | 18989 | | | Canister Basket Material | 670,200.00 | 463,778.40 | 463,778.40 | | 463,778.40 |
| | 03/15/96 | 21850 | AAR Manufacturing | 30027053 | Canister Poison Milestone | 534,150.00 | | 534,150.00 | | 534,150.00 |
| | 10/31/96 | 24947 | | | Engineering Support (Upgrade DP-187 to MP-187) | 1,188.00 | | 1,188.00 | | 1,188.00 |
| | 12/02/96 | 24973 | | | XM-19 Material Cost | 147,700.00 | | 147,700.00 | | 147,700.00 |
| | 12/02/96 | 24973 | | | Credit (Ref Invoice 21850) | -76,415.00 | | -76,415.00 | | -76,415.00 |
| | 01/09/97 | 24999 | | | Engineering Support (10CFR 71 Thermal Analysis) | 10,318.50 | | 10,318.50 | | 10,318.50 |
| | 01/10/97 | 25000 | | | XM-19 Fabrication Cost | 339,677.00 | | 339,677.00 | | 339,677.00 |
| | 01/10/97 | 25000 | | | Engineering Support (Upgrade DP-187 to MP-187) | 40,000.00 | | 40,000.00 | | 40,000.00 |
| | 02/07/97 | 25017 | | | Engineering Support (10CFR 71 Thermal Analysis) | 14,553.00 | | 14,553.00 | | 14,553.00 |
| | | | | | **GRAND TOTAL** | | | | | **2,606,763.91** |