# Exhibit 2

Written Direct Testimony of James Field Supporting Table B

*SMUD v. USA* 98-488c

# Exhibit 2

## Costs Attributable to Dual Purpose, Transportable Features of the Dry Storage System

## Other -- Prior to 5/15/97

| Invoice Period | Invoice Date | PacNuc/Vectra Invoice # | Subcontractor | Sub Invoice # | Activity Description | Total Invoice Amount | Spacer Disc Portion 69.2% | Non Allowable Portion | Vectra Mark-up | Total Non Allowable Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/01/93-07/31/95 | | ---- | SMUD | NA | SMUD Internal labor-Scale Model Impact Limiter Testing | 37,350.29 | | | | |
| 10/01/93-07/31/95 | | ---- | SMUD | NA | SMUD Outside Services-Scale Model Impact Limiter Testing | 6,154.80 | | | | |
| 10/01/93-07/31/95 | | ---- | SMUD | NA | SMUD Misc. Materials-Scale Model Impact Limiter Testing | 4,876.77 | | | | |
| | | | | | **GRAND TOTAL** | 48,381.86 | | | | |