# Exhibit 3

Written Direct Testimony of James Field Supporting Table B

*SMUD v. USA* 98-488c

Exhibit 3
Costs Attributable to the Dual Purpose, Transportable Features of the Dry Storage System
Vectra -- Post 5/15/97

| Invoice Period | Invoice Date | Primary Invoice # | Subcontractor | Sub Invoice # | Activity Description | Total Invoice Amount | Spacer Disc Portion 69.2% | Non Allowable Portion | TNW G & A 12% | Total Non Allowable Portion | Tax 7.75% |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 06/25/97 | 25058 | | | XM-19 Weld Qualification | 33,414.00 | | 33,414.00 | n/a | 33,414.00 | 0 |
| | 06/23/97 | 25057 | | | Memo E776-DM06 and Credit Memo E776-CM05) | 122,500.00 | | 122,500.00 | | 122,500.00 | |
| | 04/03/97 | 25031 | | | Engineering Support (DP-187 to MP-187) | 693.00 | | 693.00 | | 693.00 | |
| | | | | | **GRAND TOTAL** | | | | | **156,607.00** | |