# Exhibit 4

Written Direct Testimony of James Field Supporting Table B

*SMUD v. USA* 98-488c

# Exhibit 4
## Costs Attributable to the Dual Purpose Transportable Features of the Dry Storage System
## TNW -- Post 5/15/97

| Invoice Period | Invoice Date | Primary Invoice # | Subcontractor | Sub Invoice # | Activity Description | Total Invoice Amount | Spacer Disc Portion 69.2% | Non Allowable Portion | TNW G & A 12% | Total Non Allowable Portion | Tax 7.75% | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 69.2% | | 12.0% | | 7.75% | |
| 08/01/01-08/31/01 | 09/10/01 | 109-664 | | | Admin Support (27.5 hours) | 2,401.85 | | 2,401.85 | 288.22 | 2,690.07 | 208.48 | 2,898.55 |
| 10/01/01-10/31/01 | 11/14/01 | 111-713 | | | Admin Support (28 hours) | 2,445.52 | | 2,445.52 | 293.46 | 2,738.98 | 212.27 | 2,951.25 |
| 09/01/01-09/30/01 | 10/12/01 | 110-693 | | | Admin Support (36 hours) | 3,144.24 | | 3,144.24 | 377.31 | 3,521.55 | 272.92 | 3,794.47 |
| 04/01/00-04/30/00 | 05/11/00 | 05-547 | PCC | 4-066 | Blasting Grit (Chamberlains) | 3,100.00 | 2,145.20 | 2,145.20 | 257.42 | 2,402.62 | 186.20 | 2,588.83 |
| 03/01/00-03/31/00 | 04/13/00 | 04-533 | PCC | 1005 | Boral Sheet Inspection (FPI) | 224.20 | | 224.20 | 26.90 | 251.10 | 19.46 | 270.56 |
| 03/01/00-03/31/00 | 04/13/00 | 04-533 | PCC | 1006 | Boral Sheet Inspection (FPI) | 231.80 | | 231.80 | 27.82 | 259.62 | 20.12 | 279.74 |
| 11/01/99-11/30/99 | 12/09/99 | 9912-609 | John E. Crowe | | Boral Sheets - QA | 629.95 | | 629.95 | 75.59 | 705.54 | 54.68 | 760.22 |
| 01/01/00-01/31/00 | 02/17/00 | 02-518 | Univ. of Washington | 759762 | Cask Closure Bolting Test | 5,520.00 | | 5,520.00 | 662.40 | 6,182.40 | 479.14 | 6,661.54 |
| 03/01/00-03/31/00 | 04/13/00 | 04-533 | Univ of Washington | 759765 | Cask Closure Bolting Test | 3,076.25 | | 3,076.25 | 369.15 | 3,445.40 | 267.02 | 3,712.42 |
| 04/01/00-04/30/00 | 05/11/00 | 05-547 | New World Tech | GST896695178RT | Cask Closure Bolting Testing | 2,289.81 | | 2,289.81 | 274.78 | 2,564.59 | 198.76 | 2,763.34 |
| 12/01/99-12/31/99 | 01/11/00 | 200001-03 | Ideal Machine | 6390 | Cask Closure Bolting Testing Fixture | 16,995.00 | | 16,995.00 | 2,039.40 | 19,034.40 | 1,475.17 | 20,509.57 |
| 02/01/00-02/29/00 | 03/13/00 | 03-526 | | | Cask Closure Bolting-Engineering Support (30 hrs) | 2,615.96 | | 2,615.96 | 313.92 | 2,929.88 | 227.07 | 3,156.94 |
| 03/01/00-03/31/00 | 04/13/00 | 04-533 | | | Cask Closure Bolting-Engineering Support (34 hours) | 2,969.56 | | 2,969.56 | 356.35 | 3,325.91 | 257.76 | 3,583.67 |
| 04/01/00-04/30/00 | 05/11/00 | 05-547 | | | Cask Closure Bolting-Engineering Support (49 hours) | 4,279.66 | | 4,279.66 | 513.56 | 4,793.22 | 371.47 | 5,164.69 |
| 01/01/00-01/31/00 | 02/17/00 | 02-518 | | | Cask Closure Bolting-Engineering Support (51 hours) | 4,454.34 | | 4,454.34 | 534.52 | 4,988.86 | 386.64 | 5,375.50 |
| 06/01/00-06/30/00 | 06/21/00 | 05-562 | | | Cask Closure Bolting-Engineering Support (56 hours) | 4,891.04 | | 4,891.04 | 586.92 | 5,477.96 | 424.54 | 5,902.51 |
| 06/01/00-06/30/00 | 07/12/00 | 07-568 | | | Cask Closure Bolting-Engineering Support (84 hours) | 7,336.56 | | 7,336.56 | 880.39 | 8,216.95 | 636.81 | 8,853.76 |
| 03/01/00-03/31/00 | 04/13/00 | 04-533 | | | Cask Closure Bolting-Engineering Support (Travel) | 78.96 | | 78.96 | 9.48 | 88.44 | 6.85 | 95.29 |
| 02/01/00-02/29/00 | 03/13/00 | 03-526 | Pacific Delivery | 280502 | Cask Closure Bolting-Ship to Univ. of Washington | 98.00 | | 98.00 | 11.76 | 109.76 | 8.51 | 118.27 |
| 03/01/00-03/31/00 | 04/13/00 | 04-533 | Ideal Machine | 6521 | Cask Closure Bolting-Test Fixture | 1,920.00 | | 1,920.00 | 230.40 | 2,150.40 | 166.66 | 2,317.06 |
| 02/01/00-02/29/00 | 03/13/00 | 03-526 | Hytorc | 233749 | Cask Closure Bolting-Torquing Equipment Rental | 1,300.80 | | 1,300.80 | 156.10 | 1,456.90 | 112.91 | 1,569.81 |
| 12/01/00-12/31/00 | 01/10/01 | 0101-505 | Kinko's | 518500015671 | Copying-MP187SAR | 867.58 | | 867.58 | 104.11 | 971.69 | 75.31 | 1,047.00 |
| 12/01/00-12/31/00 | 01/10/01 | 0101-505 | Kinko's | 5185-865 | Copying-MP187SAR | 4,044.49 | | 4,044.49 | 485.34 | 4,529.83 | 351.06 | 4,880.89 |
| 12/01/99-12/31/99 | 01/11/00 | 200001-03 | Cad Tech | 1202 | Drafting - Transportation Skid | 232.00 | | 232.00 | 27.84 | 259.84 | 20.14 | 279.98 |
| 06/01/00-06/30/00 | 06/21/00 | 05-562 | Kyle Jones | 2000-01 | Engineering Support | 8,250.00 | | 8,250.00 | 990.00 | 9,240.00 | 716.10 | 9,956.10 |
| 12/01/00-12/31/00 | 01/10/01 | 0101-505 | Kyle Jones | 2000-02 | Engineering Support | 3,050.00 | | 3,050.00 | 366.00 | 3,416.00 | 264.74 | 3,680.74 |
| 04/01/02-04/30/02 | 05/07/02 | 205-143 | | | Engineering Support (1 hour) | 87.34 | | 87.34 | 10.48 | 97.82 | 7.58 | 105.40 |
| 05/01/02-05/31/02 | 06/10/02 | 206-190 | Duke | FY02-026241 | Engineering Support (10 hours) | 968.20 | | 968.20 | 116.18 | 1,084.38 | 84.04 | 1,168.42 |
| 03/01/02-03/31/02 | 04/05/02 | 204-104 | | | Engineering Support (11 hours) | 960.74 | | 960.74 | 115.29 | 1,076.03 | 83.39 | 1,159.42 |
| 09/01/01-09/30/01 | 10/12/01 | 110-693 | Advent | 99002-30 | Engineering Support (116 hours) | 8,476.00 | | 8,476.00 | 1,017.12 | 9,493.12 | 735.72 | 10,228.84 |
| 01/07/02-01/13/02 | 01/15/02 | 201-503 | Duke | Various | Engineering Support (12 hours) | 11,012.80 | | 11,012.80 | 1,321.54 | 12,334.34 | 955.91 | 13,290.25 |
| 03/01/02-03/31/02 | 04/05/02 | 204-104 | Duke | FY02-23612 | Engineering Support (12 hours) | 1,161.84 | | 1,161.84 | 139.42 | 1,301.26 | 100.85 | 1,402.11 |
| 06/01/01-06/30/01 | 07/03/01 | 107-620 | | | Engineering Support (18 hours) | 1,572.12 | | 1,572.12 | 188.65 | 1,760.77 | 136.46 | 1,897.23 |
| 02/01/02-02/28/02 | 03/06/02 | 203-056 | | | Engineering Support (2 hours) | 174.68 | | 174.68 | 20.96 | 195.64 | 15.16 | 210.80 |
| 08/01/00-08/31/00 | 09/11/00 | 09-601 | Watson Product Development | | Engineering Support (20 hours) | 1,190.00 | | 1,190.00 | 142.80 | 1,332.80 | 103.29 | 1,436.09 |
| 05/01/01-05/31/01 | 06/05/01 | 106-598 | | | Engineering Support (20 hours) | 1,746.80 | | 1,746.80 | 209.62 | 1,956.42 | 151.62 | 2,108.04 |
| 10/01/01-10/31/01 | 11/14/01 | 111-713 | Advent | 99002-31 | Engineering Support (27 hours) | 1,917.00 | | 1,917.00 | 230.04 | 2,147.04 | 166.40 | 2,313.44 |
| 04/01/01-04/30/01 | 05/08/01 | 105-582 | | | Engineering Support (28 hours) | 2,445.52 | | 2,445.52 | 293.46 | 2,738.98 | 212.27 | 2,951.25 |
| 08/01/01-08/31/01 | 09/10/01 | 109-664 | | | Engineering Support (282 hours) | 24,629.88 | | 24,629.88 | 2,955.59 | 27,585.47 | 2,137.87 | 29,723.34 |
| 05/01/02-05/31/02 | 06/10/02 | 206-190 | | | Engineering Support (3 hours) | 262.02 | | 262.02 | 31.44 | 293.46 | 22.74 | 316.21 |
| 11/01/01-11/30/01 | 12/14/01 | 112-729 | Duke | Various | Engineering Support (30 hours) | 2,738.52 | | 2,738.52 | 328.62 | 3,067.14 | 237.70 | 3,304.85 |
| 10/01/01-10/31/01 | 11/14/01 | 111-713 | | | Engineering Support (31 hours) | 2,707.54 | | 2,707.54 | 324.90 | 3,032.44 | 235.01 | 3,267.46 |
| 08/01/01-08/31/01 | 09/10/01 | 109-664 | Pactec | 1976 | Engineering Support (4 hours) | 356.00 | | 356.00 | 42.72 | 398.72 | 30.90 | 429.62 |
| 03/01/01-03/31/01 | 04/05/01 | 104-548 | | | Engineering Support (48 hours) | 4,192.32 | | 4,192.32 | 503.08 | 4,695.40 | 363.89 | 5,059.29 |
| 11/01/01-11/30/01 | 12/14/01 | 112-729 | | | Engineering Support (50.5 hours) | 4,410.67 | | 4,410.67 | 529.28 | 4,939.95 | 382.85 | 5,322.80 |
| 09/01/00-09/30/00 | 10/23/00 | 10-637 | Watson Product Development | | Engineering Support (61 hours) | 3,629.50 | | 3,629.50 | 435.54 | 4,065.04 | 315.04 | 4,380.08 |
| 10/01/01-10/31/01 | 11/14/01 | 111-713 | Duke | Various | Engineering Support (71 hours) | 6,753.52 | | 6,753.52 | 810.42 | 7,563.94 | 586.21 | 8,150.15 |

Case 1:98-cv-00488-SGB Document 365-7 Filed 07/21/2006 Page 3 of 5

# Exhibit 4
## Costs Attributable to the Dual Purpose Transportable Features of the Dry Storage System
## TNW -- Post 5/15/97

| Invoice Period | Invoice Date | Primary Invoice # | Subcontractor | Sub Invoice # | Activity Description | Total Invoice Amount | Spacer Disc Portion 69.2% | Non Allowable Portion | TNW G & A 12% | Total Non Allowable Portion | Tax 7.75% | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01/00-01/31/00 | 02/17/00 | 02-518 | | | Engineering Support (8 hours) | 698.72 | | 698.72 | 83.85 | 782.57 | 60.65 | 843.22 |
| 08/01/01-08/31/01 | 09/10/01 | 109-664 | Advent | 99002-29 | Engineering Support (8 hours) | 632.00 | | 632.00 | 75.84 | 707.84 | 54.86 | 762.70 |
| 01/01/02-01/31/02 | 02/06/02 | 201-515 | | | Engineering Support (8 hours) | 698.72 | | 698.72 | 83.85 | 782.57 | 60.65 | 843.22 |
| 06/01/01-06/30/01 | 07/03/01 | 107-620 | Pac Tec | 1918 | Engineering Support (95 hours) | 6,840.00 | | 6,840.00 | 820.80 | 7,660.80 | 593.71 | 8,254.51 |
| 09/01/01-09/30/01 | 10/12/01 | 110-693 | | | Engineering Support (96 hours) | 8,384.64 | | 8,384.64 | 1,006.16 | 9,390.80 | 727.79 | 10,118.58 |
| 02/01/00-02/29/00 | 03/13/00 | 03-526 | PCC | 22036243 | Oversleeve Sheet (Raw Sheet) (Ulbrich) | 22,403.78 | | 22,403.78 | 2,688.45 | 25,092.23 | 1,944.65 | 27,036.88 |
| 01/01/00-01/31/00 | 02/17/00 | 02-518 | PCC | 33209 | Oversleeve Spotwelding Machine (Atlantic Spotweld) | 203,900.00 | | 203,900.00 | 24,468.00 | 228,368.00 | 17,698.52 | 246,066.52 |
| 01/01/00-01/31/00 | 02/17/00 | 02-518 | PCC | 33160 | Oversleeve Spotwelding Machine (Atlantic Spotweld) | 3,950.00 | | 3,950.00 | 474.00 | 4,424.00 | 342.86 | 4,766.86 |
| 01/01/00-01/31/00 | 02/17/00 | 02-518 | PCC | 33187 | Oversleeve Spotwelding Machine (Atlantic Spotweld) | 490.00 | | 490.00 | 58.80 | 548.80 | 42.53 | 591.33 |
| 01/01/00-01/31/00 | 02/17/00 | 02-518 | PCC | 33172 | Oversleeve Spotwelding Machine (Atlantic Spotweld) | 450.00 | | 450.00 | 54.00 | 504.00 | 39.06 | 543.06 |
| 01/01/00-01/31/00 | 02/17/00 | 02-518 | PCC | 331x1 | Oversleeve Spotwelding Machine (Atlantic Spotweld) | 1,200.00 | | 1,200.00 | 144.00 | 1,344.00 | 104.16 | 1,448.16 |
| 02/01/00-02/29/00 | 03/13/00 | 03-526 | PCC | 0000290 | Oversleeves (Northern) | 1,137.60 | | 1,137.60 | 136.51 | 1,274.11 | 98.74 | 1,372.86 |
| 04/01/00-04/30/00 | 05/11/00 | 05-547 | PCC | 001038 | Oversleeves (Northern) | 329.00 | | 329.00 | 39.48 | 368.48 | 28.56 | 397.04 |
| 04/01/00-04/30/00 | 05/11/00 | 05-547 | PCC | 0000926 | Oversleeves (Northern) | 1,579.20 | | 1,579.20 | 189.50 | 1,768.70 | 137.07 | 1,905.78 |
| 04/01/00-04/30/00 | 05/11/00 | 05-547 | PCC | 0000912 | Oversleeves (Northern) | 3,693.00 | | 3,693.00 | 443.16 | 4,136.16 | 320.55 | 4,456.71 |
| 03/01/00-03/31/00 | 04/13/00 | 04-533 | PCC | 0000615 | Oversleeves (Northern) | 1,137.60 | | 1,137.60 | 136.51 | 1,274.11 | 98.74 | 1,372.86 |
| 03/01/00-03/31/00 | 04/13/00 | 04-533 | PCC | 0000441 | Oversleeves (Northern) | 1,137.60 | | 1,137.60 | 136.51 | 1,274.11 | 98.74 | 1,372.86 |
| 06/01/00-06/30/00 | 06/21/00 | 05-562 | PCC | 0001191 | Oversleeves (Northern) | 789.60 | | 789.60 | 94.75 | 884.35 | 68.54 | 952.89 |
| 06/01/00-06/30/00 | 06/21/00 | 05-562 | PCC | 0001051 | Oversleeves (Northern) | 624.60 | | 624.60 | 74.95 | 699.55 | 54.22 | 753.77 |
| 01/01/00-01/31/00 | 02/17/00 | 02-518 | PCC | 0074577 | Oversleeves/Boral Sheets (Northern) | 2,422.00 | | 2,422.00 | 290.64 | 2,712.64 | 210.23 | 2,922.87 |
| 10/01/99-10/30/99 | 11/10/99 | 9911-600 | USNRC | ---- | Regulatory Review | 45,479.00 | | 45,479.00 | 5,457.48 | 50,936.48 | 3,947.58 | 54,884.06 |
| 07/01/99-07/31/99 | 08/17/99 | 9908-577 | USNRC | ---- | Regulatory Review | 39,083.00 | | 39,083.00 | 4,689.96 | 43,772.96 | 3,392.40 | 47,165.36 |
| 06/01/99-06/30/99 | 07/12/99 | 9907-564 | USNRC | ---- | Regulatory Review | 63,586.00 | | 63,586.00 | 7,630.32 | 71,216.32 | 5,519.26 | 76,735.58 |
| 06/01/00-06/30/00 | 06/21/00 | 05-562 | USNRC | FL0310-00 | Regulatory Review | 420.00 | | 420.00 | 50.40 | 470.40 | 36.46 | 506.86 |
| 08/01/00-08/31/00 | 09/11/00 | 09-601 | USNRC | FL0424-00 | Regulatory Review | 1,260.00 | | 1,260.00 | 151.20 | 1,411.20 | 109.37 | 1,520.57 |
| 02/01/01-02/28/01 | 03/08/01 | 0301-531 | USNRC | FL0198-01 | Regulatory Review | 572.00 | | 572.00 | 68.64 | 640.64 | 49.65 | 690.29 |
| 03/01/01-03/30/01 | 04/30/01 | 103-066 | USNRC | FL0304-01 | Regulatory Review | 6,721.00 | | 6,721.00 | 806.52 | 7,527.52 | 583.38 | 8,110.90 |
| 02/01/02-02/28/02 | 03/06/02 | 203-056 | USNRC | FL0172-02 | Regulatory Review | 1,570.00 | | 1,570.00 | 188.40 | 1,758.40 | 136.28 | 1,894.68 |
| 04/01/02-04/30/02 | 05/07/02 | 205-143 | USNRC | FL0266-02 | Regulatory Review | 19,080.00 | | 19,080.00 | 2,289.60 | 21,369.60 | 1,656.14 | 23,025.74 |
| 04/13/02-04/19/02 | 05/23/02 | CM205-008 | | | Regulatory Review - Credit USNRC Fees (Ref invoice 205-143) | -1,908.00 | | -1,908.00 | -228.96 | -2,136.96 | -165.61 | -2,302.57 |
| 01/01/00-01/31/00 | 02/17/00 | 02-518 | Advent | 99002-10 | Rupture Disc Commercial Grade Dedication | 201.00 | | 201.00 | 24.12 | 225.12 | 17.45 | 242.57 |
| 06/01/00-06/30/00 | 07/12/00 | 07-568 | Perkin-Elmer | 300931 | Rupture Disc C-Seals | 874.93 | | 874.93 | 104.99 | 979.92 | 75.94 | 1,055.87 |
| 06/01/00-06/30/00 | 07/12/00 | 07-568 | Quality System Serv. | 20012 | Rupture Disc Test | 1,281.00 | | 1,281.00 | 153.72 | 1,434.72 | 111.19 | 1,545.91 |
| 06/01/00-06/30/00 | 07/12/00 | 07-568 | Fike | 445488 | Rupture Discs | 14,875.92 | | 14,875.92 | 1,785.11 | 16,661.03 | 1,291.23 | 17,952.26 |
| 03/01/00-03/31/00 | 04/13/00 | 04-533 | PCC | 10256 | Shear Keys (Billet Indust) | 1,664.10 | | 1,664.10 | 199.69 | 1,863.79 | 144.44 | 2,008.24 |
| 03/01/00-03/31/00 | 04/13/00 | 04-533 | PCC | 10255 | Shear Keys (Billet Indust) | 184.90 | | 184.90 | 22.19 | 207.09 | 16.05 | 223.14 |
| 12/01/99-12/31/99 | 01/11/00 | 200001-03 | DT Hayes | 1309 | Spacer Disc Drop Weight Test Inspection | 40.00 | | 40.00 | 4.80 | 44.80 | 3.47 | 48.27 |
| 04/01/00-04/30/00 | 05/11/00 | 05-547 | PCC | 002xxx | Spacer Disc Drop Weight Testing (Lab Testing) | 200.00 | | 200.00 | 24.00 | 224.00 | 17.36 | 241.36 |
| 04/01/00-04/30/00 | 05/11/00 | 05-547 | PCC | 0026947 | Spacer Disc Drop Weight Testing (Lab Testing) | 200.00 | | 200.00 | 24.00 | 224.00 | 17.36 | 241.36 |
| 04/01/00-04/30/00 | 05/11/00 | 05-547 | PCC | 0228014 | Spacer Disc Drop Weight Testing (Lab Testing) | 1,100.00 | | 1,100.00 | 132.00 | 1,232.00 | 95.48 | 1,327.48 |
| 04/01/00-04/30/00 | 05/11/00 | 05-547 | PCC | 00228013 | Spacer Disc Drop Weight Testing (Lab Testing) | 100.00 | | 100.00 | 12.00 | 112.00 | 8.68 | 120.68 |
| 04/01/00-04/30/00 | 05/11/00 | 05-547 | PCC | 0029015 | Spacer Disc Drop Weight Testing (Lab Testing) | 25.00 | | 25.00 | 3.00 | 28.00 | 2.17 | 30.17 |
| 04/01/00-04/30/00 | 05/11/00 | 05-547 | PCC | 28016 | Spacer Disc Drop Weight Testing (Lab Testing) | 100.00 | | 100.00 | 12.00 | 112.00 | 8.68 | 120.68 |
| 04/01/00-04/30/00 | 05/11/00 | 05-547 | PCC | 27092 | Spacer Disc Drop Weight Testing (Lab Testing) | 100.00 | | 100.00 | 12.00 | 112.00 | 8.68 | 120.68 |
| 04/01/00-04/30/00 | 05/11/00 | 05-547 | PCC | 25945 | Spacer Disc Drop Weight Testing (Lab Testing) | 50.00 | | 50.00 | 6.00 | 56.00 | 4.34 | 60.34 |
| 04/01/00-04/30/00 | 05/11/00 | 05-547 | PCC | 26036 | Spacer Disc Drop Weight Testing (Lab Testing) | 1,400.00 | | 1,400.00 | 168.00 | 1,568.00 | 121.52 | 1,689.52 |
| 04/01/00-04/30/00 | 05/11/00 | 05-547 | PCC | 265xx | Spacer Disc Drop Weight Testing (Lab Testing) | 205.00 | | 205.00 | 24.60 | 229.60 | 17.79 | 247.39 |
| 04/01/00-04/30/00 | 05/11/00 | 05-547 | PCC | 0026100 | Spacer Disc Drop Weight Testing (Lab Testing) | 205.00 | | 205.00 | 24.60 | 229.60 | 17.79 | 247.39 |

# Exhibit 4
## Costs Attributable to the Dual Purpose Transportable Features of the Dry Storage System
## TNW -- Post 5/15/97

| Invoice Period | Invoice Date | Primary Invoice # | Subcontractor | Sub Invoice # | Activity Description | Total Invoice Amount | Spacer Disc Portion 69.2% | Non Allowable Portion | TNW G & A 12% | Total Non Allowable Portion | Tax 7.75% | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/01/00-04/30/00 | 05/11/00 | 05-547 | PCC | 002x421 | Spacer Disc Drop Weight Testing (Lab Testing) | 155.00 | | 155.00 | 18.60 | 173.60 | 13.45 | 187.05 |
| 04/01/00-04/30/00 | 05/11/00 | 05-547 | PCC | 002xxxx | Spacer Disc Drop Weight Testing (Lab Testing) | 30.00 | | 30.00 | 3.60 | 33.60 | 2.60 | 36.20 |
| 04/01/00-04/30/00 | 05/11/00 | 05-547 | PCC | 002x704 | Spacer Disc Drop Weight Testing (Lab Testing) | 200.00 | | 200.00 | 24.00 | 224.00 | 17.36 | 241.36 |
| 03/01/00-03/31/00 | 04/13/00 | 04-533 | PCC | 0027356 | Spacer Disc Drop Weight Testing (Lab Testing) | 45.00 | | 45.00 | 5.40 | 50.40 | 3.91 | 54.31 |
| 03/01/00-03/31/00 | 04/13/00 | 04-533 | PCC | 0025XXX | Spacer Disc Drop Weight Testing (Lab Testing) | 607.00 | | 607.00 | 72.84 | 679.84 | 52.69 | 732.53 |
| 03/01/00-03/31/00 | 04/13/00 | 04-533 | PCC | 002X063 | Spacer Disc Drop Weight Testing (Lab Testing) | 51.00 | | 51.00 | 6.12 | 57.12 | 4.43 | 61.55 |
| 06/01/00-06/30/00 | 06/21/00 | 05-562 | PCC | 0030490 | Spacer Disc Drop Weight Testing (Lab Testing) | 205.00 | | 205.00 | 24.60 | 229.60 | 17.79 | 247.39 |
| 06/01/00-06/30/00 | 06/21/00 | 05-562 | PCC | 00x0453 | Spacer Disc Drop Weight Testing (Lab Testing) | 25.00 | | 25.00 | 3.00 | 28.00 | 2.17 | 30.17 |
| 06/01/00-06/30/00 | 06/21/00 | 05-562 | PCC | 0030026 | Spacer Disc Drop Weight Testing (Lab Testing) | 205.00 | | 205.00 | 24.60 | 229.60 | 17.79 | 247.39 |
| 06/01/00-06/30/00 | 06/21/00 | 05-562 | PCC | 00xxxx | Spacer Disc Drop Weight Testing (Lab Testing) | 205.00 | | 205.00 | 24.60 | 229.60 | 17.79 | 247.39 |
| 06/01/00-06/30/00 | 06/21/00 | 05-562 | PCC | 002936x | Spacer Disc Drop Weight Testing (Lab Testing) | 1,100.00 | | 1,100.00 | 132.00 | 1,232.00 | 95.48 | 1,327.48 |
| 06/01/00-06/30/00 | 06/21/00 | 05-562 | PCC | 28098 | Spacer Disc Drop Weight Testing (Lab Testing) | 1,100.00 | | 1,100.00 | 132.00 | 1,232.00 | 95.48 | 1,327.48 |
| 04/01/00-04/30/00 | 05/11/00 | 05-547 | PCC | J-02160 | Spacer Disc Drop Weight Testing (Westmoreland) | 75.00 | | 75.00 | 9.00 | 84.00 | 6.51 | 90.51 |
| 02/01/00-02/29/00 | 03/13/00 | 03-526 | PCC | 2722 | Spacer Disc Flattening (14) (American Hydro) | 2,300.00 | 1,591.60 | 1,591.60 | 190.99 | 1,782.59 | 138.15 | 1,920.74 |
| 02/01/00-02/29/00 | 03/13/00 | 03-526 | PCC | 2730 | Spacer Disc Flattening (15) (American Hydro) | 2,450.00 | 1,695.40 | 1,695.40 | 203.45 | 1,898.85 | 147.16 | 2,046.01 |
| 02/01/00-02/29/00 | 03/13/00 | 03-526 | PCC | YHR-7654 | Spacer Disc Flattening (3)(Voith Hydro) | 1,395.00 | 965.34 | 965.34 | 115.84 | 1,081.18 | 83.79 | 1,164.97 |
| 02/01/00-02/29/00 | 03/13/00 | 03-526 | PCC | 2715 | Spacer Disc Flattening (8) (American Hydro) | 1,200.00 | 830.40 | 830.40 | 99.65 | 930.05 | 72.08 | 1,002.13 |
| 03/01/00-03/31/00 | 04/13/00 | 04-533 | PCC | 2753 | Spacer Disc Flattening (American Hydro) | 2,400.00 | 1,660.80 | 1,660.80 | 199.30 | 1,860.10 | 144.16 | 2,004.25 |
| 03/01/00-03/31/00 | 04/13/00 | 04-533 | PCC | 2748 | Spacer Disc Flattening (American Hydro) | 4,500.00 | 3,114.00 | 3,114.00 | 373.68 | 3,487.68 | 270.30 | 3,757.98 |
| 03/01/00-03/31/00 | 04/13/00 | 04-533 | PCC | 2742 | Spacer Disc Flattening (American Hydro) | 3,300.00 | 2,283.60 | 2,283.60 | 274.03 | 2,557.63 | 198.22 | 2,755.85 |
| 03/01/00-03/31/00 | 04/13/00 | 04-533 | PCC | 2739 | Spacer Disc Flattening (American Hydro) | 3,000.00 | 2,076.00 | 2,076.00 | 249.12 | 2,325.12 | 180.20 | 2,505.32 |
| 06/01/00-06/30/00 | 06/21/00 | 05-562 | PCC | 2812 | Spacer Disc Flattening (American Hydro) | 4,500.00 | 3,114.00 | 3,114.00 | 373.68 | 3,487.68 | 270.30 | 3,757.98 |
| 04/01/00-04/30/00 | 05/11/00 | 05-547 | PCC | 2783 | Spacer Disc Flattening- (American Hydro) | 1,950.00 | 1,349.40 | 1,349.40 | 161.93 | 1,511.33 | 117.13 | 1,628.46 |
| 04/01/00-04/30/00 | 05/11/00 | 05-547 | PCC | 2787 | Spacer Disc Flattening- (American Hydro) | 5,236.00 | 3,623.31 | 3,623.31 | 434.80 | 4,058.11 | 314.50 | 4,372.61 |
| 04/01/00-04/30/00 | 05/11/00 | 05-547 | PCC | 2775 | Spacer Disc Flattening- (American Hydro) | 1,050.00 | 726.60 | 726.60 | 87.19 | 813.79 | 63.07 | 876.86 |
| 04/01/00-04/30/00 | 05/11/00 | 05-547 | PCC | 2755 | Spacer Disc Flattening- (American Hydro) | 3,900.00 | 2,698.80 | 2,698.80 | 323.86 | 3,022.66 | 234.26 | 3,256.91 |
| 04/01/00-04/30/00 | 05/11/00 | 05-547 | PCC | 2763 | Spacer Disc Flattening- (American Hydro) | 3,150.00 | 2,179.80 | 2,179.80 | 261.58 | 2,441.38 | 189.21 | 2,630.58 |
| 11/01/99-11/30/99 | 12/09/99 | 9912-609 | PCC | YPA-5409 | Spacer Disc Material (Bethlehem Lukens) | 24,050.57 | 16,642.99 | 16,642.99 | 1,997.16 | 18,640.15 | 1,444.61 | 20,084.77 |
| 11/01/99-11/30/99 | 12/09/99 | 9912-609 | PCC | YPA-5433 | Spacer Disc Material (Bethlehem Lukens) | 62,541.72 | 43,278.87 | 43,278.87 | 5,193.46 | 48,472.33 | 3,756.61 | 52,228.94 |
| 09/01/99-09/30/99 | 10/06/99 | 9910-589 | PCC | | Spacer Disc Material (Bethlehem Lukens) | 22,000.00 | 15,224.00 | 15,224.00 | 1,826.88 | 17,050.88 | 1,321.44 | 18,372.32 |
| 01/01/00-01/31/00 | 02/17/00 | 02-518 | PCC | 0306-82491-88-01 | Spacer Disc Material (Bethlehem Steel) | 3,200.00 | 2,214.40 | 3,200.00 | 384.00 | 3,584.00 | 277.76 | 3,861.76 |
| 09/01/00-09/30/00 | 10/23/00 | 10-637 | PCC | ---- | Spacer Disc Material (Bethlehem Steel) | 350,000.00 | 242,200.00 | 242,200.00 | 29,064.00 | 271,264.00 | 21,022.96 | 292,286.96 |
| 02/01/00-02/29/00 | 03/13/00 | 03-526 | PCC | 50197 | Spacer Disc Plating (6) (Dav Tech) | 3,420.00 | 2,366.64 | 2,366.64 | 284.00 | 2,650.64 | 205.42 | 2,856.06 |
| 02/01/00-02/29/00 | 03/13/00 | 03-526 | PCC | 50061 | Spacer Disc Plating (7) (Dav Tech) | 3,990.00 | 2,761.08 | 2,761.08 | 331.33 | 3,092.41 | 239.66 | 3,332.07 |
| 04/01/00-04/30/00 | 05/11/00 | 05-547 | PCC | 52381 | Spacer Disc Plating (Dav-Tech) | 12,540.00 | 8,677.68 | 8,677.68 | 1,041.32 | 9,719.00 | 753.22 | 10,472.22 |
| 04/01/00-04/30/00 | 05/11/00 | 05-547 | PCC | 52XXX | Spacer Disc Plating (Dav-Tech) | 3,420.00 | 2,366.64 | 2,366.64 | 284.00 | 2,650.64 | 205.42 | 2,856.06 |
| 04/01/00-04/30/00 | 05/11/00 | 05-547 | PCC | 52020 | Spacer Disc Plating (Dav-Tech) | 7,440.00 | 5,148.48 | 5,148.48 | 617.82 | 5,766.30 | 446.89 | 6,213.19 |
| 04/01/00-04/30/00 | 05/11/00 | 05-547 | PCC | 51154 | Spacer Disc Plating (Dav-Tech) | 3,420.00 | 2,366.64 | 2,366.64 | 284.00 | 2,650.64 | 205.42 | 2,856.06 |
| 03/01/00-03/31/00 | 04/13/00 | 04-533 | PCC | 50434 | Spacer Disc Plating (Dav-Tech) | 3,420.00 | 2,366.64 | 2,366.64 | 284.00 | 2,650.64 | 205.42 | 2,856.06 |
| 03/01/00-03/31/00 | 04/13/00 | 04-533 | PCC | 50827 | Spacer Disc Plating (Dav-Tech) | 6,840.00 | 4,733.28 | 4,733.28 | 567.99 | 5,301.27 | 410.85 | 5,712.12 |
| 03/01/00-03/31/00 | 04/13/00 | 04-533 | PCC | 51692 | Spacer Disc Plating (Dav-Tech) | 12,000.00 | 8,304.00 | 8,304.00 | 996.48 | 9,300.48 | 720.79 | 10,021.27 |
| 06/01/00-06/30/00 | 06/21/00 | 05-562 | PCC | 53591 | Spacer Disc Plating (Dav-Tech) | 7,470.00 | 5,169.24 | 5,169.24 | 620.31 | 5,789.55 | 448.69 | 6,238.24 |
| 06/01/00-06/30/00 | 06/21/00 | 05-562 | PCC | 20050 | Spacer Disc Sandblasting (Precision Defense) | 1,068.00 | 739.06 | 739.06 | 88.69 | 827.74 | 64.15 | 891.89 |
| 04/01/00-04/30/00 | 05/11/00 | 05-547 | PCC | | Spacer Disc Shipping Boxes | 2,446.80 | 1,693.19 | 1,693.19 | 203.18 | 1,896.37 | 146.97 | 2,043.34 |
| 02/01/00-02/29/00 | 03/13/00 | 03-526 | PCC | 24091 | Spacer Disc Transport to Dav Tech/American Hydro (Markey Trucking) | 630.40 | 436.24 | 436.24 | 52.35 | 488.59 | 37.87 | 526.45 |
| 02/01/00-02/29/00 | 03/13/00 | 03-526 | PCC | 24090 | Spacer Disc Transport to Dav Tech/American Hydro (Markey Trucking) | 500.00 | 346.00 | 346.00 | 41.52 | 387.52 | 30.03 | 417.55 |
| 02/01/00-02/29/00 | 03/13/00 | 03-526 | PCC | 24083 | Spacer Disc Transport to Dav Tech/American Hydro (Markey Trucking) | 225.00 | 155.70 | 155.70 | 18.68 | 174.38 | 13.51 | 187.90 |
| 02/01/00-02/29/00 | 03/13/00 | 03-526 | PCC | 24070 | Spacer Disc Transport to Dav Tech/American Hydro (Markey Trucking) | 70.00 | 48.44 | 48.44 | 5.81 | 54.25 | 4.20 | 58.46 |

# Exhibit 4
## Costs Attributable to the Dual Purpose Transportable Features of the Dry Storage System
## TNW -- Post 5/15/97

| Invoice Period | Invoice Date | Primary Invoice # | Subcontractor | Sub Invoice # | Activity Description | Total Invoice Amount | Spacer Disc Portion 69.2% | Non Allowable Portion | TNW G & A 12% | Total Non Allowable Portion | Tax 7.75% | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/01/00-02/29/00 | 03/13/00 | 03-526 | PCC | 24052 | Spacer Disc Transport to Dav Tech/American Hydro (Markey Trucking) | 166.25 | 115.05 | 115.05 | 13.81 | 128.85 | 9.99 | 138.84 |
| 02/01/00-02/29/00 | 03/13/00 | 03-526 | PCC | 24027 | Spacer Disc Transport to Dav Tech/American Hydro (Markey Trucking) | 70.00 | 48.44 | 48.44 | 5.81 | 54.25 | 4.20 | 58.46 |
| 02/01/00-02/29/00 | 03/13/00 | 03-526 | PCC | 24034 | Spacer Disc Transport to Dav Tech/American Hydro (Markey Trucking) | 87.50 | 60.55 | 60.55 | 7.27 | 67.82 | 5.26 | 73.07 |
| 02/01/00-02/29/00 | 03/13/00 | 03-526 | PCC | 24040 | Spacer Disc Transport to Dav Tech/American Hydro (Markey Trucking) | 225.00 | 155.70 | 155.70 | 18.68 | 174.38 | 13.51 | 187.90 |
| 02/01/00-02/29/00 | 03/13/00 | 03-526 | PCC | 24039 | Spacer Disc Transport to Dav Tech/American Hydro (Markey Trucking) | 96.25 | 66.61 | 66.61 | 7.99 | 74.60 | 5.78 | 80.38 |
| 02/01/00-02/29/00 | 03/13/00 | 03-526 | PCC | 24038 | Spacer Disc Transport to Dav Tech/American Hydro (Markey Trucking) | 70.00 | 48.44 | 48.44 | 5.81 | 54.25 | 4.20 | 58.46 |
| 02/01/00-02/29/00 | 03/13/00 | 03-526 | PCC | 24015 | Spacer Disc Transport to Dav Tech/American Hydro (Markey Trucking) | 1,130.40 | 782.24 | 782.24 | 93.87 | 876.11 | 67.90 | 944.00 |
| 02/01/00-02/29/00 | 03/13/00 | 03-526 | PCC | 24009 | Spacer Disc Transport to Dav Tech/American Hydro (Markey Trucking) | 630.40 | 436.24 | 436.24 | 52.35 | 488.59 | 37.87 | 526.45 |
| 02/01/00-02/29/00 | 03/13/00 | 03-526 | PCC | 24001 | Spacer Disc Transport to Dav Tech/American Hydro (Markey Trucking) | 650.00 | 449.80 | 449.80 | 53.98 | 503.78 | 39.04 | 542.82 |
| 02/01/00-02/29/00 | 03/13/00 | 03-526 | PCC | 23986 | Spacer Disc Transport to Dav Tech/American Hydro (Markey Trucking) | 630.40 | 436.24 | 436.24 | 52.35 | 488.59 | 37.87 | 526.45 |
| 01/01/00-01/31/00 | 02/17/00 | 02-518 | PCC | 23924 | Spacer Disc Transport to Dav Tech/American Hydro (Markey Trucking) | 150.00 | 103.80 | 103.80 | 12.46 | 116.26 | 9.01 | 125.27 |
| 01/01/00-01/31/00 | 02/17/00 | 02-518 | PCC | 23916 | Spacer Disc Transport to Dav Tech/American Hydro (Markey Trucking) | 270.00 | 186.84 | 186.84 | 22.42 | 209.26 | 16.22 | 225.48 |
| 04/01/00-04/30/00 | 05/11/00 | 05-547 | PCC | 24295 | Spacer Disc Transport to Dav Tech/American Hydro (Markey Trucking) | 350.00 | 242.20 | 242.20 | 29.06 | 271.26 | 21.02 | 292.29 |
| 03/01/00-03/31/00 | 04/13/00 | 04-533 | PCC | 24190 | Spacer Disc Transport to DavTech/American Hydro (Markey Trucking) | 180.00 | 124.56 | 124.56 | 14.95 | 139.51 | 10.81 | 150.32 |
| 03/01/00-03/31/00 | 04/13/00 | 04-533 | PCC | 24150 | Spacer Disc Transport to DavTech/American Hydro (Markey Trucking) | 195.00 | 134.94 | 134.94 | 16.19 | 151.13 | 11.71 | 162.85 |
| 03/01/00-03/31/00 | 04/13/00 | 04-533 | PCC | 24118 | Spacer Disc Transport to DavTech/American Hydro (Markey Trucking) | 270.00 | 186.84 | 186.84 | 22.42 | 209.26 | 16.22 | 225.48 |
| 03/01/00-03/31/00 | 04/13/00 | 04-533 | PCC | 24137 | Spacer Disc Transport to DavTech/American Hydro (Markey Trucking) | 1,209.53 | 836.99 | 836.99 | 100.44 | 937.43 | 72.65 | 1,010.09 |
| 03/01/00-03/31/00 | 04/13/00 | 04-533 | PCC | 24103 | Spacer Disc Transport to DavTech/American Hydro (Markey Trucking) | 210.00 | 145.32 | 145.32 | 17.44 | 162.76 | 12.61 | 175.37 |
| 06/01/00-06/30/00 | 06/21/00 | 05-562 | PCC | 24481 | Spacer Disc Transport to DavTech/American Hydro (Markey Trucking) | 70.00 | 48.44 | 48.44 | 5.81 | 54.25 | 4.20 | 58.46 |
| 06/01/00-06/30/00 | 06/21/00 | 05-562 | PCC | 24374 | Spacer Disc Transport to DavTech/American Hydro (Markey Trucking) | 350.00 | 242.20 | 242.20 | 29.06 | 271.26 | 21.02 | 292.29 |
| 06/01/00-06/30/00 | 06/21/00 | 05-562 | PCC | 24358 | Spacer Disc Transport to DavTech/American Hydro (Markey Trucking) | 120.00 | 83.04 | 83.04 | 9.96 | 93.00 | 7.21 | 100.21 |
| 06/01/00-06/30/00 | 06/21/00 | 05-562 | PCC | 24348 | Spacer Disc Transport to DavTech/American Hydro (Markey Trucking) | 500.00 | 346.00 | 346.00 | 41.52 | 387.52 | 30.03 | 417.55 |
| 03/01/00-03/31/00 | 04/13/00 | 04-533 | PCC | 1005 | Spacer Sleeve Installation (FPI) | 76.00 | 52.59 | 52.59 | 6.31 | 58.90 | 4.56 | 63.47 |
| 03/01/00-03/31/00 | 04/13/00 | 04-533 | PCC | 1006 | Spacer Sleeve Installation (FPI) | 121.60 | 84.15 | 84.15 | 10.10 | 94.24 | 7.30 | 101.55 |
| 03/01/00-03/31/00 | 04/13/00 | 04-533 | PCC | xxxx | Spot Welder Consumables (Atlantic Spot Weld) | 20.00 | | 20.00 | 2.40 | 22.40 | 1.74 | 24.14 |
| 12/01/99-12/31/99 | 01/11/00 | 200001-03 | | | Thermal Test (travel) | 1,411.62 | | 1,411.62 | 169.39 | 1,581.01 | 122.53 | 1,703.54 |
| 08/01/00-08/31/00 | 09/11/00 | 09-601 | PCC | Petty Cash | Thermal Test Supplies | 4.95 | | 4.95 | 0.59 | 5.54 | 0.43 | 5.97 |
| 08/01/00-08/31/00 | 09/11/00 | 09-601 | PCC | 1268629 | Thermal Test Supplies (Newark) | 22.11 | | 22.11 | 2.65 | 24.76 | 1.92 | 26.68 |
| 08/01/00-08/31/00 | 09/11/00 | 09-601 | PCC | 1272465 | Thermal Test Supplies (Newark) | 11.88 | | 11.88 | 1.43 | 13.31 | 1.03 | 14.34 |
| 01/01/00-01/31/00 | 02/17/00 | 02-518 | PCC | 502485 | Thermal Test Supplies (Omega Engineering) | 78.23 | | 78.23 | 9.39 | 87.62 | 6.79 | 94.41 |
| 08/01/00-08/31/00 | 09/11/00 | 09-601 | PCC | 85897 | Thermal Test Supplies (OSI) | 210.00 | | 210.00 | 25.20 | 235.20 | 18.23 | 253.43 |
| 08/01/00-08/31/00 | 09/11/00 | 09-601 | PCC | 41737 | Thermal Test Supplies (PMI) | 112.14 | | 112.14 | 13.46 | 125.60 | 9.73 | 135.33 |
| 08/01/00-08/31/00 | 09/11/00 | 09-601 | PCC | ---- | Thermal Test Thermocouples | 843.71 | | 843.71 | 101.25 | 944.96 | 73.23 | 1,018.19 |
| | | | | | **GRAND TOTAL** | | | | | | | **1,250,633.86** |