# Exhibit 5

Written Direct Testimony of James Field Supporting Table B
*SMUD v. USA* 98-488c

# Exhibit 5
## Costs Attributable to the Dual Purpose Transportable Features of the Dry Storage System
## Other -- Post 5/15/97

| Invoice Period | Invoice Date | Primary Invoice # | Subcontractor | Sub Invoice # | Activity Description | Total Invoice Amount | Spacer Disc Portion 69.2% | Non Allowable Portion | TNW G & A 12% | Total Non Allowable Portion | Tax 7.75% |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 08/14/00 | ---- | ARR Cargo Systems | | Boral Sheets-Additional Sheets | 24,088.59 | | 24,088.59 | n/a | 24,088.59 | 0 |
| | 01/20/00 | ---- | AAR Cargo Systems | | Boral Sheets-Ship samples to Rancho Seco | 7,648.00 | | 7,648.00 | n/a | 7,648.00 | 0 |
| | 02/07/00 | 30017065 | AAR Cargo Systems | | Boral Sheets-Ship samples to Rancho Seco | 311.84 | | 311.84 | n/a | 311.84 | 0 |
| | 03/27/00 | ---- | New World Technologies | | Cask Closure Bolting-Test Equipment | 820.00 | | 820.00 | n/a | 820.00 | 0 |
| | | | | | **GRAND TOTAL** | | | | | **32,868.43** | |