# Exhibit 6

Written Direct Testimony of James Field Supporting Table B

*SMUD v. USA* 98-488c

# EXHIBIT 6

I reviewed the following tables from Brian Brinig's work papers:

- Materials: Work Order 604025, 604026, 701547, 701804, 702468 and 701584 Per FMIS Electronic Files,
- Outside Services: Work Order No. 604025, 604026, 701547, 701804, 702468 and 701584 Per FMIS Electronic Files,
- Work Order 4000371: General Support Spent Fuel, Details of Materials,
- Work Order 4000372: Spent Fuel Offload, Details of Materials,
- Work Order 465031: General Support Spent Fuel, Details of Materials,
- Work Order 604026: Spent Fuel Disposition, Details of Materials,
- Work Order 701547, Spent Fuel Offload and Storage, Details of Materials,
- Work Order 701804: Site Improvement/Fuel, Details of Materials,
- Work Order 702468: Computer Project-ISFSI Security, Details of Materials,
- Work Order 4000114: Fuel Offload and Storage, Details of Materials,
- Work Order 465031: General Support Spent Fuel, Details of Outside Services,
- Work Order 604026: Spent Fuel Disposition, Details of Outside Services,
- Work Order 701804: Site Improvement/Fuel, Details of Outside Services,
- Work Order 702468: Computer Project-ISFSI Security, Details of Outside Services,
- Work Order 4000371: General Support Spent Fuel, Details of Outside Services,
- Work Order 4000372: Spent Fuel Offload, Details of Outside Services, and
- Work Order 4000114: Fuel Offload and Storage, Details of Outside Services.