# Exhibit 2

Written Direct Testimony of Brian P. Brinig Supporting Table C

*SMUD v. USA* 98-488c

**BRIAN P. BRINIG**

**LIST OF EXPERT TESTIMONY GIVEN**
**(F.R.C.P. 26 List)**
**TRIALS AND DEPOSITIONS SINCE 2001**
**As of April 30, 2006**

The following is a list of expert testimony given by me since 2001. I have made the best effort I can to reconstruct the list accurately from my calendars and billing records. I am not certain that it is absolutely complete, but no item has been knowingly omitted.

**Trial Testimony (2001):**

Ainsworth v. Fuel Control
Armenta v. Scripps
Beckner v. Barney & Barney
Berke v. Advanced Motor
Brune v. Target
Freeman v. K-Mart
Freund v. Nycomed
Germann v. Vulcan
Loveday v. Harsco
Raney Dissolution
Rogers v. Teo

**Deposition Testimony (2001):**

Ainsworth v. Fuel Control
Andres v. USA
Armenta v. Scripps
Beckner v. Barney & Barney
Berke v. Advanced Motor
Brueggemeyer v. Randt
Carter v. Powell
Chope v. USA
Downey Dissolution
Florin v. IBM
Fountains v. La Jolla Retirement
Germann v. Vulcan
Grover v. Higginson
Hinkle v. Skywest
Internet Magic v. Netfax
Jeremiason v. Woods
Kaa v. Paragon
Lajeunesse v. Ford Motor
Leipart v. Guardian
Liu v. West Coast
Loveday v. Harsco

**Deposition Testimony (2001) Continued:**

Magner v. Sears
Mazon v. Fisher Tool
Morris v. SDG&E
Myer v. State Farm
Prigmore v. Mira Costa
Reese v. Chang
Reilly v. Anthony's
Rigney v. Murrell
Rogers v. Teo

**Trial Testimony (2002):**

CPS v. Barney & Barney
Carron v. San Diego Trolley
Hinkle v. Skywest
Internet Magic v. Netfax
Kiley v. Doscher
Lawson v. Armstrong
Liu v. West Coast
Moeller Dissolution
Pacific Regent v. La Jolla
Razo/Bell v. Best Western
Sawyer-Franger v. Praegitzer
USA v. Josephson
Woodard v. Becton

**Deposition Testimony (2002):**

Access v. The Media Guild
American v. Lehman
Biotech v. Mycogen
Bracamonte v. Jimsair
Brownen v. Reyes
Cabral v. UPS

**Deposition Testimony (2002) Continued:**

Carron v. San Diego Trolley
Czarnik v. Illumina
Explorer v. Allstate
Garcia v. Jones
George v. Home Depot
Geraci v. Frantz
Goldman Dissolution
Gonzalez v. Battle
Harron v. Otay Water
Hicks v. MacCulloch
Kiley v. Doscher
Liberty v. Hooters
Murphy v. Security
O'Keefe v. State of California
Pacific Regent v. La Jolla
Pelletier v. Express
Poulter v. Bonner
Redevelopment v. MJK
Rehkopf v. Escondido
Sawyer-Franger v. Praegitzer
Settle v. Destination
Smith v. Williams & Sons
Wachob v. Shaffer
Wells v. MedImpact
Western Pet v. Natura
Winkler v. City of San Diego
Woodard v. Becton

**Trial Testimony (2003):**

Brinson v. Kawasaki
Escamilla v. Flynn
Explorer v. Allstate
Geurkink v. British Bus
Hoge v. Reisch
Jones v. Bob Baker
Kitchens v. Caterpillar
Martin v. Rick
McCone v. Arthur
Smith v. Williams & Sons
Western Pet v. Natura

**Deposition Testimony (2003):**

Barno v. County
Basney v. Levitz
Bishop v. Wileman
Brinson v. Kawasaki
Buell-Wilson v. Ford
CVS v. MedImpact
Dean v. Symbolic
Drylie v. Kennedy
Ekhaml v. Whispering Winds
Escamilla v. Flynn
Feist v. Waste Management
Flores v. USA
Goldstein v. Metabolife
Jackson v. Balaban
Johnson v. Distabile
Jones v. Bob Baker
Kleven v. BKM
La Jolla Cove Motel v. Jackman
Martin v. Rick
McCone v. Arthur
McGlenn v. Grossmont Union
Montesinos v. Bakersfield
Ornelas v. Sanders
Paulin v. Davenport
Reyes v. Rodenberger
Schwartzman v. Bird
Simms v. Suntory
Tarantino v. DeMaria
TDY v. SDUPD
ToolCheq v. Ernst & Young
USA v. 17.69 Acres
Zilinek v. B&Z Builders
Zinn v. Lerma

**Trial Testimony (2004):**

AmNet v. Loan City
Granatelli v. Central Coast Mustang
Kilkenny v. Ellis
Kinney v. Grossmont
La Jolla Cove v. Jackman
Mancinelli v. Siewak
Murrieta v. No. County Bank
Nelson-Schrader v. KGTV
Price Dissolution
Sea World v. Xcel

**Trial Testimony (2004) Continued:**

TDY v. SDUPD
Tenorio v. Collins
Unique v. Mastercraft
Wells Fargo v. G. W. Manufacturing
Winchester v. Corcoran
Woods v. Neptune
Zinn v. Lerma

**Deposition Testimony (2004):**

AmNet v. Loan City
Bracamonte v. Bracamonte
Brown Dissolution
Cochran v. Vantage
Dever v. Penske
Goldstein v. Montecatini
Granatelli v. Central Coast
Kilkenny v. Ellis
Kinney v. Grossmont
Kraft v. Menifee
Langer v. Pro-Tech
Malcolm v. Chapman
Mancinelli v. Siewak
McAfee v. Pavement Specialists
Murrieta v. No. County Bank
Nelson-Schrader v. KGTV
Norman Dissolution
Nunez v. Black Dog
Pelzer/Wilder v. USA
RDR v. Copy Club
Schenk v. Rogers
Tenorio v. Collins
Victoria Place v. Jun
Warrillow v. Qualcomm
Winchester v. Corcoran

**Trial Testimony (2005):**

Davis v. S-B Power
Jones v. Nevin

**Trial Testimony (2005) Continued:**

LaSala v. Hendrick
Lopez v. Humberto
McCasland v. Beckman
Sacramento Muni Utility Dist. v. USA
USA v. 17.69 Acres
Williams v. Callery

**Deposition Testimony (2005):**

Avid v. MMI
Davis v. S-B Power
Don v. Colrich
Dreischmeyer v. BSA
Eskridge v. Davis
Hartwig v. Liberty
Janscek v. American Airlines
Jones v. Nevin
LaSala v. Hendrick
McCasland v. Beckman
McKenzie v. Zuanich
Metcalf v. Cavanee
Morales v. Cyprias
Nancy Ridge v. Bio-Hydration
New Destiny v. Voice Media
Potomac v. BISYS
Reid v. Glaxo
Sacramento Muni Utility Dist. v. USA
Team v. Rancho
Vasquez v. Residential
Wells Fargo v. G.W. Manufacturing
Williams v. Callery

**Trial Testimony (2006):**

Aibangee v. Victoria Apts.

**Deposition Testimony (2006):**

Aibangee v. Victoria Apts.

**Deposition Testimony (2006) Continued:**

Bakken v. Becraft
CA v. Imperial
Cardinal v. Tyco
Epperson v. Oceanside
Gifford v. Paw
Ishraiteh v. Dapper
Saxton v. Deibler