# Exhibit 3

Written Direct Testimony of Brian P. Brinig Supporting Table C

*SMUD v. USA* 98-488c

**Sacramento Municipal Utility District v. The United States**
**Exhibit 3 to Written Direct Testimony Re Table C**
**Table C [1]**
**Outside Services - FMIS and SAP Time Periods**

| Date | Invoice Date | Vendor No. | Vendor Name | Amount | Description | Invoice Number | Work Order | Cost Ctr | Contract/PO Number | SAP or FMIS |
|---|---|---|---|---|---|---|---|---|---|---|
| 97/06 | | 39203 | Grainger W | 118.52 | DRY B OX GLOVES 30 MIL, 32 VN# 0000039203 | | 604026 | 624 713 | | FMIS |
| 97/06 | | 39203 | Grainger W | 104.29 | DRY B OX GLOVES 15 MIL, 32 VN# 0000039203 | | 604026 | 624 713 | | FMIS |
| 97/06 | | 39203 | Grainger W | 95.34 | 17" S UPER-TUFF PULLOVER B VN# 0000039203 | | 604026 | 624 713 | | FMIS |
| 97/06 | | 39203 | Grainger W | 95.32 | 17" S UPER-TUFF PULLOVER B VN# 0000039203 | | 604026 | 624 713 | | FMIS |
| 97/06 | | 39203 | Grainger W | 95.32 | 17" S UPER-TUFF PULLOVER B VN# 0000039203 | | 604026 | 624 713 | | FMIS |
| | | | | 508.79 | | | | | | |
| 97/10 | | 18603201 | Lehigh Lab | 1,025.00 | LEHIG H TESTING VN# 0018648201 | | 604026 | 608 713 | | FMIS |
| | | | | 1,025.00 | | | | | | |
| 97/06 | | 19829001 | Packaging Tech | 4,340.50 | ENGIN EERING SVS. VN# 0019829001 | | 604026 | 624 713 | | FMIS |
| 97/06 | | 19829001 | Packaging Tech | 8.10 | TRAVE L/ODC'S VN# 0019829001 | | 604026 | 624 713 | | FMIS |
| 97/07 | | 19829001 | Packaging Tech | 4,937.25 | ENGIN EERING SERVICES VN# 0019829001 | | 604026 | 624 713 | | FMIS |
| 97/07 | | 19829001 | Packaging Tech | 350.00 | TRAVE L/OCDS VN# 0019829001 | | 604026 | 624 713 | | FMIS |
| 97/07 | | 19829001 | Packaging Tech | 230.00 | SUBCO NTRACT ENGR. SVS. VN# 0019829001 | | 604026 | 624 713 | | FMIS |
| | | | | 9,865.85 | | | | | | |
| 97/09 | 11/04/96 | 13259002 | Vectra | 104,500.00 | MILES TONE #HSMC-3THRU -24 VN# 0013259002 | 24952 | 604026 | 624 713 | E-776 | FMIS |
| 97/09 | 11/04/96 | 13259002 | Vectra | (52,250.00) | DEBIT MEMO VN# 0013259002 | 24952 | 604026 | 624 713 | E-776 | FMIS |
| 97/09 | 07/03/97 | 13259002 | Vectra | 63,335.34 | ESCAL ATION VN# 0013259002 | 25061 | 604026 | 624 713 | E-776 | FMIS |
| 97/09 | 07/03/97 | 13259002 | Vectra | (31,667.67) | DEBIT MEMO VN# 0013259002 | 25061 | 604026 | 624 713 | E-776 | FMIS |
| 97/10 | | 13259002 | Vectra | 83,917.67 | CREDI T MEMO VN# 0013259002 | | 604026 | 624 713 | | FMIS |
| | | | | 167,835.34 | | | | | | |
| | | **Total Outside Services** | | **$ 179,234.98** | | | | | | |

**Notes:**
[1] Table C is SMUD's representation of costs incurred after May 15, 1997 attributable to a contract, lease, or other legal obligation executed prior to May 15, 1997 pursuant to the Court's March 31, 2006 Order Requesting Supplemental Expert Testimony and the Court's March 31, 2006 Memorandum Opinon and Order. The rationale for including or excluding particular costs from Table C is set forth in Exhibit 1B.