# Exhibit 4

Written Direct Testimony of Brian P. Brinig Supporting Table C

*SMUD v. USA* 98-488c

**Sacramento Municipal Utility District v. The United States**
**Exhibit 4 to Written Direct Testimony Re Table C**
**Summary of Outside Services Invoices by Time Period**

| | All Outside Services Invoices: | | | |
|---|---|---|---|---|
| | Vendors Paid for All Work Before 6/1/97 [1] | Vendors Paid for All Work After 6/1/97 [1] | Vendors Paid for Work Before & After 6/1/97 [1] | Total |
| Outside Services Invoices | $ 1,426,037.44 | $41,563,847.43 | $10,124,442.92 | $ 53,114,327.79 |

**Notes:**

[1] The Court's March 31, 2006 Order Requesting Supplemental Expert Testimony specifies the time periods prior to and after May 15, 1997. FMIS data (all data prior to 11/1/99) does not include the month, day and year of each charge (FMIS only provides the month and year of each charge). All charges prior to June 1, 1997 have already been deducted per the Court's Memorandum Opinion and Order. Therefore a cut off at June 1, 1997 was used.