# Exhibit 6

Written Direct Testimony of Brian P. Brinig Supporting Table C

*SMUD v. USA* 98-488c

**Sacramento Municipal Utility District v. The United States**
**Exhibit 6 to Written Direct Testimony Re Table C [1]**
**Outside Services - Vendor Charges Incurred Before and After 6/1/97 [2]**

| Before or After 6/1/97 [2] | Payment Date | Invoice Date | Vendor Name | Amount | Description | Contract/PO Number | Change Order | SAP or FMIS | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **Before** | 95/06 | | Anderson H | 7,093.00 | PAINT ING MECH/ELEC BLDG VN# 0018721001 | | | FMIS | |
| ↓ | 96/08 | | Anderson H | 1,950.00 | PAINT ING SVC VN# 0018721001 | | | FMIS | |
| | 97/01 | | Anderson H | 875.00 | ANDER SON PAINTING VN# 0018721001 | | | FMIS | |
| | 97/01 | | Anderson H | 300.00 | ANDER SON PAINTING VN# 0018721001 | | | FMIS | |
| | | | Subtotal Before 6/1/97 | 10,218.00 | | | | | |
| **After** | 97/11 | | Anderson H | 114.00 | CONTR OL CHIEF VN# 0019006001 | | | FMIS | [3] |
| ↓ | 5/21/2001 | 4/30/2001 | HARRIET ANDERSON PAINTING, INC | 4,139.00 | painting :SERVICE ORDER TO PAINT FIRE PUMP | 4500008763 | | SAP | [3] |
| | 5/21/2001 | 4/30/2001 | HARRIET ANDERSON PAINTING, INC | 4,139.00 | painting :SERVICE ORDER TO PAINT FIRE PUMP | 4500008763 | | SAP | [3] |
| | 5/21/2001 | 4/30/2001 | HARRIET ANDERSON PAINTING, INC | (4,139.00) | painting :SERVICE ORDER TO PAINT FIRE PUMP | 4500008763 | | SAP | [3] |
| | | | Subtotal After 6/1/97 | 4,253.00 | | | | | |
| | | | **Total Harriet Anderson Painting** | **14,471.00** | | | | | |
| **Before** | 95/08 | | Calif Surv | 325.00 | REPAI RS VN# 0011359001 | | | FMIS | |
| | | | Subtotal Before 6/1/97 | 325.00 | | | | | |
| **After** | 4/12/2001 | 3/5/2001 | CALIFORNIA SURVEYING & DRAFTING | 266.00 | THEODOLITE TS-6,CTE27705, REPAIR/CAL | 4500008255 | | SAP | [4] |
| | | | Subtotal After 6/1/97 | 266.00 | | | | | |
| | | | **Total California Surveying & Drafting** | **591.00** | | | | | |
| **Before** | 95/06 | 05/31/95 | CTR Tech | 19,500.00 | CRITI CALITY ANALYSIS VN# 0017303001 | F-990 | | FMIS | |
| ↓ | 96/08 | 07/02/96 | CTR Tech | 18,500.00 | DEFOR MED FUEL ANALYSIS VN# 0017303001 | G-553 | | FMIS | |
| | 96/08 | 07/02/96 | CTR Tech | 8,500.00 | SPENT FUEL ANALYSIS VN# 0017303001 | G-553 | | FMIS | |
| | 96/09 | 07/23/96 | CTR Tech | 12,500.00 | CASK LOADING OPTIMIZATION VN# 0017303001 | G-553 | | FMIS | |
| | 96/12 | | CTR Tech | 9,000.00 | QA RE VIEW-CRITIC CALC VN# 0017303001 | | | FMIS | |
| | | | Subtotal Before 6/1/97 | 68,000.00 | | | | | |
| **After** | 98/12 | | CTR Tech | 6,000.00 | REVIE W OF BURNUP ASSUMPTI VN# 0017303001 | | | FMIS | [5] |
| | | | Subtotal After 6/1/97 | 6,000.00 | | | | | |
| | | | **Total CTR Tech** | **74,000.00** | | | | | |
| **Before** | 96/04 | 04/05/96 | David Engineering | 25,500.00 | PROGR ESS PMT #1-75% VN# 0019375001 | G-437 | | FMIS | |
| ↓ | 96/05 | | David Engineering | 8,500.00 | PROGR ESS PAYMENT # 2-25% VN# 0019375001 | | | FMIS | |
| | | | Subtotal Before 6/1/97 | 34,000.00 | | | | | |
| **After** | 7/30/2002 | 7/26/2002 | DAVID ENGINEERING CONSTRUCTION | 106,152.66 | TASK #1 ISFSI PAVING | 4500014241 | | SAP | [6] |
| | | | Subtotal After 6/1/97 | 106,152.66 | | | | | |

**Sacramento Municipal Utility District v. The United States**
**Exhibit 6 to Written Direct Testimony Re Table C [1]**
**Outside Services - Vendor Charges Incurred Before and After 6/1/97 [2]**

| Before or After 6/1/97 [2] | Payment Date | Invoice Date | Vendor Name | Amount | Description | Contract/PO Number | Change Order | SAP or FMIS | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | | | **Total David Engineering Construction** | **140,152.66** | | | | | |
| After | 97/06 | | Grainger W | 118.52 | DRY B OX GLOVES 30 MIL, 32 VN# 0000039203 | | | FMIS | [7] |
| | 97/06 | | Grainger W | 104.29 | DRY B OX GLOVES 15 MIL, 32 VN# 0000039203 | | | FMIS | [7] |
| | 97/06 | | Grainger W | 95.34 | 17" S UPER-TUFF PULLOVER B VN# 0000039203 | | | FMIS | [7] |
| | 97/06 | | Grainger W | 95.32 | 17" S UPER-TUFF PULLOVER B VN# 0000039203 | | | FMIS | [7] |
| | 97/06 | | Grainger W | 95.32 | 17" S UPER-TUFF PULLOVER B VN# 0000039203 | | | FMIS | [7] |
| | 6/28/2000 | 6/6/2000 | W W GRAINGER INC | 635.16 | BLANKET FOR MISC MATERIAL & SUPPLIES | 4500004771 | | SAP | [8] |
| | 12/18/2000 | 11/1/2000 | W W GRAINGER INC | 260.22 | 1" bronz BLANKET FOR MISC MATERIAL & SUPPLIES | 4500004771 | | SAP | [8] |
| | 12/18/2000 | 11/2/2000 | W W GRAINGER INC | 125.13 | 1/2hp air BLANKET FOR MISC MATERIAL & SUPPLIES | 4500004771 | | SAP | [8] |
| ↓ | 9/10/2001 | 8/29/2001 | W W GRAINGER INC | 902.82 | BLANKET FOR MISC MATERIAL & SUPPLIES | 4500004771 | | SAP | [8] |
| | | | **Total WW Grainger Inc** | **2,432.12** | | | | | |
| Before | 95/07 | | Lehigh Lab | 1,080.00 | TESTS , ANALYSIS VN# 0018648201 | | | FMIS | |
| | 95/09 | | Lehigh Lab | 530.00 | LEHIG H TESTING LAB VN# 0018648201 | | | FMIS | |
| | 95/11 | | Lehigh Lab | 165.00 | TENSI LE TESTS VN# 0018648201 | | | FMIS | |
| | 95/11 | | Lehigh Lab | 80.00 | BEND TESTS VN# 0018648201 | | | FMIS | |
| | 96/06 | | Lehigh Lab | 120.00 | TENSI LE TESTS VN# 0018648201 | | | FMIS | |
| | 96/07 | | Lehigh Lab | 315.00 | TENSI LE TESTS VN# 0018648201 | | | FMIS | |
| | 96/10 | | Lehigh Lab | 150.00 | LEHIG H TESTING VN# 0018648201 | | | FMIS | |
| | 96/11 | | Lehigh Lab | 165.00 | LEHIG H TESTING VN# 0018648201 | | | FMIS | |
| | 96/12 | | Lehigh Lab | 250.00 | LEHIG H TESTING VN# 0018648201 | | | FMIS | |
| | 97/05 | | Lehigh Lab | 258.53 | WADER S, SIZE 11 VN# 0018603201 | | | FMIS | |
| | 97/05 | | Lehigh Lab | 258.53 | WADER S, SIZE 12 VN# 0018603201 | | | FMIS | |
| | 97/05 | | Lehigh Lab | 172.35 | WADER S, SIZE 10 VN# 0018603201 | | | FMIS | |
| ↓ | 97/05 | | Lehigh Lab | 77.43 | SUSPE NDERS FOR WADERS VN# 0018603201 | | | FMIS | |
| | | | Subtotal Before 6/1/97 | 3,621.84 | | | | | |
| After | 97/10 | | Lehigh Lab | 1,025.00 | LEHIG H TESTING VN# 0018648201 | | | FMIS | [9] |
| | 11/8/1999 | 10/15/1999 | LEHIGH TESTING LABORATORIES INC | 240.00 | MECHANICAL AND CHEMICAL TESTING OF W | 4500001342 | | SAP | [10] |
| | 5/16/2001 | 3/31/2001 | LEHIGH TESTING LABORATORIES INC | 290.00 | 26733 MECHANICAL AND CHEMICAL TESTING OF W | 4500001342 | | SAP | [10] |
| | 6/4/2002 | 4/19/2002 | LEHIGH TESTING LABORATORIES INC | 517.50 | MECHANICAL AND CHEMICAL TESTING OF W | 4500001342 | | SAP | [10] |
| ↓ | 8/1/2002 | 6/17/2002 | LEHIGH TESTING LABORATORIES INC | 160.00 | MECHANICAL AND CHEMICAL TESTING OF W | 4500001342 | | SAP | [10] |
| | | | Subtotal After 6/1/97 | 2,232.50 | | | | | |
| | | | **Total Lehigh Testing Laboratories** | **5,854.34** | | | | | |
| Before | 95/01 | | Natl Concr | 2,854.80 | SERVI CE ORDER ISSUED TO R VN# 0000627001 | | | FMIS | |
| ↓ | 95/01 | | Natl Concr | (90.00) | ADJ T O INV SN36000 VN# 0000627001 | | | FMIS | |
| | | | Subtotal Before 6/1/97 | 2,764.80 | | | | | |

**Sacramento Municipal Utility District v. The United States**
**Exhibit 6 to Written Direct Testimony Re Table C [1]**
**Outside Services - Vendor Charges Incurred Before and After 6/1/97 [2]**

| Before or After 6/1/97 [2] | Payment Date | Invoice Date | Vendor Name | Amount | Description | Contract/PO Number | Change Order | SAP or FMIS | Notes |
|---|---|---|---|---|---|---|---|---|---|
| After | 99/08 | | National Concr | 6,800.00 | TASK 2-SLAB CUT VN# 0000627001 | | | FMIS | [11] |
| | 99/08 | | National Concr | 4,400.00 | TASK 1-PAYMENT BOND VN# 0000627001 | | | FMIS | [11] |
| | 99/08 | | National Concr | 900.00 | TASK 1-SITE BADGING VN# 0000627001 | | | FMIS | [11] |
| | | | Subtotal After 6/1/97 | 12,100.00 | | | | | |
| | | | **Total National Concrete** | **14,864.80** | | | | | |
| Before | 96/11 | 10/09/96 | Packaging Tech | 38,012.36 | ENGRG SVCS-IMPACT LIMITER VN# 0019829001 | G-703 | | FMIS | |
| | 96/12 | 11/08/96 | Packaging Tech | 32,318.22 | ENGRG SVCS-IMPACT LIMITER VN# 0019829001 | G-703 | | FMIS | |
| | 97/02 | 12/11/96 | Packaging Tech | 41,406.75 | ENGR SVCS IMPACT LIMITER VN# 0019829001 | G-703 | | FMIS | |
| | 97/02 | 02/10/97 | Packaging Tech | 37,298.50 | ENGR SVCS IMPACT LIMITER VN# 0019829001 | G-703 | | FMIS | |
| | 97/02 | 12/11/96 | Packaging Tech | 3,680.00 | SUBCO NTRACT SVCS VN# 0019829001 | G-703 | | FMIS | |
| | 97/02 | 12/11/96 | Packaging Tech | 2,039.50 | TRAVE L/OCDS VN# 0019829001 | G-703 | | FMIS | |
| | 97/02 | 02/10/97 | Packaging Tech | 1,035.00 | SUBCO NTRACTOR SVCS VN# 0019829001 | G-703 | | FMIS | |
| | 97/02 | 02/10/97 | Packaging Tech | 175.58 | TRAVE L/OCD'S VN# 0019829001 | G-703 | | FMIS | |
| | 97/03 | | Packaging Tech | 7,259.50 | ENGIN EERING SVCS VN# 0019829001 | | | FMIS | |
| | 97/03 | | Packaging Tech | 1,035.00 | SUBCO NTRACT SUPPORT VN# 0019829001 | | | FMIS | |
| | 97/03 | | Packaging Tech | 34.60 | TRAVE L/ODC'S VN# 0019829001 | | | FMIS | |
| | 97/04 | 04/04/97 | Packaging Tech | 53,692.90 | MATER IAL/FABRICATION VN# 0019829001 | G-703 | | FMIS | |
| | 97/04 | 04/04/97 | Packaging Tech | 1,815.00 | ENGIN EERING SVCS VN# 0019829001 | G-703 | | FMIS | |
| | 97/04 | 04/04/97 | Packaging Tech | 56.16 | TRAVE L/ODC'S VN# 0019829001 | G-703 | | FMIS | |
| | 97/04 | 04/04/97 | Packaging Tech | (53,692.90) | DEBIT MEMO VN# 0019829001 | G-703 | | FMIS | |
| | | | Subtotal Before 6/1/97 | 166,166.17 | | | | | |
| After | 97/06 | | Packaging Tech | 4,340.50 | ENGIN EERING SVS. VN# 0019829001 | | | FMIS | [12] |
| | 97/06 | | Packaging Tech | 8.10 | TRAVE L/ODC'S VN# 0019829001 | | | FMIS | [12] |
| | 97/07 | | Packaging Tech | 4,937.25 | ENGIN EERING SERVICES VN# 0019829001 | | | FMIS | [12] |
| | 97/07 | | Packaging Tech | 350.00 | TRAVE L/OCDS VN# 0019829001 | | | FMIS | [12] |
| | 97/07 | | Packaging Tech | 230.00 | SUBCO NTRACT ENGR. SVS. VN# 0019829001 | | | FMIS | [12] |
| | 97/08 | | Packaging Tech | 5,443.00 | ENGIN EERING SVCS VN# 0019829001 | | | FMIS | [13] |
| | 97/08 | | Packaging Tech | 129.69 | TRAVE L/OCDS VN# 0019829001 | | | FMIS | [13] |
| | 97/09 | | Packaging Tech | 7,577.75 | ENGIN EERING SVCS 7/97 VN# 0019829001 | | | FMIS | [13] |
| | 97/10 | 09/04/97 | Packaging Tech | 14,174.25 | SPENT FUEL IMPACT LIMITER VN# 0019829001 | G-703 | | FMIS | [13] |
| | 97/11 | 10/08/97 | Packaging Tech | 29,793.26 | IMPAC T LIMITER VN# 0019829001 | G-703 | | FMIS | [13] |
| | 97/11 | 10/08/97 | Packaging Tech | (2,072.26) | DEBIT MEMO VN# 0019829001 | G-703 | | FMIS | [13] |
| | 97/12 | 10/30/97 | Packaging Tech | 39,562.85 | IMPAC T LIMITER VN# 0019829001 | G-703 | | FMIS | [13] |
| | 98/01 | 10/08/97 | Packaging Tech | 2,072.26 | CREDI T MEMO CM 01 VN# 0019829001 | G-703 | | FMIS | [13] |
| | 98/03 | 12/31/97 | Packaging Tech | 98,491.53 | IMPAC T LIMITERS TASK B,D VN# 0019829001 | G-703 | | FMIS | [13] |
| | 98/03 | 02/09/98 | Packaging Tech | 26,359.75 | IMPAC T LIMIT SYS PH 1A VN# 0019829001 | G-703 | | FMIS | [13] |
| | 98/03 | 12/31/97 | Packaging Tech | 10,426.25 | TASK 1 VN# 0019829001 | G-703 | | FMIS | [13] |
| | 98/03 | 02/13/98 | Packaging Tech | 5,663.82 | IMPAC T LIMIT SYS TK#BD&E VN# 0019829001 | G-703 | | FMIS | [13] |
| | 98/04 | 03/04/98 | Packaging Tech | 14,825.51 | IMPAC T LIMITER SYS VN# 0019829001 | G-703 | | FMIS | [13] |

**Sacramento Municipal Utility District v. The United States**
**Exhibit 6 to Written Direct Testimony Re Table C [1]**
**Outside Services - Vendor Charges Incurred Before and After 6/1/97 [2]**

| Before or After 6/1/97 [2] | Payment Date | Invoice Date | Vendor Name | Amount | Description | Contract/PO Number | Change Order | SAP or FMIS | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | 98/04 | 03/04/98 | Packaging Tech | 5,687.97 | IMPAC T LIMITER SYS VN# 0019829001 | G-703 | | FMIS | [13] |
| | 98/04 | | Packaging Tech | 3,144.61 | IMPAC T LIMITER SYS VN# 0019829001 | | | FMIS | [13] |
| | 98/04 | | Packaging Tech | 1,032.03 | IMPAC T LIMITER SYS VN# 0019829001 | | | FMIS | [13] |
| | 98/05 | 04/29/98 | Packaging Tech | 60,544.07 | IMPAC T LIMITER SYS PHASE VN# 0019829001 | G-703 | | FMIS | [13] |
| | 98/05 | 04/09/98 | Packaging Tech | 58,973.37 | IMPAC T LIMITER SYS PH.1A VN# 0019829001 | G-703 | | FMIS | [13] |
| | 98/05 | 04/29/98 | Packaging Tech | 5,726.91 | IMPAC T LIMITER SYS PHASE VN# 0019829001 | G-703 | | FMIS | [13] |
| | 98/05 | 04/28/98 | Packaging Tech | 99.58 | REV C REDIT TAKEN ON INV#1 VN# 0019829001 | G-703 | | FMIS | [13] |
| | 98/06 | 05/14/98 | Packaging Tech | 49,453.15 | IMPAC T LIMITER SYSTEM VN# 0019829001 | G-703 | | FMIS | [13] |
| | 98/06 | | Packaging Tech | 642.20 | IMPAC T LIMITER SYS PHASE VN# 0019829001 | | | FMIS | [13] |
| | 98/06 | | Packaging Tech | 13.09 | INV'S 1347/1367 ADJ VN# 0019829001 | | | FMIS | [13] |
| | 98/08 | | Packaging Tech | 3,827.20 | IMPAC T LIMITER SYSTEM PHA VN# 0019829001 | | | FMIS | [13] |
| | 98/09 | 08/05/98 | Packaging Tech | 12,578.28 | IMPAC T LIMITER SYSTEM VN# 0019829001 | G-703 | | FMIS | [13] |
| | 98/10 | 09/04/98 | Packaging Tech | 12,397.32 | IMPAC T LIMITER SYS VN# 0019829001 | G-703 | | FMIS | [13] |
| | 98/12 | 11/03/98 | Packaging Tech | 15,043.60 | PHASE 2A 10/31/98 VN# 0019829001 | G-703 | | FMIS | [13] |
| | 98/12 | 10/09/98 | Packaging Tech | 14,313.82 | IMPAC T LIMIT SYS PH2A VN# 0019829001 | G-703 | | FMIS | [13] |
| | 98/12 | 11/03/98 | Packaging Tech | 592.80 | IMPAC T LIMIT SYS PH1A VN# 0019829001 | G-703 | | FMIS | [13] |
| | 99/02 | 01/08/99 | Packaging Tech | 14,715.40 | IMPAC T LIMITER SYSTEM-PHA VN# 0019829001 | G-703 | | FMIS | [13] |
| | 99/02 | 12/04/98 | Packaging Tech | 10,782.72 | IMPAC T LIMITER SYS-PHASE VN# 0019829001 | G-703 | | FMIS | [13] |
| | 99/02 | 12/04/98 | Packaging Tech | 8,940.36 | IMPAC T LIMITER SYS-PHASE VN# 0019829001 | G-703 | | FMIS | [13] |
| | 99/03 | 02/05/99 | Packaging Tech | 12,025.04 | IMPAC T LIMITER SYSTEM PHA VN# 0019829001 | G-703 | | FMIS | [13] |
| | 99/03 | | Packaging Tech | 5,774.09 | IMPAC T LIMITER SYSTEM-PHA VN# 0019829001 | | | FMIS | [13] |
| | 99/05 | 04/02/99 | Packaging Tech | 11,049.92 | DESIG N & FABRICATION (CC# VN# 0019829001 | G-703 | | FMIS | [13] |
| | 99/05 | 04/02/99 | Packaging Tech | 2,146.08 | PHASE 2A-IMPACT LIMITERS VN# 0019829001 | G-703 | | FMIS | [13] |
| | 99/06 | 05/07/99 | Packaging Tech | 10,149.11 | IMPAC T LIMITER FAB CC#9 VN# 0019829001 | G-703 | | FMIS | [13] |
| | 99/06 | 05/07/99 | Packaging Tech | 1,935.41 | IMPAC T LIMITER FAB CC#9 VN# 0019829001 | G-703 | | FMIS | [13] |
| | 99/07 | 06/04/99 | Packaging Tech | 174,503.51 | BALAN CE OF IMPACT LIMITER VN# 0019829001 | G-703 | | FMIS | [13] |
| | 1/20/2000 | 10/25/1999 | PACKAGING TECHNOLOGY, INC | 7,315.54 | Payment PACKAGING TECHNOLOGY, INC - ANALYSIS | 14500000481 | | SAP | [13] |
| | 7/27/2000 | 5/30/2000 | PACKAGING TECHNOLOGY, INC | 1,000.00 | Svcs p/e Impact Limiter Engineering Services | 4500003121 | | SAP | [13] |
| | 6/12/2001 | 5/21/2001 | PACKAGING TECHNOLOGY, INC | 965.00 | TK# 2 p/ Impact Limiter Engineering Services | 4500003121 | | SAP | [13] |
| | 6/12/2001 | 5/21/2001 | PACKAGING TECHNOLOGY, INC | 409.50 | TK#2 p/( Impact Limiter Engineering Services | 4500003121 | | SAP | [13] |
| | | | Subtotal After 6/1/97 | 768,095.19 | | | | | |
| | | | **Total Packaging Technology** | **934,261.36** | | | | | |
| **Before** | 94/05 | | Vectra | 6,412.42 | RANCH O SECO SPENT FUEL BL VN# 0013259001 | | | FMIS | |
| | 94/06 | | Vectra | 3,602.25 | RANCH O SECO SPENT FUEL BL VN# 0013259201 | | | FMIS | |
| | 94/07 | | Vectra | 2,219.50 | RS-SL AB DESIGN MODIFICATI VN# 0013259201 | | | FMIS | |
| | 94/08 | | Vectra | 855.92 | RS SP ENT FUEL WASHDOWN VN# 0013259201 | | | FMIS | |
| | 94/08 | | Vectra | 765.83 | RANCH O SECO SPENT FUEL WA VN# 0013259201 | | | FMIS | |
| | 94/10 | | Vectra | 3,052.44 | DESIG N ISFSI P/E 7/31/94 VN# 0001124230 | | | FMIS | |
| | 94/11 | | Vectra | 7,500.00 | DESIG N ISFSI CC#2 P/E 10/ VN# 0001124230 | | | FMIS | |

**Sacramento Municipal Utility District v. The United States**
**Exhibit 6 to Written Direct Testimony Re Table C [1]**
**Outside Services - Vendor Charges Incurred Before and After 6/1/97 [2]**

| Before or After 6/1/97 [2] | Payment Date | Invoice Date | Vendor Name | Amount | Description | Contract/PO Number | Change Order | SAP or FMIS | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | 94/11 | | Vectra | 306.00 | DESIG N ISFSI P/E 10/2/94 VN# 0001124230 | | | FMIS | |
| | 95/02 | | Vectra | 4,265.00 | IMPAC T LIMITER TEST 1/29/ VN# 0013259201 | | | FMIS | |
| | 95/02 | | Vectra | 621.60 | ISFSI COORDINATION VN# 0001124230 | | | FMIS | |
| | 95/05 | 04/02/95 | Vectra | 170,905.00 | MILES TONES HSMC-1B & 2 VN# 0013259201 | E-776 | | FMIS | |
| | 95/05 | | Vectra | 9,434.00 | IMPAC T LIMITER TESTS VN# 0013259201 | | | FMIS | |
| | 95/06 | 05/24/95 | Vectra | 550,000.00 | MILES TONE-CSF-1B VN# 0013259201 | E-776 | | FMIS | |
| | 95/06 | 05/28/95 | Vectra | 239,500.00 | MILES TONE TSF-1 VN# 0013259201 | E-776 | | FMIS | |
| | 95/06 | 05/24/95 | Vectra | 230,000.00 | MILES TONE-MESCF-26 VN# 0013259201 | E-776 | | FMIS | |
| | 95/06 | 05/28/95 | Vectra | 1,440.89 | SCALE MODEL TESTS VN# 0013259201 | E-776 | | FMIS | |
| | 95/08 | 07/19/95 | Vectra | 326,800.00 | MILES TONE NO HSMC-2 VN# 0013259201 | E-776 | | FMIS | |
| | 95/08 | 07/28/95 | Vectra | 204,750.00 | MILES TONE NO MESCF-1B VN# 0013259201 | E-776 | | FMIS | |
| | 95/08 | 07/19/95 | Vectra | 204,250.00 | MILES TONE NO HSMC-1B VN# 0013259201 | E-776 | | FMIS | |
| | 95/09 | 08/18/95 | Vectra | 440,000.00 | MILES TONES CSF2 & CSF3 VN# 0013259201 | E-776 | | FMIS | |
| | 95/09 | 07/26/95 | Vectra | 275,960.15 | PRICE ESCALATION VN# 0013259201 | E-776 | | FMIS | |
| | 95/09 | 06/26/95 | Vectra | 19,285.00 | MILES TONES HSMC-1B&2 VN# 0013259201 | E-776 | | FMIS | |
| | 95/10 | 08/27/95 | Vectra | 661,010.00 | MILES TONES HSMC-IA,IB,2 VN# 0013259201 | E-776 | | FMIS | |
| | 95/11 | 09/29/95 | Vectra | 984,600.00 | MILES TONE MESCF-1A VN# 0013259201 | E-776 | | FMIS | |
| | 95/11 | 09/29/95 | Vectra | 912,250.00 | MILES TONE MESCF-1B VN# 0013259201 | E-776 | | FMIS | |
| | 95/11 | 09/29/95 | Vectra | 220,000.00 | MILES TONE CSF-4 VN# 0013259201 | E-776 | | FMIS | |
| | 95/11 | 09/29/95 | Vectra | 122,850.00 | MILES TONE MESCF-2 VN# 0013259201 | E-776 | | FMIS | |
| | 95/11 | 09/29/95 | Vectra | 58,000.00 | MILES TONE WMF-1 VN# 0013259201 | E-776 | | FMIS | |
| | 95/11 | 09/29/95 | Vectra | (122,850.00) | DEBIT MEMO VN# 0013259201 | E-776 | | FMIS | |
| | 95/11 | 10/29/95 | Vectra | (234,600.00) | DEBIT MEMO VN# 0013259201 | E-776 | | FMIS | |
| | 95/12 | 10/29/95 | Vectra | 234,600.00 | MILES TONE MESCF-1A VN# 0013259201 | E-776 | | FMIS | |
| | 95/12 | 10/29/95 | Vectra | 220,000.00 | MILES TONE CSF-5 VN# 0013259201 | E-776 | | FMIS | |
| | 95/12 | 10/29/95 | Vectra | (34,600.00) | DEBIT MEMO VN# 0013259201 | E-776 | | FMIS | |
| | 96/03 | 03/15/96 | Vectra | 534,150.00 | MILES TONE MESCF-26 VN# 0013259201 | E-776 | | FMIS | |
| | 96/03 | 12/31/95 | Vectra | 405,932.79 | PRICE ESCALATION VN# 0013259201 | E-776 | | FMIS | |
| | 96/03 | 02/29/96 | Vectra | 34,600.00 | MESCF -1A VN# 0013259201 | E-776 | | FMIS | |
| | 96/03 | 02/29/96 | Vectra | (4,372.27) | CREDI T MEMO VN# 0013259201 | E-776 | | FMIS | |
| | 96/03 | 03/15/96 | Vectra | (267,075.00) | DEBIT MEMO-E776 VN# 0013259201 | E-776 | | FMIS | |
| | 96/04 | 04/04/96 | Vectra | 126,612.63 | PRICE ESCALATION-HSM'S VN# 0013259201 | E-776 | | FMIS | |
| | 96/04 | 04/04/96 | Vectra | 24,480.00 | AUTO WELDING EQUIP VN# 0013259201 | E-776 | | FMIS | |
| | 96/05 | 05/15/96 | Vectra | 267,075.00 | MILES TONE MESCF-26 VN# 0013259201 | E-776 | | FMIS | |
| | 96/05 | 04/17/96 | Vectra | 113,750.00 | MILES TONE MESC-1B VN# 0013259201 | E-776 | | FMIS | |
| | 96/05 | 05/16/96 | Vectra | 104,500.00 | MILES TONES HSMC-3 THRU HS VN# 0013259201 | E-776 | | FMIS | |
| | 96/05 | 05/16/96 | Vectra | 103,404.66 | PRICE ESCALATION -LABOR VN# 0013259201 | E-776 | | FMIS | |
| | 96/05 | 05/16/96 | Vectra | 29,007.63 | PRICE ESCALATION-HSM LABO VN# 0013259201 | E-776 | | FMIS | |
| | 96/05 | 05/16/96 | Vectra | 24,480.00 | QUART ERLY LEASE FEE 6/96 VN# 0013259201 | E-776 | | FMIS | |
| | 97/01 | 12/02/96 | Vectra | 69,395.00 | XM-19 MATERIAL VN# 0013259002 | E-776 | | FMIS | |
| | 97/01 | 11/21/96 | Vectra | 24,480.00 | LEASE -AUTO WELD EQUIP VN# 0013259002 | E-776 | | FMIS | |
| | 97/01 | 10/31/96 | Vectra | 1,188.00 | LABOR SVCS-DP187 UPGRADE VN# 0013259002 | E-776 | | FMIS | |

**Sacramento Municipal Utility District v. The United States**
**Exhibit 6 to Written Direct Testimony Re Table C [1]**
**Outside Services - Vendor Charges Incurred Before and After 6/1/97 [2]**

| Before or After 6/1/97 [2] | Payment Date | Invoice Date | Vendor Name | Amount | Description | Contract/PO Number | Change Order | SAP or FMIS | Notes |
|---|---|---|---|---|---|---|---|---|---|
| ↓ | 97/02 | 01/10/97 | Vectra | 279,677.00 | XM-19 MAT'L; CO#7 VN# 0013259002 | E-776 | | FMIS | |
| | 97/02 | 01/09/97 | Vectra | 10,318.50 | LABOR -THERMAL ANALYSIS/CO VN# 0013259002 | E-776 | | FMIS | |
| | 97/03 | 02/07/97 | Vectra | 14,553.00 | 10CFR THERMAL ANALYSIS RE VN# 0013259201 | E-776 | | FMIS | |
| | | | Subtotal Before 6/1/97 | 7,619,342.94 | | | | | |
| After | 97/07 | 06/23/97 | Vectra | 150,000.00 | OVERH EAD VN# 0013259002 | E-776 | 10 | FMIS | [14] |
| | 97/07 | 06/25/97 | Vectra | 150,000.00 | LICEN SE FEE VN# 0013259002 | E-776 | 10 | FMIS | [14] |
| | 97/07 | 06/23/97 | Vectra | 122,500.00 | ADDED NRC VN# 0013259002 | E-776 | 10 | FMIS | [14] |
| | 97/07 | 06/23/97 | Vectra | 122,500.00 | CREDI T MEMO-CC#10 VN# 0013259002 | E-776 | 10 | FMIS | [14] |
| | 97/07 | 06/23/97 | Vectra | 100,000.00 | ADVAN CE PAYMENT VN# 0013259002 | E-776 | 10 | FMIS | [14] |
| | 97/07 | 06/23/97 | Vectra | 75,000.00 | OVERH EAD VN# 0013259002 | E-776 | 10 | FMIS | [14] |
| | 97/07 | 06/23/97 | Vectra | 52,500.00 | CHG O RDER VN# 0013259002 | E-776 | 10 | FMIS | [14] |
| | 97/07 | 06/25/97 | Vectra | 33,414.00 | XM-19 WELDING VN# 0013259002 | E-776 | 10 | FMIS | [14] |
| | 97/07 | 06/23/97 | Vectra | (122,500.00) | DEBIT MEMO VN# 0013259002 | E-776 | 10 | FMIS | [14] |
| | 97/09 | 08/01/97 | Vectra | 350,000.00 | C/O # 10 WELDER PURCHASE VN# 0013259002 | E-776 | 10 | FMIS | [14] |
| | 97/09 | 11/04/96 | Vectra | 104,500.00 | MILES TONE #HSMC-3THRU -24 VN# 0013259002 | E-776 | | FMIS | [16] |
| | 97/09 | 07/03/97 | Vectra | 63,335.34 | ESCAL ATION VN# 0013259002 | E-776 | | FMIS | [16] |
| | 97/09 | 09/11/97 | Vectra | 37,500.00 | OVERH EAD FOR 3RD QTR 1997 VN# 0013259002 | E-776 | 10 | FMIS | [14] |
| | 97/09 | 07/03/97 | Vectra | 12,500.00 | CHG O RDER 10-ITEM A.3 VN# 0013259002 | E-776 | 10 | FMIS | [14] |
| | 97/09 | 07/03/97 | Vectra | (37,917.67) | DEBIT MEMO VN# 0013259002 | E-776 | | FMIS | [16, 17] |
| | 97/09 | 11/04/96 | Vectra | (52,250.00) | DEBIT MEMO VN# 0013259002 | E-776 | | FMIS | [16] |
| | 97/10 | | Vectra | 90,167.67 | CREDI T MEMO VN# 0013259002 | | | FMIS | [16, 18] |
| | 97/10 | 09/29/97 | Vectra | 66,530.36 | CHG 1 1- T&M LABOR VN# 0013259002 | E-776 | 11 | FMIS | [15] |
| | 97/10 | 04/03/97 | Vectra | 693.00 | UPGRA DE MP187 CHG#10,ITM VN# 0013259002 | E-776 | 10 | FMIS | [14] |
| | 97/11 | n/a | Vectra | 150,000.00 | LICEN SE FEE-H265 VN# 0013259002 | H-265 | | FMIS | [14] |
| ↓ | 97/11 | n/a | Vectra | (150,000.00) | REV L ICENSE FEETO H265 VN# 0013259002 | H-265 | | FMIS | [14] |
| | | | Subtotal After 6/1/97 | 1,318,472.70 | | | | | |
| | | | **Total Vectra** | **8,937,815.64** | | | | | |
| **Total Outside Services Vendor Invoices Incurred Before and After 6/1/97** | | | | **$ 10,124,442.92** | | | | | |

**Notes:**

[1] Exhibit 1B summarizes all nine vendors for whom SMUD incurred charges both before and after June 1, 1997. WW Grainger is included, despite the fact that charges were not incurred both before and after June 1, 1997, because of the proximity of the initial charges to the cut off date (June 1, 1997).

[2] The Court's March 31, 2006 Order Requesting Supplemental Expert Testimony specifies the time periods prior to and after May 15, 1997. FMIS data (all data prior to 11/1/99) does not include the month, day and year of each charge (FMIS only provides the month and year of each charge). All charges prior to June 1, 1997 have already been deducted per the Court's Memorandum Opinion and Order. Therefore, a cut off at June 1, 1997 was used.

[3] These charges were incurred after June 1, 1997. They are excluded from Table C for the following reason: they are not attributable to a contract, lease or legal obligation executed by plaintiff prior to 5/15/97.

**Sacramento Municipal Utility District v. The United States**
**Exhibit 6 to Written Direct Testimony Re Table C [1]**
**Outside Services - Vendor Charges Incurred Before and After 6/1/97 [2]**

| Before or After 6/1/97 [2] | Payment Date | Invoice Date | Vendor Name | Amount | Description | Contract/PO Number | Change Order | SAP or FMIS | Notes |
|---|---|---|---|---|---|---|---|---|---|

[4] These charges were incurred after June 1, 1997. They are excluded from Table C for the following reason: they are not attributable to a contract, lease or legal obligation executed by plaintiff prior to 5/15/97.

[5] These charges were incurred after June 1, 1997. They are excluded from Table C for the following reason: they are attributable to contract #H672 executed 10/21/98.

[6] These charges were incurred after June 1, 1997. They are excluded from Table C for the following reason: they are attributable to contract #4500014241 executed 6/5/02.

[7] These charges were incurred after June 1, 1997. They are included in Table C for the following reason: because of the proximity of the payment date to 5/15/97.

[8] These charges were incurred after June 1, 1997. They are excluded from Table C for the following reason: they are not attributable to a contract, lease or legal obligation executed by plaintiff prior to 5/15/97.

[9] These charges were incurred after June 1, 1997. They are included in Table C pursuant to Purchase Order #RQ37014 which was authorized prior to 5/15/97.

[10] These charges were incurred after June 1, 1997. They are excluded from Table C for the following reason: they are not attributable to a contract, lease or legal obligation executed by plaintiff prior to 5/15/97.

[11] These charges were incurred after June 1, 1997. They are excluded from Table C for the following reason: they are not attributable to a contract, lease or legal obligation executed by plaintiff prior to 5/15/97.

[12] These charges were incurred after June 1, 1997. The charges are attributable to contract # G703 which was executed prior to 5/15/97. These charges are included in Table C because of the proximity of the payment date to the assumed date of contract termination (see footnote 13 for further explanation).

[13] These charges were incurred after June 1, 1997. Contract #G703 includes a termination clause by which SMUD may terminate the contractor's services without penalty by giving the contractor ten days prior written notice of such termination. These costs are excluded from Table C based on the assumption that SMUD would have terminated the contract on 5/15/97.

[14] These charges were incurred after June 1, 1997. Contract #E776 includes a termination clause by which SMUD may terminate the contractor's services without penalty by giving the contractor thirty days prior written notice of such termination. These costs are excluded from Table C based on the assumption that SMUD would have terminated the contract on 5/15/97. These costs are also excluded from Table C because they are attributable to Change Order #10 which was approved by SMUD 6/5/97 (after 5/15/97).

[15] These charges were incurred after June 1, 1997. Contract #E776 includes a termination clause by which SMUD may terminate the contractor's services without penalty by giving the contractor thirty days prior written notice of such termination. These costs are excluded from Table C based on the assumption that SMUD would have terminated the contract on 5/15/97. These costs are also excluded from Table C because they are attributable to Change Order #11 which was executed 10/6/97 (after 5/15/97).

[16] These charges were incurred after June 1, 1997. These charges are included in Table C for the following reasons: the invoice dates are prior to 5/15/97 and/or because of the proximity of the invoices to the assumed date of termination.

[17] Per review of supporting documentation related to debit memo, $6,250 of debit memo is related to Change Order #10 which was approved by SMUD 6/5/97 (after 5/15/97). Therefore, $31,667.67 of the debit memo is included in Table C (and $6,250 of the debit memo is excluded from Table C).

[18] Per review of supporting documentation related to credit memo, $6,250 of credit memo is related to Change Order #10 which was approved by SMUD 6/5/97 (after 5/15/97). Therefore, $83,917.67 of the credit memo is included in Table C (and $6,250 of the credit memo is excluded from Table C).