# Exhibit 8

Written Direct Testimony of Brian P. Brinig Supporting Table C

*SMUD v. USA* 98-488c

# REQUEST FOR CONTRACT FILE NO.

TO: CONTRACT FILE NO. G437 DATE: 2/23/96

FROM: John Bell

BE

1. CONTRACTOR NAME: DAVID ENGINEERING CONSTRUCTION
2. ADDRESS: 6344 NUGGET DRIVE
   FORESTHILL, CA 95631
3. CONTRACT PURPOSE: Construct Concrete Apron at Cask Storage Facility
4. CONTRACT REP: Oscar David CSR NO: 8466
5. TELEPHONE NO: 916-367-3508 FAX NO: 916-367-3508
6. COST CENTER/ACTIVITY/RESOURCE: 624 / 701804 / 711
7. AWARD DATE: 2/28/96 BID REQUEST NO: IFB C96022
8. START DATE: NTP ENDING DATE: 60 days
9. CONTRACT AMOUNT: $34,000
10. SMUD TECH.REP. NAME: Phillip Terry MAIL STOP: 231 EXT: 4419
11. STAFF AUGMENTATION ONLY: ______
12. CONTRACT EMPLOYEE: (IF APPLICABLE) ______

NOTES: ______

Rancho Seco

ST- $______ HRS- $______
OT- $______ HRS- $______

TOTAL: ______

20 096

ORIGINAL

**SMUD**

SACRAMENTO MUNICIPAL UTILITY DISTRICT □ 6201 S Street, P.O. Box 15830, Sacramento CA 95852-1830, (916) 452-3211
AN ELECTRIC SYSTEM SERVING THE HEART OF CALIFORNIA

## SMUD CONTRACT NO. G437

THIS CONTRACT by and between SACRAMENTO MUNICIPAL UTILITY DISTRICT, a municipal utility district, hereinafter designated as District, and **DAVID ENGINEERING CONSTRUCTION, 6344 NUGGET DRIVE, FORESTHILL, CA 95631**

hereinafter designated as Contractor,

WITNESSETH:

That the parties agree as follows:

1. Contractor, for and in consideration of the payment to be made to it as hereafter provided, hereby agrees to furnish all material, labor and equipment necessary or required for the work described as:

**Construction of Concrete Apron, asphalt ramps and associated aggregate base shoulders for the Cask Storage Facility at Rancho Seco Nuclear Generating Station**

in strict conformity with the terms and conditions of this Contract. The bid submitted by Contractor and the terms, conditions, and specifications included in Invitation No. **C96022** are hereby incorporated as a part of this Contract by reference, to the same extent as if they were fully set forth herein. The Contractor shall comply with the California Labor Codes as defined in GC-46 in the Invitation for Bids.

2. District, in consideration of the performance of this Contract by Contractor, agrees to pay Contractor in accordance with the rates and prices set forth in the attached Bid Schedule subject to any additions and/or deductions provided for elsewhere in this Contract. Such payment shall be made in accordance with the procedure set forth in the General Conditions.

The District's maximum financial obligation under this Agreement shall be $34,000. Any expenditures in excess of this limit will not be reimbursed by the District and will be the Contractor's sole responsibility.

ACCEPTED FOR
DAVID ENGINEERING CONSTRUCTION

By: David Engineering Construction
Name: Oscar David
(Type or Print)
Title: OWNER
Date: FEB. 29, 1996
Federal Tax I.D. No: 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

ACCEPTED FOR THE SACRAMENTO MUNICIPAL UTILITY DISTRICT

By: [signature]
Name: John H. Bell
(Type or Print)
Title: Principal Contract Administrator
Date: 3/12/96

20 097

ISSUED IN DUPLICATE

SMUD CONTRACT NO. G437
BOND # GE5775741

**SACRAMENTO MUNICIPAL UTILITY DISTRICT**
**PAYMENT BOND**

KNOW ALL MEN BY THESE PRESENTS:

THAT WHEREAS, Sacramento Municipal Utility District has awarded to
**DAVID ENGINEERING CONSTRUCTION, 6344 NUGGET DRIVE, FORESTHILL, CA 95631**

hereinafter designated as Contractor, a Contract for the work described as follows:

**Construction of Concrete Apron to the Cask Storage Facility at Rancho Seco Nuclear Generating Station**

AND WHEREAS, said Contractor is required by the provisions of Chapter 7, Title 15, Sections 3247-3252, Civil Code, to furnish a bond in connection with said Contract, as hereinafter set forth.

NOW THEREFORE, we the undersigned Contractor and Surety are held and firmly bound unto Sacramento Municipal Utility District in the sum of **SEVENTEEN THOUSAND DOLLARS AND 00/100.**

**$17,000.00** said sum being one-half the estimated amount payable by said District under the terms of the Contract, for which payment well and truly to be made we bind ourselves, our heirs, executors and administrators, successors and assigns, jointly and severally, firmly by these presents.

THE CONDITION of this obligation is such,

;at if said Contractor, his or its heirs, executors, administrators, successors or assigns, or subcontractors, shall fail to pay any of the persons named in Section 3181 of the Civil Code, or amounts due under the Unemployment Insurance Code with respect to work or labor performed under the Contract, that the surety or sureties will pay for the same, in an amount not exceeding the sum specified in this bond, and also, in case suit is brought upon the bond, a reasonable attorney's fee, to be fixed by the Court.

This bond shall inure to the benefit of any and all of the persons named in Section 3181 of the Civil Code so as to give a right of action to such persons or their assigns in any suit brought upon this bond.

No prepayment or delay in payment and no change, extension addition, or alteration of any provision of said Contract or in the specifications agreed to between the Contractor and said District, and no forebearance on the part of said District, shall operate to relieve any Surety from liability on this bond, and consent to make such alterations without further notice to or consent by any such Surety is hereby given, and said Surety hereby waives the provisions of Section 2819 of the Civil Code.

IN WITNESS WHEREOF, we have hereunto set our hands and seals on this 1st day of March, 19 96

CONTRACTOR

DAVID ENGINEERING CONSTRUCTION

By [signature]

OSCAR DAVID
Print or Type Name

Title OWNER

SURETY

GULF INSURANCE COMPANY

5550 W. Touhy #400, Skokie, IL 60077
Business Address

(916) 481-8108
Business Telephone

By [signature]
Attorney-In-Fact Sharon J. Rusconi

SMUD_ 101147

20 098

(The signature of the Surety on this bond must be acknowledged before a Notary Public.)

IFB.dot

# ( )K STORAGE FACILITY CONCR E APRON AT RANCHO SECO NUCLEAR GENERATING STATION

## BID SCHEDULE

## INVITATION NO. C96022

Bids will be considered on this schedule only and no restrictive or conditional bid will be considered. The District reserves the right to increase or decrease the amount of work in the Bid as may be deemed advisable by the Engineer. Payment will be made on the basis of actual work installed.

Furnish all labor, material, equipment, engineering and incidentals required to provide the work specified for the Lump Sum Bid amount of:

THIRTY FOUR THOUSAND DOLLARS AND NO CENTS
(Words)

#34,000.00
(Figures)

In accordance with the District's Equal Business Opportunity Program, for bid evaluation purposes, the above lump sum bid amount is adjusted for bid preferences;

1. Lump Sum Bid Amount, same as above: $ 34,000

BID PREFERENCES: Deduct each Credit (Items 2 and 3) from Item 1.

2. MBE Credit: 5% x $ 34,000 ($ 1,700 )

3. WBE Credit: 5% x $ 34,000 (~~$ 1,700~~ ) [initials]

TOTAL EVALUATED BID AMOUNT (Item 1 less Items 2 and 3) ~~$ 30,600~~ 32,300 [initials]

BIDDER:

Company: DAVID ENGINEERING CONST

Address: 6344 NUGGET DR FORESTHILL CA 95631

Signed: [signature]

Dated: 1/26/96 Telephone: (916) 367-3508

20 099

# invoices

20 100

**CONTRA( ?AYMENTS ACCOUNT SEGREGATION**

ACCOUNTING USE ONLY

| ENTERED STAMP | P.O. / CONTRACT NO. | RELEASE / SUB NO. |
|---|---|---|
| | ATTACHMENTS YES ☐ | 1099 YES ☐ |
| | NO OF INVOICES | DUE DATE |

SHEET

P.O. / CONTR... NO.: 437

PAY ESTIMATE NO.: 2

PERIOD ENDING: 5/10/96

**VENDOR #**

**VENDOR NAME:** DAVID ENGINEERING CONSTRUCTION

**COMPANY CODE:**

| INVOICE NO. | INVOICE DATE | LINE CODE | CC | DISTRIBUTION | RES | SUBLEDGER | URC | DESCRIPTION | LINE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| G437-002 | 051096 | | 624 | 701804 | 711 | | | PROGRESS PAYMENT #2 - 25% | 8500 00 |
| | | | | | | | | Invoice Amount | 9775 00 |
| | | | | | | | | Retention on Prog. Pmt #1 | <1275 00> |
| | | | | | | | | | 8500 00 |

| | |
|---|---|
| GROSS AMOUNT | 8500 00 |
| RETENTION WITHHELD 5% | 425 00 |
| DISCOUNT | |
| TOTAL | 8075 00 |

| | | |
|---|---|---|
| PREPARED BY | | DATE |
| APPROVED BY | [signature] | DATE 5/20/96 |
| APPROVED BY | | DATE |
| APPROVED BY | | DATE |

20 101

SMUD-0140 5/93

SMUD_ 101150

**DAVID ENGINEERING CONSTRUCTION**

Oscar David
David Engineering Construction
6344 Nugget Drive
Foresthill, CA 95631

May 10, 1996

Phillip Terry
Rancho Seco
1440 Twin Cities Rd
Herald, CA 95638-9799

**INVOICE**

Contract #G437, Construct Concrete Apron...

| | |
|---|---|
| Contract amount | $34,000 |
| Less Progress Payment #1 | 24,255 |
| AMOUNT DUE | 9,775 |

25% Progress Payment - $8500 less 5% retention

Thank you for the opportunity to work with you, it has been a pleasure.

Sincerely,

Oscar David

Verified P. Terry
Approved B. [signature]

20 102

**CONTRA( 'AYMENTS ACCOUNT SEGREGATION**

**VENDOR #**

**VENDOR NAME:** DAVID ENGINEERING CONSTRUCTION

**COMPANY CODE:**

| | | | |
|---|---|---|---|
| ENTERED STAMP | P.O. / CONTRACT NO. | RELEASE / SUB NO. | P.O. / CONTR... .O. 437 |
| | ATTACHMENTS YES ☐ | 1099 YES ☐ | PAY E... ...IATE NO. 1 |
| | NO OF INVOICES | DUE DATE | PERIOD ENDING 4/5/96 |

| INVOICE NO. | INVOICE DATE | LINE CODE | CC | DISTRIBUTION | RES | SUBLEDGER | URC | DESCRIPTION | LINE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| G437-001 | 040596 | | 624 | 701804 | 711 | | | PROGRESS PMT #1 - 75% | 25,500.00 |

| | |
|---|---|
| GROSS AMOUNT ........ | 25,500.00 |
| RETENTION WITHHELD ... 5% ........ | 1,275.00 |
| DISCOUNT ........ | — |
| TOTAL ........ | 24,225.00 |

| | |
|---|---|
| PREPARED BY | DATE |
| APPROVED BY [signature] | DATE 4/12/96 |
| APPROVED BY | DATE |
| APPROVED BY | DATE |

SMUD 0140 5/93

SMUD_ 101152

**DAVID ENGINEERING CONSTRUCTION**
6344 Nugget Drive
Foresthill, CA 95631
(916) 367-3508

---

April 5, 1996

Phil Terry
Rancho Seco
1440 Twin Cities Rd.
Herald, CA 95638-9799

RE: Contract #G437

PROGRESS PAYMENT #1

| | | |
|---|---|---|
| Contract amount | $34,000 | |
| Progress billing #1<br>less 5% retention | 25,500<br>- 1,275 | 75% progress billing |
| AMOUNT DUE | $24,225 | |

Verified P. Terry

Approved

SMUD_101153

20 104

**DAVID ENGINEERING CONSTRUCTION**
6344 Nugget Drive
Foresthill, CA 95631
(916) 367-3508

---

April 1, 1996

John Bell, Contract Administrator
SMUD
1708 59th Street
Sacramento, CA 95819-4628

RE: Contract #G437

PROGRESS PAYMENT #1

| | |
|---|---|
| Contract amount | $34,000 |
| Progress billing #1<br>less 5% retention | 25,500<br>- 1,275 |
| AMOUNT DUE | $24,225 |

RECEIVED SMUD 96 APR -9 PM 1:50

ORIGINAL

400037

**SMUD**

SACRAMENTO MUNICIPAL UTILITY DISTRICT ☐ P. O. Box 15830, Sacramento CA 95852-1830, (916) 452-3211
AN ELECTRIC SYSTEM SERVING THE HEART OF CALIFORNIA

# SMUD CONTRACT NO. 4500014241

THIS CONTRACT by and between SACRAMENTO MUNICIPAL UTILITY DISTRICT, a municipal utility district, hereinafter designated as District, and

hereinafter designated as Contractor,

WITNESSETH:

That the parties agree as follows:

1. Contractor, for and in consideration of the payment to be made to it as hereafter provided, hereby agrees to furnish all material, labor and equipment necessary or required for the work described as rancho Seco Paving and Asphalt Repair services in strict conformity with the terms and conditions of this Contract. The bid submitted by Contractor and the terms, conditions, and specifications included in Invitation No. 2275.DRM are hereby incorporated as a part of this Contract by reference, to the same extent as if they were fully set forth herein. The Contractor shall comply with the California Labor Codes as defined in GC-46 in the Invitation for Bids.

2. District, in consideration of the performance of this Contract by Contractor, agrees to pay Contractor in accordance with the rates and prices set forth in the attached Bid Schedule subject to any additions and/or deductions provided for elsewhere in this Contract. Such payment shall be made in accordance with the procedure set forth in the General Conditions.

   The District's maximum financial obligation under this Agreement shall be $120,000.00. The District's Notice to Proceed will accompany the Task Authorization for any work to be performed hereunder. Any expenditures in excess of this limit or the Task authorized amount will not be reimbursed by the District and will be the Contractor's sole responsibility.

ACCEPTED FOR
DAVID ENGINEERING CONSTRUCTION, INC.

By: [signature]

Name: Oscar David
(Type or Print)

Title: President

Date: June 5, 2002

Federal Tax I.D. No: 94-3401415

ACCEPTED FOR THE SACRAMENTO
MUNICIPAL UTILITY DISTRICT

By: [signature]

Name: DAVID MIXA
(Type or Print)

Title: Procurement Professional

Date: June 3, 2002

20 106

SMUD_101155

) )

## 3.11 BID SCHEDULE
## Rancho Seco Paving and Asphalt Repair Services

Bids will be considered on the following schedule only and no restrictive or conditional bid will be considered. The quantities listed in the schedule are the Engineer's Estimate, are approximate only, being given as a basis for the comparison of bids. The District does not, expressly or by implication, propose or agree that the actual quantities of work will correspond therewith, but reserves the right to increase or decrease the amount of any portion of the work shown by the Bid Schedule, or to omit portions of said work, as may be deemed advisable by the Engineer. Payment for unit price items will be made on the basis of quantities actually installed. The unit price amounts shown below include all labor, material, equipment, engineering and incidentals required to provide the work specified.

| ITEM NO. | INSTALLED MATERIALS, INCLUDING ALL LABOR AND MATERIALS DESCRIPTION | EST. QTY. | UNIT | UNIT PRICE* | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 1. | New asphalt pavement in task order quantities >=12<24 tons. | 48 | Ton | $ 343.75 | $ 16,500 |
| 2. | New asphalt pavement in task order quantities >=24 tons. | 48 | Ton | $ 333.33 | $ 16,000 |
| 3. | Asphalt overlay/repairs in task order quantities <= 4 tons | 48 | Ton | $ 322.92 | $ 15,500 |
| 4. | Asphalt overlay/repairs in task order quantities >4<=8 tons | 120 | Ton | $ 275.– | $ 33,000 |
| 5. | Asphalt overlay/repairs in task order quantities >8<=12 tons | 48 | Ton | $ 218.75 | $ 10,500 |
| 6. | Seal Coating | 1,000 | $Ft^2$ | $ 0.25 | $ 250– |
| 7. | Seal Coating | 15,000 | $Ft^2$ | $ 0.20 | $ 3,000– |
| 8. | Crack Sealant, Cold pour | 3000 | Ln Ft | $ 1.17 | $ 3,500– |
| 9. | Striping | 2000 | Ln Ft | $ 0.75 | $ 1,500– |
| 10. | Chip Coating, single chip, asphalt emulsion | 1000 | $Ft^2$ | $ 4.00 | $ 4,000– |
| 11. | Mobilization Charge, per task | 12 | Ea. | $ 1.00 | $ 12– |
| 12. | Additional District Directed Work | XXX | XXX | XXX | $ 20,000.00 |
| 13 | TOTAL ITEMS 1 THROUGH ~~8~~ 12 | XXX | XXX | XXX | $ 123,762 |

*Escalation of material prices quoted above is acceptable to the District and will be permitted on the anniversary dates of the contract based upon the published US Bureau of Labor Statistics Producer Price Index submitted by the successful bidder on the anniversary date of the contract. The applicable adjusted prices will be reflected in new task authorizations.

In accordance with the District's Supplier Diversity Program, for bid evaluation purposes, the above bid amount is adjusted for bid price advantage as follows:

SACRAMENTO MUNICIPAL UTILITY DISTRICT
DAVID ENGINEERING CONSTRUCTION, INC.

CONTRACT NO. 4500014241

## PAYMENT BOND

KNOW ALL MEN BY THESE PRESENTS: BOND NO.: ____________

THAT WHEREAS, Sacramento Municipal Utility District has awarded to ________________________________________

hereinafter designated as Contractor, a Contract for the work described as follows: ________________________________________;

AND WHEREAS, said Contractor is required by the provisions of Chapter 7, Title 15, Sections 3247-3252, Civil Code, to furnish a bond in connection with said Contract, as hereinafter set forth;

NOW, THEREFORE, we the undersigned Contractor and Surety are held and firmly bound unto Sacramento Municipal Utility District in the sum of FIFTY THOUSAND DOLLARS ($ 50,000.00) to be paid to the said District or its certain attorney, its successors and assigns, for which payment well and truly to be made, we bind ourselves, our heirs, executors and administrators, successors and assigns, jointly and severally, firmly by these presents.

THE CONDITION of this obligation is such,

That if said Contractor, Contractor's heirs, executors, administrators, successors or assigns, or subcontractors, shall fail to pay any of the persons named in Section 3181 of the Civil Code, or amounts due under the Unemployment Insurance Code with respect to work or labor performed under the Contract, that the surety or sureties will pay for the same, in an amount not exceeding the sum specified in this bond, and also, in case suit is brought upon the bond, a reasonable attorney's fee, to be fixed by the Court.

This bond shall inure to the benefit of any and all of the persons named in Section 3181 of the Civil Code so as to give a right of action to such persons or their assigns in any suit brought upon this bond.

No prepayment or delay in payment and no change, extension addition, or alteration of any provision of said Contract or in the specifications agreed to between the Contractor and said District, and no forebearance on the part of said District, shall operate to relieve any Surety from liability on this bond, and consent to make such alterations without further notice to or consent by any such Surety is hereby given, and said Surety hereby waives the provisions of Section 2819 of the Civil Code.

IN WITNESS WHEREOF, we have hereunto set our hands and seals on this ___ day of _________, 20__.

CONTRACTOR

________________________________

By ______________________________

________________________________
Print or Type Name

Title ____________________________

SURETY

________________________________

________________________________
Business Address

(     ) ____________________________
Business Telephone

By ______________________________
Attorney-In-Fact

(The signature of the Surety on this bond must be acknowledged before a Notary Public.)

20 108

SACRAMENTO MUNICIPAL UTILITY DISTRICT
DAVID ENGINEERING CONSTRUCTION, INC.

CONTRACT NO. 4500014241

# INSURANCE REQUIREMENTS

| TYPE OF COVERAGE | MINIMUM COVERAGE LIMITS | | |
|---|---|---|---|
| | | **Occurrence** | **Aggregate** |
| **Commercial General Liability (CGL)** ISO form CG 0001 10 93, or other form acceptable to District. | Bodily Injury, Property Damage | $ 1,000,000 | $ 1,000,000 |
| | Or Combined Single Limit (CSL) | $ 1,000,000 | $ 1,000,000 |
| | | **Individual** | **Accident** |
| **Business Automobile Liability (BAL)** Including coverage for claims arising from ownership, operation, loading and unloading of owned, hired, leased, non-owned, and /or borrowed private passenger and commercial vehicles. | Bodily Injury, Property Damage | $ 1,000,000 | $ 1,000,000 |
| | Or Combined Single Limit (CSL) | $ 1,000,000 | $ 1,000,000 |
| | | **Occurrence** | **Aggregate** |
| **Environmental Impairment Liability (EIL)** Including coverage for claims arising from handling, abatement, and transport of pollutants including asbestos and lead paint. | Bodily Injury, Property Damage | $ 0 | $ 0 |
| | Or Combined Single Limit (CSL) | $ 0 | $ 0 |
| | | **Occurrence** | **Aggregate** |
| **Aircraft Liability** Including passengers. | Bodily Injury, Property Damage | $ 0 | $ 0 |
| | Or Combined Single Limit (CSL) | $ 0 | $ 0 |
| | | **Each Claim** | **Aggregate** |
| **Professional Errors and Omissions Liability (E&O)** | BI, PD, Financial Losses | $ 0 | $ 0 |
| | Or Combined Single Limit (CSL) | $ 0 | $ 0 |
| | | **Employee** | **Aggregate** |
| **California Statutory Workers' Compensation** Including Employer's Liability (and United States Longshoremans & Harborworkers, where applicable). | Bodily Injury and Illness | $ 1,000,000 | $ 1,000,000 |
| | Or Combined Single Limit (CSL) | $ 1,000,000 | $ 1,000,000 |
| | | **Each Claim** | **Aggregate** |
| **Crime or Fidelity Coverage** Including fraud, theft, dishonesty and disappearance. | Financial Loss | $ 0 | $ 0 |
| | | **Each Claim** | **Aggregate** |
| **Fiduciary** | Financial Loss | $ N/A | $ N/A |
| **Other** | | $ N/A | $ N/A |

Insurance required above shall be primary as respects the District (SMUD), its directors, officers, representatives, agents and employees, respectively, and any other insurance effected or procured by SMUD shall be excess of and shall not contribute with the required insurance. These policies, with the exception of Workers' Compensation, Employer's Liability, and E&O coverages, shall name SMUD, its directors, officers, agents, representatives, and employees as additional insureds as respects work performed pursuant to or incidental to this contract (including coverage for products and completed operations hazards*). ISO form CG 2010 **11/85, or other form acceptable to District, shall be used. Use of ISO forms CG 2010 10/93 or any version of CG 2009 are *not* acceptable*.** Severability of interests (cross liability) and waiver of subrogation clauses shall be included. Pursuant to the terms of this contract, insurance effected or procured by Contractor shall not reduce or limit Contractor's obligation to indemnify and defend SMUD for claims made or suits brought which result from, or in connection with, the performance of this contract. These coverages, when written on an occurrence form, shall be maintained during the entire term of the contract. Coverages written on a claims-made form, and all E&O and EIL coverages, shall be maintained during the entire term of the contract and further until one year following termination and acceptance of all work under the contract. Insurers shall be rated A-/VIII or better by A.M. Best, or shall be otherwise acceptable to SMUD. Insurers need not be Admitted by the State of California.

The Contractor's broker or agent shall provide copies of policies and endorsements upon request, and before commencing work under this contract, provide a certificate of insurance verifying that at least the minimum insurance coverages required above are in effect. Certificate must specify whether the liability coverages are written on an occurrence form or a claims-made form, and that the coverages will not be canceled or changed without thirty (30) days advance written notice to:

SACRAMENTO MUNICIPAL UTILITY DISTRICT
P. O. BOX 15830
SACRAMENTO, CA 95852-1830
ATTENTION: DAVID MIXA/MS N505

20 109

*Unless District determines that products/completed operations hazards do not exist.

## ASBESTOS NOTIFICATION - 2001

Sacramento Municipal Utility District (SMUD) is required to give notice to employees and contractors working at any District facility that has asbestos-containing construction materials, pursuant to the Asbestos Notification Law (California Health & Safety Code 25915 et seq., and in particular 25915.1). Be aware that this list only includes material tested and found to contain asbestos material. Material not tested may contain asbestos. Asbestos inspection and testing is required prior to performing demolition, renovation, retrofit or remodeling in any facility constructed prior to 1981.

### LOCATION OF ASBESTOS

Headquarters Building:

* Above the ceiling of the first floor (auditorium) through fourth floors as a fireproofing spray-on material on decking and structural members.
* Throughout the building in the adhesive for floor tiles and base cove mastic.
* In mechanical spaces and basement area in the gray (9" x 9") floor tiles.
* Asbestos/cement fireproof "transite" boards around the office addition on the mezzanine parking deck.
* Throughout the building (behind the walls, in equipment rooms and auditorium ceiling) in tank and pipe insulation.
* Insulation on electrical wire - kitchen.
* Material inside some door frames.
* Caulking on HVAC.
* Brake shoes and dust - Elevator Room - 5th Floor.
* Stucco beneath mosaic tile on the outside of the building.
* Roof material, mastic and sealant.
* Well #2 pipe covering.
* Transite sprinkler pipe in Headquarters grounds area.

HQ Annex (EOF)

* Tile mastic in the Meter Reader's area.

Corporation Yard:

* HVAC and piping insulation at the T & S Building.
* HVAC and hot water piping insulation in the Tool Issue Building.
* Hot water piping insulation in the garage.
* Floor tile in the break room at 59th Street Garage.
* Mastic under floor tile – second floor Warehouse Building.
* Brake shoes from Bandit Chipper #U73.
* Pre-Fab Shop linoleum on restroom floor.

Energy Management Center:

* Arc chutes on some breakers.

Substations:

* Arc chutes on some breakers.
* Station A in roof mastic under new roof.
* Elverta and Hurley sub in floor tile and adhesive.
* Mid-city sub in pipe insulation.
* Manholes, switchboards, control and protection panels - Wire insulation.
* Some bus bar filler material.
* North city - transite on roof and inside walls.

Fresh Pond:

* Floor tiles and adhesive used to glue tiles to the floor.

Camp Far West

* Pipe insulation on cooling water pipe
* Pipe insulation on mezzanine level behind battery room
* Brake shoes

Union Valley

* Pipe insulation
* Bus bar bolt filler material
* Firestop sealant on electrical cables
* Brake shoes
* White material in PCB500

Loon Lake

* Diesel generator exhaust piping insulation
* Insulation on HVAC duct
* Black & White pipe wrap material
* Firestop sealant on electrical cables

Jaybird

* Wiring insulation
* Pipe insulation
* Brake shoes on both units
* Firestop sealant on electrical cables

20 110

Fresh Pond (continued):

White Rock
* Firestop sealant on electrical cables
* Arc chutes in breakers
* Black pipe wrap material

Camino
* Handle insulation
* Bus bar bolt filler material
* Firestop sealant on electrical cables
* Unit #2 brake shoes
* Breaker #310 arc chutes
* Breaker #320 arc chutes

SEA Campground
* Transite panels in restroom building

Jones Fork
* Brake shoes

Ice House
* Gray Roofing fish water valve house

Robbs Peak
* Bus bar bolt filler material
* Roof mastic (around equipment hatches)
* Serpentine road rock at valve house
* Arc chutes/breakers
* Firestop sealant on electrical cables

McClellan Gas Turbine
* Turbine unit door gasket

Rancho Seco:

* Some cable, wire covering & inside elect. panels throughout the facility
* Firestop insulation throughout the Reactor/Auxiliary/Turbine Buildings
* Piping and equipment insulation throughout the Auxiliary Buildings
* Gasket material in "A" Warehouse
* Miscellaneous gasket material throughout the plant
* Miscellaneous electrical cable, cabinets and pipe insulation in the Reactor Building
* In soil around the Quonset hut
* Turbine Building siding
* I & C office area floor tile
* Canal Station--electrical panel and wiring
* Miscellaneous roofs on-site and park in mastic and roofing materials

**POTENTIAL HEALTH RISKS OF ASBESTOS EXPOSURE:**
Asbestos becomes a health hazard only when fibers are released into the air where they may be inhaled or ingested. Asbestos does not present a hazard if it is not disturbed, if it is properly covered, or if the fibers are bound, as in floor tiles or "transite" boards.

Certain risk factors are relevant to the development of asbestos-related diseases, such as: the number, concentration and size of the asbestos fibers inhaled or ingested; the duration of the exposure and the length of time since exposure and susceptibility to disease development. If not properly controlled, asbestos may cause scarring of lung tissue (called asbestosis), cancer of the chest cavity lining (called mesothelioma), or lung cancer. Studies show the relationship between asbestos exposure and disease development has involved groups of workers who were heavily exposed to asbestos in occupational activities; that an extremely low incidence of disease is expected in populations with low levels of exposure; and that asbestos concentrations in buildings with asbestos might not differ significantly from concentrations found in the outside air in many urban environments. Although exact risk assessment is difficult, experts are in agreement that exposure to airborne asbestos fibers should be minimized to the lowest feasible levels.

**ASBESTOS MANAGEMENT PROGRAM:**
An Asbestos Operations and Maintenance Plan is in effect to insure proper warning labels and to periodically inspect and document the condition of the asbestos containing material and to make repairs, if necessary. Air samples taken in the Headquarters Building in 2001 indicated no asbestos above EPA clearance levels.

**DO NOT DISTURB THE ASBESTOS:**
Moving, drilling, boring, sanding or otherwise disturbing any asbestos-containing materials may present a health risk and, consequently, shall not be attempted by anyone who is not qualified, equipped to handle asbestos, or does not have a valid Asbestos Work Permit from Safety, Health & Environmental Services. Should you become aware that asbestos materials have been disturbed or if you have questions, please call Del Strain, Superintendent of Buildings and Grounds (916) 732-5315, or Larry Brilliant, Manager, Safety, Health & Environmental Services Department at (916) 732-5269.

[signature] Date 1/9/02
Del Strain, Superintendent
Buildings and Grounds

[signature] Date 1/09/02
Larry Brilliant, Manager
Safety, Health & Environmental Services

20 111

SMUD_ 101160

DAVID MIXA (6785)

MS. N505

SACRAMENTO MUNICIPAL UTILITY DISTRICT
DAVID ENGINEERING CONSTRUCTION, INC.

CONTRACT NO. 4500014241

YEAR
20

# Withholding Exemption Certificate

(For use by individuals, corporations, partnerships, limited liability companies, estates, trusts, tax-exempt entities and nonprofit organizations)

CALIFORNIA FORM
590

| **File this form with your withholding agent.** | Withholding agent's name | |
|---|---|---|
| Vendor/Payee's name: DAVID ENGINEERING CONST, INC | | |
| Vendor/Payee's address (number and street): 6344 NUGGET DR | Vendor/Payee's daytime telephone number: (530) 367-3500 | |
| City: FORESTHILL | State: CA | ZIP code: 95631 |

Read the following carefully and check the box that applies to the vendor/payee:

☐ **Certificate of Residency - Individuals:**
I am a resident of California and I reside at the address shown above. If I become a nonresident at any time, I will promptly inform the withholding agent. See Side 2 for the definition of a resident.

☒ **Corporations:**
The above-named corporation has a permanent place of business in California at the address shown above or is qualified to do business in California. If this corporation ceases to have a permanent place of business in California or ceases to be qualified to do business in California, I will promptly inform the withholding agent. See Side 2 for the definition of permanent place of business.

☐ **Partnerships:**
The above-named partnership has a permanent place of business in California at the address shown above, and it is subject to the laws of California. The partnership will file California returns and will withhold on foreign and domestic nonresident partners when required. If the partnership ceases to do any of the above, I will promptly inform the withholding agent.

☐ **Limited Liability Companies (LLC):**
The above-named LLC has a permanent place of business in California at the address shown above, and it is subject to the laws of California. The LLC will file California returns and will withhold on foreign and domestic nonresident members when required. If the LLC ceases to do any of the above, I will promptly inform the withholding agent.

☐ **Tax-Exempt Entities and Nonprofit Organizations:**
The above-named entity is exempt from tax under California or federal law. If this entity ceases to be exempt from tax, I will promptly inform the withholding agent.

☐ **Irrevocable Trusts:**
At least one trustee of the above-named irrevocable trust is a California resident. The trust will file California fiduciary returns and will withhold on foreign and domestic nonresident beneficiaries when required. If the trustee becomes a nonresident at any time, I will promptly inform the withholding agent.

☐ **Certification of Residency of Deceased Person - Estates:**
I am the executor of the above-named person's estate. The decedent was a California resident at the time of death. The estate will file California fiduciary returns and will withhold on foreign and domestic nonresident beneficiaries when required.

**CERTIFICATE:** Please complete and sign below.

Under penalties of perjury, I hereby certify that the information provided herein is, to the best of my knowledge, true and correct. If conditions change, I will promptly inform the withholding agent.

Vendor/Payee's name and title (type or print) OSCAR DAVID - PRESIDENT

Vendor/Payee's social security number, California corporation number, FEIN or California Secretary of State file number 94-3401415
**(NOTE: Failure to provide your identification number will render this certificate void.)**

Vendor/Payee's signature Oscar David - President Date 6/5/02

For Privacy Act Notice, see form FTB 1131 (individuals only).

Form 590 C2 (REV. 1995) **Side 1**

20 112

**SMUD_ 101161**

Document14

General Service.dot

# Instructions for Form 590

## Withholding Exemption Certificate

References in these instructions are to the California Revenue and Taxation Code (R&TC).

## General Information

### A Purpose of Form

Use Form 590 to obtain an exemption from withholding. Complete and present Form 590 to the withholding agent. The withholding agent will then be relieved of the withholding requirements if the agent relied in good faith on a completed and signed Form 590.

**Do not use Form 590:**

- **if you are a seller of California real estate. Sellers of California real estate should use Form 590-RE, Withholding Exemption Certificate for Real Estate Sales; or**
- **to obtain a waiver from wage withholding that is administered by the Employment Development Department under the Unemployment Insurance Code.**

### B Law

R&TC Section 18662 and the related regulations, require withholding of income or franchise tax on payments of California source income made to nonresidents of this state. Withholding is required on:

- payments to nonresidents for services rendered in California;
- distributions of California source income made to domestic nonresident partners and members and allocations of California source income made to foreign partners and members;
- payments to nonresidents for rents if the payments are made in the course of the withholding agent's business;
- payments to nonresidents for royalties for the right to use natural resources located in California;
- distributions of California source income to nonresident beneficiaries from an estate or trust; and
- prizes and winnings received by nonresidents for contests in California.

For more information on withholding and waiver requests, get FTB Pub. 1017, Nonresident Withholding - Partnership Guidelines, and FTB Pub. 1023, Nonresident Withholding - Independent Contractor, Rent and Royalty Guidelines. To get a withholding publication, call the Withhold at Source Unit at (916) 845-4900.

### C Who Can Execute This Form

Form 590 can be executed by:

- residents of California.
- corporations that are qualified to do business in California or have a permanent place of business in California.
- partnerships that have a permanent place of business in California. (For withholding purposes, a Limited Liability Partnership is treated like any other partnership.)
- LLCs that have a permanent place of business in California.
- organizations that are exempt from tax under either California or federal law.
- California trusts. For withholding purposes, an irrevocable trust is considered a California trust if at least one trustee is a California resident. Irrevocable trusts are required to withhold on distributions of California source income to their nonresident beneficiaries.
- Note: The grantor of a revocable/grantor trust shall be treated as the vendor/payee for withholding purposes. Therefore, if the vendor/payee is a revocable/grantor trust and one or more of the grantors is a nonresident, withholding is required. If all of the grantors of a revocable/grantor trust are residents, no withholding is required. Resident grantors can check the box on Side 1 labeled "Certificate of Residency - Individuals."
- California estates. (For withholding purposes, an estate is considered a California estate if the decedent was a California resident at the time of death. Distributions of California source income to nonresident estates are subject to withholding.)

### D Who is a Resident

The term "resident" includes every individual who is in California for other than a temporary or transitory purpose and, any individual domiciled in California who is absent for a temporary or transitory purpose.

An individual domiciled in California who is absent from California for an uninterrupted period of at least 546 consecutive days under an employment-related contract is considered outside California for other than a temporary or transitory purpose. This does not apply if an individual has income from stocks, bonds, notes or other intangible personal property in excess of $200,000 in any taxable year in which the employment-related contract is in effect.

A spouse who is absent from California for an uninterrupted period of at least 546 days to accompany a spouse under an employment-related contract is considered outside of California for other than a temporary or transitory purpose.

Generally, an individual who comes to California for a purpose which will extend over a long or indefinite period will be considered a resident. However, an individual who comes to perform a particular contract of short duration will be considered a nonresident. For assistance in determining resident status, get FTB Pub. 1031, Guidelines for Determining Resident Status, or call the appropriate telephone number listed below:

From within the United States, call
**1-800-852-5711**
From outside the United States, call
**1-916-845-6500**
For hearing impaired with TDD, call
**1-800-822-6268**

### E What is a Permanent Place of Business

A corporation has a permanent place of business in this state if it is organized and existing under the laws of this state or, if it is a foreign corporation qualified to transact intrastate business by the California Secretary of State's Office. A corporation that has not qualified to transact intrastate business (e.g., a corporation engaged exclusively in interstate commerce) will be considered as having a permanent place of business in this state only if it maintains a permanent office in this state that is permanently staffed by its employees.

### F Withholding Agent

Keep Form 590 for your records. Do not send this form to the Franchise Tax Board (FTB) unless it has been specifically requested by the FTB. If the withholding agent has received Form 594, Notice to Withhold Tax at Source, and the vendor/payee completes Form 590 indicating that they are not subject to withholding, send a copy of Form 590 along with Form 594 to the FTB. For more information, contact:

**WITHHOLD AT SOURCE UNIT**
**FRANCHISE TAX BOARD**
**PO BOX 651**
**SACRAMENTO CA 95812-0651**
**Telephone:** (916) 845-4900
**FAX:** (916) 845-4831

The vendor/payee must notify the withholding agent if:

- the individual vendor/payee becomes a nonresident.
- the corporation ceases to have a permanent place of business in California or ceases to be qualified to do business in California.
- the partnership ceases to have a permanent place of business in California.
- the LLC ceases to have a permanent place of business in California.
- the tax-exempt entity loses its tax-exempt status.

The withholding agent must then complete Form 592, Nonresident Withholding Annual Return and Form 592-B, Nonresident Withholding Tax Statement, and withhold the tax at source.

**SMUD_ 101162**

20 113

# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YY): 6/06/2002

PRODUCER
T Lake Insurance Services 916-338-3277
3838 Watt Ave. Ste D-400
Sacramento, CA 95821

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

INSURED
David Engineering Const., Inc.
6344 Nugget Drive
Foresthill, CA 95631

| INSURERS AFFORDING COVERAGE | |
|---|---|
| INSURER A: | Legion Insurance Company |
| INSURER B: | Century National Insurance Co. |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY<br>X COMMERCIAL GENERAL LIABILITY<br>CLAIMS MADE X OCCUR<br>GEN'L AGGREGATE LIMIT APPLIES PER: X POLICY ☐ PROJECT ☐ LOC | GL5 1924429 | 8/15/2001 | 8/15/2002 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | FIRE DAMAGE (Any one fire) | $ 50,000 |
| | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| B | AUTOMOBILE LIABILITY<br>☐ ANY AUTO<br>☐ ALL OWNED AUTOS<br>X SCHEDULED AUTOS<br>☐ HIRED AUTOS<br>☐ NON-OWNED AUTOS | BAP 111518 | 8/07/2001 | 8/07/2002 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | BODILY INJURY (Per person) | $ |
| | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | GARAGE LIABILITY<br>☐ ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | OTHER THAN AUTO ONLY: EA ACC | $ |
| | | | | | AGG | $ |
| | EXCESS LIABILITY<br>☐ OCCUR ☐ CLAIMS MADE<br>☐ DEDUCTIBLE<br>RETENTION $ | | | | EACH OCCURRENCE | $ |
| | | | | | AGGREGATE | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY | | | | WC STATUTORY LIMITS / OTHER | |
| | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| | OTHER | | | | | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS
Sacramento Municipal Utility District is named as additional insured with respect to services provided by the named insured. Please see attached (CG2010 1185) endorsement.
*10 day notice for non payment

SMUD_ 101163

CERTIFICATE HOLDER X ADDITIONAL INSURED; INSURER LETTER: ____

Sacramento Municipal Utility District
P.O. Box 15830
Sacramento, CA 95852-1830

CANCELLATION
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

20-114

AUTHORIZED REPRESENTATIVE [signature]

ACORD 25-S (7/97)

© ACORD CORPORATION 1988

POLICY NUMBER: GL5 1924429 COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY**

# ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS (FORM B)

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART.**

**SCHEDULE**

**Name of Person or Organization:**

Sacramento Municipal Utility Dist.
P.O. Box 15830
Sacramento, CA 95852-1830

Project: Rancho Seco
Asphalt & Paving Repair
Contract No. 450014241

(If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule, but only with respects to liability arising out of "your work" for that insured by or for you.

Such insurance as is afforded above is considered primary as respects the Sacramento Municipal Utility District (SMUD), its Directors, officers, representatives agents and employees, respectively, and any other insurance effected or procured by SMUD shall be excess of and shall not contribute with such other insurance. The policy or policies providing these coverages, with the exception of Workers' Compensation, Employer's Liability, and Professional Liability coverages shall name SMUD, its Directors, officers, representatives, agents, and employees as additional insureds for claims made or suits brought which result from or in connection with the performance of this Contract.

 Copyright, Insurance Services Office, Inc., 1984

SACRAMENTO MUNICIPAL UTILITY DISTRICT
DAVID ENGINEERING CONSTRUCTION, INC.

CONTRACT NO. 4500014241

## PAYMENT BOND

KNOW ALL MEN BY THESE PRESENTS:

BOND NO.: AE9483836
Premium $3,000.00

THAT WHEREAS, Sacramento Municipal Utility District has awarded to David Engineering Construction Incorporated hereinafter designated as Contractor, a Contract for the work described as follows: Rancho Seco Paving and Asphalt Repair Services

AND WHEREAS, said Contractor is required by the provisions of Chapter 7, Title 15, Sections 3247-3252, Civil Code, to furnish a bond in connection with said Contract, as hereinafter set forth;

NOW, THEREFORE, we the undersigned Contractor and Surety are held and firmly bound unto Sacramento Municipal Utility District in the sum of FIFTY THOUSAND DOLLARS ($ 50,000.00) to be paid to the said District or its certain attorney, its successors and assigns, for which payment well and truly to be made, we bind ourselves, our heirs, executors and administrators, successors and assigns, jointly and severally, firmly by these presents.

THE CONDITION of this obligation is such,

That if said Contractor, Contractor's heirs, executors, administrators, successors or assigns, or subcontractors, shall fail to pay any of the persons named in Section 3181 of the Civil Code, or amounts due under the Unemployment Insurance Code with respect to work or labor performed under the Contract, that the surety or sureties will pay for the same, in an amount not exceeding the sum specified in this bond, and also, in case suit is brought upon the bond, a reasonable attorney's fee, to be fixed by the Court.

This bond shall inure to the benefit of any and all of the persons named in Section 3181 of the Civil Code so as to give a right of action to such persons or their assigns in any suit brought upon this bond.

No prepayment or delay in payment and no change, extension addition, or alteration of any provision of said Contract or in the specifications agreed to between the Contractor and said District, and no forebearance on the part of said District, shall operate to relieve any Surety from liability on this bond, and consent to make such alterations without further notice to or consent by any such Surety is hereby given, and said Surety hereby waives the provisions of Section 2819 of the Civil Code.

IN WITNESS WHEREOF, we have hereunto set our hands and seals on this 12 day of June, 20 02

CONTRACTOR

David Engineering Construction Incorporated

By [signature]

Oscar David
Print or Type Name

Title President

SURETY

Gulf Insurance Company

P.O. Box 847386
Dallas, TX 75284-7386
Business Address

) 480-897-8600
Business Telephone

By [signature]
Attorney-In-Fact
Sharon J. Rusconi

(The signature of the Surety on this bond must be acknowledged before a Notary Public.)

20 116

STATE OF California )
COUNTY OF Sacramento } SS.

On 6/12/02, before me, Elsbeth A. McEwan, Notary Public

PERSONALLY APPEARED Sharon J. Rusconi

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature Elsbeth A. McEwan

ELSBETH A. McEWAN
COMM. # 1265023
NOTARY PUBLIC-CALIFORNIA
SACRAMENTO COUNTY
COMM. EXP. MAY 25, 2004

*This area for Official Notarial Seal*

## OPTIONAL

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

### CAPACITY CLAIMED BY SIGNER

- ☐ INDIVIDUAL
- ☐ CORPORATE OFFICER

TITLE(S)

- ☐ PARTNER(S) ☐ LIMITED ☐ GENERAL
- ☒ ATTORNEY-IN-FACT
- ☐ TRUSTEE(S)
- ☐ GUARDIAN/CONSERVATOR
- ☐ OTHER:

SIGNER IS REPRESENTING:
NAME OF PERSON(S) OR ENTITY(IES)

ulf Insurance Company

### DESCRIPTION OF ATTACHED DOCUMENT

TITLE OR TYPE OF DOCUMENT

NUMBER OF PAGES

DATE OF DOCUMENT

SIGNER(S) OTHER THAN NAMED ABOVE

20 117

Rev. 6/94

ALL-PURPOSE ACKNOWLEDGEMENT

# GULF INSURANCE COMPA...
HARTFORD, CONNECTICUT

## POWER OF ATTORNEY

BOND NUMBER AE — 9483836

| PRINCIPAL: NAME, ADDRESS CITY, STATE, ZIP |
|---|
| David Engineering Construction Incorporated<br>6344 Nugget Drive<br>Foresthill, CA 95631 |
| EFFECTIVE DATE |
| June 12, 2002 |
| CONTRACT AMOUNT |
| $ 120,000.00 |
| BOND AMOUNT |
| $ 50,000.00 |

..ALS OF THIS POWER OF ATTORNEY ARE PRINTED ON BLUE ETY ..ER WITH TEAL INK. DUPLICATES SHALL HAVE THE E F.. E AND EFFECT AS AN ORIGINAL ONLY WHEN ISSUED IN JUNCTION WITH THE ORIGINAL.

KNOW ALL MEN BY THESE PRESENTS: That the Gulf Insurance Company, poration duly organized under the laws of the State of Connecticut, having its ipal office in the city of Irving, Texas, pursuant to the following resolution, ted by the Finance & Executive Committee of the Board of Directors of the said pany on the 10th day of August, 1993, to wit:

'RESOLVED, that the President, Executive Vice President or any Senior Vice dent of the Company shall have authority to make, execute and deliver a Power torney constituting as Attorney-in-Fact, such persons, firms, or corporations as be selected from time to time; and any such Attorney-in-Fact may be removed he authority granted him revoked by the President, or any Executive Vice dent, or any Senior Vice President, or by the Board of Directors or by the ice and Executive Committee of the Board of Directors.

RESOLVED, that nothing in this Power of Attorney shall be construed as a grant thority to the attorney(s)-in-fact to sign, execute, acknowledge, deliver or oth- e issue a policy or policies of insurance on behalf of Gulf Insurance Company.

RESOLVED, that the signature of the President, Executive Vice President or enior Vice President, and the Seal of the Company may be affixed to any such r of Attorney or any certificate relating thereto by facsimile, and any such rs so executed and certified by facsimile signature and facsimile seal shall be and binding upon the Company in the future with respect to any bond and nents relating to such bonds to which they are attached."

Insurance Company does hereby make, constitute and appoint

~~~~ Sharon J. Rusconi ~~~~

..ful attorney(s)-in-fact, with full power and authority hereby conferred in its name, place and stead, to sign, execute, acknowledge and deliver in its , as s..ety, any and all bonds and undertakings of suretyship, and to bind Gulf Insurance Company thereby as fully and to the same extent as if any bonds, under- s and documents relating to such bonds and/or undertakings were signed by the duly authorized officer of the Gulf Insurance Company and all the acts of said ey(s)-in-fact, pursuant to the authority herein given, are hereby ratified and confirmed.

bligation of the Company shall not exceed one million (1,000,000) dollars.

N WITNESS WHEREOF, the Gulf Insurance Company has caused these presents to be signed by any officer of the Company and its Corporate Seal to reto affixed.

GULF INSURANCE COMPANY CORPORATE SEAL CONNECTICUT

GULF INSURANCE COMPANY

Lawrence P. Miniter
Executive Vice President

E OF NEW YORK ) SS
NTY OF NEW YORK )

n the 1st day of October, 2001 A.D., before me came Lawrence P. Miniter, known to me personally who being by me duly sworn, did depose and say; e resides in the County of Bergen, State of New Jersey; that he is the Executive Vice President of the Gulf Insurance Company, the corporation bed in and which executed the above instrument; that he knows the seal of said corporation; that the seal affixed to the said instruments is such cor- e seal; that it was so affixed by order of the Board of Directors of said corporation and that he signed his name, thereto by like order.

ANGIE MAHABIR-BEGAZO NOTARY PUBLIC STATE OF NEW YORK

ANGIE MAHABIR-BEGAZO
Notary Public, State of New York
No. 01MA6019988
Qualified in Kings County
Commission Expires February 16, 2003

E OF NEW YORK ) SS
NTY OF NEW YORK ).

SMUD_ 101167

the undersigned, Senior Vice President of the Gulf Insurance Company, a Connecticut Corporation, DO HEREBY CERTIFY that the foregoing and ed P..WER OF ATTORNEY remains in full force.

20 118

..nd Sealed at the City of New York.

GULF INSURANCE COMPANY CORPORATE SEAL CONNECTICUT

AE9483836 *1364467*

Dated the 12th day of June , 20 02

George Biancardi
~~~~

**DAVID ENGINEERING CONSTRUCTION, INCORPORATED**
**6344 NUGGET DRIVE**
**FORESTHILL, CA 95631**
**(530) 367-3508**
**LIC. #476725**

June 5, 2002

David Mixa
Procurement Professional
SMUD
P.O. BOX 15830
Sacramento, CA 95852

RE: Rancho Seco Asphalt and Paving Repair
Contract No. 4500014241

This is to inform you that David Engineering Construction, Incorporated has no employees and is therefore exempt from carrying Worker's Compensation Insurance.

Sincerely,

DAVID ENGINEERING CONSTRUCTION, INCORPORATED

Oscar David
President

20 119