# Exhibit 9

Written Direct Testimony of Brian P. Brinig Supporting Table C
*SMUD v. USA* 98-488c

SMUD **PURCHASE ORDER NO. RQ37014 ***

604026 AA9912200035

SACRAMENTO MUNICIPAL UTILITY DISTRICT
6201 S Street, Box 15830, Sacramento CA 95852-1830
(916) 732-5600, FAX No. (916) 732-5601

| DELIVERY DATE | * RELEASE NO. | * CHANGE NO. | DATE |
|---|---|---|---|
| 04/15/97 | 901 R0 | | 05/01/96 |

| ORDER CONFIRMED WITH | DATE | QUOTE NO. | QUOTE DATE | TERMS |
|---|---|---|---|---|
| DEBI KEISER | 04/25/95 | VERBAL | 04/17/95 | NET 30 DAYS |

| VENDOR NO. | F.O.B. | SHIP POINT | SHIP VIA |
|---|---|---|---|
| 0018648-001 | DESTINATION | | BEST METHOD PREPAID |

Mail invoices promptly to: **ACCOUNTING DEPARTMENT**

***IMPORTANT**: Show these numbers on all invoices, bills of lading, packages, acknowledgements and correspondence.

LEHIGH LABORATORY INC
308 W BASIN ROAD
NEWCASTLE DE 19720

**Deliver To:**
SMUD, RANCHO SECO
14440 TWIN CITIES ROAD
HERALD CA 95638-9799
ATTN: QUALITY ASSURANCE

VT: G
SC: 5

**See instructions on reverse side**

| SMUD STOCK CODE / ITEM NO. | DELIVERY DATE | QUANTITY | UNIT OF MEASURE | UNIT PRICE | PRICE EXTENSION |
|---|---|---|---|---|---|
| 1. | 04/14/97 | 0 | LOT | $0.000 | 1,000.00 |

DESCRIPTION

CHANGE ORDER #1 TO ORDER #RQ37014-000

DISTRIBUTION: 624 604026713
BLANKET SERVICE ORDER ISSUED TO PROVIDE LABORATORY

INCREASE THE "NOT TO EXCEED" ORDER AMOUNT
BY $1,000.00 , TO NOW READ $6,000.00 .

ALL ELSE REMAINS THE SAME.

TIF 5/1/96

| BUYER'S NAME | AUTHORIZED SIGNATURE | Total $ |
|---|---|---|
| BEV DAHLE (916) 732-6797 05/01/96 | [signature] | 1,000.00 |

Page 01 LAST

FILE

UD-231PF 04/91

**PURCHASING DEPARTMENT – 1708 59TH Street, Sacramento, CA 95819-4628**

# AUTHORIZA ON FOR CHANGE TO PUR ASE ORDER

| VENDOR NO. | DATE | CHANGE ORDER NO. | PURCHASE ORDER NO. | REQUISITION NO. |
|---|---|---|---|---|
| 18648 001 | 4-29-96 | 001 | RQ37014 | |

| | |
|---|---|
| VENDOR NAME/ADDRESS: Lebeg Lab | PROJECT NAME |
| | REMARKS |
| CLASS OF ORDER | GROSS AMOUNT |
| DELIVERY LOCATION | DELIVERY DATE |
| TERMS | SHIP VIA |
| F.O.B. | AREA/DISTRIBUTION |

| ITEM NO. | QUANTITY | UNIT OF MEASURE | UNIT PRICE | DISCRIPTION |
|---|---|---|---|---|
| 1 | 0 | LT | 6000.00 | |
| | | | | |
| | | | 611 | *1* RQ37014 * |
| | | | 630 | * $1,000.00 * $6,000.00 * |
| | | | 631 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

RECEIVED PURCHASING & CONTRACTS S.M.U.D. 96 APR 29 AM 8:00

COMMENTS (81):

INTERNAL COMMENTS (82):

REASON FOR CHANGE (internal only 82): User Request see attached

| PREPARED BY/DATE | PROC ENGR/DATE | QA/DATE | EQ/DATE | ADMIN/DATE |
|---|---|---|---|---|
| | | | | |

PRINT VENDOR COPY: ☒ YES ☐ NO INITIATOR ____ DATE ____

BUYER B. [illegible] DATE 4/29/96

SMUD-1743 4/88

C.C. J. FIELD
J. WALKIN

# BLUE MEMO

TO:

DATE: 4/17/96

1. BEV DAHLE

2.

FROM: PHIL TERRY N301 MAIL STOP 4419 EXT.

SUBJECT PO# RQ 37014

PLEASE ADD AN ADDITIONAL $1000.00 TO THE SUBJECT PO. (LEHIGH TESTING LABS.).

THANKS
P. Terry
[signature] For Jim Field

SMUD-0165 5/84

**SMUD** **PURCHASE ORDER NO. RQ37014 ***

SACRAMENTO MUNICIPAL UTILITY DISTRICT
6201 S Street, Box 15830, Sacramento CA 95852-1830
(916) 732-5600, FAX No. (916) 732-5601

| DELIVERY DATE | * RELEASE NO. | * CHANGE NO. | DATE |
|---|---|---|---|
| 04/15/97 | 000 | | 04/26/95 |

| ORDER CONFIRMED WITH | DATE | QUOTE NO. | QUOTE DATE | TERMS |
|---|---|---|---|---|
| DEBI KEISER | 04/25/95 | VERBAL | 04/17/95 | NET 30 DAYS |

| VENDOR NO. | F.O.B. | SHIP POINT | SHIP VIA |
|---|---|---|---|
| 0018648-001 | DESTINATION | | BEST METHOD PREPAID |

Mail invoices promptly to: ACCOUNTING DEPARTMENT

*IMPORTANT: Show these numbers on all invoices, bills of lading, packages, acknowledgements and correspondence.

LEHIGH LABORATORY INC
308 W BASIN ROAD
NEWCASTLE DE 19720

Deliver To:
SMUD, RANCHO SECO
14440 TWIN CITIES ROAD
HERALD CA 95638-9799
ATTN: QUALITY ASSURANCE

See instructions on reverse side

| ITEM NO. | SMUD STOCK CODE | DELIVERY DATE | QUANTITY | UNIT OF MEASURE | UNIT PRICE | PRICE EXTENSION |
|---|---|---|---|---|---|---|
| 1. | | 04/14/97 | 0 | LOT | $0.000 | 5,000.00 |

DESCRIPTION

*** Q. A. CLASS I ***

DISTRIBUTION: 624 604026713

BLANKET SERVICE ORDER ISSUED TO PROVIDE LABORATORY

SERVICES FOR MECHANICAL TESTING AND CHEMICAL ANALYSIS OF MATERIAL SAMPLES FOR THE PERIOD APRIL 15, 1995 THROUGH APRIL 14, 1997.

THE SERVICES SHALL BE PROVIDED IN ACCORDANCE WITH THE SUPPLIERS QUALITY ASSURANCE PROGRAM. THE SUPPLIER SHALL MAINTAIN AND IMPLEMENT A QA PROGRAM EQUIVALENT TO 10CFR50 APPENDIX B AND ALLOW ACCESS TO HIS FACILITY AND RECORDS PERTAINING TO THIS PURCHASE ORDER FOR THE PURPOSE OF QA AUDITS AT MUTUALLY AGREED TIMES. THE SUPPLIER SHALL EXTEND APPLICABLE QA REQUIREMENTS TO LOWER TIER SUB-CONTRACTORS AND SUPPLIERS, INCLUDING SMUD'S RIGHT OF ACCESS TO THOSE FACILITIES AND RECORDS.

*** 10CFR21 REPORTING ***

REQUIREMENTS FOR REPORTING OF DEFECTS AND NONCOMPLIANCE TO THE NRC APPLIES TO THIS PURCHASE ORDER. TITLE 10, CODE OF FEDERAL REGULATIONS, PART 21 REQUIRES SUPPLIERS TO REPORT TO THE NRC REGARDING DEFICIENCIES WHICH MAY BE TERMED AS "DEFECTS" OR "SAFETY HAZARDS".

IF YOU OR ONE OF YOUR SUPPLIERS IDENTIFY A CONDITION REQUIRING EVALUATION UNDER 10CFR21 IMMEDIATELY CONTACT THE FOLLOWING:

SUPERINTENDENT NUCLEAR QUALITY ASSURANCE
SACRAMENTO MUNICIPAL UTILITY DISTRICT
RANCHO SECO
14440 TWIN CITIES RROAD
HERALD, CA 95638-9799

| ER'S NAME | AUTHORIZED SIGNATURE | Total $ |
|---|---|---|
| BEV DAHLE 04/26/95 | | |

*** MORE ON NEXT PAGE ***



UD-231PF 04/91 PURCHASING DEPARTMENT - 1708 59TH Street, Sacramento, CA 95819-4628

FILE

SMUD

# PURCHASE ORDER NO. RQ37014 *

SACRAMENTO MUNICIPAL UTILITY DISTRICT
6201 S Street, Box 15830, Sacramento CA 95852-1830
(916) 732-5600, FAX No. (916) 732-5601

| DELIVERY DATE | * RELEASE NO. | * CHANGE NO. | DATE |
|---|---|---|---|
| 04/15/97 | 000 | | 04/26/95 |

| ORDER CONFIRMED WITH | DATE | QUOTE NO. | QUOTE DATE | TERMS |
|---|---|---|---|---|
| DEBI KEISER | 04/25/95 | VERBAL | 04/17/95 | NET 30 DAYS |

| VENDOR NO. | F.O.B. | SHIP POINT | SHIP VIA |
|---|---|---|---|
| 0018648-001 | DESTINATION | | BEST METHOD PREPAID |

Mail invoices promptly to: **ACCOUNTING DEPARTMENT**

***IMPORTANT:** Show these numbers on all invoices, bills of lading, packages, acknowledgements and correspondence.

LEHIGH LABORATORY INC
308 W BASIN ROAD
NEWCASTLE DE 19720

Deliver To:
SMUD, RANCHO SECO
14440 TWIN CITIES ROAD
HERALD CA 95638-9799
ATTN: QUALITY ASSURANCE

See instructions on reverse side

| SMUD STOCK CODE | DELIVERY DATE | QUANTITY | UNIT OF MEASURE | UNIT PRICE | PRICE EXTENSION |
|---|---|---|---|---|---|

| ITEM NO. | DESCRIPTION |
|---|---|

IF THE SUPPLIER IDENTIFIES A CHANGE, NONCONFORMANCE OR SEEKS WAIVERS FROM OTHER REQUIREMENTS OF THIS PURCHASE ORDER THE SUPPLIER SHALL DESCRIBE SUCH CONDITIONS ON THE ATTACHED SUPPLIER DISPOSITION REQUEST (SDR). THIS THIS INFORMATION SHALL BE TRANSMITTED, IN WRITING, TO THE DISTRICT PURCHASING DEPARTMENT.

*** NONCONFORMANCE CONTROL ***

THE SUPPLIER SHALL REPORT ALL NONCONFORMANCES WHICH MAY ADVERSELY AFFECT THE RELIABILITY, PERFORMANCE, OR ACCURACY OF ANY SERVICES FURNISHED UNDER THIS ORDER. THIS REPORT SHALL INCLUDE TECHNICAL JUSTIFICATION FOR NONCONFORMANCE DISPOSITIONS.

*** DOCUMENTATION ***

DOCUMENTED RECORDS SHALL BE MAINTAINED TO SHOW OBJECTIVE EVIDENCE OF QUALITY. QUALITY RECORDS SHALL NOT BE DESTROYED OR DISPOSED OF PRIOR TO COMPLETION OF THE WORK. AFTER COMPLETION, THE DISTRICT SHALL HAVE THE OPPORTUNITY TO TAKE POSSESSION OF SUCH RECORDS. THE FOLLOWING DOCUMENTS SHALL BE SHIPPED WITH IDENTIFIED WITH THE DISTRICT PURCHASE ORDER NUMBER.

DOCUMENTS SUBMITTED PRIOR TO SHIPMENT INCLUDING REVISIONS OF THESE DOCUMENTS, SHALL BE DIRECTED TO THE FOLLOWING:

SMUD
RANCHO SECO NUCLEAR GENERATING STATION
TECHNICAL SERVICES; J. WALKIN MS-231
HERALD, CA 95638-9799

*** GENERAL REQUIREMENTS ***

CERTIFICATES OF CONFORMANCE TO PURCHASE ORDER.
C OF C
THE CERTIFICATE OF CONFORMANCE SHALL SATISFY THE

BUYER'S NAME: BEV DAHLE
04/26/95

AUTHORIZED SIGNATURE

Total $

*** MORE ON NEXT PAGE ***

Page 02

SMUD-231PF 04/91

PURCHASING DEPARTMENT - 1708 59TH Street, Sacramento, CA 95819-4628

FILE

SMUD **PURCHASE ORD_R NO. RQ37014 ***

SACRAMENTO MUNICIPAL UTILITY DISTRICT
6201 S Street, Box 15830, Sacramento CA 95852-1830
(916) 732-5600, FAX No. (916) 732-5601

| DELIVERY DATE | * RELEASE NO. | * CHANGE NO. | DATE |
|---|---|---|---|
| 04/15/97 | 000 | | 04/26/95 |

| RDER CONFIRMED WITH | DATE | QUOTE NO. | QUOTE DATE | TERMS |
|---|---|---|---|---|
| EBI KEISER | 04/25/95 | VERBAL | 04/17/95 | NET 30 DAYS |

| ENDOR NO. | F.O.B. | SHIP POINT | SHIP VIA |
|---|---|---|---|
| 018648-001 | DESTINATION | | BEST METHOD PREPAID |

Mail invoices promptly to: **ACCOUNTING DEPARTMENT**

***IMPORTANT:** Show these numbers on all invoices, bills of lading, packages, acknowledgements and correspondence.

LEHIGH LABORATORY INC
308 W BASIN ROAD
NEWCASTLE DE 19720

Deliver To:
SMUD, RANCHO SECO
14440 TWIN CITIES ROAD
HERALD CA 95638-9799
ATTN: QUALITY ASSURANCE

**See instructions on reverse side**

| SMUD STOCK CODE | DELIVERY DATE | QUANTITY | UNIT OF MEASURE | UNIT PRICE | PRICE EXTENSION |
|---|---|---|---|---|---|

| ITEM NO. | DESCRIPTION |
|---|---|

FOLLOWING CRITERIA:

A PERSON CITED IN THE SUPPLIERS QA PROGRAM DESCRIPTION AS RESPONSIBLE FOR CERTIFICATION SHALL ATTEST TO THE CERTIFICATE BY SIGNATURE, TITLE, AND DATE OF SIGNATURE.

*** SERVICES ***

CONTRACTORS WHO PROPOSE TO USE THEIR OWN MEASURING AND TEST EQUIPMENT SHALL HAVE CALIBRATION CERTIFICATES TRACEABLE TO NIST OR OTHER DOCUMENTATION ESTABLISHING THE BASIS FOR CALIBRATION. ALL QUESTIONS REQUARDING MEASURING AND TEST EQUIPMENT SHALL BE DIRECTED TO THE AUTHORIZED DISTRICT REPRESENTATIVE.

*** SPECIAL CONDITIONS ***

BIDDERS WILL BE REQUIRED TO SUBMIT A COPY OF THEIR QA PROGRAM FOR REVIEW BY THE SUPERINTENDENT OF NUCLEAR QUALITY ASSURANCE. REVIEW AND APPROVAL OF A SUPPLIERS QA PROGRAM WILL BE A CONDITION OF SELECTION.

COUPONS FOR TENSIL TESTS ARE A-36 CARBON STEEL, MACHINED BY THE DISTRICT TO ASTM DIMENSIONS, 8" LONG, 2" GAGE, 1/2" THICK RECTANGLE.

CONFIRMING ORDER, DO NOT DUPLICATE.

TOTAL PURCHASES NOT TO EXCEED $5,000.00 ,
INCLUDING TAX

THE DISTRICT RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME.

| ERS NAME | AUTHORIZED SIGNATURE | Total $ |
|---|---|---|
| BEV DAHLE 04/26/95 | | |

*** MORE ON NEXT PAGE ***



UD-231PF 04/91

PURCHASING DEPARTMENT – 1708 59TH Street, Sacramento, CA 95819-4628

FILE

SMP055 0117

SMUD

# PURCHASE ORD_R NO. RQ37014 *

SACRAMENTO MUNICIPAL UTILITY DISTRICT
6201 S Street, Box 15830, Sacramento CA 95852-1830
(916) 732-5600, FAX No. (916) 732-5601

| DELIVERY DATE | * RELEASE NO. | * CHANGE NO. | DATE |
|---|---|---|---|
| 04/15/97 | 000 | | 04/26/95 |

| RDER CONFIRMED WITH | DATE | QUOTE NO. | QUOTE DATE | TERMS |
|---|---|---|---|---|
| DEBI KEISER | 04/25/95 | VERBAL | 04/17/95 | NET 30 DAYS |

| ENDOR NO. | F.O.B. | SHIP POINT | SHIP VIA |
|---|---|---|---|
| 0018648-001 | DESTINATION | | BEST METHOD PREPAID |

Mail invoices promptly to: ACCOUNTING DEPARTMENT

*IMPORTANT: Show these numbers on all invoices, bills of lading, packages, acknowledgements and correspondence.

LEHIGH LABORATORY INC
308 W BASIN ROAD
NEWCASTLE DE 19720

Deliver To:

SMUD, RANCHO SECO
14440 TWIN CITIES ROAD
HERALD CA 95638-9799
ATTN: QUALITY ASSURANCE

See instructions on reverse side

| SMUD STOCK CODE | DELIVERY DATE | QUANTITY | UNIT OF MEASURE | UNIT PRICE | PRICE EXTENSION |
|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION | | | | |

RELEASES TO BE ISSUED BY: JOHN WALKIN

ALL RELEASES AND INVOICES WILL BE APPROVED BY: KEN MILLER

TERMS AND CONDITIONS

1. PERFORMANCE STANDARDS - SERVICES SHALL BE PERFORMED IN ACCORDANCE WITH THE TERMS OF THIS CONTRACT, APPLICABLE LAWS AND REGULATIONS, EXISTING LICENSES, DISTRICT PROCEDURES AND QUALITY ASSURANCE STANDARDS, AND INDUSTRY TECHNICAL GUIDELINES. WORK IN PROGRESS, DELIVERABLES, AND FINISHED PRODUCTS WILL BE REVIEWED BY THE DISTRICT'S STAFF AND MANAGERS FOR COMPLETENESS, COMPLIANCE WITH REQUIRED STANDARDS, AND RESPONSIVENESS TO CONTRACT REQUIREMENTS.

2. MANNER AND TIME OF PAYMENT - THE CONTRACTOR SHALL SUBMIT INVOICES FOR SERVICES RENDERED IN DUPLICATE TO THE DISTRICT. EACH COPY OF THE INVOICE SHALL INCLUDE VERIFIED TIMESHEETS WHICH SUPPORT DIRECT LABOR COSTS AND RECORDS WHICH SUPPORT ALL RECOVERABLE COSTS. ALL INVOICES SHALL BE MAILED OR DELIVERED TO:

   ACCOUNTING DEPARTMENT, MAIL STOP 27
   SACRAMENTO MUNICIPAL UTILITY DISTRICT
   P O BOX 15830
   SACRAMENTO CA 95852-1830

   THE DISTRICT SHALL PROCESS ALL UNCONTESTED INVOICES WITHIN THIRTY (30) DAYS FOLLOWING

| R'S NAME | AUTHORIZED SIGNATURE | Total $ |
|---|---|---|
| BEV DAHLE<br>04/26/95 | | |

*** MORE ON NEXT PAGE ***

Page 04



FILE

SMP055 0118

SMUD PURCHASE ORDER NO. RQ37014 *

SACRAMENTO MUNICIPAL UTILITY DISTRICT
6201 S Street, Box 15830, Sacramento CA 95852-1830
(916) 732-5600, FAX No. (916) 732-5601

| DELIVERY DATE | * RELEASE NO. | * CHANGE NO. | DATE |
|---|---|---|---|
| 04/15/97 | 000 | | 04/26/95 |

| ORDER CONFIRMED WITH | DATE | QUOTE NO. | QUOTE DATE | TERMS |
|---|---|---|---|---|
| DEBI KEISER | 04/25/95 | VERBAL | 04/17/95 | NET 30 DAYS |

| VENDOR NO. | F.O.B. | SHIP POINT | SHIP VIA |
|---|---|---|---|
| 0018648-001 | DESTINATION | | BEST METHOD PREPAID |

Mail invoices promptly to: ACCOUNTING DEPARTMENT

*IMPORTANT: Show these numbers on all invoices, bills of lading, packages, acknowledgements and correspondence.

LEHIGH LABORATORY INC
308 W BASIN ROAD
NEWCASTLE DE 19720

Deliver To:
SMUD, RANCHO SECO
14440 TWIN CITIES ROAD
HERALD CA 95638-9799
ATTN: QUALITY ASSURANCE

See instructions on reverse side

| SMUD STOCK CODE | DELIVERY DATE | QUANTITY | UNIT OF MEASURE | UNIT PRICE | PRICE EXTENSION |
|---|---|---|---|---|---|

ITEM NO. | DESCRIPTION

RECEIPT THEREOF. THE CONTRACTOR SHALL MAINTAIN BOOKS AND ACCOUNTS OF THE PERSONNEL AND OTHER RECOVERABLE COSTS IN ACCORDANCE WITH GENERALLY ACCEPTED ACCOUNTING PRINCIPLES AND PRACTICES.

3. INDEMNITY - CONTRACTOR SHALL INDEMNIFY, DEFEND, AND HOLD HARMLESS THE DISTRICT, ITS DIRECTORS, OFFICERS, AGENTS, AND EMPLOYEES AGAINST ALL CLAIMS LOSS, DAMAGE, EXPENSE, AND LIABILITY ASSERTED OR INCURRED BY OTHER PARTIES, INCLUDING, BUT NOT LIMITED TO, DISTRICT'S EMPLOYEES AND CONTRACTOR'S EMPLOYEES, ARISING OUT OF OR IN ANY WAY CONNECTED WITH THE PERFORMANCE OF THIS CONTRACT AND CAUSED BY THE ACTS, OMISSIONS, INTENT OR NEGLIGENCE, WHETHER ACTIVE OR PASSIVE, OF CONTRACTOR, ITS AGENTS, EMPLOYEES AND SUPPLIERS, AND EXCEPTING ONLY SUCH LOSS, DAMAGE OR LIABILITY AS MAY BE CAUSED BY THE INTENTIONAL ACTS OR THE SOLE NEGLIGENCE OF THE DISTRICT.

4. SERVICE WARRANTY - THE CONTRACTOR WARRANTS THAT THE SERVICES PROVIDED HEREUNDER SHALL CONFORM WITH THE HIGHEST STANDARDS OF CARE AND PRACTICE APPROPRIATE TO THE NATURE OF THE TECHNICAL AND PROFESSIONAL SERVICES RENDERED, THAT THE PERSONNEL FURNISHING SAID SERVICES SHALL BE QUALIFIED AND COMPETENT TO PERFORM THE SERVICES ASSIGNED TO THEM, AND THAT THE RECOMMENDATIONS, GUIDANCE, AND PERFORMANCE OF SUCH PERSONNEL SHALL REFLECT THEIR BEST PROFESSIONAL KNOWLEDGE AND JUDGEMENT, BUT MAKES NO OTHER WARRANTY, EXPRESS OR IMPLIED. THE CONTRACTOR SHALL BE REQUIRED TO CORRECT, AT NO EXPENSE TO THE DISTRICT, ALL DEFICIENCIES IN THE PERFORMANCE OF THE CONTRACT SERVICES THAT RESULT

| YER'S NAME | AUTHORIZED SIGNATURE | Total $ |
|---|---|---|
| BEV DAHLE 04/26/95 | *** MORE ON NEXT PAGE *** | Page 05 |

SMUD

# PURCHASE ORDER NO. RQ37014 *

SACRAMENTO MUNICIPAL UTILITY DISTRICT
6201 S Street, Box 15830, Sacramento CA 95852-1830
(916) 732-5600, FAX No. (916) 732-5601

| DELIVERY DATE | * RELEASE NO. | * CHANGE NO. | DATE |
|---|---|---|---|
| 04/15/97 | 000 | | 04/26/95 |

| ORDER CONFIRMED WITH | DATE | QUOTE NO. | QUOTE DATE | TERMS |
|---|---|---|---|---|
| DEBI KEISER | 04/25/95 | VERBAL | 04/17/95 | NET 30 DAYS |

| VENDOR NO. | F.O.B. | SHIP POINT | SHIP VIA |
|---|---|---|---|
| 018648-001 | DESTINATION | | BEST METHOD PREPAID |

Mail invoices promptly to: **ACCOUNTING DEPARTMENT**

***IMPORTANT:** Show these numbers on all invoices, bills of lading, packages, acknowledgements and correspondence.

LEHIGH LABORATORY INC
308 W BASIN ROAD
NEWCASTLE DE 19720

Deliver To:
SMUD, RANCHO SECO
14440 TWIN CITIES ROAD
HERALD CA 95638-9799
ATTN: QUALITY ASSURANCE

**See instructions on reverse side**

| SMUD STOCK CODE | DELIVERY DATE | QUANTITY | UNIT OF MEASURE | UNIT PRICE | PRICE EXTENSION |
|---|---|---|---|---|---|

| ITEM NO. | DESCRIPTION |
|---|---|

FROM THE CONTRACTOR'S FAILURE TO OBSERVE AND ADHERE TO THE ABOVE WARRANTY AND WHICH ARE DETECTED WITHIN ONE (1) YEAR FROM THE DATE OF COMPLETION OF THE SERVICES. WORK PERFORMED UNDER THIS WARRANTY SHALL ALSO BE WARRANTED FOR A ONE-YEAR PERIOD FROM THE DATE OF COMPLETION OF SUCH WORK.

MARK ALL SHIPMENTS AND INVOICES WITH ORDER NO. RQ37014-000

MAIL INVOICES PROMPTLY TO: SMUD ACCOUNTING DEPARTMENT
P O BOX 15830
SACRAMENTO, CA 95852-1830

CONTACT BUYER: BEV DAHLE, 916-732-6797

YLD

RIDR NO'S: QA-9799, QA-9801, QA-9802, QA-9803, QA-9804

FOR SMUD RECEIVING ONLY:
DELIVER TO: JOHN WALKIN
M/S: 231
EXT: 4142
PURCHASE REQUEST: 37014

W Kaye

| BUYER'S NAME | AUTHORIZED SIGNATURE | Total $ | 5,000.00 |
|---|---|---|---|
| BEV DAHLE 04/26/95 | Bev Dahle PF 5/4/95 | Page | 06 LAST |

SMUD-231PF 04/91

PURCHASING DEPARTMENT - 1708 59TH Street, Sacramento, CA 95819-4628

FILE

# BUYER'S BLANKET ORDER WORKSHEET

Broad Class 3 CLT Date ______ Priority ______

| RESOLUTION NUMBER | AMOUNT | VENDOR NAME AND ADDRESS – ☒ NEW VENDOR | PHONE NUMBER |
|---|---|---|---|
| | | Lehigh Testing Lab | (302) 328 0500 |

ORD LOC / P.O. NO.: RO 37014 REL NO. REL LOC

VENDOR NO.: 18648 SUFFIX: 1 P.O. CLASS: S BUYER: Bd

**DELIVER TO:**

**59th STREET**
001-1 ☐ Warehouse
002-1 ☐ Garage
006-1 ☐ Stationery
009-1 ☐ Transformer

**FRESH POND**
003-1 ☐ Warehouse

**FOOTHILL**
007-1 ☐ Warehouse
007-2 ☐ 59th St. Warehouse
008-1 ☐ Garage
010-1 ☐ Transformer

**GEOTHERMAL**
GEO-1 ☐ Windsor Whse
GEO-2 ☐ Jobsite
GEO-3 ☐ U.S. Mail

**CCPA**
CCPA1 ☐ Plant

**MISCELLANEOUS**
999-1 ☐ Will Call
999-2 ☐ Customer Pickup
999-3 ☐ See Below
999-4 ☐ 6201 S Street
999-5 ☐ Jobsite

**RANCHO SECO**
004-1 ☐ RS Warehouse
004-2 ☐ RS Rail
QARS1 ☒ ATTN: QA
QARS3 ☐ ATTN: QA (Rail)

ORDER DATE: 4-25-95
TERMS: N30 CODE: 06
QUOTE DATE: 4-17-95 QUOTED BY: Debie Keiser
QUOTE NO.: verbal
CONFIRMED DATE: 4 25 95 CONFIRMED BY: Debi Keiser

**F.O.B.** (See over for all P.O.S. shipment codes)
AB ☒ Destination
AA ☐ Our Pickup
AI ☐ Installed
AJ ☐ Jobsite
DF ☐ Destination W/FRT Prepaid & Added
A1 ☐ See Below (Freight PPD)
A9 ☐ See Below (Freight Added)
PR ☐ Do Not Ship
☐ Point of Shipment ______ (Location)

**SHIP VIA**
BST ☒ Best Method, Prepaid
UPS ☐ U.P.S.
UBL ☐ U.P.S. Blue Label
AIR ☐ Air Freight
AES ☐ Air Express Service
URD ☐ U.P.S. Red
VDI ☐ Vendor Deliver & Install
YOD ☐ Your Delivery
OPU ☐ Our Pickup
MOE ☐ Motor Express
BUS ☐ Bus
RAR ☐ Rail
SBL ☐ See Below
Carrier ______

| STOCK CODE OR P.R. REFERENCE NO. | ITEM NO. | SIC CODE | DESCRIPTION | START DATE | PROMISED DELIVERY DATE |
|---|---|---|---|---|---|
| | | | QA Class I | | |
| 37014 | 1 | 7385 | Per PRW attachment | 4-15-95 | 4-14-95 |
| | 008 | | | | |
| | | 80 | 400, 401, 402, 404, 406 | | |
| | 025 | | | | |
| | 112 | | John Walker 231 4/2 | | |
| | | 82 | Re dir # QA 9799, 9801, 9802, 9803 9804 | | |
| | | 011 ☒ Mark Shipment: P.O. NO: | | | |

**STANDARD INSTRUCTIONS**

001 ☐ Please prepay shipping charges and show on invoice as separate item. Shipments other than UPS must be substantiated by freight bill. If this is not done, prompt payment may be delayed.
005 ☐ Excise Tax Exempt Certificate attached.
008 ☐ Confirming Order, Do Not Duplicate.
010 ☐ Received, Do Not Duplicate
606 ☐ Invoices To Be Approved By:
____ ☐ Other

CMC 5-24-95 3 (circled)

32 INTERNAL INSTRUCTIONS

☒ See over for additional items, comments or instructions.

111 ☐ INSPECTION REPORT (SMUD-0240) REQUIRED. 101 ☐ ASSET TAGS REQUIRED, Item Number(s): ______

Release 5-25-95 3 GOOK

COMPETITIVE PRICES

| VENDOR | ITEM 1 | ITEM 2 | ITEM 3 | ITEM 4 | ITEM 5 | ITEM 6 | ITEM 7 | ITEM 8 | ITEM 9 | ITEM 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Entele Lab – | | $85/Chem | | $57/Tensile | | | | | | |
| Lehigh | | $45/Chem | | $25/Tensile | | | | | | |
| St Louis | | $108/Chem | | $60/Tensile | | | | | | |

SMUD-0232a 12/93

# PURCHASE REQUISITION WORKSHEET PRW 37014

| ITEM NO. | QUANTITY | UNIT OF MEAS. | Q CLASS | MATERIAL CODE | FOR STOCK Y-N | MIN STK | DESCRIPTION Name, Type, Size, Composition, Rating, Codes, Etc. | AREA | DISTRIBUTION | COST ELEM | PROP UNIT | ESTIMATED UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | — | | 1 | — | | | BLANKET SERVICE ORDER ISSUED To Provide a [illegible] Laboratory services for mechanical testing and chemical analysis of material samples for the period 4-15-95 through 4-14-97. QA Reqmts: The services shall be provided in accordance with the suppliers Quality Assurance program. The supplier shall maintain and implement a QA program ~~EQUIV~~ EQUIVALENT TO 10 CFR 50 appendix B and allow access to his facility and records pertaining to this purchase | 100/1624 | 604026 | | | |

MATERIAL SAFETY DATA SHEET REQUIRED: ☐ YES ☒ NO (SEE SDP 705-1)
MATERIAL SAFETY DATA SHEET ON FILE: ☐ YES ☒ NO, IF "YES" DATE:

IS REQUEST FOR M&TE ☐ YES ☒ NO
IF "YES" FORWARD TO CAL LAB M.S. 242

TOTAL ESTIMATED PRICE: Not to Exceed $ 5000.00

CONTRACT NO.:
REASON FOR PURCHASE: To Support Dry Fuel Casking
RECOMMENDED SUPPLIER: See attachment
LOCATION:

WRN:
ECN: M41.03
SYSTEM I.D.:
ITEMS REQUIRED FOR OUTAGE ☐ YES ☒ NO
☒ RIDR ATTACHED
INITIALS: [initials]

QUALITY CL. ☒ I ☐ II ☐ III ☐ FP ☐ RW
PROCUREMENT LEVEL ☐ I ☐ II ☐ III ☐ IV
CME NO.

DATE NEEDED: 4-21-95
DELIVER TO: Rancho Seco
NOTIFY: John Walker
MAIL STOP: 231
EXT: 4142

SPECIFICATION NO.: N/A
DRAWING NO.: N/A
PLANT EQUIP. I.D.: N/A
EQ ITEM ☐ YES ☒ NO
PROC. ENGR.: [signature]
DATE: 3-30-95

PREPARED BY: Phil Terry
RESP CENTER:
DATE:
SUPV. APPROVAL: [signature]
DATE: 5/8/95
QA: [signature]
DATE: 3 Apr 95

DEPARTMENT: Tech Services
EXT.: 4985
ADMINISTRATIVE: [signature]
DATE: 3/30/95
EQ USE: N/A
DATE:

SMUD-1611 1/87

# PURCHASE REQUISITION WORKSHEET
(CONTINUATION SHEET)

PRW 37014

| ITEM NO. | QUANTITY | UNIT OF MEAS. | Q CLASS | MATERIAL CODE | FOR STOCK Y-N | MIN STK | DESCRIPTION Name, Type, Size, Composition, Rating, Codes, Etc. | ACCOUNTING INFORMATION AREA | DISTRIBUTION | COST ELEM | PROP UNIT | ESTIMATED UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | order for the purpose of | | | | | |
| | | | | | | | QA audits at mutually | | | | | |
| | | | | | | | agreed times. The supplier | | | | | |
| | | | | | | | shall extend applicable QA | | | | | |
| | | | | | | | requirements to lower tier | | | | | |
| | | | | | | | subcontractors and suppliers, | | | | | |
| | | | | | | | including SMUD's right to | | | | | |
| | | | | | | | access to those facilities | | | | | |
| | | | | | | | and records. | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | 10 CFR 21 Reporting: | | | | | |
| | | | | | | | Requirements for reporting of | | | | | |
| | | | | | | | defects and noncompliance | | | | | |
| | | | | | | | to the NRC applies to | | | | | |
| | | | | | | | this purchase order. Title | | | | | |
| | | | | | | | 10, Code of federal regula- | | | | | |
| | | | | | | | tions, part 21 requires | | | | | |
| | | | | | | | suppliers to report to the | | | | | |
| | | | | | | | NRC regarding deficiencies | | | | | |
| | | | | | | | which may be termed as | | | | | |

SMUD-1611a 12/86

# PURCHASE REQUISITION WORKSHEET
(CONTINUATION SHEET)

**PRW** 37014

| ITEM NO. | QUANTITY | UNIT OF MEAS. | Q CLASS | MATERIAL CODE | FOR STOCK Y-N | MIN STK | DESCRIPTION Name, Type, Size, Composition, Rating, Codes, Etc. | ACCOUNTING INFORMATION AREA | DISTRIBUTION | COST ELEM | PROP UNIT | ESTIMATED UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | "defects" or "safety hazards". If | | | | | |
| | | | | | | | you or one of your suppliers | | | | | |
| | | | | | | | identify a condition requiring | | | | | |
| | | | | | | | evaluation under 10 CFR 21 immedi- | | | | | |
| | | | | | | | ately contact the following: | | | | | |
| | | | | | | | Superintendent Nuclear Quality Assurance | | | | | |
| | | | | | | | Sacramento Municipal Utilities District | | | | | |
| | | | | | | | Rancho Seco, 14440 Twin Cities Rd. | | | | | |
| | | | | | | | Herald, Ca. 95638-9799 | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | If the supplier identifies a change, | | | | | |
| | | | | | | | nonconformance, or seeks waivers | | | | | |
| | | | | | | | from other requirements of this | | | | | |
| | | | | | | | P.O. the supplier shall describe | | | | | |
| | | | | | | | such conditions on the attached | | | | | |
| | | | | | | | supplier disposition request (SDR). This | | | | | |
| | | | | | | | information shall be transmitted, | | | | | |
| | | | | | | | in writing, to the District | | | | | |
| | | | | | | | purchasing department. | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

SMUD-1611a 12/86

# PURCHASE REQUISITION WORKSHEET
(CONTINUATION SHEET)

PRW 37014

| ITEM NO. | QUANTITY | UNIT OF MEAS. | Q CLASS | MATERIAL CODE | FOR STOCK Y-N | MIN STK | DESCRIPTION Name, Type, Size, Composition, Rating, Codes, Etc. | ACCOUNTING INFORMATION AREA | DISTRIBUTION | COST ELEM | PROP UNIT | ESTIMATED UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Nonconformance Control: | | | | | |
| | | | | | | | The supplier shall report all non- | | | | | |
| | | | | | | | conformances which may adversely | | | | | |
| | | | | | | | affect the reliability, performance, | | | | | |
| | | | | | | | or accuracy of any services | | | | | |
| | | | | | | | furnished under this order. | | | | | |
| | | | | | | | This report shall include tech- | | | | | |
| | | | | | | | nical justification for nonconform- | | | | | |
| | | | | | | | ance dispositions. | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | Documentation: | | | | | |
| | | | | | | | Documented records shall be | | | | | |
| | | | | | | | maintained to show objective | | | | | |
| | | | | | | | evidence of quality. Quality | | | | | |
| | | | | | | | records shall not be destroyed | | | | | |
| | | | | | | | or disposed of prior to completion | | | | | |
| | | | | | | | of the work. After completion, | | | | | |
| | | | | | | | the District shall have the | | | | | |
| | | | | | | | opportunity to take possession | | | | | |
| | | | | | | | of such records. | | | | | |

SMUD-1611a 12/86

# PURCHASE REQUISITION WORKSHEET
(CONTINUATION SHEET)

**PRW** 37014

| ITEM NO. | QUANTITY | UNIT OF MEAS. | Q CLASS | MATERIAL CODE | FOR STOCK Y-N | MIN STK | DESCRIPTION Name, Type, Size, Composition, Rating, Codes, Etc. | ACCOUNTING INFORMATION | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | AREA | DISTRIBUTION | COST ELEM | PROP UNIT | ESTIMATED UNIT PRICE |
| | | | | | | | The following documents shall | | | | | |
| | | | | | | | be shipped with the items | | | | | |
| | | | | | | | supplied. Documents shall be | | | | | |
| | | | | | | | identified with the District | | | | | |
| | | | | | | | purchase order number. | | | | | |
| | | | | | | | Documents submitted prior | | | | | |
| | | | | | | | to shipment, including | | | | | |
| | | | | | | | revisions of these documents, | | | | | |
| | | | | | | | shall be directed to the | | | | | |
| | | | | | | | following: | | | | | |
| | | | | | | | SMUD | | | | | |
| | | | | | | | Rancho Seco Nuclear Gen Sta. | | | | | |
| | | | | | | | Tech. Services; J. Walkin m/s-231 | | | | | |
| | | | | | | | 14440 Twin Cities Rd. | | | | | |
| | | | | | | | Herald, Ca. 95638-9799 | | | | | |

SMUD-1611a 12/86

SMP055 0126

# PURCHASE REQUISITION WORKSHEET
(CONTINUATION SHEET)

**PRW** 37014

| ITEM NO. | QUANTITY | UNIT OF MEAS. | Q CLASS | MATERIAL CODE | FOR STOCK Y-N | MIN STK | DESCRIPTION Name, Type, Size, Composition, Rating, Codes, Etc. | ACCOUNTING INFORMATION AREA | DISTRIBUTION | COST ELEM | PROP UNIT | ESTIMATED UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | General Requirements: | | | | | |
| | | | | | | | Certificates of Conformance to | | | | | |
| | | | | | | | Purchase Order. | | | | | |
| | | | | | | | C of C | | | | | |
| | | | | | | | The certificate of conformance | | | | | |
| | | | | | | | shall satisfy the following | | | | | |
| | | | | | | | criteria: | | | | | |
| | | | | | | | A person cited in the supplier's | | | | | |
| | | | | | | | QA program description as | | | | | |
| | | | | | | | responsible for certification | | | | | |
| | | | | | | | shall attest to the certificate | | | | | |
| | | | | | | | by signature, title, and date | | | | | |
| | | | | | | | of signature. | | | | | |
| | | | | | | | Services: | | | | | |
| | | | | | | | Contractors who propose to | | | | | |
| | | | | | | | use their own measuring | | | | | |
| | | | | | | | and test equipment shall. | | | | | |

# PURCHASE REQUISITION WORKSHEET
(CONTINUATION SHEET)

PRW 37014

| ITEM NO. | QUANTITY | UNIT OF MEAS. | Q CLASS | MATERIAL CODE | FOR STOCK Y-N | MIN STK | DESCRIPTION Name, Type, Size, Composition, Rating, Codes, Etc. | ACCOUNTING INFORMATION AREA | DISTRIBUTION | COST ELEM | PROP UNIT | ESTIMATED UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | have calibration certificates traceable to NIST or other documentation establishing the basis for calibration. All questions regarding measuring and test equipment shall be directed to the authorized District Representative. | | | | | |
| | | | | | | | Special Conditions: | | | | | |
| | | | | | | | Bidders will be required to submit a copy of their QA program for review by the Superintendent of Nuclear Quality Assurance. Review and approval of a Supplier's QA program will be a condition of selection. | | | | | |
| | | | | | | | Coupons for tensil tests are A-36 carbon steel, machined by the District to ASTM dimensions, 8" long, 2" gage, ½" thick rectangle. | | | | | |

SMUD-1611a 12/86

SIGNATORY AUTHORIZATION SLIP

PURCHASING DEPARTMENT

P.O. for approval: RQ37014

Date Routed: 5-3-95

1. BD BUYER Dahle

2. ____ PE APPROVAL

3. ____ QA APPROVAL

RETURN TO PURCHASING

DESCRIPTION: ____________________

ESTIMATED COST: ____________________

Phil & Wally
sign off on PO copies
Wally - Please take Reds'
and PO copy to Mike at
Warehouse. Return rest of
package to me.
*Phil Love & Fields sign off
on [redacted] PRW before going to Wally.
YWS. BW 5-3-95

3/88

PRP/

1

37014 1 104026 100

Q. A. CLASS 1

L1 1 STOCK NO QUANTITY 1 PUR UNIT LT #PER 1

DESCRIPTION ~~[illegible]~~ LABORATORY SERVICES FOR MECHANICAL TESTING AND CHEMICAL ANALYSIS OF MATERIAL SAMPLES for the period April 15, 1995 Through April 14, 1997.

UNIT PRICE ________ EXTENDED PRICE ________

Blanket service order issued to provide

See attached for pricing for [illegible]

JOHN WALKIN

37014 1 104026 100

THE SERVICES SHALL BE PROVIDED IN ACCORDANCE WITH THE SUPPLIERS QUALITY ASSURANCE PROGRAM. THE SUPPLIER SHALL MAINTAIN AND IMPLEMENT A QA PROGRAM EQUIVALENT TO 10CFR50 APPENDIX B AND ALLOW ACCESS TO HIS FACILITY AND RECORDS PERTAINING TO THIS PURCHASE ORDER FOR THE PURPOSE OF QA AUDITS AT MUTUALLY AGREED TIMES. THE SUPPLIER SHALL EXTEND APPLICABLE QA REQUIREMENTS TO LOWER TIER SUB-CONTRACTORS AND SUPPLIERS, INCLUDING SMUD'S RIGHT OF ACCESS TO THOSE FACILITIES AND RECORDS.

10CFR21 REPORTING:

REQUIREMENTS FOR REPORTING OF DEFECTS AND NONCOMPLIANCE TO THE NRC APPLIES TO THIS PURCHASE ORDER. TITLE 10, CODE OF FEDERAL REGULATIONS, PART 21 REQUIRES SUPPLIERS TO REPORT TO THE NRC REGARDING DEFICIENCIES WHICH MAY BE TERMED AS "DEFECTS" OR "SAFETY HAZARDS".

IF YOU OR ONE OF YOUR SUPPLIERS IDENTIFY A CONDITION REQUIRING EVALUATION UNDER 10CFR21 IMMEDIATELY CONTACT THE FOLLOWING:
SUPERINTENDENT NUCLEAR QUALITY ASSURANCE
SACRAMENTO MUNICIPAL UTILITY DISTRICT
RANCHO SECO
14440 TWIN CITIES ROAD
HERALD, CA 95638-9799
IF THE SUPPLIER IDENTIFIES A CHANGE, NONCONFORMANCE OR SEEKS WAIVERS FROM OTHER REQUIREMENTS OF THIS PURCHASE ORDER THE SUPPLIER SHALL DESCRIBE SUCH CONDITIONS ON THE ATTACHED SUPPLIER DISPOSITION REQUEST (SDR). THIS INFORMATION SHALL BE TRANSMITTED, IN WRITING, TO THE DISTRICT PURCHASING DEPARTMENT.

NONCONFORMANCE CONTROL:

THE SUPPLIER SHALL REPORT ALL NONCONFORMANCES WHICH MAY ADVERSELY AFFECT THE RELIABILITY, PERFORMANCE, OR ACCURACY OF ANY SERVICES FURNISHED UNDER THIS ORDER. THIS REPORT SHALL INCLUDE TECHNICAL JUSTIFICATION FOR

37014 1 104026 100

NONCONFORMANCE DISPOSITIONS.
DOCUMENTATION:

DOCUMENTED RECORDS SHALL BE MAINTAINED TO SHOW OBJECTIVE EVIDENCE OF QUALITY. QUALITY RECORDS SHALL NOT BE DESTROYED OR DISPOSED OF PRIOR TO COMPLETION OF THE WORK. AFTER COMPLETION, THE DISTRICT SHALL HAVE THE OPPORTUNITY TO TAKE POSSESSION OF SUCH RECORDS.
THE FOLLOWING DOCUMENTS SHALL BE SHIPPED WITH THE ITEMS SUPPLIED. DOCUMENTS SHALL BE IDENTIFIED WITH THE DISTRICT PURCHASE ORDER NUMBER.
DOCUMENTS SUBMITTED PRIOR TO SHIPMENT INCLUDING REVISIONS OF THESE DOCUMENTS, SHALL BE DIRECTED TO THE FOLLOWING:
SMUD
RANCHO SECO NUCLEAR GENERATING STATION
TECHNICAL SERVICES; J. WALKIN MS-231
14440 TWIN CITIES ROAD
HERALD, CA 95638-9799
GENERAL REQUIREMENTS:

CERTIFICATES OF COMFORMANCE TO PURCHASE ORDER.
C OF C
THE CERTIFICATE OR CONFORMANCE SHALL SATISFY THE FOLLOWING CRITERIA:
A PERSON CITED IN THE SUPPLIERS QA PROGRAM DISCRIPTION AS RESPONSIBLE FOR CERTIFICATION SHALL ATTEST TO THE CERTIFICATE BY SIGNATURE, TITLE, AND DATE OF SIGNATURE.
SERVICES:

CONTRACTORS WHO PROPOSE TO USE THEIR OWN MEASURING AND TEST EQUIPMENT SHALL HAVE CALIBRATION CERTIFICATES TRACEABLE TO NIST OR OTHER DOCUMENTATION ESTABLISHING THE BASIS FOR CALIBRATION. ALL QUESTIONS REGARDING MEASURING AND TEST EQUIPMENT SHALL BE DIRECTED TO THE AUTHORIZED DISTRICT REPRESENTITIVE.
SPECIAL CONDITIONS:

4

37014 1 104026 100

BIDDERS WILL BE REQUIRED TO SUBMIT A COPY OF THEIR QA PROGRAM FOR REVIEW BY THE SUPERINTENDENT OF NUCLEAR QUALITY ASSURANCE. REVIEW AND APPROVAL OF A SUPPLIERS QA PROGRAM WILL BE A CONDITION OF SELECTION.
COUPONS FOR TENSIL TESTS ARE A-36 CARBON STEEL, MACHINED BY THE DISTRICT TO ASTM DIMENSIONS 8" LONG, 2" GAGE, 1/2" THICK RETANGLE.

PART SUBSTITUTION

THE SUPPLIER SHALL NOT SUBSTITUTE OTHER ITEMS FOR THE ITEMS REQUESTED WITHOUT SPECIFIC WRITTEN DISTRICT APPROVAL PRIOR TO SHIPMENT.

SUPPLIER DISPOSITION REQUEST

IF THE SUPPLIER IDENTIFIES A CHANGE, NONCONFORMANCE, OR SEEKS WAIVERS FROM OTHER REQUIREMENTS OF THIS PURCHASE ORDER, THE SUPPLIER SHALL DESCRIBE SUCH CONDITIONS ON THE ATTACHED SUPPLIER DISPOSITION REQUEST (SDR). THIS INFORMATION SHALL BE TRANSMITTED, IN WRITING, TO RANCHO SECO PLANT PROCUREMENT.

PRW ATTACHMENT FOR COMMERCIAL GRADE AND QA CLASS 2, 3

PRW NO. 37014

[ ] Commercial Grade
[ ] QA Class 2
[ ] QA Class 3

PST [ ] PART SUBSTITUTION

PS2A [✓] The supplier shall no substitute other items for the items requested without specific written District approval prior to shipment.

SDR [✓] If the supplier identifies a change, nonconformance, or seeks waivers from other requirements of this Purchase Order, the supplier shall describe such conditions on the attached Supplier Disposition Request (SDR). This information shall be transmitted, in writing, to Rancho Seco Plant Procurement.

MTT [ ] MARKING/TAGGING INSTRUCTIONS

MT1 [ ] All items to be packaged individually and identified with the specific part number, or all items of a given part number to be packaged together and identified with the specific part number and the following:

MT02 [ ] Material Specification, Description or Composition

MT03 [ ] Lot or Batch Control Number

MT04 [ ] Heat Number or Code

MT05 [ ] Serial Number/Part or Piece Number

MT06 [ ] Shelf Life - Supplier shall not ship any item which has less than ____ ( Yr/MO ) remaining shelf life at time of shipment. The supplier shall provide shelf-life data by any one of the following methods:

- Expiration Date
- Cure date and material composition

If the above requirements are not met, the material will be shipped back to the supplier as the supplier's expense.

MT6A [ ] The supplier is unable to meet the requirements for shelf-life information. Shelf-Life must be determined by Materials Engineering evaluation (via SLDS).

SIT [ ] SHIPPING INSTRUCTIONS

SN02 [ ] Supplier shall provide packaging and shipping methods for protection from the effects of temperature extreme, humidity and in-transit shocks and jarring.

[ ] Other Requirements ____________________

Engineer Philip Terry Date 3-30-95

PRW ATTACHMENT FOR COMMERCIAL GRADE AND QA CLASS 2, 3

PRW NO. ______________________

[ ] Commercial Grade
[ ] QA Class 2
[ ] QA Class 3

PST [ ] PART SUBSTITUTION

PS2A [ ] The supplier shall no substitute other items for the items requested without specific written District approval prior to shipment.

SDR [ ] If the supplier identifies a change, nonconformance, or seeks waivers from other requirements of this Purchase Order, the supplier shall describe such conditions on the attached Supplier Disposition Request (SDR). This information shall be transmitted, in writing, to Rancho Seco Plant Procurement.

MTT [ ] MARKING/TAGGING INSTRUCTIONS

MT1 [ ] All items to be packaged individually and identified with the specific part number, or all items of a given part number to be packaged together and identified with the specific part number and the following:

MT02 [ ] Material Specification, Description or Composition

MT03 [ ] Lot or Batch Control Number

MT04 [ ] Heat Number or Code

MT05 [ ] Serial Number/Part or Piece Number

MT06 [ ] Shelf Life - Supplier shall not ship any item which has less than ____ ( Yr/MO ) remaining shelf life at time of shipment. The supplier shall provide shelf-life data by any one of the following methods:

- Expiration Date
- Cure date and material composition

If the above requirements are not met, the material will be shipped back to the supplier as the supplier's expense.

MT6A [ ] The supplier is unable to meet the requirements for shelf-life information. Shelf-Life must be determined by Materials Engineering evaluation (via SLDS).

SIT [ ] SHIPPING INSTRUCTIONS

SN02 [ ] Supplier shall provide packaging and shipping methods for protection from the effects of temperature extreme, humidity and in-transit shocks and jarring.

[ ] Other Requirements ______________________

Engineer P. Terry / [signature] Date 5/8/95

MTL-006 Rev 10

# TELECOPY TRANSMITTAL SHEET



## SACRAMENTO MUNICIPAL UTILITY DISTRICT
## PURCHASING & CONTRACTS

**1708 59TH Street, Sacramento, Ca 95819-4628**

**Please deliver the following pages to:**

NAME: Debi Keiser

ADDRESS: Lehigh

PHONE: ____________ FAX: 303 328 0417

**This fax sent from:**

NAME: Bev Dolle

ADDRESS: SMUD

PHONE: 916 732 6797 FAX: 916 732 5601

Number of pages 7

**Note: If you do not receive all pages, please call back as soon as possible.**

Note: Debi Here is our PO
Original to follow in the mail
Sorry for delay Thks
Bev
5-17-95

**SACRAMENTO MUNICIPAL UTILITY DISTRICT**

**TO:** Distribution

**DATE:** 20 April, 1995

NQA 95-030

**FROM:** J. Meyer

**SUBJECT:** RANCHO SECO APPROVED SUPPLIER LIST (ASL) CHANGES

The following changes to the Rancho Seco ASL are effective today. Please make the necessary updates to your controlled copies of the ASL.

Add the following supplier:

| NAME/LOCATION | PRODUCT |
|---|---|
| Lehigh Laboratory Inc.<br>308 W. Basin Road<br>Newcastle, DE 19720 | Metallurgical Testing,<br>Chemical Analysis, and<br>Non-ASME Section XI NDE |
| **EXPIRES** | **QA COMMENTS** |
| 02/28/1996<br>QAM Rev 12<br>09/29/92 | NUPIC Audit<br>Baltimore Gas and Electric<br>Report # QAG 60 |

Contact me at extension 4528 if you have any questions.

Controlled Distribution:

| | |
|---|---|
| J. Bell | MS 50 |
| B. Dahle | MS 50 |
| J. Field | MS 231 |
| D. Gardiner | MS 244 |
| S. Nugent | MS 50 |
| G. Roberts | MS 253 |
| RIC | |

Information Distribution:

J. Delezenski
S. Redeker
T. Tucker
MSRC/PRC Secretary

Attachment to PRU 37014

atabase:RPTOUT3A.DBF

Selection # 1 Audit or Survey = AUDIT
Selection # 2 By Supplier, Product Code, or Lead Utility = BY SPECIFIC PRO
Selection # 3 Code Selected = 303

---

SDI Supplier # 2937
I Audit/Survey # 12181
Programs Reviewed
10CFR50, APPENDIX B
COMMERCIAL QUALITY PROGRAM

CLEVELAND TECHNICAL CENTER
CLEVELAND, OH 216-383-8200
Lead Utility:CEC Audit/Survey Date:10/01/92
Category:SMA MEMBER AUDIT - WILL SHARE
NUPIC Joint Audit:
NUPIC Joint Survey:

Product Codes No tensil testing.
303 TESTING (COMM. GRADE PROD. ANALYS)
312 TESTING, MATERIALS

SDI Supplier # 1472
I Audit/Survey # 12675
Programs Reviewed
10CFR50, APPENDIX B
ANSI N45.2

ECOTECH/RAM-Q INDUSTRIES
MANNASQUAN, NJ 908-223-2922
Lead Utility:BGE Audit/Survey Date:07/15/93
Category:NJ NUPIC JOINT AUDIT
NUPIC Joint Audit:Y
NUPIC Joint Survey:

Product Codes ditto
303 TESTING (COMM. GRADE PROD. ANALYS)
307 IEEE QUALIFICATION TESTING
308 ENGINEERING SERVICES, GENERAL
327 COMMERCIAL GRADE DEDICATION

SDI Supplier # 1513
I Audit/Survey # 12063
Programs Reviewed
10CFR50, APPENDIX B
[redacted]

ENTELA LABORATORIES INC.
GRAND RAPIDS, MI 616-247-0515
Lead Utility:CEC Audit/Survey Date:08/01/92
Category:SMA MEMBER AUDIT - WILL SHARE
NUPIC Joint Audit:
NUPIC Joint Survey: Kile Groters

Product Codes
303 TESTING (COMM. GRADE PROD. ANALYS)
$85.00/Chem
$50.00/Tensil

SDI Supplier # 1660
I Audit/Survey # 15082
Programs Reviewed
10CFR50, APPENDIX B
ANSI N45.2

GRAND RAPIDS VALVE & FITTING
BYRON CENTER, MI 616-455-6920
Lead Utility:CPC Audit/Survey Date:07/28/94
Category:SMA MEMBER AUDIT - WILL SHARE
NUPIC Joint Audit:
NUPIC Joint Survey:

Product Codes No tensil testing.
235 FITTINGS
303 TESTING (COMM. GRADE PROD. ANALYS)

SDI Supplier # 1779
I Audit/Survey # 12463
Programs Reviewed
10CFR50, APPENDIX B
ANSI N45.2

ISOTOPIC ANALYSIS 918- N/A
TULSA, OK
Lead Utility:APS Audit/Survey Date:06/08/93
Category:NJ NUPIC JOINT AUDIT
NUPIC Joint Audit:Y
NUPIC Joint Survey:

Product Codes Out of Business
303 TESTING (COMM. GRADE PROD. ANALYS)

SDI Supplier # 1856
I Audit/Survey # 14197
Programs Reviewed
10CFR50, APPENDIX B
ANSI N45.2.6
ANSI N45.2.23

LABORATORY COMMERCIAL SERVICES N/A
JACKSON, MI 601-
Lead Utility:DLC Audit/Survey Date:11/16/94
Category:NJ NUPIC JOINT AUDIT
NUPIC Joint Audit:Y
NUPIC Joint Survey:

Product Codes Out of Business
302 CALIBRATION
303 TESTING (COMM. GRADE PROD. ANALYS)
310 NDE, GENERAL & ASME V

SDI Supplier # 1856
I Audit/Survey # 12278
Programs Reviewed
10CFR50, APPENDIX B
ANSI N45.2

LABORATORY COMMERCIAL SERVICES
JACKSON, MI SAME
Lead Utility:RGE Audit/Survey Date:12/08/92
Category:NJ NUPIC JOINT AUDIT
NUPIC Joint Audit:Y
NUPIC Joint Survey:

Product Codes ditto
302 CALIBRATION
315 TESTING, GENERAL
303 TESTING (COMM. GRADE PROD. ANALYS)
310 NDE, GENERAL & ASME V
312 TESTING, MATERIALS

SDI Supplier # 1890
I Audit/Survey # 12351
Programs Reviewed
10CFR50, APPENDIX B
[redacted]

LEHIGH TESTING LABORATORIES
NEW CASTLE, DE 302-328-0500
Lead Utility:BGE Audit/Survey Date:02/01/93
Category:SMA MEMBER AUDIT - WILL SHARE
NUPIC Joint Audit:
NUPIC Joint Survey: Debi Keiser
Joe Barcler

Product Codes
303 TESTING (COMM. GRADE PROD. ANALYS)
$25.00/Tensil
$45.00/Chemical

SDI Supplier # 2014
I Audit/Survey # 14204
Programs Reviewed
10CFR50, APPENDIX B

NATIONAL TECHNICAL SYSTEMS (NTS)
ACTON, MA SAME Next Page
Lead Utility:VPC Audit/Survey Date:05/20/94
Category:NJ NUPIC JOINT AUDIT
NUPIC Joint Audit:Y
NUPIC Joint Survey:

Product Codes
114 MATERIAL SUPPLIERS
303 TESTING (COMM. GRADE PROD. ANALYS)
307 IEEE QUALIFICATION TESTING
308 ENGINEERING SERVICES, GENERAL
327 COMMERCIAL GRADE DEDICATION

3 - N U P I C Report Availability Report

Date: 03/21/95

Page:2

atabase:RPTOUT3A.DBF

Selection # 1 Audit or Survey = AUDIT
Selection # 2 By Supplier, Product Code, or Lead Utility = BY SPECIFIC PRO
Selection # 3 Code Selected = 303

---

SDI Supplier # 2014
DI Audit/Survey # 12704
A Programs Reviewed
10CFR50, APPENDIX B

NATIONAL TECHNICAL SYSTEMS (NTS)
ACTON, MA 508-263-2933
Lead Utility:VPC Audit/Survey Date:03/04/93
Category:SMA MEMBER AUDIT - WILL SHARE
NUPIC Joint Audit:Y
NUPIC Joint Survey:

Product Codes
114 MATERIAL SUPPLIERS
303 TESTING (COMM. GRADE PROD. ANALYS)
308 ENGINEERING SERVICES, GENERAL
327 COMMERCIAL GRADE DEDICATION

---

SDI Supplier # 2014
DI Audit/Survey # 11887
A Programs Reviewed
10CFR50, APPENDIX B
ANSI N45.2
[redacted]

NATIONAL TECHNICAL SYSTEMS (NTS)
ACTON, MA SAME
Lead Utility:PSE Audit/Survey Date:04/07/92
Category:NJ NUPIC JOINT AUDIT
NUPIC Joint Audit:Y Tim Rotti
NUPIC Joint Survey:

Product Codes
303 TESTING (COMM. GRADE PROD. ANALYS)
312 TESTING, MATERIALS
327 COMMERCIAL GRADE DEDICATION

---

SDI Supplier # 2151
DI Audit/Survey # 12134
A Programs Reviewed
COMMERCIAL QUALITY PROGRAM
No Program

PHOENIX CHEMICAL LABORATORY INC.
CHICAGO, IL 312-
Lead Utility:IES Audit/Survey Date:09/01/92
Category:SMA MEMBER AUDIT - WILL SHARE
NUPIC Joint Audit:
NUPIC Joint Survey:

Product Codes
303 TESTING (COMM. GRADE PROD. ANALYS)

---

SDI Supplier # 3277
DI Audit/Survey # 12719
A Programs Reviewed
COMMERCIAL QUALITY PROGRAM
No Program

S-F ANALYTICAL LABORATORIES INC.
MILWAUKEE, WI 414-
Lead Utility:WPS Audit/Survey Date:06/10/93
Category:SMA MEMBER AUDIT - WILL SHARE
NUPIC Joint Audit:
NUPIC Joint Survey:

Product Codes
303 TESTING (COMM. GRADE PROD. ANALYS)

---

SDI Supplier # 2356
DI Audit/Survey # 14470
A Programs Reviewed
ANSI N45.2

SPECTRO-CHEM LABORATORY 602-253-6515
PHOENIX, AZ
Lead Utility:APS Audit/Survey Date:06/24/93
Category:SMA MEMBER AUDIT - WILL SHARE
NUPIC Joint Audit:
NUPIC Joint Survey:

Product Codes No tensil Testing
303 TESTING (COMM. GRADE PROD. ANALYS)

---

SDI Supplier # 2358
DI Audit/Survey # 14228
A Programs Reviewed
10CFR50, APPENDIX B

SPECTRUM TECHNOLOGIES 518-382-0056
SCHENECTADY, NY
Lead Utility:NEU Audit/Survey Date:05/16/94
Category:NJ NUPIC JOINT AUDIT
NUPIC Joint Audit:Y
NUPIC Joint Survey:

Product Codes No tensil testing
303 TESTING (COMM. GRADE PROD. ANALYS)
301 ENGINEERING, DESIGN

---

SDI Supplier # 2364
DI Audit/Survey # 12132
A Programs Reviewed
10CFR50, APPENDIX B
Not Current

ST. LOUIS TESTING LAB 314-531-8080
ST. LOUIS, MO
Lead Utility:IPC Audit/Survey Date:09/01/92
Category:SMA MEMBER AUDIT - WILL SHARE
NUPIC Joint Audit:
NUPIC Joint Survey: Rick Kumlage
Don Baumler (QA)

Product Codes
303 TESTING (COMM. GRADE PROD. ANALYS)
$108.00 / Chems
$60.00 / tensil

---

SDI Supplier # 2432
DI Audit/Survey # 11936
A Programs Reviewed
COMMERCIAL QUALITY PROGRAM

TELEDYNE WAH CHANG ALBANY 503-926-4211
ALBANY, OR
Lead Utility:IPC Audit/Survey Date:05/01/92
Category:SMA MEMBER AUDIT - WILL SHARE
NUPIC Joint Audit: Bill
NUPIC Joint Survey: Gary Beck

Product Codes
303 TESTING (COMM. GRADE PROD. ANALYS)
Awaiting Quote

---

SDI Supplier # 2629
DI Audit/Survey # 14255
A Programs Reviewed
10CFR50, APPENDIX B

ZETEC INC. 206-392-5316
ISSQUAHA, WA
Lead Utility:PGE Audit/Survey Date:11/15/94
Category:NJ NUPIC JOINT AUDIT
NUPIC Joint Audit:Y
NUPIC Joint Survey:

Product Codes No tensil testing
303 TESTING (COMM. GRADE PROD. ANALYS)
310 NDE, GENERAL & ASME V

**SMUD**

SACRAMENTO MUNICIPAL UTILITY DISTRICT
FAX TRANSMITTAL SHEET
PURCHASING & CONTRACTS OFFICE

Date: APRIL 13, 1995
Time:

**DELIVER TO: DEBI KEISER**
Company Name: LEHIGH TESTING LAB
FAX NUMBER: 302-328-0417

**FROM: BEV DAHLE**
FAX NUMBER : 916-732-5601
PHONE NUMBER: 916-732-6797

SUBJECT: CREDIT APPLICATION

SMUD IS A MUNICIPAL UTILITY DISTRICT WITH 450,000 + ELECTRIC CUSTOMERS, AND OUR BANK REFERENCE IS BANK OF AMERICA, SACRAMENTO MAIN BRANCH, 900 8TH STREET, SACRAMENTO, CA, PH. NO. 916-448-5804, ACCOUNT NO. 01488-80182.

CREDIT REFERENCES:

GENERAL ELECTRIC CO.
80 BLUE RAVINE ROAD
FOLSOM, CA 95630
PH. 916-355-1420

ABB POWER T & D CO INC
1850 MT. DIABLO STE 400
WALNUT CREET, CA 94596
PH. 510-295-1556

INVOICING ADDRESS:

SMUD ACCOUNTS PAYABLE
P.O. BOX 15830
SACRAMENTO, CA 95852

# BLUE MEMO

TO: DATE: 4/4/95

1. Bev Dahle MS 50

2.

FROM: Wally Koepke 251 (MAIL STOP) 4652 (EXT.)

SUBJECT: QUALITY ACCEPTANCE OF LABS IDENTIFIED BY PRW #37014 TO DO QUALITY CLASS 1 WORK

Nuclear QA has accepted the laboratories identified in the NUPIC audit report (attachment to PRW #37014) as qualified to perform Class 1 work.

Wally Koepke
Quality Supv

SMUD-0165 5/84

**ATTACHMENT TO PRW 37014**

The following laboratories provide tensil/chemical testing services and they have current 10CFR50 Appendix B programs. They are also listed on the NUPIC Availability Report:

LEHIGH TESTING LABORATORIES
New Castle, De.
Attn. Debbie Keiser
302-328-0500

ENTELA LABORATORIES INC.
Grand Rapids, Mi.
Attn. Kile Groters
616-247-0515

NATIONAL TECHNICAL SYSTEMS
Acton, Ma.
Attn. Tim Rotti
508-263-2933

PURCHASE ORDER NUMBER KQ37014

ENDOR NO. 0417 FAX
HONE 302-328-0500
ENDOR/NAME Lehigh Testing Lab
DDRESS
New Castle, De.

ONTACT: Debie

SCHEDULED SHIP.
FOB: Dest
SHIP VIA: UPS
TERMS: Net 30

| LINE ITEM | QTY | UNIT MEASURE | DESCRIPTION | UNIT COST | TOTAL COST |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | 4-10 Talked w/ | | |
| | | | Jim Meyer - He to | | |
| | | | put Lehigh on | | |
| | | | our ASL - Awaiting | | |
| | | | official memo from | | |
| | | | him. | | |
| | | | | | |
| | | | P.O. Box 903 - | | 4/19 Phil Tebay |
| | | | | | |
| | | | 308 W. Basin Rd | | |
| | | | New Castle De 19720 | | |

TELEPHONE NOTES

tac/0001F