# Exhibit 10

Written Direct Testimony of Brian P. Brinig Supporting Table C

*SMUD v. USA* 98-488c

**SMUD** **SERVICE ORDEI . NO. SN36000 ***

SACRAMENTO MUNICIPAL UTILITY DISTRICT
6201 S Street, Box 15830, Sacramento CA 95852-1830
(916) 732-5600, FAX No. (916) 732-5601

| DELIVERY DATE | * RELEASE NO. | * CHANGE NO. | DATE |
|---|---|---|---|
| 09/01/94 | | | 09/13/94 |

| RDER CONFIRMED WITH | DATE | QUOTE NO. | QUOTE DATE | TERMS |
|---|---|---|---|---|
| JAN BRINSFIELD | 06/28/94 | 1070-Q | 06/28/94 | NET 10 DAYS |

| ENDOR NO. | F.O.B. | SHIP VIA |
|---|---|---|
| J000627-001 | JOB SITE | YOUR DELIVERY |

Mail invoices promptly to: **ACCOUNTING DEPARTMENT**

***IMPORTANT:** Show these numbers on all invoices, bills of lading, packages, acknowledgements and correspondence.

NATIONAL CONCRETE CUTTING CO
1715 69TH STREET
SACRAMENTO CA 95819

Deliver To:
SMUD, RANCHO SECO
14440 TWIN CITIES ROAD
HERALD CA 95638-9799

**See instructions on reverse side**

| SMUD STOCK CODE / ITEM NO. | DELIVERY DATE | QUANTITY | UNIT OF MEASURE | UNIT PRICE | PRICE EXTENSION |
|---|---|---|---|---|---|
| | | | DESCRIPTION | | |
| | *** Q. A. CLASS III *** | | | 88960212004 | |
| 1. | 09/01/94 | 1 | LOT | $2590.000 | 2,590.00 |

DISTRIBUTION: 624 604026713

SERVICE ORDER ISSUED TO REMOVE A 75' X 8' X 12" THICK

CONCRETE SLAB TO PREPARE FUEL TRANSFER ROUTE.

CONFIRMING ORDER, DO NOT DUPLICATE.

TERMS AND CONDITIONS

1. PERFORMANCE STANDARDS - SERVICES SHALL BE PERFORMED IN ACCORDANCE WITH THE TERMS OF THIS CONTRACT, APPLICABLE LAWS AND REGULATIONS, EXISTING LICENSES, DISTRICT PROCEDURES AND QUALITY ASSURANCE STANDARDS, AND INDUSTRY TECHNICAL GUIDELINES. WORK IN PROGRESS, DELIVERABLES, AND FINISHED PRODUCTS WILL BE REVIEWED BY THE DISTRICT'S STAFF AND MANAGERS FOR COMPLETENESS, COMPLIANCE WITH REQUIRED STANDARDS, AND RESPONSIVENESS TO CONTRACT REQUIREMENTS.

2. MANNER AND TIME OF PAYMENT - THE CONTRACTOR SHALL SUBMIT INVOICES FOR SERVICES RENDERED IN DUPLICATE TO THE DISTRICT. EACH COPY OF THE INVOICE SHALL INCLUDE VERIFIED TIMESHEETS WHICH SUPPORT DIRECT LABOR COSTS AND RECORDS WHICH SUPPORT ALL RECOVERABLE COSTS. ALL INVOICES SHALL BE MAILED OR DELIVERED TO:

   ACCOUNTING DEPARTMENT, MAIL STOP 27
   SACRAMENTO MUNICIPAL UTILITY DISTRICT

| ER'S NAME | AUTHORIZED SIGNATURE | Total $ |
|---|---|---|
| MICHAEL EASTER<br>J9/14/94 | | |

*** MORE ON NEXT PAGE ***

Page 01

UD-231SF 04/91

**PURCHASING DEPARTMENT - 1708 59TH Street, Sacramento, CA 95819-4628**

FILE

SMP087 2498

**SMUD** **SERVICE ORDER NO. SN36000 ***

SACRAMENTO MUNICIPAL UTILITY DISTRICT
6201 S Street, Box 15830, Sacramento CA 95852-1830
(916) 732-5600, FAX No. (916) 732-5601

| DELIVERY DATE | * RELEASE NO. | * CHANGE NO. | DATE |
|---|---|---|---|
| 09/01/94 | | | 09/13/94 |

| ORDER CONFIRMED WITH | DATE | QUOTE NO. | QUOTE DATE | TERMS |
|---|---|---|---|---|
| DAN BRINSFIELD | 06/28/94 | 1070-Q | 06/28/94 | NET 10 DAYS |

| VENDOR NO. | F.O.B. | SHIP VIA |
|---|---|---|
| 0000627-001 | JOB SITE | YOUR DELIVERY |

Mail invoices promptly to: **ACCOUNTING DEPARTMENT**

***IMPORTANT**: Show these numbers on all invoices, bills of lading, packages, acknowledgements and correspondence.

NATIONAL CONCRETE CUTTING CO
1715 69TH STREET
SACRAMENTO CA 95819

Deliver To:
SMUD, RANCHO SECO
14440 TWIN CITIES ROAD
HERALD CA 95638-9799

**See instructions on reverse side**

| SMUD STOCK CODE / ITEM NO. | DELIVERY DATE / DESCRIPTION | QUANTITY | UNIT OF MEASURE | UNIT PRICE | PRICE EXTENSION |
|---|---|---|---|---|---|

P O BOX 15830
SACRAMENTO CA 95852-1830

THE DISTRICT SHALL PROCESS ALL UNCONTESTED INVOICES WITHIN THIRTY (30) DAYS FOLLOWING RECEIPT THEREOF. THE CONTRACTOR SHALL MAINTAIN BOOKS AND ACCOUNTS OF THE PERSONNEL AND OTHER RECOVERABLE COSTS IN ACCORDANCE WITH GENERALLY ACCEPTED ACCOUNTING PRINCIPLES AND PRACTICES.

3. INSURANCE REQUIREMENTS - WITHOUT LIMITING ANY OF THE OTHER OBLIGATIONS OR LIABILITIES OF THE CONTRACTOR, THE CONTRACTOR SHALL PROVIDE AND MAINTAIN UNTIL THE WORK IS COMPLETED AND ACCEPTED BY THE DISTRICT, INSURANCE COVERAGE IN ACCORDANCE WITH REQUIREMENTS ESTABLISHED IN FORM X-2 WHICH IS ATTACHED HERETO AND BY THIS REFERENCE MADE A PART HEREOF.

4. INDEMNITY - CONTRACTOR SHALL INDEMNIFY, DEFEND, AND HOLD HARMLESS THE DISTRICT, ITS DIRECTORS, OFFICERS, AGENTS, AND EMPLOYEES AGAINST ALL CLAIMS LOSS, DAMAGE, EXPENSE, AND LIABILITY ASSERTED OR INCURRED BY OTHER PARTIES, INCLUDING, BUT NOT LIMITED TO, DISTRICT'S EMPLOYEES AND CONTRACTOR'S EMPLOYEES, ARISING OUT OF OR IN ANY WAY CONNECTED WITH THE PERFORMANCE OF THIS CONTRACT AND CAUSED BY THE ACTS, OMISSIONS, INTENT OR NEGLIGENCE, WHETHER ACTIVE OR PASSIVE, OF CONTRACTOR, ITS AGENTS, EMPLOYEES AND SUPPLIERS, AND EXCEPTING ONLY SUCH LOSS, DAMAGE OR LIABILITY AS MAY BE CAUSED BY THE INTENTIONAL ACTS OR THE SOLE NEGLIGENCE OF THE DISTRICT.

| BUYER'S NAME | AUTHORIZED SIGNATURE | Total $ |
|---|---|---|
| MICHAEL EASTER 09/14/94 | | |

*** MORE ON NEXT PAGE ***



SMUD-231SF 04/91

PURCHASING DEPARTMENT - 1708 59TH Street, Sacramento, CA 95819-4628

FILE

SMP087 2499

**SMUD** **SERVICE ORDER NO. SN36000 ***

SACRAMENTO MUNICIPAL UTILITY DISTRICT
6201 S Street, Box 15830, Sacramento CA 95852-1830
(916) 732-5600, FAX No. (916) 732-5601

| DELIVERY DATE | * RELEASE NO. | * CHANGE NO. | DATE |
|---|---|---|---|
| 09/01/94 | | | 09/13/94 |

| ORDER CONFIRMED WITH | DATE | QUOTE NO. | QUOTE DATE | TERMS |
|---|---|---|---|---|
| DAN BRINSFIELD | 06/28/94 | 1070-Q | 06/28/94 | NET 10 DAYS |

| VENDOR NO. | F.O.B. | SHIP VIA |
|---|---|---|
| 0000627-001 | JOB SITE | YOUR DELIVERY |

Mail invoices promptly to: ACCOUNTING DEPARTMENT

*IMPORTANT: Show these numbers on all invoices, bills of lading, packages, acknowledgements and correspondence.

NATIONAL CONCRETE CUTTING CO
1715 69TH STREET
SACRAMENTO CA 95819

Deliver To:
SMUD, RANCHO SECO
14440 TWIN CITIES ROAD
HERALD CA 95638-9799

See instructions on reverse side

| SMUD STOCK CODE / ITEM NO. | DELIVERY DATE / DESCRIPTION | QUANTITY | UNIT OF MEASURE | UNIT PRICE | PRICE EXTENSION |
|---|---|---|---|---|---|

5. DISCHARGE AND CANCELLATION OF TASKS AND SERVICES - THE DISTRICT MAY, AT ITS SOLE DISCRETION, DISCHARGE CONTRACTOR FROM PERFORMING ANY PARTICULAR TASK OR SERVICE TO BE PROVIDED OR PERFORMED UNDER THE TERMS OF THIS AGREEMENT, IN WHOLE OR IN PART, UPON GIVING CONTRACTOR WRITTEN NOTICE OF SUCH DISCHARGE. THE DISTRICT MAY ALSO, AT ITS SOLE DISCRETION, CANCEL ANY TASK OR SERVICE, IN WHOLE OR IN PART, THAT HAS BEEN ASSIGNED TO CONTRACTOR TO BE PERFORMED UNDER THE TERMS OF THIS AGREEMENT UPON GIVING CONTRACTOR WRITTEN NOTICE OF SUCH CANCELLATION. THE DISTRICT AGREES TO PAY THE CONTRACTOR ALL PERSONNEL COSTS AND OTHER SIMILAR RECOVERABLE COSTS INCURRED IN THE PERFORMANCE OF SUCH SERVICES PRIOR TO NOTICE OF DISCHARGE OR CANCELLATION AS SET FORTH HEREIN. THE CONTRACTOR AGREES TO WAIVE ALL CLAIMS FOR DAMAGE INCLUDING, BUT NOT LIMITED TO, INCIDENTAL AND CONSEQUENTIAL DAMAGES SUCH AS LOSS OF ANTICIPATED PROFIT RESULTING FROM SUCH DISCHARGE, DISCONTINUANCE, AND/OR MODIFICATION AS PROVIDED HEREIN.

6. SERVICE WARRANTY - THE CONTRACTOR WARRANTS THAT THE SERVICES PROVIDED HEREUNDER SHALL CONFORM WITH THE HIGHEST STANDARDS OF CARE AND PRACTICE APPROPRIATE TO THE NATURE OF THE TECHNICAL AND PROFESSIONAL SERVICES RENDERED, THAT THE PERSONNEL FURNISHING SAID SERVICES SHALL BE QUALIFIED AND COMPETENT TO PERFORM THE SERVICES ASSIGNED TO THEM, AND THAT THE RECOMMENDATIONS, GUIDANCE, AND PERFORMANCE OF SUCH PERSONNEL SHALL REFLECT THEIR BEST PROFESSIONAL KNOWLEDGE AND JUDGEMENT, BUT MAKES NO OTHER WARRANTY, EXPRESS OR IMPLIED. THE CONTRACTOR SHALL BE REQUIRED TO CORRECT, AT NO EXPENSE TO THE DISTRICT, ALL DEFICIENCIES IN THE

| YER'S NAME | AUTHORIZED SIGNATURE | Total $ |
|---|---|---|
| MICHAEL EASTER 09/14/94 | | |

*** MORE ON NEXT PAGE ***



MUD-231SF 04/91

PURCHASING DEPARTMENT - 1708 59TH Street, Sacramento, CA 95819-4628

FILE

**SMUD**

# SERVICE ORDE.. NO. SN36000 *

SACRAMENTO MUNICIPAL UTILITY DISTRICT
6201 S Street, Box 15830, Sacramento CA 95852-1830
(916) 732-5600, FAX No. (916) 732-5601

| DELIVERY DATE | * RELEASE NO. | * CHANGE NO. | DATE |
|---|---|---|---|
| 09/01/94 | | | 09/13/94 |

| ORDER CONFIRMED WITH | DATE | QUOTE NO. | QUOTE DATE | TERMS |
|---|---|---|---|---|
| DAN BRINSFIELD | 06/28/94 | 1070-Q | 06/28/94 | NET 10 DAYS |

| VENDOR NO. | F.O.B. | SHIP VIA |
|---|---|---|
| 0000627-001 | JOB SITE | YOUR DELIVERY |

Mail invoices promptly to: **ACCOUNTING DEPARTMENT**

***IMPORTANT:** Show these numbers on all invoices, bills of lading, packages, acknowledgements and correspondence.

NATIONAL CONCRETE CUTTING CO
1715 69TH STREET
SACRAMENTO CA 95819

**Deliver To:**
SMUD, RANCHO SECO
14440 TWIN CITIES ROAD
HERALD CA 95638-9799

**See instructions on reverse side**

| SMUD STOCK CODE | DELIVERY DATE | QUANTITY | UNIT OF MEASURE | UNIT PRICE | PRICE EXTENSION |
|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION | | | | |

PERFORMANCE OF THE CONTRACT SERVICES THAT RESULT FROM THE CONTRACTOR'S FAILURE TO OBSERVE AND ADHERE TO THE ABOVE WARRANTY AND WHICH ARE DETECTED WITHIN ONE (1) YEAR FROM THE DATE OF COMPLETION OF THE SERVICES. WORK PERFORMED UNDER THIS WARRANTY SHALL ALSO BE WARRANTED FOR A ONE-YEAR PERIOD FROM THE DATE OF COMPLETION OF SUCH WORK.

QA CLASS 3

MARK ALL SHIPMENTS AND INVOICES WITH ORDER NO. SN36000

MAIL INVOICES PROMPTLY TO: SMUD ACCOUNTING DEPARTMENT
P O BOX 15830
SACRAMENTO, CA 95852-1830

INVOICES TO BE APPROVED BY: WAYNE HAWLEY MS-231

CONTACT BUYER: MICHAEL EASTER, (916) 732-5620

YLD

FOR SMUD RECEIVING ONLY:
DELIVER TO: WAYNE HAWLEY
M/S: 231
EXT: 4938
PURCHASE REQUEST: 36000

| BUYER'S NAME | AUTHORIZED SIGNATURE | Total $ | 2,590.00 |
|---|---|---|---|
| MICHAEL EASTER 09/14/94 | [signature] | Page | 04 LAST |

SMUD-231SF 04/91 **PURCHASING DEPARTMENT — 1708 59TH Street, Sacramento, CA 95819-4628**

FILE

SMP087 2501

# BUYER'S WORKSHEET

Broad Class 03 CLT Date ______ Priority ______

| RESOLUTION NUMBER | AMOUNT | VENDOR NAME AND ADDRESS — ☐ NEW VENDOR | PHONE NUMBER |
|---|---|---|---|
| | | National Concrete Cutting Co. | ( ) 454-4841 |

| ORD LOC | P.O. NO. | REL NO. | REL LOC |
|---|---|---|---|
| SN | 36000 | | |

| VENDOR NO. | SUFFIX | P.O. CLASS | BUYER |
|---|---|---|---|
| 627 | 001 | E | MA |

**DELIVER TO:**

**59th STREET**
001-1 ☐ Warehouse
002-1 ☐ Garage
006-1 ☐ Stationery
009-1 ☐ Transformer

**FRESH POND**
003-1 ☐ Warehouse

**FOOTHILL**
007-1 ☐ Warehouse
007-2 ☐ 59th St. Warehouse
008-1 ☐ Garage
010-1 ☐ Transformer

**GEOTHERMAL**
GEO-1 ☐ Windsor Whse
GEO-2 ☐ Jobsite
GEO-3 ☐ U.S. Mail

**CCPA**
CCPA1 ☐ Site

**MISCELLANEOUS**
999-1 ☐ Will Call
999-2 ☐ Customer Pickup
999-3 ☐ See Below
999-4 ☐ 6201 S Street
999-5 ☐ Jobsite

**RANCHO SECO**
004-1 ☒ RS Warehouse
004-2 ☐ RS Rail
QARS1 ☐ ATTN: QA
QARS3 ☐ ATTN: QA (Rail)

ORDER DATE: 6-28-94 9/8
TERMS: Net 10 CODE: 02
QUOTE DATE: QUOTED BY: Dan Brinsfield
QUOTE NO.: 1070-Q
CONFIRMED DATE: 6-28-94 CONFIRMED BY: Dan Brinsfield

F.O.B. *(See over for all P.O.S. shipment codes)*
AB ☐ Destination
AA ☐ Our Pickup
AI ☐ Installed
AJ ☒ Jobsite
DF ☐ Destination W/FRT Prepaid & Added
A1 ☐ See Below (Freight PPD)
A9 ☐ See Below (Freight Added)
PR ☐ Do Not Ship
☐ Point of Shipment ______ (Location)

SHIP VIA
BST ☐ Best Method, Prepaid
UPS ☐ U.P.S.
UBL ☐ U.P.S. Blue Label
AIR ☐ Air Freight
AES ☐ Air Express Service
URD ☐ U.P.S. Red
VDI ☐ Vendor Deliver & Install
YOD ☒ Your Delivery
OPU ☐ Our Pickup
MOE ☐ Motor Express
BUS ☐ Bus
RAR ☐ Rail
SBL ☐ See Below
Carrier ______

| STOCK CODE OR P.R. REFERENCE NO. | ITEM NO. | SIC CODE | DESCRIPTION | PROMISED DELIVERY DATE |
|---|---|---|---|---|
| 36000 | 1 | 1795 | See PR | 9-1-94 |
| | 2 | | 606 Wayne Hawley | |
| | 3 | | 227 | |
| | | | See attached service order worksheet. | |
| | | 011 ☒ Mark Shipment: P.O. NO: SN36000 | | |

**STANDARD INSTRUCTIONS**

001 ☐ Please prepay shipping charges and show on invoice as separate item. Shipments other than UPS must be substantiated by freight bill. If this is not done, prompt payment may be delayed.
005 ☐ Excise Tax Exempt Certificate attached.
008 ☒ Confirming Order, Do Not Duplicate.
010 ☐ Received, Do Not Duplicate
606 ☐ Invoices To Be Approved By: ______
____ ☐ Other ______

82 INTERNAL INSTRUCTIONS

☒ See over for additional items, comments or instructions.

111 ☐ INSPECTION REPORT (SMUD-0240) REQUIRED. 101 ☐ ASSET TAGS REQUIRED, Item Number(s): ______

COMPETITIVE PRICES

| VENDOR | ITEM 1 | ITEM 2 | ITEM 3 | ITEM 4 | ITEM 5 | ITEM 6 | ITEM 7 | ITEM 8 | ITEM 9 | ITEM 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| | $2,590.00 | | | | | | | | | |

* Note: Rancho Seco site plans indicated concrete was 6" to 8" thick. Upon start of work it was discovered actual thickness to be 12" or greater. Price of $2,590.00 reflects 12" thickness.

MUD-0232 1/93

Original Estimate: 6" $1,295.00 8" $1,650.00 Sent to Rec 9/9/94
Due to estimate of thickness and outstanding price no competitive bids sought.

SMP087 2502

SER CE ORDER WORKSHEET

10/P TERMS AND CONDITIONS

11/Q **. Performance Standards - Services shall be performed in accordance with the terms of this contract, applicable laws and regulations, existing licenses, District procedures and Quality Assurance standards, and industry technical guidelines. Work in progress, deliverables, and finished products will be reviewed by the District's staff and managers for completeness, compliance with required standards, and responsiveness to contract requirements.

12/R **. Manner and Time of Payment - The Contractor shall submit invoices for services rendered in duplicate to the District. Each copy of the invoice shall include verified timesheets which support direct labor costs and records which support all recoverable costs. All invoices shall be mailed or delivered to:

Accounting Department, Mail Stop 27
Sacramento Municipal Utility District
P. O. Box 15830
Sacramento, CA 95852-1830

The District shall process all uncontested invoices within thirty (30) days following receipt thereof. The Contractor shall maintain books and accounts of the personnel and other recoverable costs in accordance with generally accepted accounting principles and practices.

3/S **. Insurance Requirements - Without limiting any of the other obligations or liabilities of the Contractor, the Contractor shall provide and maintain until the work is completed and accepted by the District, insurance coverage in accordance with requirements established in Form X-2 which is attached hereto and by this reference made a part hereof.

4/T **. Indemnity - Contractor shall indemnify, defend, and hold harmless the District, its directors, officers, agents, and employees against all claims, loss, damage, expense, and liability asserted or incurred by other parties, including, but not limited to, District's employees and Contractor's employees, arising out of or in any way connected with the performance of this contract and caused by the acts, omissions, intent or negligence, whether active or passive, of Contractor, its agents, employees, and suppliers, and excepting only such loss, damage, or liability as may be caused by the intentional acts or the sole negligence of the District.

5/U **. Discharge and Cancellation of Tasks and Services - The District may, at its sole discretion, discharge Contractor from performing any particular task or service to be provided or performed under the terms of this agreement, in whole or in part, upon giving Contractor written notice of such discharge. The District may also, at its sole discretion, cancel any task or service, in whole or in part, that has been assigned to Contractor to be performed under the terms of this Agreement upon giving Contractor written notice of such cancellation. The District agrees to pay the Contractor all personnel costs and other similar recoverable costs incurred in the performance of such services prior to notice of discharge or cancellation as set forth herein. The Contractor agrees to waive all claims for damage including, but not limited to, incidental and consequential damages such as loss of anticipated profit resulting from such discharge, discontinuance, and/or modification as provided herein.

/V **. Service Warranty - The Contractor warrants that the services provided hereunder shall conform with the highest standards of care and practice appropriate to the nature of the technical and professional services rendered, that the personnel furnishing said services shall be qualified and competent to perform the services assigned to them, and that the recommendations, guidance, and performance of such personnel shall reflect their best professional knowledge and judgement, but makes no other warranty, express or implied. The Contractor shall be required to correct, at no expense to the District, all deficiencies in the performance of the contract services that result from the Contractor's failure to observe and adhere to the above warranty and which are detected within one (1) year from the date of completion of the services. Work performed under this warranty shall also be warranted for a one-year period from the date of completion of such work.



(Circle Clause(s) To Be Included With Service Order.)

6-15 / 6-15-94

# PURCHASE REQUISITION WORKSHEET PRW 36000

BD 6/15 WA

| ITEM NO. | QUANTITY | UNIT OF MEAS. | Q CLASS | MATERIAL CODE | FOR STOCK Y-N | MIN STK | DESCRIPTION Name, Type, Size, Composition, Rating, Codes, Etc. | AREA | DISTRIBUTION | COST ELEM | PROP UNIT | ESTIMATED UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | LS | 3 | | N | | REMOVE 75'X8'X12" THICK | 100/624 | ← | 604026 | | $2,590.00 |
| | | | | | | | CONCRETE SLAB TO | | | | | |
| | | | | | | | PREPARE FUEL TRANSFER | | | | | |
| | | | | | | | ROUTE. | | | | | |
| | | | | | | | SEE ATTACHED QUOTATION | | | | | |

MATERIAL SAFETY DATA SHEET REQUIRED: ☐ YES ☒ NO (SEE SDP 705-1)
MATERIAL SAFETY DATA SHEET ON FILE: ☐ YES ☒ NO, IF "YES" DATE:

IS REQUEST FOR M&TE ☐ YES ☒ NO
IF "YES" FORWARD TO CAL LAB M.S. 242

TOTAL ESTIMATED PRICE $ ~~1,650.00~~ 2,590.00

CONTRACT NO.:
REASON FOR PURCHASE:
RECOMMENDED SUPPLIER:
LOCATION: SEE QUOTE

WRN:
ECN:
SYSTEM I.D.: DRY/PBS
ITEMS REQUIRED FOR OUTAGE ☐ YES ☐ NO
☐ RIDR ATTACHED
INITIALS: N/A

QUALITY CL ☐ I ☐ II ☒ III ☐ FP ☐ RW
PROCUREMENT LEVEL ~~☐ I ☐ II ☐ III ☐ IV~~
CME NO.

DATE NEEDED:
DELIVER TO:
NOTIFY:
MAIL STOP
EXT

SPECIFICATION NO.
DRAWING NO.
PLANT EQUIP. I.D.
EQ ITEM ☐ YES ☐ NO
PROG. ENGR. W Hawley
DATE 6/13/94

PREPARED BY: Wayne Hawley
RESP CENTER
DATE 6/13/94
SUPV. APPROVAL
DATE
QA N/A
DATE

DEPARTMENT DAGM/NUC
EXT.
ADMINISTRATIVE [signature]
6/10/94
EQ USE N/A
DATE

SMP087 2504

# INSURANCE REQUIREMENTS

CONSTITUTING PART OF CONTRACT NO. SW 36000 DATED: ____

OR CONSTITUTING PART OF INVITATION NO. ____

| TYPE OF COVERAGE | MINIMUM LIABILITY LIMITS | Each Occurrence | Aggregate |
|---|---|---|---|
| **General Liability Including:** | | | |
| [X] Comprehensive Form | | | |
| [X] Premises/Operations | Bodily Injury | $1,000,000.00 | $1,000,000.00 |
| [ ] Underground Explosion & Collapse Hazard (XCU), where applicable | Property Damage | $1,000,000.00 | $1,000,000.00 |
| | OR | | |
| [X] Products/Completed Operations | Combined Single Limit (CSL) | $1,000,000.00 | |
| [X] Contractual | | | |
| [X] Independent Contractors, where applicable | | | |
| [X] Broad Form Property Damage | | | |
| [X] Personal Injury | | | |
| [ ] Aircraft, including Passengers | | | |
| [ ] Other ____ | | | |
| **Professional Liability Including:** | | | |
| [ ] Errors and Omissions | Bodily Injury | $1,000,000.00 | $1,000,000.00 |
| | Property Damage | $1,000,000.00 | $1,000,000.00 |
| | OR | | |
| | Combined Single Limit (CSL) | $1,000,000.00 | |
| **Automobile Liability Including:** | | | |
| [X] All Owned Vehicles (Private Passenger/Commercial) | Bodily Injury | $1,000,000.00 | $1,000,000.00 |
| [X] Hired/Leased Vehicles | Property Damage | $1,000,000.00 | $1,000,000.00 |
| | OR | | |
| [X] Non-Owned or Borrowed | Combined Single Limit (CSL) | $1,000,000.00 | |
| **Workers' Compensation Including:** | | | |
| [X] U.S.L.&H., where applicable and Employer's Liability | | $1,000,000.00 Each Employee | |
| | | $1,000,000.00 Each Accident | |

Such insurance as is afforded above shall be considered primary as respects the Sacramento Municipal Utility District (SMUD), its directors, officers, representatives, agents and employees, respectively, and any other insurance effected or procured by SMUD shall be excess of and shall not contribute with such other insurance. The policy or policies providing these coverages, with the exception of Workers' Compensation and Employer's Liability coverage, shall name SMUD, its directors, officers, representatives, agents, and employees as additional insureds as respects work performed pursuant to or incidental to this contract, and shall contain a cross liability provision. Pursuant to the terms of this contract, insurance effected or procured by Contractor shall not reduce or limit Contractor's obligation to indemnify and defend SMUD for claims made or suits brought which result from or in connection with the performance of this contract. These coverages, when written on an occurrence form, shall be maintained during the entire term of the contract. Coverages written on a claims-made form, and all professional errors and omissions coverages, shall be maintained during the entire term of the contract and further until one year following termination and acceptance of all work under the contract.

The Contractor shall, before commencing work under this contract, arrange for the delivery of a certificate of insurance completed by its insurance carrier, agent or broker certifying that at least the minimum insurance coverages as required above are in effect and specifying whether the liability coverages are written on an occurrence form or a claims-made form, and that the coverages will not be cancelled or changed without thirty (30) days advance written notice to:

SACRAMENTO MUNICIPAL UTILITY DISTRICT
P.O. Box 15830
Sacramento, CA 95852-1830
Attention: Michael Easter

FORM X-2 (supercedes X-1)
SMUD-0672 (7/87)

# QUOTATION

**National concrete cutting co.**

SACRAMENTO
(916) 454-4841
FAX (916) 454-5943
1715 69th STREET
SACRAMENTO, CA 95819

STOCKTON
(209) 931-6905
FAX (209) 931-1322
4634 WATERLOO #19-B
STOCKTON, CA 95215

CALIF. CONTR. LIC. NO. 461675
SINCE 1974

MDBE CERT. NO. 84H537

| | |
|---|---|
| COMPANY NAME: SACTO MUNICIPAL UTILITIES DIST | ADDRESS OF JOB: RANCHO SECO 14440 TWIN CITIES ROAD |
| ADDRESS: PO BOX 15830 - MS 231 | CITY: HERALD CA |
| CITY: SACRAMENTO STATE: CA ZIP: 95852-1830 | SEE ON JOB: Fax: |
| PERSON REQUESTING BID: WAYNE HAWLEY | QUOTE ON JOB: |
| OFFICE PHONE: (916)-452-3211 Fax: (916)-452-4248 | JOB PHONE: JOB ORDERED BY: TIME ORDERED: 1070-Q |
| | P.O. NO.: JOB NO.: QUOTE NO.: |

| QUANTITY | DESCRIPTION OF WORK | UNIT | PRICE |
|---|---|---|---|
| | SUPPLY LABOR AND EQUIPMENT TO COMPLETE THE FOLLOWING | | |
| 1.00 | SAW, BREAK, AND REMOVE CONCRETE SLAB NEAR RAILROAD TRACKS 75' X 8'X 6" THICK CONCRETE TOTAL | | 1,295.00 |
| | IF CONCRETE IS 8" THICK TOTAL | | 1,650.00 |
| | NCC EXCLUDES: LAYOUT, STANDBY, OVERTIME, BARRICADES, AND RETENTION | | |
| | NCC IS A CERTIFIED MBE CONTRACTOR | | |

Post-it™ brand fax transmittal memo 7671

| # of pages ▸ 1 | |
|---|---|
| To Wayne Hawley | From Bill Dahle |
| Co. | Co. |
| Dept. | Phone # 6797 |
| Fax # 4245 | Fax # 5601 |

PRICES SUBJECT TO CHANGE IF CONDITIONS ON JOB VARY FROM THIS INFORMATION. WE ASSUME NO RESPONSIBILITY FOR LAYOUT.

DATE June 7, 1994

ESTIMATOR [signature] DAN BRINSFIELD

TERMS–10 DAYS: A finance charge of 2.0% per month (annual percentage 24%) will be charged on invoices unpaid 30 days from billing date. In any action necessary to enforce this agreement, the buyer will pay reasonable attorneys fees and costs as determined by the court.

As operators, we are not responsible for the following:

1. Water Damage resulting from sawing into concealed conduit, pipes, cracks or voids in concrete floors or walls.
2. Layouts–Incorrect hole size.
3. Damage to anything concealed in or below PCC or AC.
4. Supply or erection of scaffolding.

STATE OF CALIFORNIA - BUSINESS, TRANSPORTATION, AND HOUSING AGENCY PETE WILSON, Governor

DEPARTMENT OF TRANSPORTATION
DIVISION OF CIVIL RIGHTS
1120 N STREET
P. O. BOX 942873
SACRAMENTO, CALIFORNIA 95814

TDD (916) 654-4014

RECEIVED
APR 18 1994
N. C. C.

April 15, 1994

Betty Clark
National Concrete Cutting Co
1715 69th Street
Sacramento, CA 95819

File No. 537

Dear Betty Clark:

National Concrete Cutting Co has been certified as a Disadvantaged Business Enterprise and Minority Business Enterprise by the Department of Transportation. The firm is certified through August 1, 1994.

This certification date is valid until you are recertified or one of the following actions occur:

- Nonresponsive - your firm fails to respond to requests for additional information in a timely manner and your file is closed.
- Decertified - after due process it is determined that your firm no longer qualifies for the program and your file is closed.

Sincerely,

Division of Civil Rights

RECEIVED
AUG 27 1993
N.C.C.

DEPARTMENT OF
FINANCE

OFFICE OF MINORITY, WOMEN
AND SMALL BUSINESS

CITY OF SACRAMENTO
CALIFORNIA

5730 - 24TH STREET
BUILDING 4-A
SACRAMENTO, CA
95822-3699

916-433-6250
FAX 916-399-0263

August 24, 1993

Stephen R. Rainwater
National Concrete Cutting Co.
1715 69th St.
Sacramento, CA 95819

Re: Minority/Woman-owned Business Certification

Dear Mr. Rainwater,

Congratulations! Your application for certification as a minority owned business has been completed by the City's Office of Minority, Women and Small Business. Your firm meets the criteria for certification.

Effective August 24, 1993, your Vendor Code Number is NAC5150410P. This number indicates that your firm has been certified as a Native American Male owned business. The certification is valid for a period of one year with an expiration date of August 24, 1994, and is currently accepted by the following agencies: [redacted]. Keep this Certification letter in a safe place! - and refer to your Vendor Code Number when working with any of the above mentioned agencies. You must notify our office within 30 days if there is a change in ownership of the business. Additionally, please inform this office of any address changes, as your re-certification package will be mailed in approximately 11 months to the address listed above. However, it is still your responsibility to insure that you re-apply for certification.

Your interest in doing business with the City is appreciated. Your Bid List Application has been forwarded to the City's Procurement Services Division for processing. The products and/or services you indicated an interest in supplying will be entered in the City's computerized bid list. However, because of the large number of vendors on the City's bid list, there can be no guarantee that every vendor on the list will receive every bid. Therefore, it is important for you to check with the City periodically to see if there is a current need for the products or services you wish to supply. For recorded information about bids currently being solicited through the City Procurement Services Division, call the BIDLINE at (916) 392-BIDS. The BIDLINE is updated every Wednesday. You may request copies of bids advertised on the BIDLINE by calling the City Procurement Office at (916) 433-6240.

If you have any questions about your M/WBE certification, call the Office of Minority, Women and Small Business at (916) 433-6250. If you have a question regarding doing business with the City, call the Procurement Services Division at (916) 433-6240.

Regards,

John Grupe
Administrative Analyst

**SMUD**

# TELECOPY TRANSMITTAL SHEET

SACRAMENTO MUNICIPAL UTILITY DISTRICT □ P. O. Box 15830, Sacramento CA 95852-1830, (916) 452-3211
AN ELECTRIC SYSTEM SERVING THE HEART OF CALIFORNIA

| | | |
|---|---|---|
| DATE<br>6-29-94 | TIME | NUMBER OF PAGES (includes cover page)<br>2 |
| COMPANY NAME<br>National Concrete Cutting | | TELECOPY NO.<br>(916) 454-5943 |
| DELIVER TO<br>Dan. Brinsfield | | TELEPHONE NO. |

| | |
|---|---|
| TELECOPY FROM<br>Michael Easler | TELEPHONE NO.<br>(916) 732- 5628 |

COMMENTS:

Insurance form — (Requirements)

| | |
|---|---|
| TELECOPY OPERATOR | |
| TELEPHONE NUMBER | (916) 732- |
| TELECOPY EQUIPMENT | MURATA F50 (automatic) |
| TELECOPY NO. | (916) 732-5601 |

SMUD-4800 5/90



Notes.

1. Originator requested delay in placement of this order. Questions regarding the thickness of the concrete. 6" - 8".

2. Place order after work has begun.

PURCHASE ORDER NUMBER

-N 36000

VENDOR NO.

PHONE 916 454 4841

VENDOR/NAME [illegible] Concrete Cutting

ADDRESS 1715 69th ST

Sac. CA.

CONTACT:

SCHEDULED SHIP.

FOB:

SHIP VIA:

TERMS:

| LINE ITEM | QTY | UNIT MEASURE | DESCRIPTION | UNIT COST | TOTAL COST |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TELEPHONE NOTES

tac/0001F

# AUTHORIZA.. ON FOR CHANGE TO PURCHA.. ORDER

| | |
|---|---|
| VENDOR NO. 627-01 | PURCHASE ORDER NO. SU36000 |
| VENDOR NAME National Concrete Cutting Co | CHANGE ORDER NO. 1 |
| CLASS OF ORDER | GROSS AMOUNT |
| DELIVERY LOCATION | DELIVERY DATE |
| TERMS | SHIP VIA |
| F. O. B. | AREA / DISTRIBUTION & COST ELEMENT (when applicable) |

| ITEM NO. | QUANTITY | UNIT OF MEASURE | UNIT PRICE | DESCRIPTION |
|---|---|---|---|---|
| 1 | 1 | Lot | $2,854.80 | Description unchanged<br>** All else remains unchanged **<br>#1 done 10/11/94 |

COMMENTS (81): Increase unit price $264.80.

INTERNAL COMMENTS (82):

REASON FOR CHANGE *(internal only - 82)*: Incorrect quote provided.

PRINT VENDOR COPY: ☐ YES ☐ NO

INITIATOR ______ DATE ______

BUYER M. [signature] DATE 10-11-94

APPROVAL ______ DATE ______

SMUD-0270 11/88

SMP087 2512

# ‿LUE MEMO

TO: Mike Easter DATE: 9/1/94

1.

2.

FROM: Wayne Hanley MAIL STOP EXT.

SUBJECT: National Concrete Cutting
PRW 36000

The thickness of the concrete slab increased to 12" thick not the 6" we anticipated. National Concrete Cutting will invoice SMUD the 6" thick price X 2 = 12" per their original price of 1,295 X 2 = $2,590.

All work is complete and acceptable. Thanks

Wayne

SMUD-0165 5/84