**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 98-488C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## DEFENDANT'S FILING OF REVISED SUMMARY TABLE AND TABLE B

Pursuant to the Court's Order, dated June 28, 2006, defendant, the United States hereby files the attached revised Summary Table and Table B regarding the damages claim of plaintiff, Sacramento Municipal Utility District ("SMUD"), in the above-captioned matter.[1] The revised Table B reflects Stephen J. Kiraly's direct trial testimony from March 31, 2005, as well as the recent adjustment made by James Field.[2] The revised Summary Table reflects the summary of Tables A, B, C, D and E, and other adjustments from the Court's Memorandum Opinion and Order, dated March 31, 2006.

The Government continues to object to plaintiff's submission of post-trial testimony because such testimony constitutes a re-opening of the record after SMUD failed to meet its burden of proof in its case-in-chief at trial.

[1] On July 21, 2006, pursuant to the Court's Order, dated June 28, 2006, the Government filed Tables A, B and C regarding SMUD's damages claim. Tables A, B and C reflected the differences between the parties regarding those tables.

[2] At the deposition of Mr. Field on August 17, 2006, Mr. Field presented a revision to the tables accompanying his written direct testimony, dated July 21, 2006. Counsel for SMUD represented at the deposition that SMUD intends to filing this adjustment, along with revised written direct testimony of Mr. Field, prior to the hearing on August 23, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Russell Shultis by Joshua E. Gardner
RUSSELL A. SHULTIS
Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn. Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

JOSHUA E. GARDNER
SCOTT R. DAMELIN
Trial Counsel

August 18, 2006

**CERTIFICATE OF FILING**

I hereby certify that on this 18th day of August, 2006, a copy of foregoing "DEFENDANT'S FILING OF REVISED SUMMARY TABLE AND TABLE B" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Joshua E. Gardner