IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 98-488 C<br><br>(Judge Braden) |

**SMUD'S FILING OF REVISED PROPOSED MODIFICATION TO LABOR COSTS IN TABLE A**

Pursuant to the Court's Order Requesting Supplemental Expert Testimony dated March 31, 2006, plaintiff Sacramento Municipal Utility District ("SMUD") files the attached Revised Proposed Modification to Labor Costs in Table A and Supplemental Written Direct Testimony of Brian P. Brinig Related to Proposed Modification to Labor Costs in Table A.

The Supplemental Written Direct Testimony of Stephan J. Kiraly Related to SMUD's Proposed Modification to Labor Costs in Table A filed July 28, 2006 asserts in part that SMUD's Proposed Modification to Labor Costs in Exhibit A and the Written Direct Testimony of Brian P. Brinig Related to Proposed Modification to Labor Costs in Table A filed July 21, 2006 erroneously calculate the number of labor hours recorded to unclaimed work orders.

In response, Mr. Brinig determined that he had relied on incomplete data for the unclaimed labor hours and revised his analysis accordingly. His revision reduced from 37 to 16 the number of employees who charged a majority of their time to the dry storage project during the six-year period for which the Court awarded mitigation damages,

May 15, 1997 through December 31, 2003. Although the number of employees identified by Mr. Brinig is the same as the number of employees identified in the Court's March 31, 2006 Memorandum Opinion who charged a majority of their time to the dry storage project over the entire twelve-year period at issue, 1992 through 2003, the identity of five of the employees differs as does the labor and indirect labor costs attributable to these employees during the damages period.

The attached Revised Proposed Modification to Labor Costs in Table A modifies the labor and indirect labor costs to reflect the costs attributable to the 16 employees identified by Mr. Brinig's revised analysis. Mr. Brinig's supplemental written direct testimony explains his revised analysis and findings. These documents were provided to the government at Mr. Brinig's deposition.

Dated the 18th day of August, 2006.

Respectfully submitted,

/s/ Howard N. Cayne

Howard N. Cayne
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5656

Counsel of Record for Plaintiff Sacramento Municipal Utility District

Of Counsel:
David S. Neslin
Timothy R. Macdonald
ARNOLD & PORTER LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
(303) 863-1000

CERTIFICATE OF FILING

I certify that I caused a copy of the foregoing **SMUD'S FILING OF SUPERSEDING PROPOSED MODIFICATION TO LABOR COSTS IN TABLE A** to be filed electronically through the Court of Federal Claims Case Management/ Electronic Case Filing System on August 18, 2006. I understand that all parties may access the filing through the Court's CM/ECF System, including:

Harold D. Lester, Jr.
Russell A. Shultis
Commercial Litigation Branch, Civil Division
Attention: Classification Unit, 8th Floor
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

s/ Timothy R. Macdonald