**Sacramento Municipal Utility District v. The United States**
**Revised Proposed Modification to Labor Costs in Table A**

| | 6/1/97 - 10/31/99 | 11/1/99 - 12/31/03 | Total Costs |
|---|---|---|---|
| Labor "New 16 Employees" | - | 4,976,862 | 4,976,862 |
| Indirect Labor re "New 16 Employees" | 568,562 | - | 568,562 |
| **Total Costs** | **$ 568,562** | **$ 4,976,862** | **$ 5,545,423** |