**Sacramento Municipal Utility District v. The United States**
**Exhibit 1 to Supplemental Written Direct Testimony re Proposed Modification to Labor Costs in Table A**

**June 1, 1997 - December 31, 2003**

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | HOURS CHARGED TO NON CLAIMED WORK ORDERS PER DATABASE | HOURS AND DOLLARS CHARGED TO CLAIMED WORKORDERS | | | | | PERCENT OF CLAIMED HOURS TO TOTAL HOURS D/(D+C) |
| | | | Direct Labor | | Indirect Labor from FMIS Period Only | Total | | |
| Item No. | Employee No. | No. of Hours | No. of Hours | Dollars | Dollars | No. of Hours | Dollars | |
| 1 | 7911 | 70 | 7,868 | $ 413,282.60 | $ 37,438.26 | 7,868 | $ 450,720.86 | 99.12% |
| 2 | 6730 | 928 | 3,879 | $ 181,279.87 | $ 92,514.98 | 3,879 | $ 273,794.85 | 80.69% |
| 3 | 9436 | 1,877 | 7,791 | $ 433,664.32 | $ 65,717.24 | 7,791 | $ 499,381.56 | 80.58% |
| 4 | 9850 | 2,533 | 9,389 | $ 481,655.63 | $ 85,191.26 | 9,389 | $ 566,846.89 | 78.75% |
| 5 | 2799 | 2,257 | 6,616 | $ 334,693.32 | $ 82,452.25 | 6,616 | $ 417,145.57 | 74.56% |
| 6 | 9647 | 3,225 | 8,836 | $ 455,117.28 | $ 82,311.62 | 8,836 | $ 537,428.90 | 73.26% |
| 7 | 2281 | 2,470 | 5,923 | $ 222,126.40 | $ 3,302.66 | 5,923 | $ 225,429.06 | 70.57% |
| 8 | 2149 | 3,354 | 5,677 | $ 214,347.43 | $ 3,939.11 | 5,677 | $ 218,286.54 | 62.86% |
| 9 | 4318 | 4,173 | 5,891 | $ 254,483.28 | $ 6,585.12 | 5,891 | $ 261,068.40 | 58.54% |
| 10 | 5613 | 5,632 | 7,042 | $ 395,903.76 | $ 11,961.96 | 7,042 | $ 407,865.72 | 55.56% |
| 11 | 3505 | 3,663 | 4,392 | $ 264,762.58 | $ 53.26 | 4,392 | $ 264,815.84 | 54.53% |
| 12 | 1802 | 5,792 | 6,483 | $ 270,480.02 | $ 15,069.51 | 6,483 | $ 285,549.53 | 52.81% |
| 13 | 4475 | 5,737 | 6,219 | $ 261,864.56 | $ 11,177.46 | 6,219 | $ 273,042.02 | 52.01% |
| 14 | 3663 | 5,627 | 6,060 | $ 286,999.11 | $ 51,014.85 | 6,060 | $ 338,013.96 | 51.85% |
| 15 | 1751 | 5,619 | 5,935 | $ 251,077.14 | $ 8,737.33 | 5,935 | $ 259,814.47 | 51.37% |
| 16 | 3359 | 5,972 | 6,108 | $ 255,124.41 | $ 11,094.77 | 6,108 | $ 266,219.18 | 50.56% |
| | | | **Total > 50%** | **$ 4,976,861.71** | **$ 568,561.64** | | **$ 5,545,423.35** | |