IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT | ) | |
| Plaintiff, | ) | No. 98-488 C |
| v. | ) | (Judge Braden) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**SMUD'S FILING OF SUMMARY TABLE OF ADJUSTED DAMAGES, REVISED TABLE A, EXHIBIT 1 TO SUPPLEMENTAL WRITTEN DIRECT TESTIMONY OF JAMES FIELD, AND SUMMARY OF TOTAL COSTS BY CATEGORY AND DATE**

Pursuant to the Court's Order Requesting Supplemental Expert Testimony dated March 31, 2006, plaintiff Sacramento Municipal Utility District ("SMUD") files the following attached documents for the convenience of the Court:

(1) Summary Table of Adjusted Damages per the Court's March 31, 2006 Order.

(2) Revised Table A. SMUD filed a portion of revised table A on Friday, August 18, 2006 (Docket. No. 372), but failed to file the complete Table A at that time. To avoid confusion, SMUD files the complete Table A with all revisions.

(3) Exhibit 1 to Supplemental Direct Testimony of James Field. SMUD filed testimony by Mr. Field on Friday, August 18, 2006 (Docket No. 371), but inadvertently omitted Exhibit A to that testimony.

(4) Summary of Total Costs by Category and Dates.

Dated the 22nd day of August, 2006.

Respectfully submitted,

/s/ Howard N. Cayne
Howard N. Cayne
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5656

Counsel of Record for
Plaintiff Sacramento Municipal Utility District

Of Counsel:
David S. Neslin
Timothy R. Macdonald
ARNOLD & PORTER LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
(303) 863-1000

CERTIFICATE OF FILING

I certify that I caused a copy of the foregoing **SMUD'S FILING OF SUMMARY TABLE OF ADJUSTED DAMAGES, REVISED TABLE A, EXHIBIT 1 TO SUPPLEMENTAL WRITTEN DIRECT TESTIMONY OF JAMES FIELD, AND SUMMARY OF TOTAL COSTS BY CATEGORY AND DATE** to be filed electronically through the Court of Federal Claims Case Management/ Electronic Case Filing System on August 22, 2006. I understand that all parties may access the filing through the Court's CM/ECF System, including:

Harold D. Lester, Jr.
Russell A. Shultis
Commercial Litigation Branch, Civil Division
Attention: Classification Unit, 8th Floor
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

s/ Timothy R. Macdonald