**Sacramento Municipal Utility District v. The United States**

**Revised Table A: Summary of Total Costs with Adjustments per the Court's Order [1]**

| | 1/1/92 - 4/30/97 [2] | 5/1/97 - 5/31/97 [2] | 6/1/97 - 10/31/99 | 11/1/99 - 12/31/03 | | Total Costs |
|---|---|---|---|---|---|---|
| Outside Services | $ 10,146,644 | $ (300,286) | $ 9,375,646 | $ 35,144,485 | [4] | $ 54,366,489 |
| Labor "New 16 Employees" [3] | 861,806 | 33,679 | 1,127,500 | 3,849,361 | | 5,872,347 |
| Indirect Labor re "New 16 Employees" [3] | 506,300 | 19,377 | 568,562 | - | | 1,094,238 |
| Materials | 3,357,017 | 11,863 | 307,055 | 847,309 | | 4,523,244 |
| Materials Surcharge | 317,472 | 1,720 | 42,528 | 29,595 | | 391,314 |
| Other | (833,363) | 45,329 | (33,553) | 985,841 | | 164,254 |
| Non Cash | - | - | - | (1,220,964) | | (1,220,964) |
| Corporate Allocation | - | - | - | - | | - |
| Misc. Work Orders | 1,111,830 | - | 175,592 | 2,125 | | 1,289,547 |
| **Total Costs** | **$ 15,467,706** | **$ (188,317)** | **$ 11,563,329** | **$ 39,637,752** | | **$ 66,480,470** |

**Notes:**

[1] This table differs from the Summary of Total Costs presented in PX 1000 because the following items have been adjusted per the Court's Order dated March 31, 2006:

1. Direct labor only includes costs attributable to the "New 16 employees" who charged the majority of their time to the dual-purpose dry storage project.
2. Indirect labor only includes costs attributable to the "New 16 employees" before 11/1/99, a period in which there was no dispute between the financial experts as to their inclusion.
3. The category Indirect Labor after 11/1/99 (totaling $1,933,088) has been removed, along with the category Corporate Allocation (totaling $676,922), in accordance with the Court's Order relating to the exclusion of "Other Overhead Costs."

[2] The Court's March 31, 2006 Order Requesting Supplemental Expert Testimony specifies the time periods 1/1/92 - 5/14/97 and 5/15/97 - 5/31/97. FMIS data (all data prior to 11/1/99) does not include the month, day and year of each charge (FMIS only provides the month and year of each charge). Therefore, a month end cut off at April 30 and May 31 was used.

[3] Includes total labor for the "New 16 employees" for the entire time period. Includes Indirect labor for the "New 16 employees" prior to 11/1/99, a period in which there is no dispute between the financial experts as to their inclusion.

[4] Subtracted $6,514 from Outside Services based on Stipulated Adjustments to Table A of $4,139 related to Harriet Anderson and $2,375 related to Packaging Technology.