Exhibit 1
Costs Attributable to the Dual Purpose, Transportable Features of the Dry Storage System
Additional TNW - - Post 5/97

| Invoice Period | Invoice Date | Primary Invoice # | Subcontractor | Sub Invoice # | Activity Description | Total Invoice Amount | Spacer Disc Portion 69.2% | Non Allowable Portion | TNW G & A 12% | Total Non Allowable Portion | Tax 7.75% | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| various | various | various | PCC | various | Canister Basket Fabrication | 872,000.00 | 603,424.00 | 603,424.00 | 72,410.88 | 675,834.88 | 52,377.20 | **728,212.08** |