**Sacramento Municipal Utility District v. The United States**
**Summary of Total Costs by Category and Dates [1]**

| | 1/1/92 - 4/30/97 [2] | 5/1/97 - 5/31/97 [2] | 6/1/97 - 10/31/99 | 11/1/99 - 12/31/03 | Total Costs |
|---|---|---|---|---|---|
| Outside Services | $ 10,146,644 | $ (300,286) | $ 9,375,646 | $ 35,150,999 | $ 54,373,003 |
| Labor [3] | 3,306,969 | 74,579 | 1,993,535 | 8,436,957 | 13,812,040 |
| Indirect Labor [3] | 1,675,258 | 40,939 | 899,565 | 1,933,088 | 4,548,851 |
| Materials | 3,357,017 | 11,863 | 307,055 | 847,309 | 4,523,244 |
| Materials Surcharge | 317,472 | 1,720 | 42,528 | 29,595 | 391,314 |
| Other | (833,363) | 45,329 | (33,553) | 985,841 | 164,254 |
| Non Cash | - | - | - | (1,220,964) | (1,220,964) |
| Corporate Allocation | 377,262 | 14,197 | 285,463 | - | 676,922 |
| Misc. Work Orders [4] | 1,111,830 | - | 175,592 | 2,125 | 1,289,547 |
| **Total Costs** | **$ 19,459,089** | **$ (111,659)** | **$ 13,045,831** | **$ 46,164,950** | **$ 78,558,211** |

Notes:

[1] Summary of Costs by categories listed in PX 1000 Paragraph 20 (Brinig "Summary of Costs by Category" from 12/23/04 Report p. 4) using the time periods specified per the Court's March 31, 2006 Order Requesting Supplemental Expert Testimony.

[2] The Court's March 31, 2006 Order Requesting Supplemental Expert Testimony specifies the time periods 1/1/92 - 5/14/97 and 5/15/97 - 5/31/97. FMIS data (all data prior to 11/1/99) does not include the month, day and year of each charge, it only includes the month and year of each charge (FMIS only provides the month and year of each charge). Therefore, a month end cut off at April 30 and May 31 was used.

[3] Includes total labor and indirect labor (for all employees).

[4] Daily/Monthly detail not provided. Assumed 100% of 1997 charges were from prior to April 30, 1997.