IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA<br>Defendant. | ) | No.98-488 C<br>(Judge Braden) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court grant an enlargement of 14 days, to and including September 29, 2006, for the parties file their post-trial briefs regarding the Court's August 24,and 25, 2006 evidentiary hearing in the above-captioned case. The parties' post-trial briefs are currently due on September 15, 2006. This is defendant's first request for such an enlargement. Counsel for plaintiff has represented that plaintiff does not oppose this motion.

This motion is necessary because counsel for the Government are currently preparing for the upcoming trial in System Fuels, Inc. v. United States, Fed. Cl. 03-2624 ("SFI/Mississippi"). In addition, counsel for the Government is also currently involved in discovery in System Fuels Inc. v. United States, Fed. Cl. 03-2623, ("SFI/Arkansas"), Boston Edison Co. v. United States, Fed. Cl. 99-447; and Northern States Power Co. v. United States, Fed. Cl. 98-484.

In addition, since the completion of the Court's August 2006 evidentiary hearing, the parties have engaged in preliminary discussions in an effort to narrow outstanding disagreements between them regarding the topics addressed at the hearing.

An enlargement of 14 days, to and including September 29, 2006, will provide counsel

for the Government sufficient time to complete their tasks in the cases set forth above and to continue discussions with counsel for regarding a possible resolution of the issues raised during the Court's recent evidentiary hearing in this matter.

For the foregoing reasons, we respectfully request that the Court grant our unopposed motion for an enlargement of time for the parties to file their post-trial briefs.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr
HAROLD D. LESTER, JR.
Assistant Director

s/ Russell A. Shultis
RUSSELL A. SHULTIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

September 12, 2006

CERTIFICATE OF FILING

I hereby certify that on this 12th day of September 2006, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Alan J. Lo Re