# In the United States Court of Federal Claims

No. 98-488C
Filed September 13, 2006

| | |
|---|---|
| *********************************** | |
| | * |
| SACRAMENTO MUNICIPAL UTILITY DISTRICT, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

**ORDER**

The Government's unopposed Motion for Enlargement of Time is hereby **GRANTED**. The parties' post-trial briefs are now due on **October 10, 2006.**

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**