**<u>Attachment 2</u>**

**Documents Cited in *Yankee Atomic Electric Co.*, Civ. No. 98-126C, slip op. at 47-51 to Find That Transportable Dry Storage Was Foreseeable**

| Document Description and Date | Exhibit Designation in the *Yankee Atomic* Case | Exhibit Designation in This Case |
|---|---|---|
| Draft Civilian Radioactive Waste Management Program Mission Plan, Dec. 20, 1983 | PX 636 | PX 59 |
| Draft Program Strategy, Feb. 29, 1984 | PX 641 | PX 64 |
| Memorandum from M. Lawrence, Acting OCRWM Director, to R. Williamson and Others re Mission Plan for the Civilian Radioactive Waste Management Program, March 30, 1984 | PX 643 | PX 67 |
| Draft Mission Plan for the Civilian Radioactive Waste Management Program, April 1984 | PX 683 | PX 68 |
| Letter from M. Lawrence, Richland Manager, to B. Rusche, OCRWM Director, re RL Comments on the Draft Mission Plan Dated April 1984 | PX 647 | PX 80 |
| Mission Plan for the Civilian Radioactive Waste Management Program, June 1985 | PX 95 | PX 91 |
| Remarks by I. Selin, NRC Chairman, before the Annual Meeting of Institute of Nuclear Materials Management, July 19, 1994 | PX 1457YA | PX 357 |