# In the United States Court of Federal Claims

**98-488 C**

**Filed: October 13, 2006**

**SACRAMENTO MUNICIPAL UTILITY DISTRICT**

**v.**

**THE UNITED STATES**

PLAINTIFF SACRAMENTO MUNICIPAL UTILITY DISTRICT'S MOTION TO READMIT TWO EXHIBITS INTO THE RECORD

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.