# In the United States Court of Federal Claims

**98-488 C**

**Filed: October 16, 2006**

**SACRAMENTO MUNICIPAL UTILITY DISTRICT**

**v.**

**THE UNITED STATES**

PLAINTIFF'S EXHIBITS ADMITTED AT AUGUST 23 & 24, 2006 HEARING, AND EXHIBITS REFERENCED IN PLAINTIFF'S POST-HEARING LEGAL BRIEF
(Five Volumes)

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.