# In the United States Court of Federal Claims

No. 98-488C
Filed: November 7, 2006

| | |
|---|---|
| *********************************** | |
| | * |
| SACRAMENTO MUNICIPAL UTILITY DISTRICT, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |
| *********************************** | |

**ORDER**

The court hereby grants Plaintiff's October 13, 2006 Motion To Readmit Two Exhibits Into The Record.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**