IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT, Plaintiff, | No. 98-488 C |
| v. | (Judge Braden) |
| THE UNITED STATES OF AMERICA, Defendant. | |

**JOINT STIPULATION REGARDING COSTS ATTRIBUTABLE TO NONFUEL COMPONENTS**

1. The parties have conferred regarding the costs that SMUD incurred that are attributable to storing Nonfuel Components, including control rods, orifice rods, and neutron sources, with the spent nuclear fuel, as identified by Mr. Field during the August 2006 evidentiary hearing. *See* August 23, 2006 Tr. p. 65. In the interest of resolving this issue in a mutually acceptable fashion, the parties offer this joint stipulation.

2. The parties stipulate that the costs attributable to storing the Nonfuel Components was $1,712,800.

3. This stipulation is without waiver of or prejudice to the parties' rights or positions with respect to the appropriateness of this or any other deduction from SMUD's damages.

4. This stipulation only reflects costs associated with the storage of Nonfuel Components and does not represent the total costs associated with the transportation features of a dual-purpose dry storage system.

Dated: November 30, 2006

s/ Howard Cayne
Howard Cayne
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5999

Attorneys for Plaintiff

s/ Russell A. Shultis
Russell A, Shultis
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 305-7561

Attorneys for Defendant