IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 98-488 C |
| THE UNITED STATES OF AMERICA, | ) | (Judge Braden) |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR CLARIFICATION OF THE COURT'S DECEMBER 1, 2006 OPINION AND ORDER**

On December 1, 2006, the Court published a Memorandum Opinion on Reconsideration and Final Judgment Regarding Damages in the above-captioned matter ("Opinion and Judgment"), and the clerk entered judgment thereon on December 4, 2006. Because the Court's Opinion and Judgment does not explicitly address plaintiff Sacramento Municipal Utility District's ("SMUD's") takings claims, SMUD files this Unopposed Motion for Clarification pursuant to Court of Claims Rule of Procedure 59 to make clear that the Court has addressed those claims.

As set forth more fully in the attached Proposed Order, SMUD asks that the Court clarify its Opinion and Judgment to specify that the Court's Opinion and Judgment disposes of SMUD's takings claims. The United States does not oppose entry of the Proposed Order.

WHEREFORE, SMUD moves the Court to enter an order in the form attached hereto as Exhibit A.

Dated this 18th day of December, 2006.

Respectfully submitted,

_/s Howard Cayne by /s Tim Macdonald___
Howard Cayne
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5999

Attorneys for Plaintiff