**EXHIBIT A**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 98-488 C |
| THE UNITED STATES OF AMERICA, | ) | (Judge Braden) |
| Defendant. | ) | |

**[PROPOSED] ORDER CLARIFYING**
**THE COURT'S DECEMBER 1, 2006 OPINION AND ORDER**

On December 18, 2006, plaintiff Sacramento Municipal Utility District ("SMUD") filed an unopposed motion seeking clarification of the Court's December 1, 2006 Memorandum Opinion on Reconsideration and Final Judgment Regarding Damages as it relates to the disposition of SMUD's takings claims.

Because the Court awarded SMUD damages for its contract claims in the amount of $39,796,234.00, and because SMUD's takings claims are alternative to SMUD's contract claims, the December 1, 2006 Memorandum Opinion on Reconsideration and Final Judgment Regarding Damages disposes of SMUD's takings claims.

SO ORDERED.

Susan G. Braden
Judge