United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

December 20, 2006

Howard Neil Cayne, Esq.

Arnold & Porter

555 12th Street, NW

Washington, DC 20004-1202

In re: Sacramento Municipal Utility District v. United States, No. 98-488C

Dear Mr. Cayne:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated December 4, 2006, in favor of plaintiff in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa DeFade Reyes

Lisa DeFade Reyes

Chief Deputy Clerk Operations

Enclosures

cc: Russell Alan Shultis, Esq.