IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
FEB 2 2007
U.S. COURT OF
FEDERAL CLAIMS

SACRAMENTO MUNICIPAL UTILITY DISTRICT,

Plaintiff,

v.

UNITED STATES,

Defendant.

No. 98-488C
(Judge Braden)

NOTICE OF APPEAL

Notice is hereby given that the United States appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this case on December 4, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

HAROLD D. LESTER, JR.
Assistant Director

Russell A Shultis / by Harold D Lester, Jr.

RUSSELL A. SHULTIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

February 2, 2007

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 2nd of February 2007, I caused to be placed in the United States mail (first class mail, postage prepaid) a copy of "NOTICE OF APPEAL," addressed as follows:

HOWARD N. CAYNE
Arnold & Porter
555 Twelfth Street, N.W.
Washington, D.C. 20004-1202

_______________________