ORIGINAL #066154

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
FEB 12 2007
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT, | ) | |
| Plaintiff, | ) | No. 98-488 C |
| v. | ) | (Judge Braden) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

# Notice of Appeal

Notice is hereby given that Sacramento Municipal Utility District, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on December 4, 2006. Defendant United States of America previously filed a notice of appeal from that judgment on February 2, 2007.

DATED this 12th day of February, 2007.

Respectfully submitted,

Howard N. Cayne
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5899
Counsel of Record for
Plaintiff Sacramento Municipal Utility District

Of Counsel:
David S. Neslin
Timothy R. Macdonald
ARNOLD & PORTER LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
(303) 863-1000

CERTIFICATE OF FILING

I hereby certify that on this 12th day of February, 2007, a true and correct copy of the foregoing Notice of Appeal was mailed via first class mail, postage prepaid and properly addressed to the following:

Harold D. Lester, Jr.
Russell A. Shultis
Commercial Litigation Branch, Civil Division
Attention: Classification Unit, 8th Floor
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Gaetan L. Kashala
Legal Assistant - Arnold & Porter LLP