# In the United States Court of Federal Claims

No. 98-488C
Filed: July 25, 2007

*************************************
SACRAMENTO MUNICIPAL UTILITY DISTRICT,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*************************************

**ORDER**

Final judgment was entered and this case was closed on December 4, 2006. Accordingly, the Clerk of the United States Court of Federal Claims is hereby directed to return the July 25, 2007 Motion to Intervene to Mr. William D. Peterson.

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**